DROR LADIN*
NOOR ZAFAR*
HINA SHAMSI*
OMAR C. JADWAT*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
dladin@aclu.org
nzafar@aclu.org
hshamsi@aclu.org
ojadwat@aclu.org
*Application for admission pro hac vice forthcoming

CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
cwang@aclu.org

SANJAY NARAYAN (SBN 183227)**
GLORIA D. SMITH (SBN 200824)**
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org
**Counsel for Plaintiff SIERRA CLUB

Attorneys for Plaintiffs (Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO-OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; PATRICK M. SHANAHAN, Acting Secretary of Defense, in his official capacity; KIRSTJEN M. NIELSEN, Secretary of Homeland Security, in her official capacity; and STEVEN MNUCHIN, Secretary of the Treasury, in his official capacity,<br><br>    *Defendants*. | No. _____<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1    Additional counsel for Plaintiffs:

2    MOLLIE M. LEE (SBN 251404)
      CHRISTINE P. SUN (SBN 218701)
3    AMERICAN CIVIL LIBERTIES UNION
        FOUNDATION OF NORTHERN CALIFORNIA, INC.
4    39 Drumm Street
      San Francisco, CA 94111
5    Tel: (415) 621-2493
      Fax: (415) 255-8437
6    mlee@aclunc.org
      csun@aclunc.org
7

8    DAVID DONATTI*
      ANDRE I. SEGURA (SBN 247681)
9    AMERICAN CIVIL LIBERTIES UNION FOUNDATION
        OF TEXAS
10   P.O. Box 8306
      Houston, TX 77288
11   Tel: (713) 325-7011
      Fax: (713) 942-8966
12   ddonatti@aclutx.org
      asegura@aclutx.org
13   *Application for admission pro hac vice forthcoming

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO: _____

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named
2  parties, there is no such interest to report.

3  DATED:  February 19, 2019          /s/ *Cecillia D. Wang*
                                      Cecillia D. Wang (SBN 187782)
4                                     American Civil Liberties Union Foundation
                                      39 Drumm Street
5                                     San Francisco, CA 94111
                                      Tel: (415) 343-0770
6                                     Fax: (415) 395-0950
                                      cwang@aclu.org
7
                                      Counsel for Plaintiffs
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28