DROR LADIN*
NOOR ZAFAR*
HINA SHAMSI*
OMAR C. JADWAT*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-7303
dladin@aclu.org
nzafar@aclu.org
hshamsi@aclu.org
ojadwat@aclu.org
**Application for admission* pro hac vice *pending*

CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
cwang@aclu.org

SANJAY NARAYAN (SBN 183227)**
GLORIA D. SMITH (SBN 200824)**
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org
***Counsel for Plaintiff SIERRA CLUB*

*Attorneys for Plaintiffs* (Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,

*Plaintiffs,*

v.

DONALD J. TRUMP, President of the United States, in his official capacity; PATRICK M. SHANAHAN, Acting Secretary of Defense, in his official capacity; KIRSTJEN M. NIELSEN, Secretary of Homeland Security, in her official capacity; and STEVEN MNUCHIN, Secretary of the Treasury, in his official capacity,

*Defendants.*

Case No.: 4:19-cv-00892-KAW

**DECLARATION OF CECILLIA D. WANG IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Additional counsel for Plaintiffs:

MOLLIE M. LEE (SBN 251404)
CHRISTINE P. SUN (SBN 218701)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437
*mlee@aclunc.org*
*csun@aclunc.org*

DAVID DONATTI*
ANDRE I. SEGURA (SBN 247681)_
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   OF TEXAS
P.O. Box 8306
Houston, TX 77288
Tel: (713) 325-7011
Fax: (713) 942-8966
*ddonatti@aclutx.org*
*asegura@aclutx.org*
**Application for admission* pro hac vice *pending*

I, Cecillia D. Wang, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and an attorney for the American Civil Liberties Union Foundation, counsel for Sierra Club and Southern Border Communities Coalition, the Plaintiffs in the action *Sierra Club et al. v. Trump et al.*, No. 4:19-cv-00892-KAW. I have personal knowledge of the facts stated herein and, if called as a witness, I would testify competently thereto.

2. I file this Declaration in support of Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related.

3. Defendants in the *Sierra Club et al v. Trump et al*, No. 4:19-cv-00892-KAW, have not yet been served or appeared in that case. Accordingly, Plaintiffs are unable to obtain Defendants' views on the Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 7-12.

4. Attached hereto as **Exhibit A** is a true and correct copy of the complaint in this action, *Sierra Club et al. v. Trump et al.*, Case No. 4:19-cv-00892-KAW.

5. Attached hereto as **Exhibit B** is a true and correct copy of the complaint filed in *State of California et al. v. Trump et al.*, Case No. 4:19-cv-00872-HSG.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 22, 2019, at New York, New York.

*/s/ Cecillia D. Wang*