DROR LADIN*
NOOR ZAFAR*
HINA SHAMSI*
OMAR C. JADWAT*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-7303
dladin@aclu.org
nzafar@aclu.org
hshamsi@aclu.org
ojadwat@aclu.org
*Application for admission pro hac vice pending

CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
cwang@aclu.org

SANJAY NARAYAN (SBN 183227)**
GLORIA D. SMITH (SBN 200824)**
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org
**Counsel for Plaintiff SIERRA CLUB

*Attorneys for Plaintiffs* (Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; PATRICK M. SHANAHAN, Acting Secretary of Defense, in his official capacity; KIRSTJEN M. NIELSEN, Secretary of Homeland Security, in her official capacity; and STEVEN MNUCHIN, Secretary of the Treasury, in his official capacity,<br><br>*Defendants.* | Case No.: 4:19-cv-00892-KAW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Additional counsel for Plaintiffs:

MOLLIE M. LEE (SBN 251404)
CHRISTINE P. SUN (SBN 218701)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437
*mlee@aclunc.org*
*csun@aclunc.org*

DAVID DONATTI*
ANDRE I. SEGURA (SBN 247681)_
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    OF TEXAS
P.O. Box 8306
Houston, TX 77288
Tel: (713) 325-7011
Fax: (713) 942-8966
*ddonatti@aclutx.org*
*asegura@aclutx.org*
*\*Application for admission* pro hac vice *pending*

On February 22, 2019, Plaintiffs Sierra Club and Southern Border Communities Coalition filed an Administrative Motion to Consider Whether Cases Should Be Related under Civil Local Rule 3-12. Having considered the papers and pleadings on file, the Court GRANTS the Administrative Motion to Consider Whether Cases Should Be Related and ORDERS that the following cases be related:

- *Sierra Club et al. v. Trump et al.*, Case No. 4:19-cv-00892-KAW
- *State of California et al. v. Trump et al.*, Case No. 4:19-cv-00872-HSG

**IT IS SO ORDERED.**


Dated: _____, 2019

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA