DROR LADIN*
NOOR ZAFAR*
HINA SHAMSI*
OMAR C. JADWAT*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-7303
dladin@aclu.org
nzafar@aclu.org
hshamsi@aclu.org
ojadwat@aclu.org
*Application for admission pro hac vice pending

CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
cwang@aclu.org

SANJAY NARAYAN (SBN 183227)**
GLORIA D. SMITH (SBN 200824)**
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org
**Counsel for Plaintiff SIERRA CLUB

Attorneys for Plaintiffs (Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; PATRICK M. SHANAHAN, Acting Secretary of Defense, in his official capacity; KIRSTJEN M. NIELSEN, Secretary of Homeland Security, in her official capacity; and STEVEN MNUCHIN, Secretary of the Treasury, in his official capacity,<br><br>*Defendants.* | Case No.: 4:19-cv-00892-KAW<br><br>**CERTIFICATE OF SERVICE** |

Additional counsel for Plaintiffs:

MOLLIE M. LEE (SBN 251404)
CHRISTINE P. SUN (SBN 218701)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437
*mlee@aclunc.org*
*csun@aclunc.org*

DAVID DONATTI*
ANDRE I. SEGURA (SBN 247681)_
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
  OF TEXAS
P.O. Box 8306
Houston, TX 77288
Tel: (713) 325-7011
Fax: (713) 942-8966
*ddonatti@aclutx.org*
*asegura@aclutx.org*
**Application for admission* pro hac vice *pending*

I am employed in the City of New York, State of New York, in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004.

On February 22, 2019, I served the following documents:

> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
>
> **DECLARATION OF CECILLIA D. WANG IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
>
> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

☑ by **UNITED STATES MAIL** by placing Copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of American Civil Liberties Union Foundation for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service on that same day with postage thereon fully prepaid. I am aware that, on the motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| Donald J. Trump<br>President of the United States of America<br>The White House<br>1600 Pennsylvania Avenue NW<br>Washington, D.C. 20500 | VIA U.S. POSTAL SERVICE |
| Patrick M. Shanahan<br>Acting Secretary of Defense<br>1000 Defense Pentagon<br>Washington, D.C. 20301-1000 | VIA U.S. POSTAL SERVICE |
| Kristjen M. Nielsen<br>Secretary of Homeland Security<br>Washington, D.C. 20528 | VIA U.S. POSTAL SERVICE |
| Steven Mnuchin<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue NW<br>Washington, D.C. 20220 | VIA U.S. POSTAL SERVICE |

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct and that this certificate was executed on February 22, 2019, at New York, New
3  York.

*/s/ Molly Buckley*