Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sierra Club and Southern Border Communities Coalition,
　　　　　　Plaintiff(s),
　　v.
Donald Trump et. al,
　　　　　　Defendant(s).

Case No: 3:19-cv-00892

**ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Noor Zafar, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Cecillia Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 125 Broad Street, 18th Floor<br>New York, NY 10004 | 39 Drumm Street<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: (212) 549-2642 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 343-0770 |
| MY EMAIL ADDRESS OF RECORD: nzafar@aclu.org | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: cwang@aclu.org |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5584701.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 2/21/2019　　　　　　　　　　　　　　　/s/ Noor Zafar
　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

**ORDER ~~GRANTING~~ DENYING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Noor Zafar is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/26/19

Counsel to include his state bar number in the attached Certificate of Good Standing and resubmit it to the Court.

UNITED STATES [DENIED WITHOUT PREJUDICE — Judge Kandis Westmore] MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　October 2012

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

      NOOR ZAFAR    , Bar #     ----

was duly admitted to practice in the Court on

      January 22, 2019

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.      On    January 22, 2019
         New York, New York

    Ruby J. Krajick      By      [signature]
    Clerk of Court                Deputy Clerk