AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Sierra Club and Southern Border Communities Coalition<br><br>*Plaintiff(s)*<br>v.<br>Donald J. Trump, President of the United States, in his official capacity; Patrick M. Shanahan, Acting Secretary of Defense, in his official capacity; Kirstjen M. Nielsen, Secretary of Homeland Security, in her official capacity; and Steven Mnuchin, Secretary of the Treasury, in his official capacity,<br><br>*Defendant(s)* | Civil Action No. 19-cv-892-KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
    Donald J. Trump;  
    Patrick M. Shanahan;  
    Kirstjen M. Nielsen;  
    Steven Mnuchin

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Cecillia D. Wang  
    American Civil Liberties Union Foundation  
    39 Drumm Street  
    San Francisco, CA 94111  
    cwang@aclu.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  
Susan Y. Soong  
*Cynthia J. Lenahan*

Date: February 22, 2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Donald J. Trump, President of the United States
1600 Pennsylvania Ave, N.W. Washington, D.C. 20500

was received by me on *(date)* 02/22/2019

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On February 25, 2019, I served the documents listed in Attachment A by causing true and correct copies to be delivered via USPS certified mail in a sealed envelope with all fees prepaid to Donald J. Trump, President of the United States, U.S. Attorney for the Northern District of California and Attorney General, Department of Justice, per Fed. R. Civ. P. 4 (i). See attachment.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 02/27/2019

*Server's signature*

Angela Castellanos,
Litigation Assistant
*Printed name and title*

American Civil Liberties Union of Northern California
39 Drumm Street
San Francisco, CA 94111
*Server's address*

Additional information regarding attempted service, etc:

Certified Mail Addresses:

Donald J. Trump, President of the United States
1600 Pennsylvania Ave, N.W. Washington, D.C. 20500

U.S. Attorney for the Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Matthew G. Whitaker, Attorney
General, U.S. DOJ
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-100

Attachment A – Documents Served in 4:19-cv-00892-KAW
1. Stamped Summons in a Civil Action for all Defendants;
2. Complaint for Declaratory and Injunctive Relief;
    i. Exhibit A;
    ii. Civil Cover Sheet;
3. Proposed Summons in a Civil Action;
4. Certification of Interested Entities or Persons;
5. Order Setting Initial Case Management Conference and ADR Deadlines;
6. Notice of Assignment to Magistrate Judge Kandis A. Westmore;
7. Application for Admission of Attorney Pro Hac Vice for Dror Ladin;
    i. Certificate of Good Standing;
8. Application for Admission of Attorney Pro Hac Vice for Hina Shamsi;
    i. Certificate of Good Standing;
9. Application for Admission of Attorney Pro Hac Vice for Noor Zafar;
    i. Certificate of Good Standing;
10. Application for Admission of Attorney Pro Hac Vice for Omar Jadwat;
    i. Certificate of Good Standing;
11. Application for Admission of Attorney Pro Hac Vice for David Donatti;
    i. Certificate of Good Standing;
12. Proposed Summons in a Civil Action;
13. Administrative Motion to Consider Whether Cases Should be Related;
    i. Declaration of Cecillia D. Wang;
    ii. Exhibit A;
    iii. Exhibit B;
    iv. Proposed Order;
    v. Certificate of Service;
14. Order Granting Application for Admission of Attorney Pro Hac Vice for Dror Ladin;
15. Order Granting Application for Admission of Attorney Pro Hac Vice for Hina Shamsi;
16. Order Granting Application for Admission of Attorney Pro Hac Vice for Omar Jadwat;
17. Order Granting Application for Admission of Attorney Pro Hac Vice for David Donatti;
18. Clerk's Notice;
19. Consent or Declination to Magistrate Judge Jurisdiction;
20. ECF Registration Information;
21. Filing Procedures (Oakland);
22. Oakland Judges' Standing Orders;
23. Magistrate Judge Kandis A. Westmore's Standing Orders

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Sierra Club and Southern Border Communities Coalition

*Plaintiff(s)*

v.

Donald J. Trump, President of the United States, in his official capacity; Patrick M. Shanahan, Acting Secretary of Defense, in his official capacity; Kirstjen M. Nielsen, Secretary of Homeland Security, in her official capacity; and Steven Mnuchin, Secretary of the Treasury, in his official capacity,

*Defendant(s)*

Civil Action No. 19-cv-892-KAW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Donald J. Trump;
Patrick M. Shanahan;
Kirstjen M. Nielsen;
Steven Mnuchin

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cecillia D. Wang
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
cwang@aclu.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong
*Cynthia J. Lenahan*

Date: February 22, 2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Patrick M. Shanahan, Acting Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

was received by me on *(date)* 02/22/2019

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On February 25, 2019, I served the documents listed in Attachment A by causing true and correct copies to be delivered via USPS certified mail in a sealed envelope with all fees prepaid to Patrick M. Shanahan, Acting Secretary of Defense, U.S. Attorney for the Northern District of California and Attorney General, Department of Justice, per Fed. R. Civ. P. 4 (i). See attachment.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 02/27/2019

*Server's signature*

Angela Castellanos,
Litigation Assistant
*Printed name and title*

American Civil Liberties Union of Northern California
39 Drumm Street
San Francisco, CA 94111
*Server's address*

Additional information regarding attempted service, etc:

Certified Mail Addresses:

Patrick M. Shanahan, Acting Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

U.S. Attorney for the Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Matthew G. Whitaker, Attorney
General, U.S. DOJ
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-100

Attachment A – Documents Served in 4:19-cv-00892-KAW

1. Stamped Summons in a Civil Action for all Defendants;
2. Complaint for Declaratory and Injunctive Relief;
    i. Exhibit A;
    ii. Civil Cover Sheet;
3. Proposed Summons in a Civil Action;
4. Certification of Interested Entities or Persons;
5. Order Setting Initial Case Management Conference and ADR Deadlines;
6. Notice of Assignment to Magistrate Judge Kandis A. Westmore;
7. Application for Admission of Attorney Pro Hac Vice for Dror Ladin;
    i. Certificate of Good Standing;
8. Application for Admission of Attorney Pro Hac Vice for Hina Shamsi;
    i. Certificate of Good Standing;
9. Application for Admission of Attorney Pro Hac Vice for Noor Zafar;
    i. Certificate of Good Standing;
10. Application for Admission of Attorney Pro Hac Vice for Omar Jadwat;
    i. Certificate of Good Standing;
11. Application for Admission of Attorney Pro Hac Vice for David Donatti;
    i. Certificate of Good Standing;
12. Proposed Summons in a Civil Action;
13. Administrative Motion to Consider Whether Cases Should be Related;
    i. Declaration of Cecillia D. Wang;
    ii. Exhibit A;
    iii. Exhibit B;
    iv. Proposed Order;
    v. Certificate of Service;
14. Order Granting Application for Admission of Attorney Pro Hac Vice for Dror Ladin;
15. Order Granting Application for Admission of Attorney Pro Hac Vice for Hina Shamsi;
16. Order Granting Application for Admission of Attorney Pro Hac Vice for Omar Jadwat;
17. Order Granting Application for Admission of Attorney Pro Hac Vice for David Donatti;
18. Clerk's Notice;
19. Consent or Declination to Magistrate Judge Jurisdiction;
20. ECF Registration Information;
21. Filing Procedures (Oakland);
22. Oakland Judges' Standing Orders;
23. Magistrate Judge Kandis A. Westmore's Standing Orders

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Sierra Club and Southern Border
Communities Coalition

*Plaintiff(s)*

v.

Donald J. Trump, President of the United States, in his official capacity; Patrick M. Shanahan, Acting Secretary of Defense, in his official capacity; Kirstjen M. Nielsen, Secretary of Homeland Security, in her official capacity; and Steven Mnuchin, Secretary of the Treasury, in his official capacity,

*Defendant(s)*

Civil Action No. 19-cv-892-KAW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Donald J. Trump;
Patrick M. Shanahan;
Kirstjen M. Nielsen;
Steven Mnuchin

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cecillia D. Wang
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
cwang@aclu.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong
*Cynthia J. Lenahan*

Date: February 22, 2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kirstjen Nielsen, Secretary DHS, c/o Office of the General Counsel 245 Murray Lane, SW, Mail Stop 0485 Washington D.C., 20528-0485

was received by me on *(date)* 02/22/2019 .

❏ I personally served the summons on the individual at *(place)*
 on *(date)*  ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*
 on *(date)*  ; or

❏ I returned the summons unexecuted because  ; or

☒ Other *(specify)*: On February 25, 2019, I served the documents listed in Attachment A by causing true and correct copies to be delivered via USPS certified mail in a sealed envelope with all fees prepaid to Kirstjen Nielsen, Secretary DHS, U.S. Attorney for the Northern District of California and Attorney General, Department of Justice, per Fed. R. Civ. P. 4 (i). See attachment.

My fees are $ for travel and $ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 02/27/2019

*Server's signature*

Angela Castellanos,
Litigation Assistant
*Printed name and title*

American Civil Liberties Union of Northern California
39 Drumm Street
San Francisco, CA 94111
*Server's address*

Additional information regarding attempted service, etc:

Certified Mail Addresses:

Kirstjen Nielsen, Secretary DHS, c/o Office of the General Counsel
245 Murray Lane, SW, Mail Stop 0485
Washington D.C., 20528-0485

U.S. Attorney for the Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Matthew G. Whitaker, Attorney
General, U.S. DOJ
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-100

Attachment A – Documents Served in 4:19-cv-00892-KAW

1. Stamped Summons in a Civil Action for all Defendants;
2. Complaint for Declaratory and Injunctive Relief;
    i. Exhibit A;
    ii. Civil Cover Sheet;
3. Proposed Summons in a Civil Action;
4. Certification of Interested Entities or Persons;
5. Order Setting Initial Case Management Conference and ADR Deadlines;
6. Notice of Assignment to Magistrate Judge Kandis A. Westmore;
7. Application for Admission of Attorney Pro Hac Vice for Dror Ladin;
    i. Certificate of Good Standing;
8. Application for Admission of Attorney Pro Hac Vice for Hina Shamsi;
    i. Certificate of Good Standing;
9. Application for Admission of Attorney Pro Hac Vice for Noor Zafar;
    i. Certificate of Good Standing;
10. Application for Admission of Attorney Pro Hac Vice for Omar Jadwat;
    i. Certificate of Good Standing;
11. Application for Admission of Attorney Pro Hac Vice for David Donatti;
    i. Certificate of Good Standing;
12. Proposed Summons in a Civil Action;
13. Administrative Motion to Consider Whether Cases Should be Related;
    i. Declaration of Cecillia D. Wang;
    ii. Exhibit A;
    iii. Exhibit B;
    iv. Proposed Order;
    v. Certificate of Service;
14. Order Granting Application for Admission of Attorney Pro Hac Vice for Dror Ladin;
15. Order Granting Application for Admission of Attorney Pro Hac Vice for Hina Shamsi;
16. Order Granting Application for Admission of Attorney Pro Hac Vice for Omar Jadwat;
17. Order Granting Application for Admission of Attorney Pro Hac Vice for David Donatti;
18. Clerk's Notice;
19. Consent or Declination to Magistrate Judge Jurisdiction;
20. ECF Registration Information;
21. Filing Procedures (Oakland);
22. Oakland Judges' Standing Orders;
23. Magistrate Judge Kandis A. Westmore's Standing Orders

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Sierra Club and Southern Border Communities Coalition

*Plaintiff(s)*

v.

Donald J. Trump, President of the United States, in his official capacity; Patrick M. Shanahan, Acting Secretary of Defense, in his official capacity; Kirstjen M. Nielsen, Secretary of Homeland Security, in her official capacity; and Steven Mnuchin, Secretary of the Treasury, in his official capacity,

*Defendant(s)*

Civil Action No. 19-cv-892-KAW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Donald J. Trump;
Patrick M. Shanahan;
Kirstjen M. Nielsen;
Steven Mnuchin

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cecillia D. Wang
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
cwang@aclu.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong
*Cynthia J. Lenahan*

Date: February 22, 2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Steven T. Mnuchin, Secretary of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

was received by me on *(date)* 02/22/2019 .

☐ I personally served the summons on the individual at *(place)*
   on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   , a person of suitable age and discretion who resides there,
   on *(date)*           , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                    , who is
   designated by law to accept service of process on behalf of *(name of organization)*
   on *(date)*                    ; or

☐ I returned the summons unexecuted because                    ; or

☒ Other *(specify)*: On February 25, 2019, I served the documents listed in Attachment A by causing true and correct copies to be delivered via USPS certified mail in a sealed envelope with all fees prepaid to Steven T. Mnuchin, Secretary of the Treasury, U.S. Attorney for the Northern District of California and Attorney General, Department of Justice, per Fed. R. Civ. P. 4 (i). See attachment.

My fees are $           for travel and $           for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: 02/27/2019

*Server's signature*

Angela Castellanos,
Litigation Assistant

*Printed name and title*

American Civil Liberties Union of Northern California
39 Drumm Street
San Francisco, CA 94111

*Server's address*

Additional information regarding attempted service, etc:

Certified Mail Addresses:

Steven T. Mnuchin, Secretary of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

U.S. Attorney for the Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Matthew G. Whitaker, Attorney
General, U.S. DOJ
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-100

Attachment A – Documents Served in 4:19-cv-00892-KAW

1. Stamped Summons in a Civil Action for all Defendants;
2. Complaint for Declaratory and Injunctive Relief;
    i. Exhibit A;
    ii. Civil Cover Sheet;
3. Proposed Summons in a Civil Action;
4. Certification of Interested Entities or Persons;
5. Order Setting Initial Case Management Conference and ADR Deadlines;
6. Notice of Assignment to Magistrate Judge Kandis A. Westmore;
7. Application for Admission of Attorney Pro Hac Vice for Dror Ladin;
    i. Certificate of Good Standing;
8. Application for Admission of Attorney Pro Hac Vice for Hina Shamsi;
    i. Certificate of Good Standing;
9. Application for Admission of Attorney Pro Hac Vice for Noor Zafar;
    i. Certificate of Good Standing;
10. Application for Admission of Attorney Pro Hac Vice for Omar Jadwat;
    i. Certificate of Good Standing;
11. Application for Admission of Attorney Pro Hac Vice for David Donatti;
    i. Certificate of Good Standing;
12. Proposed Summons in a Civil Action;
13. Administrative Motion to Consider Whether Cases Should be Related;
    i. Declaration of Cecillia D. Wang;
    ii. Exhibit A;
    iii. Exhibit B;
    iv. Proposed Order;
    v. Certificate of Service;
14. Order Granting Application for Admission of Attorney Pro Hac Vice for Dror Ladin;
15. Order Granting Application for Admission of Attorney Pro Hac Vice for Hina Shamsi;
16. Order Granting Application for Admission of Attorney Pro Hac Vice for Omar Jadwat;
17. Order Granting Application for Admission of Attorney Pro Hac Vice for David Donatti;
18. Clerk's Notice;
19. Consent or Declination to Magistrate Judge Jurisdiction;
20. ECF Registration Information;
21. Filing Procedures (Oakland);
22. Oakland Judges' Standing Orders;
23. Magistrate Judge Kandis A. Westmore's Standing Orders