DROR LADIN*  
NOOR ZAFAR*  
HINA SHAMSI*  
OMAR C. JADWAT*  
AMERICAN CIVIL LIBERTIES UNION FOUNDATION  
125 Broad Street, 18th Floor  
New York, NY 10004  
Tel.: (212) 549-2660  
Fax: (212) 549-2564  
dladin@aclu.org  
nzafar@aclu.org  
hshamsi@aclu.org  
ojadwat@aclu.org  
**Admitted* pro hac vice

CECILLIA D. WANG (SBN 187782)  
AMERICAN CIVIL LIBERTIES UNION FOUNDATION  
39 Drumm Street  
San Francisco, CA 94111  
Tel.: (415) 343-0770  
Fax: (415) 395-0950  
cwang@aclu.org

SANJAY NARAYAN (SBN 183227)**  
GLORIA D. SMITH (SBN 200824)**  
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM  
2101 Webster Street, Suite 1300  
Oakland, CA 94612  
Tel.: (415) 977-5772  
sanjay.narayan@sierraclub.org  
gloria.smith@sierraclub.org  
**Counsel for Plaintiff SIERRA CLUB

*Attorneys for Plaintiffs* (Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO-OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; PATRICK M. SHANAHAN, Acting Secretary of Defense, in his official capacity; KIRSTJEN M. NIELSEN, Secretary of Homeland Security, in her official capacity; and STEVEN MNUCHIN, Secretary of the Treasury, in his official capacity,<br><br>*Defendants*. | Case No.: 4:19-cv-00892-HSG<br><br>**CERTIFICATE OF SERVICE OF AMENDED COMPLAINT** |

Additional counsel for Plaintiffs:

MOLLIE M. LEE (SBN 251404)
CHRISTINE P. SUN (SBN 218701)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel.: (415) 621-2493
Fax: (415) 255-8437
mlee@aclunc.org
csun@aclunc.org

DAVID DONATTI*
ANDRE I. SEGURA (SBN 247681)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
 OF TEXAS
P.O. Box 8306
Houston, TX 77288
Tel.: (713) 325-7011
Fax: (713) 942-8966
ddonatti@aclutx.org
asegura@aclutx.org
**Admitted* pro hac vice

I am employed in the City of New York, State of New York, in the office of a member of the bar of this Court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004.

On March 18, 2019, I served copies of the following documents:

    **PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

    **STANDING ORDER FOR CIVIL CASES BEFORE DISTRICT JUDGE HAYWOOD S. GILLIAM, JR.**

☒ via **CM/ECF** to all parties who have entered appearances in this case as of today, March 18, 2019, at 6 p.m.

☒ via **FIRST CLASS MAIL** by placing a copy of this filing in a sealed envelope addressed as shown below, and causing it to be sent to the following:

| | |
|---|---|
| Donald J. Trump<br>President of the United States of America<br>The White House<br>1600 Pennsylvania Avenue NW<br>Washington, D.C. 20500 | VIA U.S. POSTAL SERVICE |
| Patrick M. Shanahan<br>Acting Secretary of Defense<br>1000 Defense Pentagon<br>Washington, D.C. 20301-1000 | VIA U.S. POSTAL SERVICE |
| Steven Mnuchin<br>Secretary of the Treasury<br>U.S. Department of the Treasury<br>1500 Pennsylvania Avenue NW<br>Washington, D.C. 20220 | VIA U.S. POSTAL SERVICE |
| Kristjen M. Nielsen<br>Secretary of Homeland Security<br>U.S. Department of Homeland Security<br>Washington, D.C. 20528 | VIA U.S. POSTAL SERVICE |

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this certificate was executed on March 18, 2019, at New York, New York.

       /s/ Molly Buckley