UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; PATRICK M. SHANAHAN, Acting Secretary of Defense, in his official capacity; KIRSTJEN M. NIELSEN, Secretary of Homeland Security, in her official capacity; and STEVEN MNUCHIN, Secretary of the Treasury, in his official capacity,<br><br>*Defendants*. | Case No.:4:19-cv-00892-HSG<br><br>**DECLARATION OF ALBERT DEL VAL** |

My name is Albert Del Val and I declare:

1. I am over 18 years old. The information in this declaration is based on my personal experience and my review of publicly available information.

2. My primary residence is 564 South 7th Avenue, Yuma, Arizona 85364. I have lived at my current address for 2 years, and before that I lived four blocks away.

3. I am a current member of the Sierra Club. I joined the Sierra Club in August 2017.

4. I support the Sierra Club's mission and goals to encourage the public to explore, enjoy, and protect the wild places of the earth; to practice and promote the responsible use of the earth's ecosystems and resources; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out these objectives.

5. I am originally from Somerton, a neighboring town within Yuma County. I have spent my entire life in this area and know it well.

6. I have been fishing in the canals along the border between Yuma, Arizona in the U.S. and Baja California in Mexico for more than 50 years. I regularly fish in West Main Canal for small mouth, big mouth, and striped bass. I enjoy the desert landscape and the animals and plants that occur there. As I child I hunted quail and rabbits throughout this region.

7. Increasingly, my ability to fish in the canals, and my enjoyment of spending time there, has been diminished by heightened security along the border. I often get stopped by U.S. Customs and Border Protection ("CBP") agents patrolling the area, which along with cameras trained on residents, makes me feel uneasy. I am concerned that construction of border wall near the canal, along with increased security, will increase that unease and diminish my enjoyment of this place.

8. I intend to return to the canals for fishing as long as I am able but I am very concerned that the construction and maintenance of the border wall will limit or entirely cut off my access to these fishing spots.

9. I am also concerned about the aesthetic and environmental impacts that border wall construction and upkeep will have on the landscape I have treasured for so many years. I understand the Department of Homeland Security will also install lights that would create artificial light pollution interfering with the desert dark skies my wife and I treasure. I am also concerned that border wall construction and maintenance would harm native cottonwood trees, mesquite trees, and other vegetation surrounding the border, as well as the wildlife that depends on this habitat.

10. I worry the wall would be incredibly ugly and detract from the natural environment I grew up with. I regularly drive along the levee road. When I view previous wall projects they feel ominous and oppressive to me, diminishing the pleasures I have felt all my life in this desert landscape.

11. It is my understanding that wall construction would occur near West Main Canal and the levee road because it is located in CBP's Yuma Sector, and is referred to as DHS "Yuma Sector Project 1."

12. I understand Sierra Club brought this litigation, in part, to challenge the government's unlawful construction of a border wall. I am participating in this case because DHS has announced it will soon begin wall construction in Yuma Sector Project 1. This construction and a completed wall would impede my ability to fish and otherwise enjoy the areas in Yuma along the border.

13. I plan to continue to fish in the canals and drive along levee roads as long as I am physically able.

I hereby declare under the penalty of perjury pursuant to the laws of the United States that the above is true and correct to the best of my knowledge.

Executed April 4th, 2019.

Albert Del Val