DROR LADIN*
NOOR ZAFAR*
JONATHAN HAFETZ**
HINA SHAMSI*
OMAR C. JADWAT*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
dladin@aclu.org
nzafar@aclu.org
hshamsi@aclu.org
ojadwat@aclu.org
*Admitted pro hac vice
**Application for admission pro hac vice pending

CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
cwang@aclu.org

Attorneys for Plaintiffs (Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO-OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION, | Case No.: 4:19-cv-00892-HSG |
| *Plaintiffs*, | |
| v. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| DONALD J. TRUMP, President of the United States, in his official capacity; PATRICK M. SHANAHAN, Acting Secretary of Defense, in his official capacity; KIRSTJEN M. NIELSEN, Secretary of Homeland Security, in her official capacity; and STEVEN MNUCHIN, Secretary of the Treasury, in his official capacity, | |
| *Defendants.* | |

Additional counsel for Plaintiffs:

SANJAY NARAYAN (SBN 183227)***
GLORIA D. SMITH (SBN 200824)***
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel.: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org
***Counsel for Plaintiff SIERRA CLUB

MOLLIE M. LEE (SBN 251404)
CHRISTINE P. SUN (SBN 218701)
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437
mlee@aclunc.org
csun@aclunc.org

DAVID DONATTI*
ANDRE I. SEGURA (SBN 247681)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   OF TEXAS
P.O. Box 8306
Houston, TX 77288
Tel: (713) 325-7011
Fax: (713) 942-8966
ddonatti@aclutx.org
asegura@aclutx.org
*Admitted pro hac vice

## REQUEST FOR JUDICIAL NOTICE

Plaintiff Sierra Club and Plaintiff Southern Border Communities Coalition (collectively, "Plaintiffs") hereby respectfully request, pursuant to Federal Rule of Evidence 201, that the Court take judicial notice of the following materials in support of Plaintiffs' Motion for Preliminary Injunction.

1.   Attached hereto as **Exhibit A** is a true and correct copy of a Letter from Acting Director of the Office of Budget and Management Russell T. Vought to the Honorable Richard

Shelby, Chairman of the Senate Committee on Appropriations, dated January 6, 2019.

https://www.whitehouse.gov/wp-content/uploads/2019/01/Final-Shelby-1-6-19.pdf.

2.   Attached hereto as **Exhibit B** is a true and correct copy of a tweet from President Donald J. Trump, dated January 30, 2019, 3:49 AM, available on President Trump's official Twitter account, @realDonaldTrump,

https://twitter.com/realdonaldtrump/status/1090577726459838464?lang=en.

3.   Attached hereto as **Exhibit C** is a true and correct copy of a tweet from President Donald J. Trump, dated February 9, 2019, 2:02 PM, available on President Trump's official Twitter account, @realDonaldTrump, https://twitter.com/realDonaldTrump/status/1094355899194454017.

4.    Attached hereto as **Exhibit D** is a true and correct copy of the "Presidential Proclamation on Declaring a National Emergency Concerning the Southern Border of the United States," dated February 15, 2019, and available on the White House official website at https://www.whitehouse.gov/presidential-actions/presidential-proclamation-declaring-national-emergency-concerning-southern-border-united-states/.

5.   Attached hereto as **Exhibit E** is a true and correct copy of a transcript of "Remarks by President Trump on the National Security and Humanitarian Crisis on our Southern Border," dated February 15, 2019, and available on the White House official website at https://www.whitehouse.gov/briefings-statements/remarks-president-trump-national-security-humanitarian-crisis-southern-border/.

6.   Attached hereto as **Exhibit F** is a true and correct copy of a transcript of "Remarks by President Trump in Cabinet Meeting," dated February 12, 2019, and available on the White House official website at https://www.whitehouse.gov/briefings-statements/remarks-president-trump-cabinet-meeting-13/.

7.   Attached hereto as **Exhibit G** is a true and correct copy of the "Fact Sheet" entitled "President Donald J. Trump's Border Security Victory," dated February 15, 2019, and available on the White House official website at https://www.whitehouse.gov/briefings-statements/president-donald-j-trumps-border-security-victory/.

8.   Attached hereto as **Exhibit H** is a true and correct copy of a Letter from David F. Eisner, Assistant Secretary for Management of the Department of Treasury, to Ranking Members of the Senate and House Committees and Subcommittees on Appropriations, dated February 15, 2019. The letter attaches a document titled "Treasury Forfeiture Fund FY2019 Strategic Support Funding."

9.   Attached hereto as **Exhibit I** is a true and correct copy of a Memorandum for Captain Hallock N. Mohler Jr., Executive Secretary of the Department of Defense, from Christina Bobb, Executive Secretary of the Department of Homeland Security, regarding "Request for Assistance Pursuant to 10 U.S.C. § 284," dated February 25, 2019.

10. Attached hereto as **Exhibit J** is a true and correct copy of a tweet from President Donald J. Trump, dated March 8, 2019, 4:24 AM, available on President Trump's official Twitter account, @realDonaldTrump, https://twitter.com/realdonaldtrump/status/110399480547708 5186.

11. Attached hereto as **Exhibit K** is a true and correct copy of a tweet from President Donald J. Trump, dated March 9, 2019, 2:04 PM, available on President Trump's official Twitter account, @realDonaldTrump, https://twitter.com/realdonaldtrump/status/1104503216111321089 ("major sections being built").

12. Attached hereto as **Exhibit L** is a true and correct copy of a tweet from President Donald J. Trump, dated March 9, 2019, 2:13 PM, available on President Trump's official Twitter account, @realDonaldTrump, https://twitter.com/realdonaldtrump/status/1104505623293710337.

13. Attached hereto as **Exhibit M** is a true and correct copy of a Letter from Senators Patrick Leahy, Richard J. Durbin, and Brian Schatz to the Honorable Gene Dodaro, Comptroller

General of the United States, dated March 11, 2019, available on Senator Durbin's official website at https://www.durbin.senate.gov/imo/media/doc/190311%20GAO%20reprogramming%20wall%20letter%20FINAL.pdf.

14. Attached hereto as **Exhibit N** is a true and correct copy of an excerpt from the Department of Defense Fiscal Year 2020 Budget Request, dated March 12, 2019, available on the official Department of Defense website at https://comptroller.defense.gov/Portals/45/Documents/defbudget/fy2020/fy2020_Budget_Request_Overview_Book.pdf.

15. Attached hereto as **Exhibit O** is a true and correct copy of a Letter from Patrick M. Shanahan, Acting Secretary of Defense, to the Honorable Kirstjen Nielsen, Secretary of Homeland Security, dated March 25, 2019. The letter attaches a notice entitled "Support for DHS Counter-Drug Activity Reprogramming Action."

16. Attached hereto as **Exhibit P** is a true and correct copy of a CNN news article that quotes Jay Field, Spokesperson for the U.S. Army Corps of Engineers, dated March, 28, 2019, 9:12 PM and available at https://www.cnn.com/2019/03/28/politics/pentagon-border-wall-arizona-texas/index.html.

17. Attached hereto as **Exhibit Q** is a true and correct copy of an excerpt from the Fiscal Year 2020 White House Budget Request, dated March 11, 2019, available on the White House official website at https://www.whitehouse.gov/wp-content/uploads/2019/03/budget-fy2020.pdf.

18. Attached hereto as **Exhibit R** is a true and correct copy of an excerpt from the Fiscal Year 2019 White House Budget Request, dated February 2018, available on the official White House website at https://www.whitehouse.gov/wp-content/uploads/2018/02/budget-fy2019.pdf.

19. Attached hereto as **Exhibit S** is a true and correct copy of an excerpt from the transcript of testimony by Acting Defense Secretary Patrick Shanahan and Joint Chiefs of Staff

Chair General Joseph Dunford, before the Senate Armed Services Committee, dated March 14, 2019, available on the Senate Armed Services Committee's official website, https://www.armed-services.senate.gov/imo/media/doc/19-25-03-14-19.pdf.

20. Attached hereto as **Exhibit T** is a true and correct copy of a transcript of "Remarks by President Trump Before Marine One Departure," dated January 10, 2019, and available on the White House official website at https://www.whitehouse.gov/briefings-statements/remarks-president-trump-marine-one-departure-30/.

21. Video recording of a February 10, 2019 interview of Mick Mulvaney, Acting White House Chief of Staff, on Fox News, available at https://www.youtube.com/watch?v=l_Z0xx_zS0M.

22. Video recording of testimony by Kirstjen Nielsen, Secretary of Homeland Security, before the House Homeland Security Committee, on March 6, 2019, available at https://www.c-span.org/video/?458250-1/immigration-border-security.

All of the above materials are judicially noticeable because the statements they contain "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *see also Cty. of Santa Clara v. Trump*, 267 F. Supp. 3d 1201, 1216-18, n.7-11 (N.D. Cal. 2017) (taking judicial notice of defendants' public statements, government memoranda and letters, and information on government websites), *appeal dismissed as moot sub nom. City & Cty. of San Francisco v. Trump*, No. 17-16886, 2018 WL 1401847 (9th Cir. Jan. 4, 2018); *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (court may take judicial notice of "matters of public record" not subject to reasonable dispute). The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

All of the above materials are also judicially noticeable because "government memoranda, bulletins, reports, letters, and statements of public record are appropriate for judicial notice." *Santa*

1   *Clara II*, 267 F. Supp. 3d at 1217, n.11 (citing *Brown v. Valoff*, 422 F.3d 926, 933 n.9 (9th Cir.

2   2005)); *see also Cty. of Santa Clara v. Trump* ("*Santa Clara I*"), 250 F. Supp. 3d 497, 520-23, n.5,

3   8, 10, 11 (N.D. Cal. 2017)(taking judicial notice of government memoranda and letter). Furthermore,

4   the President's tweets, which the White House has confirmed are "'considered official statements by

5   the President of the United States,'" are judicially noticeable. *See Hawaii v. Trump*, 859 F.3d 741,

6   773 n.14 (9th Cir. 2017) (taking judicial notice of President Trump's tweets concerning the "travel

7   ban" executive order), *cert. granted sub nom. Trump v. Int'l Refugee Assistance Project*, 137 S. Ct.

8   2080 (2017), and *vacated on other grounds*, 138 S. Ct. 377 (2017).

9   

10          **Exhibits A, D, E, F, G, M, N, Q, R, S, and T** are also judicially noticeable because they are

11   posted to official government websites. *See Santa Clara I*, 250 F. Supp. 3d 497 at 510-23, n.2, 5, 7,

12   9, 10, (taking judicial notice of information and official documents contained on government

13   websites) (citing *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–999 (9th Cir. 2010)).

14   

15   

16   

17   

18   

19   

20   

21   

22   

23   

24   

25   

26   

27   

28

1   Dated:  April 4, 2019                    Respectfully submitted,

2                                            /s/ Dror Ladin_____

3   David Donatti*                           Dror Ladin*
    Andre I. Segura (SBN 247681)_            Noor Zafar*
4   American Civil Liberties Union Foundation Jonathan Hafetz**
        of Texas                             Hina Shamsi*
5   P.O. Box 8306                            Omar C. Jadwat*
    Houston, TX 77288                        American Civil Liberties Union Foundation
6   Tel: (713) 325-7011                      125 Broad Street, 18th Floor
    Fax: (713) 942-8966                      New York, NY 10004
7   ddonatti@aclutx.org                      Tel: (212) 549-2660
    asegura@aclutx.org                       Fax: (212) 549-2564
8                                            dladin@aclu.org
                                             nzafar@aclu.org
9   Counsel for Plaintiffs                   hshamsi@aclu.org
                                             ojadwat@aclu.org
10  *Admitted pro hac vice
    **Application for admission pro hac vice pending   Cecillia D. Wang (SBN 187782)
11  ***Counsel for Plaintiff Sierra Club     American Civil Liberties Union Foundation
                                             39 Drumm Street
12                                           San Francisco, CA 94111
                                             Tel: (415) 343-0770
13                                           Fax: (415) 395-0950
                                             cwang@aclu.org
14
                                             Sanjay  Narayan (SBN 183227)***
15                                           Gloria D. Smith (SBN 200824)***
                                             Sierra Club Environmental Law Program
16                                           2101 Webster Street, Suite 1300
                                             Oakland, CA 94612
17                                           Tel: (415) 977-5772
                                             sanjay.narayan@sierraclub.org
18                                           gloria.smith@sierraclub.org

19                                           Mollie M. Lee (SBN 251404)
                                             Christine P. Sun (SBN 218701)
20                                           American Civil Liberties Union Foundation of
                                                 Northern California, Inc.
21                                           39 Drumm Street
                                             San Francisco, CA 94111
22                                           Tel: (415) 621-2493
                                             Fax: (415) 255-8437
23                                           mlee@aclunc.org
                                             csun@aclunc.org
24

25

26

27

28