# Exhibit H

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

**ASSISTANT SECRETARY**

February 15, 2019

The Honorable Mike Quigley
Chairman
  Subcommittee on Financial Services
  and General Government
Committee on Appropriations
U.S. House of Representatives
Washington, D.C. 20515

The Honorable John Kennedy
Chairman
  Subcommittee on Financial Services
  and General Government
Committee on Appropriations
United States Senate
Washington, D.C. 20510

The Honorable Tom Graves
Ranking Member
  Subcommittee on Financial Services
  and General Government
Committee on Appropriations
U.S. House of Representatives
Washington, D.C. 20515

The Honorable Christopher A. Coons
Ranking Member
  Subcommittee on Financial Services
  and General Government
Committee on Appropriations
United States Senate
Washington, D.C. 20510

Dear Chairman Quigley, Chairman Kennedy, Ranking Member Graves, and Ranking Member Coons:

Enclosed is the Department of the Treasury's Strategic Support spending proposal for Fiscal Year 2019. The Strategic Support program is authorized by 31 U.S.C. § 9705(g)(4)(B) and is available to the Secretary of the Treasury for the law enforcement activities of any federal agency. This plan provides up to $601 million requested by the Department of Homeland Security to support law enforcement border security efforts conducted by U.S. Customs and Border Protection. These funds will be available in two tranches. The first tranche of up to $242 million will be available for obligation 15 days after this letter is submitted. The second tranche of $359 million will be available for obligation after that date subject to the receipt of additional anticipated forfeitures.

If you have any questions or need additional information, please contact the Office of Legislative Affairs at (202) 622-1900.

Sincerely,

David F. Eisner
Assistant Secretary for Management

Enclosure

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

**ASSISTANT SECRETARY**

February 15, 2019

The Honorable Nita M. Lowey
Chairwoman
Committee on Appropriations
U.S. House of Representatives
Washington, DC 20515

The Honorable Richard Shelby
Chairman
Committee on Appropriations
United States Senate
Washington, DC 20510

The Honorable Kay Granger
Ranking Member
Committee on Appropriations
U.S. House of Representatives
Washington, DC 20515

The Honorable Patrick Leahy
Vice Chairman
Committee on Appropriations
United States Senate
Washington, DC 20510

Dear Chairwoman Lowey, Chairman Shelby, Ranking Member Granger, and Vice Chairman Leahy:

Enclosed is the Department of the Treasury's Strategic Support spending proposal for Fiscal Year 2019. The Strategic Support program is authorized by 31 U.S.C. § 9705(g)(4)(B) and is available to the Secretary of the Treasury for the law enforcement activities of any federal agency. This plan provides up to $601 million requested by the Department of Homeland Security to support law enforcement border security efforts conducted by U.S. Customs and Border Protection. These funds will be available in two tranches. The first tranche of up to $242 million will be available for obligation 15 days after this letter is submitted. The second tranche of $359 million will be available for obligation after that date subject to the receipt of additional anticipated forfeitures.

If you have any questions or need additional information, please contact the Office of Legislative Affairs at (202) 622-1900.

Sincerely,

David F. Eisner
Assistant Secretary for Management

Enclosure

**TREASURY FORFEITURE FUND**
**FY2019 STRATEGIC SUPPORT FUNDING**
**(In Millions)**

| Agency | Proposed Amount | |
| --- | --- | --- |
| **CBP** | Tranche 1 | 242.000 |
| | Tranche 2 | 359.000 |
| **Total** | | **601.000** |

| EXPENSE CATEGORIES | FY19 Proposed Amount | DESCRIPTIONS/COMMENTS |
|---|---|---|
| **STRATEGIC SUPPORT FUND (SS)** | | |
| U.S. Border Patrol - Border Security Efforts | 601.000 | CBP has been working in partnership with the United States Army Corps of Engineers (USACE) to implement Border Security and Immigration Enforcement Improvements.  These funds will be used to enhance border security infrastructure and operations in support of CBP law enforcement efforts.   The efforts include the plan, design, and construction of a physical structure, using appropriate materials and technology to most effectively achieve complete operational control of the southern border. Funding will be made available in two tranches.  The first tranche of up to $242 million will be available for obligation 15 days after this letter is submitted.  The second tranche of $359 million will be available for obligation  after that date subject to the receipt of additional anticipated forfeitures. |
| **SRATEGIC SUPPORT TOTALS** | **601.000** | |