**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br><br>**[PROPOSED]** ORDER EXTENDING PAGE LIMITS FOR PRELIMINARY INJUNCTION BRIEFS, STAYING DEFENDANTS' RESPONSE TO THE AMENDED COMPLAINTS, AND STAYING INITIAL CASE MANAGEMENT ACTIVITY |
| SIERRA CLUB, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | |

Upon consideration of the parties' stipulation submitted on April 10, 2019, and for good cause shown, the Court hereby orders:

(1) Defendants' oppositions to the motions for preliminary injunction shall not exceed 35 pages in length.  Plaintiffs in *Sierra Club* may file a reply brief not to exceed 25 pages and Plaintiffs in *California* may file a reply not to exceed 20 pages.

(2) Any amicus briefs shall be filed on or before May 2, 2019, and shall not exceed 20 pages in length.

(3) Defendants' response to the Amended Complaints in the above-captioned cases is stayed pending a ruling on the motions for preliminary injunction.  The parties shall file a joint status report to govern further proceedings, including Defendants' response to the Amended

Complaint, 14 days after the Court's ruling on the motions for preliminary injunction.

(4) All initial case management activity and discovery is stayed pending resolution of the motions for preliminary injunction and the parties' submission of the joint status report to govern further proceedings in the respective actions. The stay includes the deadlines in the Court's initial case management orders to conduct the Rule 26(f) conference by April 30; to file the Rule 26(f) report and case management statement by May 14; and to provide initial disclosures by May 14.

(5) The case management conference currently scheduled for May 21, 2019, is vacated.

**IT IS SO ORDERED**

DATED: April  11, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge