# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>*Defendants*. | Case No. 4:19-cv-00892-HSG<br><br>**ORDER GRANTING CONSENT MOTION OF THE UNITED STATES HOUSE OF REPRESENTATIVES FOR LEAVE TO FILE AS *AMICUS CURIAE* IN SUPPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

Upon consideration of the motion of the United States House of Representatives for leave to file as *amicus curiae* in support of plaintiffs' motion for a preliminary injunction, it is hereby ORDERED that the motion is GRANTED. House's counsel is directed to file the *amicus curiae* brief on the docket in this matter.

Dated: April 15, 2019

*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE

1

ORDER GRANTING CONSENT MOTION OF THE UNITED STATES HOUSE OF REPRESENTATIVES FOR LEAVE TO FILE AS AMICUS CURIAE (4:19-cv-00892-HSG)