IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, et al.;**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.;**<br><br>Defendants. | **ORDER ON JOINT ADMINISTRATIVE MOTION FOR RELIEF FROM AUTOMATIC REFERRAL TO THE ADR MULTI-OPTION PROGRAM**<br><br><br>Case No. 4:19-cv-00872-HSG |
| **SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP, President of the United States, in his official capacity, et al.;**<br><br>Defendants. | Case No. 4-19-cv-00892-HSG |

1 | The parties have filed a Joint Administrative Motion for Relief from Automatic Referral
2 | to the ADR Multi-Option Program. Having considered the parties' motion and all materials
3 | submitted in relation thereto, and good cause having been shown,
4 | IT IS THEREBY ORDERED that the parties' Joint Administrative Motion for Relief
5 | from Automatic Referral to the ADR Multi-Option Program is GRANTED;
6 | AND IT IS FURTHER ORDERED that the parties be, and they hereby are, excused from
7 | mandatory participation in the Court's Alternative Dispute Resolution Multi-Option Program.
8 | **IT IS SO ORDERED.**
9 | Dated: April 22, 2019

The Honorable Haywood S. Gilliam, Jr.

1

Order on Joint Admin. Mot. for Relief from Automatic Referral to ADR Multi-Option Program
(4:19-cv-00872-HSG; 4:19-cv-99892-HSG)