Richard Mancino (*pro hac vice pending*)
rmancino@willkie.com
Shaimaa M. Hussein (*pro hac vice pending*)
shussein@willkie.com
Matthew Dollan (*pro hac vice pending*)
mdollan@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-9000

Richard D. Bernstein (*pro hac vice forthcoming*)
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: (301) 775-2064
rbernsteinlaw@gmail.com

David W. Evans
**HAIGHT BROWN & BONESTEEL LLP**
Three Embarcadero Center, Suite 200
San Francisco, CA 94111
Telephone: (415) 546-7500
Facsimile: (415) 546-7505
devans@hbblaw.com

*Counsel for Amici Curiae* Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., <br><br> *Defendants*. | **CONSENT MOTION FOR LEAVE TO FILE MEMORANDUM OF CHRISTOPHER SHAYS, CHRISTINE TODD WHITMAN, PETER KEISLER, CARTER PHILLIPS, JOHN BELLINGER III, STANLEY TWARDY, AND RICHARD BERNSTEIN AS *AMICI CURIAE* IN SUPPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Case No. 4:19-CV-00872-HSG <br><br> P.I. Hearing Date: May 9, 2019 <br> Time: 2:00 PM |
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity, et al., <br><br> *Defendants*. | Case No. 4:19-CV-00892-HSG <br><br> P.I. Hearing Date: May 17, 2019 <br> Time: 10:00 AM |

PB99-0000120
12965191.1

Case Nos. 4:19-CV-00872-HSG
4:19-CV-00892-HSG
CONSENT MOTION FOR LEAVE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein respectfully move for leave to file the attached memorandum as *amici curiae* in the above-captioned matters in support of Plaintiffs' Motion for a Preliminary Injunction. The *amici* include a former Republican cabinet member, a former Republican member of Congress, and a former Republican United States Attorney. *See* Appendix A to proposed *amici* brief. Counsel for both Plaintiffs and Defendants have consented to filing the appended *amici* brief. The *amici* have an interest in seeing that the power to make appropriations is not shifted improperly from Congress to the executive branch.

## STATEMENT OF INTEREST AND ARGUMENT

The *amici* brief would be helpful to the Court because the brief focuses on one of the dispositive merits arguments. That argument is that Section 739 of Division D ("Section 739") of the Consolidated Appropriations Act 2019, Pub. L. 116-6 ("Consolidated 2019"), prohibits the proposed use of funds under 10 U.S.C. § 284 ("284"), 10 U.S.C. § 2808 ("2808"), or 31 U.S.C. § 9705 ("9705"), to construct the southern border barrier. Section 739 states in pertinent part: "None of the funds made available in this or any other appropriations Act may be used to increase . . . funding for a program, project, or activity as proposed in the President's budget request for a fiscal year until such proposed change is subsequently enacted in an appropriation Act, or unless such change is made pursuant to the reprogramming or transfer provisions of this or any other appropriations Act."

Part I of the *amici* brief shows that because the President has requested an increase in funds that Congress did not enact, Section 739's prohibition applies to all $6.7 billion of proposed increased funding. Part II of the *amici* brief shows that none of the proposed uses of 284, 2808, or

PB99-0000120
12965191.1

2

9705 satisfies Section 739's exception because none makes an increase in funding solely pursuant to the provisions of an "appropriations Act." Although Section 739 is unambiguous, Part III of the *amici* brief shows that two canons of construction favor interpreting Section 739 to preclude the proposed increased funding.

Dated: April 23, 2019

Respectfully Submitted,

Richard Mancino (*pro hac vice pending*)
Shaimaa M. Hussein (*pro hac vice pending*)
Matthew Dollan (*pro hac vice pending*)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Ave
New York, NY 10019
Telephone: (202) 728-8000
Facsimile: (202) 728-9000

David W. Evans

/s/ *David W. Evans*
**HAIGHT BROWN & BONESTEEL LLP**
Three Embarcadero Center, Suite 200
San Francisco, CA 94111
Telephone: (415) 546-7500
Facsimile: (415) 546-7505

Richard D. Bernstein (*pro hac vice forthcoming*)
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: (301) 775-2064

*Counsel for Amici Curiae* Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein

PB99-0000120
12965191.1

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 23, 2019, I caused the foregoing document to be filed via the U.S. District Court for the Northern District of California's CM/ECF system, which I understand caused service on all registered parties.

/s/ Paula Johnson
Paula Johnson