# Exhibit 4

🇺🇸 Official website of the Department of Homeland Security



U.S. Customs and Border Protection (/)

# Southwest Border Migration FY 2019



## U.S. Border Patrol Southwest Border Apprehensions FY 2019

| USBP | Demographic | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY |
|---|---|---|---|---|---|---|---|---|---|
| Southwest Border | Unaccompanied Alien Child | 4,968 | 5,259 | 4,755 | 5,113 | 6,828 | 8,975 | | |
| | Family Units* | 23,116 | 25,164 | 27,507 | 24,189 | 36,531 | 53,077 | | |

| USBP | Demographic | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY |
|---|---|---|---|---|---|---|---|---|---|
| | Single Adult | 22,922 | 21,432 | 18,489 | 18,682 | 23,525 | 30,555 | | |
| **Southwest Border Total Apprehensions** | | 51,006 | 51,855 | 50,751 | 47,984 | 66,884 | 92,607 | | |

**\*Note:** Family Unit represents the number of individuals (either a child under 18 years old, parent or legal guardian) apprehended with a family member by the U.S. Border Patrol.

In March, 92,607 people were apprehended between ports of entry on the Southwest Border, compared with 66,884 in the month of February and 47,984 in January. In FY18, a total of 396,579 individuals were apprehended between ports of entry on our Southwest Border.

For breakdown by Sector, visit **USBP Southwest Border Apprehensions by Sector (/newsroom/stats/sw-border-migration/usbp-sw-border-apprehensions)**

# Office of Field Operations Southwest Border Inadmissibles FY 2019

| Field Operations | Demographic | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | J |
|---|---|---|---|---|---|---|---|---|---|---|
| **Southwest Border** | Unaccompanied Alien Child | 453 | 404 | 350 | 408 | 426 | 423 | | | |
| | Family Units* | 4,178 | 4,986 | 4,382 | 4,211 | 4,210 | 4,194 | | | |
| | Single Adults | 5,053 | 5,146 | 5,213 | 5,619 | 4,939 | 6,168 | | | |
| | Accompanied Minor Child* | 86 | 70 | 81 | 71 | 76 | 100 | | | |
| **Southwest Border Total Inadmissibles** | | 9,770 | 10,606 | 10,026 | 10,309 | 9,651 | 10,885 | | | |

**\*Note:** Family Unit represents the number of individuals (either a child under 18 years old, parent or legal guardian) deemed inadmissible with a family member by the Office of Field Operations.

**\*Accompanied Minor Child** represents a child accompanied by a parent or legal guardian and the parent or legal guardian is either a U.S. Citizen, Lawful Permanent Resident or admissible alien, and the child is determined to be inadmissible.

In March, 10,885 people presenting themselves at ports of entry on the Southwest Border were deemed inadmissible, compared with 9,651 in the month of February and 10,309 in January. In FY18, 124,511 people presenting themselves at ports of entry on the Southwest Border were deemed inadmissible.

OFO inadmissibility metrics include: individuals encountered at ports of entry who are seeking lawful admission into the United States but are determined to be inadmissible, individuals presenting themselves to seek humanitarian protection under our laws, and individuals who withdraw an application for admission and return to their countries of origin within a short timeframe.

For breakdown by Field Office, visit **Southwest Border Inadmissibles by Field Office (/newsroom/stats/sw-border-migration/ofo-sw-border-inadmissibles)**.

**Last modified:** April 24, 2019

 Share This Page.