# Exhibit 8

DECLARATION OF KENNETH P. RAPUANO

I, KENNETH P. RAPUANO, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Assistant Secretary of Defense for Homeland Defense and Global Security (ASD(HD&GS)). Among other duties, which are generally reflected in Department of Defense (DoD) Directive 5111.13, I am responsible for developing, coordinating, and overseeing implementation of DoD policy for plans and activities related to defense support of civil authorities. On April 5, 2018, the Secretary of Defense designated the ASD(HD&GS) to manage the then-newly established DoD Border Security Support Cell. The DoD Border Security Support Cell is the focal point and integrator for all requests for assistance, taskings, and information related to DoD support pursuant to the President's April 4, 2018, memo, "Securing the Southern Border of the United States."

2. This declaration is based on my own personal knowledge and information made available to me in the course of my official duties.

### 10 U.S.C. § 284

3. On February 25, 2019, the Department of Homeland Security (DHS) submitted a request to DoD for assistance in blocking up to 11 specific drug-smuggling corridors along certain portions of the southern border of the United States, pursuant to 10 U.S.C. § 284. The request sought assistance through the replacement of existing vehicle barricades or dilapidated pedestrian fencing with new pedestrian fencing, the construction of new patrol roads and the improvement of existing patrol roads, and the installation of lighting on Federal land. *See* Exhibit A.

4. On March 25, 2019, the Acting Secretary of Defense approved three projects to block drug-smuggling corridors based on this February 25, 2019, DHS request. *See* Exhibit B. Two projects are located in Arizona, and one project is located in New Mexico. The approved projects were identified as: Yuma Sector Project 1 (maximum of 5 miles/18-foot fence); Yuma Sector Project 2 (maximum of 6 miles/18-foot fence); and El Paso Sector Project 1 (maximum of 46 miles/18-foot fence).

5. Also on March 25, 2019, the Acting Secretary of Defense decided to use DoD's general transfer authority under section 8005 of the Department of Defense Appropriations Act, 2019, and section 1001 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 to transfer funds between DoD appropriations to fund the approved projects. Specifically, he determined that the above projects he approved for DHS will be funded through a transfer of $1 billion to the counter-narcotics support line of the Drug Interdiction and Counter-Drug Activities, Defense, account from fiscal year 2019 Army military personnel accounts that were excess to current military personnel requirements. *See* Exhibit C. Army personnel funds were available for transfer because expenditures for service member pay and compensation, retirement benefits, food, and moving expenses through the end of fiscal year 2019 will be lower than originally budgeted. Congress was notified of this transfer on March 25, 2019. *See* Exhibit D.

6. On March 26, 2019, the designated $1 billion was transferred from the Drug Interdiction and Counter-Drug Activities, Defense, account to the Operation and Maintenance, Army, account for use by the U.S. Army Corps of Engineers to undertake fence and road construction and lighting installation for the approved projects. Of the $1 billion, $2.5 million is for U.S. Army Corps of Engineers planning and surveys of the areas where border barriers will be constructed under section 284.

7. On March 29, 2019, DHS requested that DoD modify certain technical specifications for the three projects approved on March 25, 2019. Specifically, DHS requested that all fencing constructed by DoD include a 5-foot anti-climb steel plate and that DoD construct 30-foot fencing for Yuma Sector Project 1 and El Paso Sector Project 1. The fence for Yuma Sector Project 2 will remain 18 feet. *See* Exhibit E. The Acting Secretary of Defense approved this modification on April 9, 2019. *See* Exhibit F.

8. On April 9, 2019, DoD announced that the U.S. Army Corps of Engineers had awarded contracts to SLSCO Ltd. of Galveston, Texas ($789 million) to perform work in support of El Paso Sector Project 1, and to Barnard Construction Co. Inc. of Bozeman, Montana ($187 million), to perform work to support the Yuma Sector projects.

9. On April 12, 2019, DHS determined that it has sufficient appropriated funding to address approximately four (4) of the six (6) miles identified for Yuma Project 2. Based on the availability of this appropriated funding, DHS modified its request by removing 4 miles from the Yuma Project 2 requirements for DoD. *See* Exhibit G. On April 18, 2019, I approved this modification, which permitted funding additional miles of 30-foot bollard fencing, roads, and lighting in the El Paso Sector 1 project. *See* Exhibit H.

10. The U.S. Army Corps of Engineers currently plans that construction of the approved section 284 projects will begin no earlier than May 25, 2019.

11. As part of the DoD Comptroller's review of available funding, additional funds may be identified that are excess to need or are otherwise appropriate to use for additional section 284 projects. In that case, DoD could approve the transfer of up to an additional $1.5 billion to the counter-narcotics support line of the Drug Interdiction and Counter-Drug Activities, Defense, account. Decisions by the Acting Secretary of Defense regarding future transfer of funds and approval of additional DHS-requested projects under § 284 are expected in May 2019.

12. DoD will not use any DoD counter-narcotics funding for the drug-demand-reduction program, the National Guard counter-drug program, or the National Guard counter-drug schools program to provide support to DHS under 10 U.S.C. § 284(b)(7).

## 10 U.S.C. § 2808

13. On February 15, 2019, the President of the United States, in accordance with the National Emergencies Act, 50 U.S.C. §§ 1601-1651, declared that a national emergency exists at the southern border of the United States. In accordance with that declaration, the President invoked

10 U.S.C. § 12302 and made that statutory authority available, according to its terms, to the Secretaries of the military departments concerned, subject to the direction of the Secretary of Defense in the case of the Secretaries of the Army, Navy, and Air Force. To provide additional authority to DoD in support of the Federal Government's response to the national emergency at the southern border, the President also declared that this emergency requires use of the armed forces and, in accordance with section 301 of the National Emergencies Act (50 U.S.C. § 1631), that the construction authority provided in 10 U.S.C. § 2808 is made available, according to its terms, to the Secretary of Defense and, at the discretion of the Secretary of Defense, to the Secretaries of the military departments.

14. Under section 2808, whenever the President declares a national emergency "that requires use of the armed forces," the Secretary of Defense may undertake or authorize military construction projects "not otherwise authorized by law that are necessary to support such use of the armed forces" 10 U.S.C. § 2808(a). The Acting Secretary of Defense has not yet decided to undertake or authorize any barrier construction projects under section 2808. To inform the Acting Secretary's decision, on March 20, 2019, the Secretary of Homeland Security provided a prioritized list of proposed border-barrier-construction projects that DHS assesses would improve the efficiency and effectiveness of the armed forces supporting DHS in securing the southern border. On April 11, 2019, as a follow-up to the Chairman's preliminary assessment of February 10, 2019, the Acting Secretary instructed the Chairman of the Joint Chiefs of Staff to provide, by May 10, 2019, a detailed assessment of whether and how specific military construction projects could support the use of the armed forces in addressing the national emergency at the southern border.

15. Also on April 11, 2019, the Acting Secretary instructed the DoD Comptroller, in consultation with the Secretaries of the military departments, the Chairman of the Joint Chiefs of Staff, the Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Policy, and the heads of any other relevant DoD components to identify, by May 10, 2019, existing military construction projects of sufficient value to provide up to $3.6 billion of funding for his consideration. When evaluating the potential funding sources for potential section 2808 construction projects, the Comptroller was instructed not to consider family housing, barracks, or dormitory projects; projects that have already been awarded; or projects that have fiscal year 2019 award dates.

*** 

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 25, 2019

KENNETH P. RAPUANO

# EXHIBIT A



*Executive Secretary*
**U.S. Department of Homeland Security**
Washington, DC 20528

February 25, 2019

MEMORANDUM FOR:     CAPT Hallock N. Mohler Jr.
                    Executive Secretary
                    Department of Defense (DoD)

FROM:               Christina Bobb
                    Executive Secretary
                    Department of Homeland Security (DHS)

SUBJECT:            Request for Assistance Pursuant to 10 U.S.C. § 284

**I. Overview**

As the government department tasked with border security, the Department of Homeland Security (DHS), through U.S. Customs and Border Protection (CBP), is requesting that the Department of Defense assist DHS in its efforts to secure the southern border.  The Secretary has directed me to transmit this request for assistance to your attention.  This memorandum supersedes the February 22, 2019 version.

In Section 102 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, as amended (IIRIRA), 8 U.S.C. § 1103 note, Congress has directed DHS to construct border infrastructure in areas of high illegal entry to deter illegal crossing of both drugs and people into the United States.  Pursuant to Section 102, DHS has identified the areas set forth in Section II below as areas of high illegal entry where CBP must take action (the Project Areas).

Within the Project Areas, DHS is experiencing large numbers of individuals and narcotics being smuggled into the country illegally.  The Project Areas are also used by individuals, groups, and transnational criminal organizations as drug smuggling corridors. Mexican Cartels continue to remain dominant in these areas, influencing and controlling narcotics and human smuggling operations, within their respective strongholds.

DHS must use its authority under Section 102 of IIRIRA to install additional physical barriers and roads in the vicinity of the United States border in order to deter and prevent illegal crossings within the Project Areas.  The construction of border infrastructure within the Project Areas will support DHS's ability to impede and deny illegal entry and drug smuggling activities within the Project Areas.

Subject:  Request for Assistance Pursuant to 10 U.S.C. § 284
Page 2

The Project Areas identified are adjacent to some of the most densely populated metropolitan areas of Mexico and are also home to some of the strongest and most violent drug cartels in the world.  Deterring and preventing illegal cross-border activity will help stem the flow of illegal narcotics and entries in these areas.  Similarly, the improved ability to impede, deny, and be mobile within the Project Areas creates a safer operational environment for law enforcement.

To support DHS's action under Section 102 of IIRIRA, DHS is requesting that DoD, pursuant to its authority under 10 U.S.C. § 284(b)(7), assist with the construction of fences roads, and lighting within the Project Areas to block drug-smuggling corridors across the international boundary between the United States and Mexico.

## II. Capabilities Requested

Within the Project Areas there is existing vehicle fence and dilapidated pedestrian fencing.  Vehicle fencing is intended to stop vehicles from illegally entering the United States, but can be climbed over or under by individuals.  Pedestrian fencing is intended to prevent and deter individuals and vehicles from illegally crossing into the United States.

DHS requests that DoD assist in the execution of projects, within the Project Areas set forth below, to: (1) replace existing vehicle barriers or dilapidated pedestrian fencing with new pedestrian fencing; (2) construct roads; and (3) install lighting.

The new pedestrian fencing includes a Linear Ground Detection System, which is intended to, among other functions, alert Border Patrol agents when individuals attempt to damage, destroy or otherwise harm the barrier.  The road construction includes the construction of new roads and the improvement of existing roads.  The lighting that is requested has an imbedded camera that works in conjunction with the pedestrian fence. The lighting must be supported by grid power.

The segments of fence within the Project Areas identified below are situated on federal property.  DHS will be responsible for securing, to the extent required, any other real estate interest or instrument that is required for project execution.  In the event a real estate interest or instrument that is needed for project execution cannot be obtained for a segment of fence within a Project Area in a time frame that is within the requirements of this request for assistance, the segment may be withdrawn from this request.  In addition, DHS will be responsible for any applicable environmental planning and compliance to include stakeholder outreach and consultation associated with the projects.

Subject:  Request for Assistance Pursuant to 10 U.S.C. § 284
Page 3

**Project Areas:**

**II.A.  El Centro Sector**

Within the United States Border Patrol El Centro Sector (El Centro Sector) DHS is requesting that DoD assist by undertaking road construction, by replacing approximately 15 miles of existing vehicle barrier with new pedestrian fencing, and by installing lighting in the specific locations identified below.

The specific Project Area identified below is located in Imperial County, California and has been identified by the Office of National Drug Control Policy (ONDCP) as a High Intensity Drug Trafficking Area (HIDTA).  Multiple local transnational criminal organizations known for smuggling drugs into Calexico from Mexico using a variety of tactics, techniques, procedures, and varying concealment methods operate in this area, including *Cartel De Jalisco Nueva Generacíon* (CJNG) as well as remnants of the *Beltran Leyva* Organization and *La Familia Michoacana* organizations.  CJNG, based in Jalisco, was previously a faction of the *Sinaloa* Cartel. CJNG broke away from the *Sinaloa* Cartel and has become an established Mexican Cartel.  The Mexican government has declared CJNG as one of the most dangerous cartels in the country.

Due to the close proximity of urban areas on both sides of the border, the El Centro Sector suffers from some of the quickest vanishing times – that is, the time it takes to illegally cross into the United States and assimilate into local, legitimate traffic.  These quick vanishing times enable the illegal activities of transnational criminal organizations, whether they are smuggling people or narcotics.

Border Patrol's own experience with apprehensions between border crossings bears this out.  In fiscal year 2018, there were over 29,000 apprehensions of illegal entrants attempting to enter the United States between border crossings in the El Centro Sector. Also in fiscal year 2018, Border Patrol had approximately 200 separate drug-related events between border crossings in the El Centro Sector, through which it seized over 620 pounds of marijuana, over 165 pounds of cocaine, over 56 pounds of heroin, and over 1,600 pounds of methamphetamine.

The specific Project Area is as follows:

- *El Centro Project 1:*

    o   The project begins approximately 10 miles west of the Calexico Port of Entry continuing west 15.25 miles in Imperial County.
    o   Start coordinate: 32.63273, -115.922787; End coordinate: 32.652563, -115.662399

Subject:  Request for Assistance Pursuant to 10 U.S.C. § 284
Page 4

## II.B.  Yuma Sector

Within the United States Border Patrol Yuma Sector (Yuma Sector) DHS is requesting
that DoD assist by undertaking road construction, by replacing approximately 36 miles of
existing vehicle barrier and approximately 6 miles of dilapidated pedestrian fencing with
new pedestrian fencing, and by installing lighting in the specific locations identified
below.  The specific areas identified below are located in Yuma County, Arizona.

Yuma County has been identified by the ONDCP as a HIDTA.  Of particular note is the
operation of the *Sinaloa* Cartel in this area.  The *Sinaloa* Cartel continues to be the most
powerful cartel in the country and controls illicit networks and operations in the United
States. Despite the arrest of Joaquin "El Chapo" Guzman-Loera, its narcotics business has
continued uninterrupted.  As a result, there have been no significant changes within the
*Sinaloa* Cartel's hierarchy, or any changes in the illicit operations conducted by the
*Sinaloa* Cartel.

Border Patrol's own experience with apprehensions between border crossings bears this
out.  In fiscal year 2018, there were over 26,000 apprehensions of illegal entrants
attempting to enter the United States between border crossings in the Yuma Sector. Also
during fiscal year 2018, Border Patrol had over 1,400 separate drug-related events
between border crossings in the Yuma Sector, through which it seized over 8,000 pounds
of marijuana, over 78 pounds of cocaine, over 102 pounds of heroin, over 1,700 pounds
of methamphetamine, and over 6 pounds of fentanyl.

The replacement of ineffective pedestrian fencing in this area is necessary because the
older, wire mesh design is easily breached and has been damaged to the extent that it is
ineffective.  Additionally, this area is notorious for border violence and narcotics
smuggling.  Furthermore, while the deployment of vehicle barrier in the Yuma Sector
initially curtailed the volume of illegal cross-border vehicular traffic, transnational
criminal organizations quickly adapted their tactics switching to foot traffic, cutting the
barrier, or simply driving over it to smuggle their illicit cargo into the United States.
Thus, in order to respond to these changes in tactics, DHS now requires pedestrian
fencing.

The specific Project Areas are as follows:

- *Yuma Project 1:*

    o The project begins approximately 1 mile southeast of the Andrade Port of
      Entry continuing along the Colorado River for approximately 5 miles in
      Yuma County.
    o Start coordinate: 32.704197, -114.726013; End coordinate: 32.642102,
      -114.764632)

Subject:  Request for Assistance Pursuant to 10 U.S.C. § 284
Page 5

- *Yuma Project 2:*

    o  The project involves the replacement of two segments of primary
       pedestrian fencing in Yuma Sector for a total of approximately 6 miles.
       This includes approximately 2 miles of fencing along the Colorado River.
    o  Start coordinate: 32.37755528, -114.4268201; End coordinate:
       32.3579244, -114.3623999;
    o  The project also includes replacement of primary pedestrian fencing
       approximately 17 miles east of the San Luis Port of Entry, on the
       Barry M Goldwater Range, continuing east for approximately 4 miles.
    o  Start coordinate: 32.51419938, -114.8011175; End coordinate:
       32.49350559, -114.8116619

- *Yuma Project 3:*

    o  The project begins approximately 0.4 miles east of the
       Barry M. Goldwater Range continuing approximately 31 miles east
       through the Cabeza Prieta National Wildlife Refuge in Yuma County.
    o  Start coordinate: 32.232935, -113.955211; End coordinate: 32.039033,
       -113.33411

**III.C.  Tucson Sector**

Within the United States Border Patrol Tucson Sector (Tucson Sector) DHS is requesting
that DoD assist by undertaking road construction, by replacing approximately 86 miles of
existing vehicle barrier with new pedestrian fencing, and by installing lighting in the
specific locations identified below.  The specific areas identified below are located in
Pima, Cochise, and Santa Cruz Counties, Arizona.

Pima, Cochise and Santa Cruz Counties have been identified by the ONDCP as a
HIDTA.  The *Sinaloa* Cartel relies on their local associates to coordinate, direct, and
support the smuggling of illegal drugs and aliens from Mexico to the United States.
Since Arizona is contiguous with the U.S.-Mexico International Boundary, the Tucson
and Phoenix metropolitan areas are major trans-shipment and distribution points for
contraband smuggling. Plaza bosses operate as a *Sinaloa* Cartel leader within their
specific area of operation along the Sonora-Arizona corridor of the U.S.-Mexico
International Boundary.

Border Patrol's own experience with apprehensions between border crossings bears this
out.  In fiscal year 2018, there were over 52,000 apprehensions of illegal entrants
attempting enter the United States between the border crossings in the Tucson Sector.
Also in fiscal year 2018 Border Patrol had over 1,900 separate drug-related events
between border crossings in the Tucson Sector, through which it seized over 1,600
pounds of marijuana, over 52 pounds of cocaine, over 48 pounds of heroin, over 902
pounds of methamphetamine, and over 11 pounds of fentanyl.

Subject:  Request for Assistance Pursuant to 10 U.S.C. § 284
Page 6

In addition, the absence of adequate pedestrian fencing, either due to the presence of vehicle barrier only or ineffective pedestrian designs, in the Tucson sector continues to be particularly problematic as it pertains to the trafficking of illegal narcotics.  Rival transnational criminal organizations frequently employ "rip crews" who leverage the remote desert environment and lack of infrastructure to steal one another's illicit cargo resulting in increased border violence.

The terrain also provides high ground to scouts seeking to protect and warn smuggling loads being passed through the area.  Transnational criminal organizations have successfully utilized this advantage in furtherance of their illicit activity and for this reason the area is in need of an improved capability to impede and deny illegal crossings or people and narcotics.  In addition, the area hosts a number of tourist attractions that allow illegal activity to blend into legitimate activity; avoiding detection and evading interdiction.

The specific Project Areas are as follows:

- *Tucson Project 1:*
    - The project includes replacement of two segments of vehicle barriers.  The first segment begins approximately 2 miles west of the Lukeville Port of Entry continuing west approximately 30 miles.
    - Start coordinate: 32.038278, -113.331716; End coordinate: 31.890032, -112.850162
    - The second segment project begins approximately 3 miles east of the Lukeville Port of Entry and continues east approximately 8 miles in Pima County, Arizona.
    - Start coordinate: 31.8648, -112.76757; End coordinate: 31.823911, -112.634298

- *Tucson Project 2:*
    - The project includes approximately 5 miles of primary pedestrian fence replacement around the Lukeville Port of Entry extending from approximately 2 miles west of the port to approximately 3 miles east of the port.
    - Start coordinate: 31.88999921, -112.850162; End coordinate: 31.8648, -112.76757

Subject:  Request for Assistance Pursuant to 10 U.S.C. § 284
Page 7

- *Tucson Project 3*:

  o The project includes three segments of vehicle barrier replacement beginning approximately 18 miles west of the Naco Port of Entry and continuing to approximately 25 miles east of the Douglas Port of Entry (or approximately 5 miles west of the Arizona/New Mexico state line) for approximately 20 miles of non-contiguous vehicle barrier replacement in Cochise County, Arizona.
  o Start coordinate: 31.333754, -110.253863; End coordinate: 31.333767, -110.250286;
  o Start coordinate: 31.334154, -110.152548; End coordinate: 31.334137, -110.147464;
  o Start coordinate: 31.333995, -109.453305; End coordinate: 31.332759, -109.129344

- *Tucson Project 4:*

  o The project begins approximately 9 miles east of the Nogales Port of Entry and continues eastward for approximately 30 miles with approximately 26 miles of non-contiguous vehicle barrier replacement in Santa Cruz and Cochise Counties, Arizona.
  o Start coordinate: 31.333578, -110.79579; End coordinate: 31.333511, -110.775333;
  o start coordinate:  31.33328, -110.70545; End coordinate: 31.333602, -110.288665)
  o Note: An additional approximately 0.3 miles of new pedestrian fence could be built between the existing segmented vehicle barrier locations to fill existing gaps if appropriate real estate interest can be verified

- *Tucson Project 5:*

  o The project includes approximately 2 miles of vehicle barrier replacement beginning approximately 4.5 miles east of the Sasabe Port of Entry continuing east in six non-continuous segments for approximately 15 miles in Pima and Santa Cruz Counties, Arizona.
  o Start Coordinate: 31.460175, -111.473171; End Coordinate: 31.459673, -111.471584;
  o Start Coordinate: 31.453091, -111.450959; End Coordinate: 31.449633, -111.440132;
  o Start Coordinate: 31.440683, -111.412054; End Coordinate: 31.437351, -111.40168;
  o Start Coordinate: 31.423471, -111.358336; End Coordinate: 31.422541, -111.355444;
  o Start Coordinate: 31.42221, -111.354379; End Coordinate: 31.421321, -111.351608;

Subject:  Request for Assistance Pursuant to 10 U.S.C. § 284
Page 8

> o   Start Coordinate: 31.386813, -111.243966; End Coordinate: 31.385462,
>     -111.239759)

## II.D.  El Paso Sector

Within the United States Border Patrol El Paso (El Paso Sector) DHS is requesting that
DoD assist by undertaking road construction, by replacing approximately 70 miles of
existing vehicle barrier with new pedestrian fencing, and by installing lighting in the
specific locations identified below.  The specific areas identified below are located in
Luna, Hidalgo and Doña Ana Counties, New Mexico.  Luna, Hidalgo and Doña Ana
Counties have been identified by the ONDCP as a HIDTA.

There are three specific transnational criminal organizations of interest operating in the El
Paso Sector - the *Sinaloa* Cartel as well as remnants of the *Juarez* Cartel and the *Beltran
Leyva* Organization.  In the El Paso Sector the *Sinaloa* Cartel employs a variety of tactics,
techniques and procedures depending upon the terrain and environment to move drugs
across the border.  While the *Sinaloa* Cartel has a strong presence and control of
territories at the flanks of the Sector, it does not have full control of the territory
throughout the El Paso Sector.  The *Juarez* Cartel, traditionally a major trafficker of
marijuana and cocaine, has become an active member in opium cultivation and heroin
production.

Border Patrol's own experience with apprehensions between border crossings bears this
out.  In fiscal year 2018, there were over 31,000 apprehensions of illegal entrants
attempting to enter the United States between border crossings in the El Paso Sector.
Also in fiscal year 2018, Border Patrol had over 700 separate drug-related events between
border crossings in the El Paso Sector, through which it seized over 15,000 pounds of
marijuana, over 342 pounds of cocaine, over 40 pounds of heroin, and over 200 pounds
of methamphetamine.

Although the deployment of vehicle barrier in the El Paso Sector initially curtailed the
volume of illegal cross-border vehicular traffic, transnational criminal organizations
quickly adapted their tactics switching to foot traffic, cutting the barrier, or simply
driving over it to smuggle their illicit cargo into the United States.

Thus, in order to respond to these changes in tactics, CBP now requires pedestrian
fencing.  Successfully impeding and denying illegal activities or transnational criminal
organizations in this area is further complicated by the close proximity of New Mexico
Highway 9 to the border.  In some cases the highway is less than a half a mile, allowing
illegal cross-border traffic to evade detection and apprehension and quickly vanish from
the border area.

Subject:  Request for Assistance Pursuant to 10 U.S.C. § 284
Page 9

The specific Project Areas are as follows:

- *El Paso Project 1:*
    - The project includes 46 miles of vehicle barrier replacement beginning approximately 17.5 miles west of the Columbus Port of Entry continuing east in non-contiguous segments to approximately 35 miles east of the Columbus Port of Entry within the Luna and Doña Ana Counties, New Mexico.
    - Start Coordinate: 31.7837, -107.923151; End Coordinate: 31.783689, -107.679049;
    - Start Coordinate: 31.783672, -107.573919; End Coordinate: 31.783741, -107.038154

- *El Paso Project 2:*
    - The project includes 23.51 miles of Vehicle Barrier replacement in non-contiguous segments within Hidalgo and Luna Counties, New Mexico. The first segment begin approximately 5.1 miles east of the New Mexico/Arizona Border continuing east 4.55 miles.
    - Start Coordinate:  31.332323, -108.962631; End Coordinate: 31.332292, -108.885946;
    - The second segment begins approximately 3 miles west of the Antelope Wells Port of Entry to 3 miles east of the port of entry for 6.12 miles of Vehicle Barrier replacement.
    - Start Coordinate:  31.333368, -108.582412; End Coordinate: 31.333407, -108.47926;
    - The third segment begins approximately 20 miles west of the Columbus Port of Entry extending west 12.84 miles.
    - Start Coordinate:  31.783722, -108.182442; End Coordinate: 31.783708, -107.963193;

### III.    Technical Specifications

As set forth above, DHS requires road construction, installation of lighting, and the replacement of existing vehicle barrier or dilapidated pedestrian fencing with new pedestrian fencing within the Project Areas.  DHS will provide DoD with more precise technical specifications as contract and project planning moves forward.

Given DHS's experience and technical expertise, DHS plans to coordinate closely with DoD throughout project planning and execution, to include review and approval of design specifications, barrier alignment and location, and other aspects of project planning and execution.

Subject:  Request for Assistance Pursuant to 10 U.S.C. § 284
Page 10

### IV.  Sequencing

The DHS request for assistance includes approximately 218 miles in which DHS requires road construction, the installation of lighting, and the replacement of existing vehicle fencing or dilapidated pedestrian fencing with new pedestrian fencing within the Project Areas.  DHS requests that DoD's support under 10 U.S.C. § 284 address the requirements in order of priority as DoD resources allow.  The DHS order of priority is as follows:

1.  Yuma Sector Project 1
2.  Yuma Sector Project 2
3.  El Paso Sector Project 1
4.  El Centro Sector Project 1
5.  Tucson Sector Project 1
6.  Tucson Sector Project 2
7.  Tucson Sector Project 3
8.  Tucson Sector Project 4
9.  Yuma Sector Project 3
10. El Paso Sector Project 2
11. Tucson Sector Project 5

### V.  Funding

DHS requests that DoD provide the above-referenced border fences, roads, and lighting on a non-reimbursable basis as support to block drug smuggling corridors.

DHS will accept custody of the completed infrastructure and account for that infrastructure in its real property records.

DHS will operate and maintain the completed infrastructure.

### VI.  Conclusion

DHS requests DoD assistance under 10 U.S.C. § 284 to construct fences, roads, and to install lighting in order to block drug smuggling corridors in the Project Areas set forth above.  The Projects Areas set forth above are also areas of high illegal entry under IIRIRA § 102(a), and the requested fences, roads, and lighting will assist in deterring illegal crossings in the Project Areas.

# EXHIBIT B



**SECRETARY OF DEFENSE**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

MAR 2 5 2019

The Honorable Kirstjen Nielsen
Secretary of Homeland Security
Washington, DC 20528

Dear Madam Secretary:

Thank you for your February 25, 2019 request that the Department of Defense provide support to your Department's effort to secure the southern border by blocking up to 11 drug-smuggling corridors along the border through the construction of roads and fences and the installation of lighting.

10 U.S.C. § 284(b)(7) gives the Department of Defense the authority to construct roads and fences and to install lighting to block drug-smuggling corridors across international boundaries of the United States in support of counter-narcotic activities of Federal law enforcement agencies. For the following reasons, I have concluded that the support you request satisfies the statutory requirements:

- The Department of Homeland Security (DHS)/Customs and Border Protection (CBP) is a Federal law enforcement agency;

- DHS has identified each project area as a drug-smuggling corridor; and

- The work requested by DHS to block these identified drug smuggling corridors involves construction of fences (including a linear ground detection system), construction of roads, and installation of lighting (supported by grid power and including imbedded cameras).

Accordingly, at this time, I have decided to undertake Yuma Sector Projects 1 and 2 and El Paso Sector Project 1 by constructing 57 miles of 18-foot-high pedestrian fencing, constructing and improving roads, and installing lighting as described in your February 25, 2019 request.

As the proponent of the requested action, CBP will serve as the lead agency for environmental compliance and will be responsible for providing all necessary access to land. I request that DHS place the highest priority on completing these actions for the projects identified above. DHS will accept custody of the completed infrastructure, account for that infrastructure in its real property records, and operate and maintain the completed infrastructure.

The Commander, U.S. Army Corps of Engineers, is authorized to coordinate directly with DHS/CBP and immediately begin planning and executing up to $1B in support to DHS/CBP by undertaking the projects identified above.

Additional support may be available in the future, subject to the availability of funds and other factors.

Patrick M. Shanahan
Acting

# EXHIBIT C



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

**MAR 2 5 2019**

MEMORANDUM FOR UNDER SECRETARY OF DEFENSE (COMPTROLLER)/CHIEF
FINANCIAL OFFICER

SUBJECT:  Funding Construction in Support of the Department of Homeland Security Pursuant
to 10 U.S.C. § 284

On February 25, 2019 the Secretary of Homeland Security requested that the DoD
provide support to the Department of Homeland Security's (DHS) effort to secure the southern
border by blocking up to 11 drug-smuggling corridors along the border through the construction
of roads and fences and the installation of lighting.  I have determined that the requirements of
title 10, U.S.C., section 284, have been satisfied.  Accordingly, I have approved DoD support for
Yuma Sector Projects 1 and 2 and El Paso Sector Project 1 (DHS Priority Projects 1, 2, and 3)
and have authorized up to $1B in funding for the construction of 18-foot high pedestrian fencing,
the construction and improvement of roads, and the installation of lighting to block drug-
smuggling corridors along the southern border.

I have also decided that the Department will reprogram funds to provide the support
described above.  This support will be funded through a transfer of $1B of FY 2019 Army
military personnel appropriations into the "Drug Interdiction and Counter-Drug Activities,
Defense" appropriation.  I am advised that this amount is excess to the Army's current
programmatic needs with respect to military personnel.  You should undertake a reprogramming
action to effectuate such transfer, as authorized by law.

The reprogramming action that I am directing satisfies the statutory requirements.  I have
determined that a transfer of funds and authorizations of appropriations for the construction of
fences and roads and the installation of lighting to block drug-smuggling corridors is in the
national interest.  In an April 4, 2018 memorandum, "Securing the Southern Border of the United
States," the President directed DoD to assist DHS in stopping the flow of illegal drugs into the
United States.  The reprogramming action is necessary to advance that goal.  I have also
determined that the other requirements of Section 8005 of the DoD Appropriations Act, 2019,
and Section 1001 of the John S. McCain National Defense Authorization Act for FY 2019 are
met as set forth below:

- The items to be funded (Yuma Sector Projects 1 and 2 and El Paso Sector Project 1)
  are a higher priority than the item for which funds and authority are transferred (excess
  Army military personnel funds) because Yuma Sector Projects 1 and 2 and El Paso
  Sector Project 1 are necessary in the national interest to prevent the flow of drugs into the
  United States and the Army military personnel funds are excess to need due to under-
  execution and lower-than-expected end-strength.

- Support to law enforcement under Section 284 for the construction of fences and
  roads and the installation of lighting to block drug-smuggling corridors is a military
  requirement assigned by statute.  The need to provide support for Yuma Sector Projects 1

and 2 and El Paso Sector Project 1 was an unforeseen military requirement not known at the time of the FY 2019 budget request.

- Support under Section 284 for construction of roads and fences and the installation of lighting, including for Yuma Sector Projects 1 and 2 and El Paso Sector Project 1, has not been denied by Congress.

The funds that will be used for this project are excess to the need for which they were appropriated, and therefore, the use of such funds will not have a negative impact on joint force readiness. As such, I have determined that providing the requested support for Yuma Sector Projects 1 and 2 and El Paso Sector Project 1 will not adversely affect the military preparedness of the United States.

This $1B in funds will be allocated to the Department of the Army with instructions to allocate it further to the U.S. Army Corps of Engineers to undertake fence and road construction and lighting installation for the approved project.

No funds may be transferred or re-programmed from the drug-demand-reduction program, the National Guard counter-drug program, or the National Guard counter-drug schools program in order to fund subsection 284(b)(7) support to DHS.

You will comply with all statutory requirements, but will do so without regard to comity-based DoD policies that prescribe prior approval from congressional committees.

My point of contact is Kenneth Rapuano, Assistant Secretary of Defense for Homeland Defense and Global Security.

Patrick M. Shanahan
Acting

cc:
Secretary of the Army
Chairman of the Joint Chiefs of Staff
Under Secretary of Defense for Policy
General Counsel of the Department of Defense
Assistant Secretary of Defense for Legislative Affairs
Assistant to the Secretary of Defense for Public Affairs
Commander, U.S. Army Corps of Engineers

2

# EXHIBIT D



OFFICE OF THE UNDER SECRETARY OF DEFENSE
1100 DEFENSE PENTAGON
WASHINGTON, DC 20301-1100

COMPTROLLER
(Program/Budget)

MAR 2 5 2019

Mr. Mark Sandy
Deputy Associate Director,
   National Security Division
Office of Management and Budget
Washington, DC 20503

Dear Mr. Sandy:

   Enclosed is a Reprogramming Action for the Department's Support for the Department of Homeland Security (DHS) Counter-Drug Activity.

   Pursuant to section 8005 of division A of Public Law 115-245, the Department of Defense (DoD) Appropriations Act, 2019; and section 1001 of Public Law 115-232, the John S, McCain National Defense Authorization Act for Fiscal Year (FY) 2019; as delegated, the Deputy Under Secretary of Defense (Comptroller) has determined that it is in the national interest to effect a transfer of funds between appropriations of the Department of Defense, as depicted on the enclosed reprogramming action.

   Upon your approval, the reprogramming action will be forwarded to the congressional committees.

                         Sincerely,

                         Anne J. McAndrew
                         DoD Deputy Comptroller (Program/Budget)

Enclosure:
As stated

   Under the authority vested in the Office of Management and Budget by section 8005 of division A of Public Law 115-245, the DoD Appropriations Act, 2019, the transfers in the enclosed reprogramming action for Support for the DHS Counter-Drug Activity are approved and can be transmitted to the congressional committees.

OMB Approval: _____   Date: 3/25/2019



| Subject: Support for DHS Counter-Drug Activity Reprogramming Action | DoD Serial Number: |
|---|---|
| Appropriation Title: Various Appropriations | FY 19-01 RA |
| | Includes Transfer? Yes |

| Component Serial Number: | *(Amounts in Thousands of Dollars)* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Program Base Reflecting Congressional Action | | Program Previously Approved by Sec Def | | Reprogramming Action | | Revised Program | |
| Line Item | Quantity | Amount | Quantity | Amount | Quantity | Amount | Quantity | Amount |
| a | b | c | d | e | f | g | h | i |

This reprogramming action is submitted because this action uses general transfer authority. This reprogramming action provides funding in support of higher priority items, based on unforeseen military requirements, than those for which originally appropriated; and is determined to be necessary in the national interest. It meets all administrative and legal requirements, and none of the items has previously been denied by the Congress.

This reprogramming action transfers $1,000.000 million from the Military Personnel, Army, 19/19, and Reserve Personnel, Army, 19/19, appropriations to the Drug Interdiction and Counter-Drug Activities, Defense, 19/19, appropriation. This reprogramming action uses $1,000.000 million of general transfer authority pursuant to section 8005 of division A of Public Law 115-245, the Department of Defense (DoD) Appropriations Act, 2019; and section 1001 of Public Law 115-232, the John S. McCain National Defense Authorization Act for Fiscal Year (FY) 2019.

**FY 2019 REPROGRAMMING INCREASE:**         **+1,000,000**

**Drug Interdiction and Counter-Drug Activities, Defense, 19/19**         **+1,000,000**
Budget Activity 01:  Counter-Narcotics Support
             238,306            238,306          **+1,000,000**        1,238,306

Explanation:  Funds are required to provide support for counter-drug activities of the Department of Homeland Security (DHS).  DHS has identified areas along the southern border of the United States that are being used by individuals, groups, and transnational criminal organizations as drug smuggling corridors, and determined that the construction of additional physical barriers and roads in the vicinity of the United States border is necessary in order to impede and deny drug smuggling activities.  DHS requests DoD assistance in the execution of projects to replace existing vehicle barriers or dilapidated pedestrian fencing with new pedestrian fencing, construct roads, and install lighting. Title 10, U.S.Code, Section 284(b)(7) authorizes the DoD to support counterdrug activities of other Federal agencies through the construction of roads and fences, and the installation of lighting, to block drug smuggling corridors across international boundaries of the United States.  Such support is funded using DoD's Drug Interdiction and Counter-Drug Activities appropriation.  This is a base budget requirement.

Approved (Signature and Date)

*Elaine McCusker*            3/25/19

*Unclassified*                **REPROGRAMMING ACTION**                Page 2 of 3

| Subject: Support for DHS Counter-Drug Activity Reprogramming Action | | | | | | | DoD Serial Number: FY 19-01 RA | |
|---|---|---|---|---|---|---|---|---|
| Appropriation Title: Various Appropriations | | | | | | | Includes Transfer? Yes | |
| Component Serial Number: | *(Amounts in Thousands of Dollars)* | | | | | | | |
| | Program Base Reflecting Congressional Action | | Program Previously Approved by Sec Def | | Reprogramming Action | | Revised Program | |
| Line Item | Quantity | Amount | Quantity | Amount | Quantity | Amount | Quantity | Amount |
| a | b | c | d | e | f | g | h | i |
| **FY 2019 REPROGRAMMING DECREASES:** | | | | | **-1,000,000** | | | |
| **Military Personnel, Army, 19/19** | | | | | **-993,627** | | | |
| Budget Activity 01: Pay and Allowances of Officers | | | | | | | | |
| | 14,000,263 | | 14,000,263 | | **-56,440** | | 13,943,823 | |

Explanation: Funds are available due to lower than expected Thrift Savings Plan (TSP) automatic and matching contributions ($-38.9 million) and Continuation Pay (CP) ($-17.5 million) for military members enrolled in the new Blended Retirement System (BRS) as a result of fewer than planned opt-ins from the legacy retirement system.  This is base budget funding.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Budget Activity 02: Pay and Allowances of Enlisted | | | | | | | | |
| | 27,151,209 | | 27,151,209 | | **-754,212** | | 26,396,997 | |

Explanation: Funds are available due to a 9,500 Soldier reduction to Army's overall end strength target (478,000 vice 487,500) as Army refocuses on smart, modest annual growth without compromising quality in a highly challenging recruiting and retention market.  Funds are available from the following programs stemming from strength reductions and rate-driven adjustments observed in execution to date.  This is base budget funding.

- $325.9 million in basic pay, primarily driven by the decrease in projected average strength
- $135.1 million in retired pay accrual, primarily driven by the decrease in projected average strength
- $15.9 million in clothing allowances, stemming from reduced requirements for non-accession related uniform purchases
- $13.3 million in incentive pays and family separation allowances, reflecting current base budget execution trends showing a shift toward higher Overseas Contingency Operations execution
- $141.3 million in separation payments, driven by nearly 10 thousand fewer projected separations than seen in fiscal year 2018, fewer Soldiers eligible for disability separation in the Integrated Disability Evaluation System, and fewer projected involuntary separations
- $29.0 million in social security tax employer contributions, primarily driven by the decrease in projected average strength
- $27.6 million in enlistment and reenlistment incentives, due to projections for fewer recruitment contracts with bonus options compared to prior year execution and a smaller than expected cohort eligible for reenlistment
- $66.1 million due to lower than expected Thrift Savings Plan (TSP) automatic and matching contributions ($-41.4 million) and Continuation Pay (CP) ($-24.7 million) for military members enrolled in the new Blended Retirement System (BRS) as a result of fewer than planned opt-ins from the legacy retirement system

DD 1415-1                    *UNCLASSIFIED*

*Unclassified*  **REPROGRAMMING ACTION**  Page 3 of 3

| Subject: Support for DHS Counter-Drug Activity Reprogramming Action | | | | | | DoD Serial Number: FY 19-01 RA | |
|---|---|---|---|---|---|---|---|
| Appropriation Title: Various Appropriations | | | | | | Includes Transfer? Yes | |

| Component Serial Number: | *(Amounts in Thousands of Dollars)* | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program Base Reflecting Congressional Action | | Program Previously Approved by Sec Def | | Reprogramming Action | | Revised Program | |
| Line Item | Quantity | Amount | Quantity | Amount | Quantity | Amount | Quantity | Amount |
| a | b | c | d | e | f | g | h | i |

**Budget Activity 04: Subsistence of Enlisted Personnel**

| | 2,269,930 | 2,269,930 | | **-57,420** | | 2,212,510 |

Explanation: Funds are available due to a decrease in projected average enlisted strength, lower than budgeted rate increases (no inflation in 2019 vice 3.4% budgeted), and a slight increase in the amount of realized collections for members subsisting in Army dining facilities. This is base budget funding.

**Budget Activity 05: Permanent Change of Station Travel**

| | 1,785,401 | 1,785,401 | | **-115,726** | | 1,669,675 |

Explanation: Funds are available due to lower than budgeted rates of execution that have been realized in recent move expenditures. This is base budget funding. Specifically:
- $36.9 million is available in accession moves
- $26.1 million is available in rotational moves
- $52.7 million is available in separation moves

**Budget Activity 06: Other Military Personnel Costs**

| | 317,883 | 317,883 | | **-9,829** | | 308,054 |

Explanation: Funds are available due to a lower-than-projected number of former soldiers receiving unemployment compensation payments. This is base budget funding.

**Reserve Personnel, Army, 19/19**                                          **-6,373**

Budget Activity 01: Reserve Component Training and Support

| | 4,874,662 | 4,871,312 | | **-6,373** | | 4,864,939 |

Explanation: Funds are available due to lower than expected Thrift Savings Plan (TSP) automatic and matching contributions for military members enrolled in the new Blended Retirement System (BRS) as a result of fewer than planned opt-ins from the legacy retirement system. This is base budget funding.

DD 1415-1                          *UNCLASSIFIED*

*Unclassified*   **REPROGRAMMING ACTION - INTERNAL REPROGRAMMING**   Page 1 of 1

| Subject: Drug Interdiction and Counter-Drug Activities, Defense | DoD Serial Number: FY 19-11 IR |
|---|---|
| Appropriation Title: Various Appropriations | Includes Transfer? Yes |

| Component Serial Number: | (Amounts in Thousands of Dollars) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Program Base Reflecting Congressional Action | | Program Previously Approved by Sec Def | | Reprogramming Action | | Revised Program | |
| Line Item | Quantity | Amount | Quantity | Amount | Quantity | Amount | Quantity | Amount |
| a | b | c | d | e | f | g | h | i |

This reprogramming action transfers $1,000.000 million from the Drug Interdiction and Counter-Drug Activities, Defense, 19/19, appropriation to Operation and Maintenance, Army, 19/19, appropriation for drug interdiction and counter-drug activities consistent with the provisions in division A of Title VI of Public Law 115-245, the Department of Defense (DoD) Appropriations Act, 2019.

Realignment of funds between Drug Interdiction projects may be accomplished only with the concurrence of the Office of the Deputy Assistant Secretary of Defense, Counternarcotics and Global Threats.  No funds made available in this reprogramming action may be obligated for projects pursuant to sections 321, 322, or 333 of Title 10, United States Code.  This prohibition will be noted on all Funding Authorization Documents.

**FY 2019 REPROGRAMMING INCREASE:**                    **+1,000,000**

**Operation and Maintenance, Army, 19/19**                    **+1,000,000**
Budget Activity 01:  Operating Forces
Counter-Narcotics Support                    -                    216,874                    **+1,000,000**                    1,216,874

**FY 2019 REPROGRAMMING DECREASE:**                    **-1,000,000**

**Drug Interdiction and Counter-Drug Activities, Defense, 19/19**                    **-1,000,000**
Budget Activity 01:  Counter-Narcotics Support
                    1,238,306                    1,238,306                    **-1,000,000**                    238,306

Explanation:  Transfers funds from the Drug Interdiction and Counter-Drug Activities, Defense, 19/19, appropriation to Operation and Maintenance, Army, 19/19, appropriation to support the Department of Homeland Security (DHS) request for DoD to support drug interdiction and counter-drug activities through the construction of roads and fences, and the installation of lighting, to block drug smuggling corridors across international boundaries of the United States.  This is a base budget requirement.

Approved (Signature and Date)

*Elaine McCusky*                    3/25/19

DD 1415-3                    *UNCLASSIFIED*

# EXHIBIT E



*Executive Secretary*
**U.S. Department of Homeland Security**
Washington, DC 20528

March 29, 2019

MEMORANDUM FOR:    CAPT Hallock N. Mohler Jr.
Executive Secretary
Department of Defense

FROM:    Christina Bobb
Executive Secretary
Department of Homeland Security

SUBJECT:    Modification Request: Section 284 funding for Border Barrier Construction

REFERENCE:    (a) February 25, 2019, DHS Request for Assistance Pursuant to 10 U.S.C. §284
(b) March 25, 2019, DoD Response to DHS Request for Assistance Pursuant to 10 U.S.C. §284

**Overview**

The Department of Homeland Security (DHS) thanks the Department of Defense for both the response and approval of the use of Section 284 funding for the construction of border fencing and roads and the installation of lighting as characterized in the Request for Assistance. The completion of these projects will assist CBP significantly in controlling the flow of migrants in between the Ports of Entry (POE) on the Southwest Border.

**Clarifications**

Prior to construction for border barrier projects, Customs and Border Protection (CBP) conducts an Alternatives Analysis (AA), which compares operational data against the known and tested impedance value of barrier and other related design attributes. The analysis examines key operational data points, including but not limited to:

- Vanishing time
- Response time
- Current staffing
- Presence and effectiveness of existing technology and infrastructure
- Subject matter expertise of agents intimately familiar with operations in these areas

Such analyses have often demonstrated that higher barriers and/or barriers augmented with anticlimb features significantly increase the amount of time that migrants require to reach a

**www.dhs.gov**

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

vanishing point. A more robust barrier solution (i.e. 30 foot steel bollard vice 18 foot steel bollard and features), increases the vanishing time and provides USBP agents with a greater ability to with vice without anticlimb interdict migrants.

CBP undertook AAs for the proposed Section 284-funded projects; two of these AAs have been completed, with the following conclusions:

- Sector Yuma Project 2: Requirement for 18 foot steel bollard fencing with 5 foot anticlimb steel plate
- Sector El Paso Project 1: Requirement for 30 foot steel bollard fencing with 5 foot anticlimb steel plate

The AA for Sector Yuma Project 1, USBP's highest priority project, is still underway, with results expected the week of April 1st. Preliminary indications from the analysis, however, indicate 30 foot bollard with anticlimb features is the likely requirement. DHS will communicate to OSD the finalized requirements for Sector Yuma Project upon completion of the AA.

In light of the analyses summarized above, DHS requests that specifications for the Sector El Paso Project 1 be amended to 30ft bollard with anticlimb features, and that DoD be prepared to likewise amend the specifications for Sector Yuma Project 1. DHS also requests DoD directly follow the prioritization set forth in Reference (a) as closely as possible even if that means completing partial projects.

Please direct any questions to Ntina K. Cooper, Deputy Executive Director, Strategic Planning & Analysis, USBP, CBP (202) 344-1417.

**EXHIBIT F**



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

APR - 9 2019

MEMORANDUM FOR ACTING SECRETARY OF HOMELAND SECURITY

SUBJECT:  Modification of Department of Defense Support to Block Drug-Smuggling
           Corridors

Thank you for your April 5, 2019 request that the Department of Defense provide
modified specifications on projects approved for construction under 10 U.S.C. § 284 in order to
support more effectively the Department of Homeland Security's efforts to secure the southern
border.

10 U.S.C. § 284(b)(7) authorizes the Department of Defense to construct roads and
fences, and to install lighting, to block drug-smuggling corridors across international boundaries
of the United States in support of counter-narcotic activities of Federal law enforcement
agencies.  For the following reasons, I have concluded that this modified request continues to
satisfy the statutory requirements:

- The Department of Homeland Security (DHS)/Customs and Border Protection (CBP)
  is a Federal law enforcement agency;

- DHS has identified each project area as a drug-smuggling corridor; and

- The work requested by DHS to block these identified drug-smuggling corridors
  involves construction of fences (including a linear ground detection system),
  construction of roads, and installation of lighting (supported by grid power and
  including imbedded cameras).

Accordingly, I have approved construction of pedestrian fencing for Yuma Sector
Projects 1 and El Paso Sector Project 1 with 30-foot steel bollard with anti-climb plate, and
Yuma Sector Project 2, with 18-foot steel bollard with anti-climb plate, as requested in your
April 5, 2019 request.  Road construction and improvements, and lighting installation, will be
included as described in your February 25, 2019 request.

As the proponent of the requested action, CBP will serve as the lead agency for
environmental compliance and will be responsible for providing all necessary access to land.  I
request that DHS place the highest priority on completing these actions for the projects identified
above.  DHS will accept custody of the completed infrastructure, account for that infrastructure
in its real property records, and operate and maintain the completed infrastructure.

I have authorized the Commander, U.S. Army Corps of Engineers, to coordinate directly
with DHS/CBP and immediately begin planning and executing support to DHS/CBP by

undertaking the projects identified above in clearly defined segments to maximize the number of miles of barrier projects within the available funds (up to $1 billion).

Additional support may be provided in the future, subject to the availability of funds and other factors.

Patrick M. Shanahan
Acting

# EXHIBIT G

 DEPARTMENT OF DEFENSE 

LEGACY HOMEPAGE  >  NEWS  >  CONTRACTS  >  CONTRACT VIEW

# Contracts for April 9, 2019

**April 9, 2019**
Contracts
Release No: CR-066-19

---

**ARMY**

SLSCO Ltd., Galveston, Texas, was awarded a $789,000,000 firm-fixed-price contract for border replacement wall construction. Nine bids were solicited with six bids received. Work will be performed in Santa Teresa, New Mexico, with an estimated completion date of Oct. 1, 2020. Fiscal 2019 operations and maintenance, Army funds in the amount of $388,999,999 were obligated at the time of the award. U.S. Army Corps of Engineers Albuquerque, New Mexico, is the contracting activity (W912PP-19-C-0018).

Barnard Construction Co. Inc., Bozeman, Montana, was awarded an $187,000,000 firm-fixed-price contract for design-bid-build construction project for primary pedestrian wall replacement. Four bids were solicited with three bids received. Work will be performed in Yuma, Arizona, with an estimated completion date of Sept. 30, 2020. Fiscal 2019 operations and maintenance, Army funds in the amount of $93,499,999 were obligated at the time of the award. U.S. Army Corps of Engineers, Los Angeles, California, is the contracting activity (W912PL-19-C-0013).

The Dutra Group, San Rafael, California, was awarded a $10,000,000 firm-fixed-price contract for rental of hopper dredge with attendant plant and operators for maintenance dredging in Alabama, Mississippi, and Florida. Bids were solicited via the internet with two received. Work locations and funding will be determined with each order, with an estimated completion date of June 9, 2020. U.S. Army Corps of Engineers, Mobile, Alabama, is the contracting activity (W91278-19-D-0019).

## DEFENSE LOGISTICS AGENCY

Vital Images Inc., Minnetonka, Minnesota, has been awarded a maximum $100,000,000 firm-fixed-price, indefinite-delivery/indefinite-quantity contract for radiology and imaging systems, maintenance and training services.  This is a five-year base contract with one five-year option.  This was a competitive acquisition with 27 responses received.  Location of performance is Minnesota, with an April 8, 2024, performance completion date.  Using customers are Army, Navy, Air Force, Marine Corps and federal civilian agencies.  Type of appropriation is fiscal 2019 through 2020 defense working capital funds.  The contracting activity is the Defense Logistics Agency Troop Support, Philadelphia, Pennsylvania (SPE2D1-19-D-0012).

AAR Aircraft Services, Oklahoma City, Oklahoma, has been awarded a minimum $13,701,177 fixed-price with economic-price-adjustment contract for fuel.  This was a competitive acquisition with 148 responses received.  This is a 47-month base contract with a six-month option period.  Location of performance is Oklahoma, with a March 31, 2023, performance completion date.  Using customers are Army, Navy, Air Force, Marine Corps and federal civilian agencies.  Type of appropriation is fiscal 2019 through fiscal 2023 defense working capital funds.  The contracting activity is the Defense Logistics Agency Energy, Fort Belvoir, Virginia (SPE607-19-D-0061).

## AIR FORCE

Pergravis LLC, Tampa, Florida, has been awarded an estimated $73,220,000 firm-fixed-price contract for power converting and continuation interfacing equipment emergency maintenance/preventative maintenance.  This contract provides for support of 700 uninterruptable power supply systems across every Air Force major command.  Work will be performed in various locations in the U.S. and overseas, and is expected to be complete by April 13, 2024.  This contract is the result of a competitive acquisition and three offers were received. Fiscal 2019 other station funds in the amount of $137,440 are being obligated at

the time of award.  Air Force Life Cycle Management Center, Hill Air Force Base, Utah, is the contracting activity (FA8217-19-D-0002).

Al Qabandi United Co. W.L.L., Kuwait City, Kuwait, is being awarded an estimated $30,000,000 firm-fixed-price contract for vehicle lease services. This contracts provides Ali Al Salem Air Base, Kuwait, and surrounding tenant units, with non-tactical vehicles for transportation purposes.  Work will be performed at Ali Al Salem Air Base, Kuwait, and is expected to be complete by April 12, 2024. This award is the result of a competitive acquisition and 67 offers were received. Fiscal 2019 operations and maintenance funds in the amount of $16,000 are being obligated on a task order at the time of award.  The 386th Expeditionary Contracting Squadron, Ali Al Salem AB, Kuwait, is the contracting activity (FA5703-19-D-0001).

Textron Aviation Defense LLC, Wichita, Kansas, has been awarded a $15,350,000 firm-fixed-price modification (P00007) to previously awarded contract FA8617-17-C-6225 for continued support for the completion of the reconstitution of 15 T-6A aircraft.  This modification provides for a schedule extension to complete the reconstitution of 15 T-6A aircraft and procure cartridge actuated devices and propellant actuated devices.  Work will be performed at Imam Ali Air Base, Iraq, and is expected to be complete by July 31, 2019.  This modification involves 100 percent foreign military sales to Iraq, and brings the total cumulative face value of the contract to $35,338,422.  Foreign military sales funds in the full amount are being obligated at the time of award.  Air Force Life Cycle Management Center, Training Aircraft Division, Wright-Patterson Air Force Base, Ohio, is the contracting activity.

2101 LLC, doing business as Intercontinental Truck Body, Anaconda, Montana, has been awarded a $10,566,494 firm-fixed-price delivery order for tow tractors. This delivery order provides for the procurement of flight line tow tractors used to tow fighter aircraft, munition trailers and ground support equipment.  Work will be performed in Anaconda, Montana, and is expected to be complete by Sept. 1, 2021.  Fiscal 2018 and 2019 procurement funds in the full amount are being obligated at the time of award.  Air Force Life Cycle Management Center, Robins Air Force Base, Georgia, is the contracting activity (FA8534-19-F-0017).

**NAVY**

Raytheon Intelligence, Information and Services, Indianapolis, Indiana, is awarded a $47,378,485 firm-fixed-price contract to procure 99 LAU-115 and 100 LAU-116 guided missile launchers for the Navy as well as 62 LAU-115 and 68 LAU-116 guided missile launchers for the government of Kuwait to enable F/A-18 aircraft to carry and launch AIM-120 and AIM-9X missiles.  Work will be performed in Indianapolis, Indiana, and is expected to be completed in July 2022.  Fiscal 2017 and 2018 aircraft procurement (Navy); and foreign military sales funds in the amount of $47,378,485 will be obligated at time of award, $17,285,182 of which will expire at the end of the current fiscal year.  This contract was not competitively procured pursuant to Federal Acquisition Regulation 6.302-1.  The Naval Air Systems Command, Patuxent River, Maryland, is the contracting activity (N00019-19-C-0056).

Raytheon Co., Portsmouth, Rhode Island, is awarded a $33,347,011 firm-fixed-priced, indefinite-delivery/indefinite supply quantity contract, for up to 28 electronic throttle control units and auxiliary components to support Naval Surface Warfare Center Philadelphia Division.  This contract is for the purpose of supporting the Virginia class submarine program.  The proposed contract is for procurement of replacement electronic throttle control unit (ETCU) hardware which is currently obsolete and can no longer be efficiently supported.  The proposed contract includes the hardware fabrication for new construction platforms and all back-fit systems to mitigate parts obsolescence, update/maintain the ETCU technical data package, and design verification testing on limited production units for quality assurance.  Work will be performed in Portsmouth, Rhode Island, and is expected to be completed by April 2024.  Fiscal 2018 shipbuilding and conversion (Navy) funding in the amount of $9,165,306 will be obligated at time of award and will not expire at the end of the current fiscal year.  This contract was solicited competitively via the Federal Business Opportunities website, with one offer received.  The Naval Surface Warfare Center, Philadelphia Division, Philadelphia, Pennsylvania, is the contracting activity (N64498-19-D-4016).

Marshall Communications Corp.,* Ashburn, Virginia, is awarded $9,805,873 for firm-fixed-price delivery order N0042119F0555 against a previously issued NASA Solutions for Enterprise-wide procurements contract (NNG15SD82B).  This order provides for information technology supplies and services in support of the Teamcenter Product Lifecycle Management configuration for the Commander, Fleet Readiness Centers business process, enabling digital data updates, sharing and visibility across all levels of aviation maintenance.  Work will be performed at the Naval Air Station, Patuxent River, Maryland (70 percent); and the Fleet Readiness Center East, Cherry Point, North Carolina (30 percent), and is expected to be completed in April 2020.  Fiscal 2019 research, development, test and evaluation (Navy); and Section 852 funds in the amount of $9,805,873 will be obligated at time of award, none of which will expire at the end of the current fiscal year.  The Naval Air Warfare Center Aircraft Division, Patuxent River, Maryland, is the contracting activity.

Barnhart-Reese Construction, Inc.,* San Diego, California, is awarded $8,137,970 for firm-fixed-price task order N6247319F4452 under a previously awarded multiple award construction contract (N62473-17-D-4635) for construction of a full motion trainer facility at Marine Corps Base, Camp Pendleton.  This project will construct a new 10,828 SF facility to centralize infrastructures, to consolidate all aspects of training in one physical location, to provide operational support for home ported detachments, virtual and hands-on maintenance training, operator training, and to support contingencies in accordance with combatant and commander tasking.  The task order also contains two planned modifications, which if exercised would increase cumulative task order value to $8,171,720.  Work will be performed in Oceanside, California, and is expected to be completed by October 2020.  Fiscal 2019 military construction (Navy) contract funds in the amount of $8,137,970 are obligated on this award and will not expire at the end of the current fiscal year.  Four proposals were received for this task order.  Naval Facilities Engineering Command Southwest, San Diego, California, is the contracting activity.

BAE Systems Jacksonville Ship Repair, Jacksonville, Florida, is awarded an $8,123,072 cost-plus-award-fee modification to previously awarded contract N00024-16-C-2302 to exercise options for the USS Wichita (LCS 13) post-

shakedown availability (PSA).  A PSA is accomplished within a period of approximately 10-16 weeks between the time of ship custody transfer to the Navy and the shipbuilding and conversion, Navy obligation work limiting date. The PSA encompasses all of the manpower, support services, material, non-standard equipment and associated technical data and documentation required to prepare for and accomplish the PSA.  The work to be performed will include correction of government-responsible trial card deficiencies, new work identified between custody transfer and the time of PSA and incorporation of approved engineering changes that were not incorporated during the construction period which are not otherwise the building yard's responsibility under the ship construction contract.  Work will be performed in Jacksonville, Florida, and is expected to be complete by March 2020.  Fiscal 2019 shipbuilding and conversion (Navy) funding in the amount of $5,896,048; fiscal 2013 shipbuilding and conversion (Navy) funding in the amount of $1,482,102; and fiscal 2018 other procurement (Navy) funding in the amount of $293,384 will be obligated at time of award and will not expire at the end of the current fiscal year.  The Naval Sea Systems Command, Washington, District of Columbia, is the contracting activity.

Huntington-Ingalls Industries - Ingalls Shipbuilding, Pascagoula, Mississippi, is awarded a $7,889,490 cost-plus-fixed-fee modification to previously awarded contract N00024-17-C-2473 to exercise an option for the accomplishment of emergent work as required, including management and labor efforts for the post-delivery planning yard services in support of the LHA-7 amphibious assault ship.  Work will be performed in Pascagoula, Mississippi, and is expected to be completed December 2019.  Fiscal 2019 shipbuilding and conversion (Navy) funding in the amount of $7,889,490 will be obligated at time of award and will not expire at the end of the current fiscal year.  The Naval Sea Systems Command, Washington, District of Columbia, is the contracting activity.

## MISSILE DEFENSE AGENCY

Lockheed Martin Rotary and Mission Systems, Moorestown, New Jersey, is awarded a $7,438,922 cost-plus-incentive-fee modification (P00322) to previously awarded contract HQ0276-10-C-0001.  Under this modification, the contractor

will provide software maintenance support, identify, analyze, correct, test, and merge/rebase of the Common Source Library infrastructure and software discrepancies originating from heritage Aegis Ballistic Missile Defense Computer Programs.  This modification increases the total cumulative face value of the contract from $2,973,087,008 to $2,980,525,930.  Work will be performed in Moorestown, New Jersey, with an expected completion date of Oct. 31, 2019. Fiscal 2019 operations and maintenance funds in the amount of $1,045,902 will be obligated at the time of award.  The Missile Defense Agency, Dahlgren, Virginia, is the contracting activity.

*Small business

**SHARE CONTRACTS**

# EXHIBIT H



**ASSISTANT SECRETARY OF DEFENSE**
2600 DEFENSE PENTAGON
WASHINGTON, D.C. 20301-2600

HOMELAND DEFENSE &
GLOBAL SECURITY

APR 1 8 2019

MEMORANDUM FOR MILITARY ADVISOR, DEPARTMENT OF HOMELAND
SECURITY

SUBJECT: Modification of DHS Request for Assistance Pursuant to 10 U.S.C. § 284

Thank you for your April 12, 2019, memorandum requesting that DoD de-scope approximately four (4) of the six (6) miles for Yuma Sector Project 2.

I have reviewed and approved your request, and will instruct the U.S. Army Corps of Engineers to take the necessary contracting action in response to your request. DoD will use those funds previously approved by the Acting Secretary of Defense that are no longer required for Yuma Sector Project 2 to fund additional miles of 30-foot bollard fencing, roads, and lighting in the El Paso Sector 1 project. As previously agreed, DHS retains the responsibility to address environmental compliance for all construction undertaken pursuant to 10 U.S.C. § 284 and to provide the necessary access to land (i.e., real estate rights).

I appreciate the opportunity to support the Department of Homeland Security's mission of securing and managing our Nation's southern border.

Kenneth P. Rapuano
Assistant Secretary of Defense
Homeland Defense & Global Security