# DEFENDANTS' INDEX OF EXHIBITS

| | |
|---|---|
| Ex. 1 | Letter from Secretary of Homeland Security Kirstjen M. Nielsen to Members of Congress (Mar. 28, 2019) |
| Ex. 2 | Declaration of Jerry B. Martin, Chief of U.S. Border Patrol Strategic Planning and Analysis Directorate (April 24, 2019) |
| Ex. 3 | Joint Statement of John Rood, Under Secretary of Defense for Policy, and Vice Admiral Michael Gilday, Director of Operations for the Joint Chiefs of Staff, H. Armed Servs. Comm. Hr'g on S. Border Defense Support (Jan. 29, 2019) |
| Ex. 4 | DHS Southwest Border Migration Statistics FY 2019 |
| Ex. 5 | U.S. Border Patrol Apprehension Statistics Since FY 2000 |
| Ex. 6 | CBP Transcript March FY19 Year to Date Statistics (April 10, 2019) |
| Ex. 7 | President Donald J. Trump's Border Security Victory (Feb. 15, 2019) |
| Ex. 8 | Declaration of Kenneth Rapuano, Assistant Secretary of Defense for Homeland Defense and Global Security (April 25, 2019) |
| Ex. 9 | Declaration of Paul Enriquez, Acquisitions, Real Estate and Environmental Director for the Border Wall Program Management Office, U.S. Customs and Border Protection (April 25, 2019) |
| Ex. 10 | United States Fish and Wildlife Service, Mexican Wolf Recovery Plan, First Revision (November 2017) |