**PATTERSON BELKNAP WEBB & TYLER LLP**

**Steven A. Zalesin (*pro hac vice* admission pending)**
**Adeel A. Mangi (*pro hac vice* admission pending)**
**Zachary Kolodin (*pro hac vice* admission pending)**
**Amir Badat (*pro hac vice* admission pending)**
**1133 Avenue of the Americas**
**New York, NY 10036-6710**
**Tel:  (212) 336-2000**
**Fax:  (212) 336-2222**

**LAFAYETTE & KUMAGAI LLP**

**Gary T. Lafayette (SBN 088666)**
**Brian H. Chun (SBN 215417)**
**1300 Clay Street, Suite 810**
**Oakland, CA 94612**
**Tel:  (415) 357-4600**
**Fax:  (415) 357-4605**

**Attorneys for *Amici Curiae* 58 Religious Organizations**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION, et al., <br><br>Plaintiffs, <br><br>vs. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., <br><br>Defendants. | Case No.  4:19-cv-00892-HSG <br><br>CONSENT MOTION FOR LEAVE TO FILE MEMORANDUM OF 58 RELIGIOUS ORGANIZATIONS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION <br><br>Date:      05/17/2019 <br>Time:     10:00 AM |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Led by the Muslim Bar Association of New York, *amici* respectfully move for leave to file the attached memorandum as *amici curiae* in the above-captioned matter in support of Plaintiffs' Motion for a Preliminary Injunction.  *Amici* are 58 American religious or religiously-affiliated organizations who represent a wide array of faiths and denominations and include congregations and houses of worship, as well as professional, civil liberties, and immigrant rights groups who work with or represent faith communities ("Religious Organizations").[1]  Counsel for both Plaintiffs and Defendants have consented to filing of the attached *amici* brief.

## STATEMENT OF INTEREST AND ARGUMENT

The Religious Organizations' motion for leave to file as *amici* curiae should be granted because their proposed submission provides a unique perspective on the separation-of-powers issues before the Court.  The president's border wall initiative targets a disfavored group, namely Mexican and Central American immigrants arriving through the U.S. border with Mexico.  The president's incursion into Congress's constitutionally mandated appropriations authority to target a vulnerable group, if permitted, threatens the religious liberties of *amici*, because it would create a precedent that this and future presidents could use to reward or punish particular religious groups based on political expedience.  This president has already targeted certain groups represented by *amici*, including Muslims, immigrants, and refugees of different faiths.  *Amici* are therefore justly concerned that this president or future presidents will unconstitutionally target them by exploiting the appropriations power.

Section A of the *amici* brief details the importance of the Appropriations Clause in protecting individual liberties, including religious liberty.  Section B demonstrates that the Defendants'

---

[1] For a list of *amici* and their individual interests, see Appendix A to the proposed *amici* brief.

-2-

attempted diversion of funds violates the Appropriations Clause because it was rejected by Congress and is not authorized by the relevant statutes.  Section C highlights the rhetoric and policies the president has used to target immigrants for political purposes, culminating in the current unconstitutional attempt to fund a border wall.  Section D explains the threat presented to *amici* if the Court permits the president to trample on the protections afforded by the separation of powers.

**CONCLUSION**

For the foregoing reasons, the Religious Organizations' consent motion for leave to file the attached memorandum as *amici curiae* should be granted.

Dated:      New York, New York
            May 2, 2019

Respectfully submitted,

Steven A. Zalesin (*pro hac vice* pending)
Adeel A. Mangi (*pro hac vice* pending)
Zachary Kolodin (*pro hac vice* pending)
Amir Badat (*pro hac vice* pending)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222
szalesin@pbwt.com
amangi@pbwt.com
zkolodin@pbwt.com
abadat@pbwt.com

By: /s/ Gary T. Lafayette
Gary T. Lafayette
Brian H. Chun
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, CA 94612
Tel:  (415) 357-4600
Fax:  (415) 357-4605
glafayette@lkclaw.com

*Counsel for Amici Curiae Religious Organizations*