MICHAELE N. TURNAGE YOUNG*
DANIEL HARAWA
NAACP LEGAL DEFENSE AND
    EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
MTURNAGEYOUNG@NAACPLDF.ORG
*Counsel of record, CA Bar No. 247796

SHERRILYN A. IFILL
    *PRESIDENT & DIRECTOR-COUNSEL*
JANAI S. NELSON
SAMUEL SPITAL
NAACP LEGAL DEFENSE AND
    EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
Fax: (212) 226-7592

*Counsel for Amicus Curiae NAACP Legal Defense and Educational Fund, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION**

|  |  |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>                                  *Plaintiffs,*<br><br>        v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; PATRICK M. SHANAHAN, Acting Secretary of Defense, in his official capacity; KIRSTJEN M. NIELSEN, Secretary of Homeland Security, in her official capacity; and STEVEN MNUCHIN, Secretary of the Treasury, in his official capacity,<br><br>                                  *Defendants.* | Case No.: 4:19-cv-00892-HSG<br><br>P.I. Hearing Date: May 17, 2019<br>Time: 10:00 AM<br><br>**MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

The NAACP Legal Defense and Educational Fund, Inc. ("LDF") moves for leave to file the attached amicus brief in support of the *Sierra Club* Plaintiffs' motion for a preliminary injunction. This case raises issues of national importance concerning the rule of law in our constitutional democracy. LDF respectfully submits that its long history of relying on the rule of law to challenge discrimination and advance civil rights gives it a unique perspective that will assist the Court in considering these issues. LDF is filing this brief consistent with the timing and page limitations set forth in this Court's scheduling order, *see* Doc. No. 43, and the Government has consented to this filing.

For the foregoing reasons, LDF respectfully requests that this Court grant its motion for leave to file an amicus brief.

Dated: May 2, 2019

Respectfully Submitted,

s/ Michaele N. Turnage Young

Michaele Turnage Young
   *Counsel of record*
Daniel S. Harawa
NAACP Legal Defense and
   Educational Fund, Inc.
700 14th St. NW, Suite 600
Washington, DC 20005
Tel: (202) 682-1300
mturnageyoung@naacpldf.org

Sherrilyn A. Ifill
   *President & Director-Counsel*
Janai S. Nelson
Samuel Spital
NAACP Legal Defense and
   Educational Fund, Inc.
40 Rector St. 5th Floor
New York, NY 10006
Tel: (212) 965-2200