Elizabeth Goitein*
J. Andrew Boyle*
Brennan Center for Justice at NYU Law
1140 Connecticut Ave. NW, Ste. 1150
Washington, D.C. 20036
(202) 753-5909 (telephone) | (202) 223-2683 (fax)
goiteine@brennan.law.nyu.edu
boylea@brennan.law.nyu.edu

*Counsel for Amici Brennan Center &*
*The Cato Institute*

*Admitted Pro Hac Vice

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>*Defendants.* | Case no. 4:19-cv-00892-HSG<br><br>P.I. Hearing Date: May 17, 2019<br>Time: 10:00 AM<br><br>**MOTION FOR LEAVE TO FILE MEMORANDUM OF BRENNAN CENTER FOR JUSTICE AND CATO INSTITUTE AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The Brennan Center for Justice at NYU School of Law ("Brennan Center") and The Cato Institute ("Cato") hereby request permission to file the attached *amicus curiae* brief in support of the Plaintiffs' request for a preliminary injunction. We believe we could provide useful context for, and insight into, emergency powers and the National Emergencies Act of 1976. All parties have consented to the filing of this brief. A copy of the proposed brief and a proposed order are attached.

### STATEMENT OF INTEREST AND ARGUMENT

The Brennan Center is a not-for-profit, non-partisan think tank and public interest law institute that seeks to improve systems of democracy and justice. Cato is a non-partisan public policy research foundation that advances individual liberty, free markets, and limited government.

The Brennan Center has done extensive research on various aspects of emergency powers. In December 2018, the Brennan Center published a guide to the 123 statutory provisions that become available when the president declares a national emergency and their past uses. Based on this research, the Brennan Center believes that President Trump's declaration of a national emergency to secure border wall funding after being denied that funding by Congress is contrary to the intent and purpose of the NEA, is inconsistent with 40 years of presidential practice, and could set a dangerous precedent in light of the dozens of other statutory emergency powers that might be similarly abused. The Cato Institute agrees with these points, and believes that allowing the president to declare an emergency under the circumstances presented in this case would fundamentally upset the Constitution's balance of power between the executive and the legislature. These points, which are the focus of the proposed amicus brief attached to this motion, provide important context for the Court's decision in this case without being duplicative of Plaintiff's arguments.

The *amicus* brief expresses no opinion on whether the other sources of funding that President Trump is seeking to use to construct a border wall are properly used.

Accordingly, the Brennan Center and Cato request leave to file the attached *amicus* brief.

DATED: May 2, 2019                                                            Respectfully Submitted,

By: /s/ Elizabeth Goitein

Elizabeth Goitein*
J. Andrew Boyle*
Brennan Center for Justice at NYU Law
1140 Connecticut Ave. NW, Ste. 1150
Washington, D.C. 20036
(202) 753-5909 (telephone) | (202) 223-2683 (fax)
goiteine@brennan.law.nyu.edu
boylea@brennan.law.nyu.edu

*Counsel for Amici Brennan Center &*
*The Cato Institute*

*Admitted Pro Hac Vice
