MICHAELE N. TURNAGE YOUNG*
DANIEL HARAWA
NAACP LEGAL DEFENSE AND
  EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
MTURNAGEYOUNG@NAACPLDF.ORG
*Counsel of record, CA Bar No. 247796

SHERRILYN A. IFILL
  *PRESIDENT & DIRECTOR-COUNSEL*
JANAI S. NELSON
SAMUEL SPITAL
NAACP LEGAL DEFENSE AND
  EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
Fax: (212) 226-7592

*Counsel for Amicus Curiae NAACP Legal Defense and Educational Fund, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; PATRICK M. SHANAHAN, Acting Secretary of Defense, in his official capacity; KIRSTJEN M. NIELSEN, Secretary of Homeland Security, in her official capacity; and STEVEN MNUCHIN, Secretary of the Treasury, in his official capacity,<br><br>*Defendants.* | Case No.: 4:19-cv-00892-HSG<br><br>P.I. Hearing Date: May 17, 2019<br>Time: 10:00 AM<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1  The NAACP Legal Defense and Educational Fund, Inc. ("LDF") moves for leave to file
2  the attached amicus brief in support of the *Sierra Club* Plaintiffs' motion for a preliminary
3  injunction. This case raises issues of national importance concerning the rule of law in our
4  constitutional democracy. LDF respectfully submits that its long history of relying on the rule of
5  law to challenge discrimination and advance civil rights gives it a unique perspective that will
6  assist the Court in considering these issues. LDF is filing this brief consistent with the timing and
7  page limitations set forth in this Court's scheduling order, *see* Doc. No. 43, and the Government
8  and Plaintiffs have consented to this filing.
9  For the foregoing reasons, LDF respectfully requests that this Court grant its motion for
10 leave to file an amicus brief.
11 Dated: May 2, 2019

Respectfully Submitted,

s/ Michaele N. Turnage Young

Michaele Turnage Young
  *Counsel of record*
Daniel S. Harawa
NAACP Legal Defense and
  Educational Fund, Inc.
700 14th St. NW, Suite 600
Washington, DC 20005
Tel: (202) 682-1300
mturnageyoung@naacpldf.org

Sherrilyn A. Ifill
  *President & Director-Counsel*
Janai S. Nelson
Samuel Spital
NAACP Legal Defense and
  Educational Fund, Inc.
40 Rector St. 5th Floor
New York, NY 10006
Tel: (212) 965-2200