UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA**, *et al.*,<br><br>    Plaintiff,<br><br>    v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>    Defendants.<br><br>**SIERRA CLUB**, *et al.*,<br><br>    Plaintiff,<br><br>    v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>    Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br><br>**[PROPOSED]** ORDER GRANTING MOTION OF NATIONAL IMMIGRATION LAW CENTER, *ET AL.* FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION<br><br>Dept: Courtroom 2, 4th floor<br>Judge: The Honorable Haywood S. Gilliam<br>Hearing Date: May 17, 2019<br>Action Filed: February 18, 2019<br>February 19, 2019 |

The Court has received a motion for leave to file a *amici curiae* brief on behalf of the National Immigration Law Center, *et al.*

The Court GRANTS the motion and directs counsel to file the amici curiae brief on behalf of the National Immigration Law Center, et al. on the docket in these matters.

IT IS SO ORDERED.        Dated: 5/3/2019

*[signature: Haywood S. Gilliam, Jr.]*

Haywood S. Gilliam, Jr.

United States District Judge

---

[PROPOSED] ORDER granting Motion for leave to file *amici curiae* brief - California v. Trump, Case No. 4:19-cv-00872-HSG
[PROPOSED] ORDER granting Motion for leave to file *amici curiae* brief - Sierra Club v. Trump, Case No. 4:19-cv-00892-HSG