ELIZABETH GOITEIN*
goiteine@brennan.law.nyu.edu
J. ANDREW BOYLE*
boylea@brennan.law.nyu.edu
BRENNAN CENTER FOR JUSTICE AT NYU LAW
1140 Connecticut Ave. NW, Ste. 1150
Washington, D.C. 20036
(202) 753-5909 (telephone) | (202) 223-2683 (fax)

DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000 Facsimile: (650) 802-3100

*Counsel for Amici Brennan Center for Justice
at NYU School of Law & The Cato Institute*

*Admitted Pro Hac Vice

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>*Defendants.* | Case no. 4:19-cv-00892-HSG<br><br>[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE DOCKET ENTRIES FOR "BRENNAN CENTER FOR JUSTICE" AND "BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW" |

| | |
|---|---|
| 1 | Before the Court is a motion for consolidation of docket entries "Brennan Center for |
| 2 | Justice" and "Brennan Center for Justice at NYU School of Law" by the Brennan Center for |
| 3 | Justice at NYU School of Law. |
| 4 | Having considered the motion and good cause appearing, it is hereby **ORDERED** that the |
| 5 | motion for clarification and reconciliation of parties is **GRANTED**. It is further **ORDERED** that |
| 6 | the filings entered by the party "Brennan Center for Justice" will be deemed filed by "Brennan |
| 7 | Center for Justice at NYU School of Law" upon entry of this Order. ""The Clerk is directed to |
| 8 | consolidate "Brennan Center for Justice" and "Brennan Center for Justice at NYU School of |
| 9 | Law" on the docket into a single entity under the name "Brennan Center for Justice at NYU |
| 10 | School of Law." |
| 11 | IT IS SO ORDERED. |
| 12 | Dated: 5/7/2019 |

*[signature: Haywood S. Gilliam, Jr.]*

Haywood S. Gilliam, Jr.
United States District Judge