Richard Mancino (*pro hac vice*)
  rmancino@willkie.com
Shaimaa M. Hussein (*pro hac vice*)
  shussein@willkie.com
Matthew Dollan (*pro hac vice*)
  mdollan@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-9000

Richard D. Bernstein (*pro hac vice pending*)
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: (301) 775-2064
  rbernsteinlaw@gmail.com

David W. Evans
**HAIGHT BROWN & BONESTEEL**
Three Embarcadero Center, Suite 200
San Francisco, CA 94111
Telephone: (415) 281-7624
Facsimile: (415) 546-7505
  devans@hbblaw.com

*Counsel for Amici Curiae Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>　　　　　　Defendants. | **MATTHEW DOLLAN'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR *AMICI CURIAE* CHRISTOPHER SHAYS, CHRISTINE TODD WHITMAN, PETER KEISLER, CARTER PHILLIPS, JOHN BELLINGER III, STANLEY TWARDY, AND RICHARD BERNSTEIN; PROPOSED ORDER GRANTING MOTION TO WITHDRAW**<br><br>Case No. 4:19-CV-00872-HSG |

|   |   |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>                              *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>                              *Defendants*. | Case No. 4:19-CV-00892-HSG |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Matthew Dollan, of Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, shall and hereby does respectfully seek leave of this Court, pursuant to LOCAL R. 11-5(a) and in compliance with CAL. R. PROF. CONDUCT 3-700, to withdraw as counsel for *amici curiae* Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein.

## MOTION TO WITHDRAW AS COUNSEL FOR *AMICI CURIAE*

Pursuant to LOCAL R. 11-5, Matthew Dollan ("Movant") hereby notifies the parties and the Court of his intent to withdraw as counsel *pro hac vice* for *amici curiae* Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein. Movant offers the following grounds for this notice and motion:

1. This Court granted Movant leave to appear *pro hac vice* in this action pursuant to its May 2, 2019, Order.

2. Movant has represented *amici curiae* as part of his employment at Willkie Farr Gallagher LLP. As of May 9, 2019, Movant will no longer be employed as an attorney at Willkie Farr Gallagher LLP.

3. Willkie Farr Gallagher LLP attorneys Richard Mancino and Shaimaa Hussein, and attorney Richard Bernstein, also represent *amici curiae* and will continue to do so.

4. Movant's withdrawal will not cause any prejudice or delay in this case. All parties have counsel

actively representing them, and none will require any additional time to review or acclimate to the absence of Movant as counsel *pro hac vice*.

5. Given the insubstantial nature of this Motion, as well as the substantial burden to all parties in travelling and attending a hearing on this Motion, Movant respectfully requests that the Court waive oral argument.

THEREFORE, Movant Matthew Dollan respectfully requests that this Court waive oral argument on this Motion, grant him leave to withdraw as counsel *pro hac vice* in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

Dated: May 8, 2019

David W. Evans
**HAIGHT BROWN & BONESTEEL**
Three Embarcadero Center, Suite 200
San Francisco, CA 94111
Telephone: (415) 281-7624
Facsimile: (415) 546-7505

Richard Mancino (*pro hac vice*)
Shaimaa M. Hussein (*pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Ave
New York, NY 10019
Telephone: (202) 728-8000
Facsimile: (202) 728-9000

Richard D. Bernstein (*pro hac vice pending*)
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: (301) 775-2064

Respectfully submitted,

_/s/ Matthew Dollan_
Matthew Dollan (*pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Ave
New York, NY 10019
Telephone: (202) 728-8000
Facsimile: (202) 728-9000

*Counsel for Amici Curiae Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2019, I caused the foregoing document to be filed via the U.S. District Court for the Northern District of California's CM/ECF system, which I understand caused service on all registered parties.

/s/ Matthew Dollan
Matthew Dollan