| | |
|---|---|
| 1 | **PATTERSON BELKNAP WEBB & TYLER LLP** |
| 2 | **Steven A. Zalesin (*pro hac vice* admission pending)** |
| | **Adeel A. Mangi (*pro hac vice* admission pending)** |
| 3 | **Zachary Kolodin (*pro hac vice* admission pending)** |
| | **Amir Badat (*pro hac vice* admission pending)** |
| 4 | **1133 Avenue of the Americas** |
| | **New York, NY 10036-6710** |
| 5 | **Tel: (212) 336-2000** |
| | **Fax: (212) 336-2222** |
| 6 | |
| 7 | **LAFAYETTE & KUMAGAI LLP** |
| 8 | **Gary T. Lafayette (SBN 088666)** |
| | **Brian H. Chun (SBN 215417)** |
| 9 | **1300 Clay Street, Suite 810** |
| | **Oakland, CA 94612** |
| 10 | **Tel: (415) 357-4600** |
| | **Fax: (415) 357-4605** |
| 11 | **Attorneys for *Amici Curiae* 58 Religious Organizations** |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION, | Case No. 4:19-cv-00892-HSG |
| Plaintiffs, | [PROPOSED] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE MEMORANDUM OF 58 RELIGIOUS ORGANIZATIONS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION |
| vs. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |
| | Date: 05/17/2019 |
| | Time: 10:00 AM |

Upon consideration of the motion of 58 Religious Organizations for leave to file as *amici curiae* in support of Plaintiffs' Motion for a Preliminary Injunction, it is hereby ORDERED that the motion is GRANTED. Counsel is directed to file the *amici curiae* brief of 58 Religious Organizations on the docket in this matter.

Dated: 5/13/2019

Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE