Elizabeth Goitein*
J. Andrew Boyle*
Brennan Center for Justice at NYU Law
1140 Connecticut Ave. NW, Ste. 1150
Washington, D.C. 20036
(202) 753-5909 (telephone) | (202) 223-2683 (fax)
goiteine@brennan.law.nyu.edu
boylea@brennan.law.nyu.edu

*Counsel for Amici Brennan Center & The Cato Institute*
*Admitted Pro Hac Vice

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION, | Case no. 4:19-cv-00892-HSG |
| *Plaintiffs,* | P.I. Hearing Date: May 17, 2019 |
| v. | Time: 10:00 AM |
| DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*, | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE MEMORANDUM OF BRENNAN CENTER FOR JUSTICE AND CATO INSTITUTE AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |
| *Defendants.* | |

0

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE  Case No. 4:19-cv-00892
MEMO. OF BRENNAN CTR. & CATO INSTITUTE AS *AMICI CURIAE*

1  Before the Court is a motion to file a brief *amicus curiae* by the Brennan Center for Justice
2  at NYU School of Law and The Cato Institute, in support of Plaintiff's Motion for Preliminary
3  Injunction.
4  Having considered the pleadings and good cause appearing, it is hereby **ORDERED** that
5  the motion for leave to file an *amicus curiae* brief is **GRANTED**. It is further **ORDERED** that
6  counsel file the amicus curiae brief on the docket upon entry of this order.

**IT IS SO ORDERED.**

DATED: 5/13/2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge