**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>*Defendants.* | Case No.: 4:19-cv-00892-HSG<br><br>~~[PROPOSED]~~ **ORDER GRANTING UNOPPOSED MOTION OF NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Upon consideration of the unopposed motion of the NAACP Legal Defense & Educational Fund, Inc. ("LDF") for leave to file a brief as amicus curiae in support of Plaintiffs' motion for a preliminary injunction, it is hereby ORDERED that the motion is GRANTED. Counsel is directed to file the LDF's amicus curiae brief on the docket in this matter.

Dated: 5/13/2019

*/s/ Haywood S. Gilliam, Jr.*
Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE