# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Sierra Club, et al.

Plaintiff(s),

v.

Donald J. Trump, et al.

Defendant(s).

Case No: 4:19-cv-00892

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Harold Hongju Koh, an active member in good standing of the bar of Washington D.C., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: amici curiae Former U.S. Gov't Officials in the above-entitled action. My local co-counsel in this case is Kathleen R. Hartnett, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| RULE OF LAW CLINIC - Yale Law School, 127 Wall Street, P.O. Box 208215, New Haven, CT 06520 | BOIES SCHILLER FLEXNER LLP, 1999 Harrison Street, Suite 900, Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (203) 432-4932 | (510) 874-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| harold.koh@ylsclinics.org | khartnett@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 31446.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 2, 2019

Harold Hongju Koh
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Harold Hongju Koh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/14/2019

Haywood S. Gill Jr.
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Harold H. Koh*

was duly qualified and admitted on **June 19, 1981** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on May 1, 2019.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: 
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.