| | | |
|---|---|---|
| 1 | | **UNITED STATES DISTRICT COURT** |
| 2 | | **NORTHERN DISTRICT OF CALIFORNIA** |

|  |  |
|---|---|
| Sierra Club, et al. ) <br> ) Plaintiff(s), ) <br> ) v. ) <br> Donald J. Trump, et al. ) <br> ) Defendant(s). ) | Case No: 4:19-cv-00892 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, ___Phillip Spector___, an active member in good standing of the bar of ___Washington D.C.___, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: ___amici curiae Former U.S. Gov't Officials___ in the above-entitled action. My local co-counsel in this case is ___Kathleen R. Hartnett___, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| MESSING & SPECTOR LLP <br> 1200 Steuart Street #2112, Baltimore, MD 21230 | BOIES SCHILLER FLEXNER LLP, <br> 1999 Harrison Street, Suite 900, Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 277-8173 | (510) 874-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ps@messingspector.com | khartnett@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ___479121___.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 2, 2019                                                     ___Phillip Spector___
                                                                                            APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of ___Phillip Spector___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/14/2019                                                   *Haywood S. Gilliam Jr.*
                                                                              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Phillip H Spector*

was duly qualified and admitted on **September 13, 2002** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on April 30, 2019.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *[signature]*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.