Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Sierra Club, et al.,

        Plaintiff(s),

v.

Donald J. Trump, et al.,

        Defendant(s).

Case No: 4:19-CV-00892

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Richard D. Bernstein, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: amici curiae Christopher Shays, et al. in the above-entitled action. My local co-counsel in this case is David W. Evans, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1875 K Street, N.W.<br>Washington, DC 20006-1238 | Three Embarcadero Center, Suite 200<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 303-1000 | (415) 281-7624 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rbernsteinlaw@gmail.com | devans@hbblaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 416427.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/07/19

                        Richard D. Bernstein
                        APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Richard D. Bernstein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/14/2019

                        Haywood S. Gilliam Jr.
           UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Richard D Bernstein*

was duly qualified and admitted on **December 5, 1988** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on April 18, 2019.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *[signature]*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.