# **EXHIBIT 1**

## **THIRD DECLARATION OF LOREN FLOSSMAN**

I, Loren Flossman, declare as follows:

1. I am the Acquisition Program Manager for the Wall Program Management Office (Wall PMO), U.S. Border Patrol Program Management Directorate, U.S. Customs and Border Protection (CBP), an agency of the Department of Homeland Security (DHS). Wall PMO is responsible for border barrier projects.

2. The statements in this declaration are based on my personal knowledge and information that I have received in my official capacity.

3. I previously submitted a declaration on April 1, 2019, that explained CBP's use of Treasury Forfeiture Fund (TFF) funds for barrier construction along the southern border. This declaration provides updated information about CBP's use of TFF funds.

4. TFF are being made available to CBP in two tranches. The first tranche of $242 million was made available to CBP for obligation on March 14, 2019. CBP will be obligating the first $242 million on an Interagency Agreement (IAA) with the U.S. Army Corps of Engineers (USACE). CBP will retain a small portion of the $242 million for program support on the TFF funded projects. The IAA will likely be in place by June 2019.

5. As mentioned in my previous declaration, CBP plans to use TFF funds exclusively for projects in the Rio Grande Valley Sector. CBP may use some TFF funds for planning related to barrier construction projects in other sectors, but no decisions have been made to use TFF funds for that purpose.

This declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

Executed on this 14th day of May, 2019.

**Loren Flossman**

Digitally signed by Loren Flossman
DN: cn=Loren Flossman, o=Border Wall PMO,
ou=Portfolio Manager,
email=Loren.w.flossman@cbp.dhs.gov, c=US
Date: 2019.05.14 18:01:52 -04'00'

Loren Flossman
Acquisition Program Manager
U.S. Customs and Border Protection