JAMES M. BURNHAM
Deputy Assistant Attorney General
JOHN R. GRIFFITHS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br><br>**STIPULATED REQUEST FOR SUPPLEMENTAL BRIEFING SCHEDULE FOR EL CENTRO AND TUCSON BORDER BARRIER PROJECTS** |
| SIERRA CLUB, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | |

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Stipulation and Proposed Order
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Stipulation and Proposed Order

1

Pursuant to Local Rule 6-2 and 7-12, Plaintiffs and Defendants in the above-captioned cases stipulate and agree as follows:

1. On May 9, 2019, the Acting Secretary of Defense authorized the funding of four border barrier projects requested by the Department of Homeland Security using 10 U.S.C. § 284. One project is located in California (El Centro Project 1), and three projects are located in Arizona (Tucson Sector Projects 1, 2, and 3). At the time of this decision, the Parties had fully briefed Plaintiffs' pending motions for preliminary injunction, thus the Parties did not have an opportunity to submit argument and evidence concerning these four specific projects. Plaintiffs' position is that construction and funding for these four projects should be enjoined. Defendants oppose Plaintiffs' requested injunction.

2. At the preliminary injunction hearing conducted on May 17, 2019, Defendants' counsel stated that no construction would occur for at least 45 days, allowing time for the Parties to provide supplemental briefing and for the Court to issue an order regarding these new projects before construction begins. The Court ordered the Parties to present a stipulation setting forth a schedule for this briefing.

3. In accordance with the Court's Order, the Parties have conferred and agreed on the following schedule to submit streamlined supplemental briefs regarding a new motion to enjoin the El Centro and Tucson projects, if necessary after the Court reaches a decision on the Plaintiffs' pending motions for preliminary injunction.

4. If further motion practice is necessary regarding the El Centro and Tucson projects, the Parties propose the following briefing schedule:

- May 29: Plaintiffs' motions, supplemental briefs, and supporting evidence;
- June 10: Defendants' supplemental briefs and supporting evidence.
- June 13: Plaintiffs' reply briefs, if any.

5. Approving this stipulation would not impact any other deadlines in this case.

6. Pursuant to Local Rule 6-2(a), undersigned counsel for Defendants has submitted a declaration in support of this stipulation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

1  Parties, subject to the Court's approval, that:

2      (1) Plaintiffs may file on or before May 29, 2019, their motions, supplemental briefs and

3  supporting evidence in support of their request to enjoin the El Centro and Tucson projects.

4  Defendants may file on or before June 10, 2019, their supplemental briefs and supporting

5  evidence in opposition.  Plaintiffs may file their reply briefs on or before June 13, 2019.

8  A proposed order is attached.

11  DATE: May 22, 2019                   Respectfully submitted,

12                                                       JAMES M. BURNHAM
13                                                       Deputy Assistant Attorney General

14                                                       JOHN R. GRIFFITHS
                                                         Director, Federal Programs Branch

15                                                      ANTHONY J. COPPOLINO
                                                         Deputy Director, Federal Programs Branch
16

17                                                      /s/ *Andrew I. Warden*
                                                         ANDREW I. WARDEN (IN #23840-49)
18                                                      Senior Trial Counsel
                                                    U.S. Department of Justice
19                                                      Civil Division, Federal Programs Branch
                                                    1100 L Street, NW
20                                                      Washington, D.C. 20530
21                                                      Tel.:   (202) 616-5084
                                                    Fax:   (202) 616-8470
22
23                                                      *Attorneys for Defendants*

24                                                      /s/ *Dror Ladin*
25                                                      Dror Ladin
                                                    Noor Zafar
26                                                      Jonathan Hafetz
                                                    Hina Shamsi
27                                                      Omar C. Jadwat
                                                    American Civil Liberties Union Foundation
28                                                      125 Broad Street, 18th Floor

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Stipulation and Proposed Order
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Stipulation and Proposed Order

New York, NY 10004
Tel.: (212) 549-2660
Fax: (212) 549-2564
dladin@aclu.org
nzafar@aclu.org
jhafetz@aclu.org
hshamsi@aclu.org
ojadwat@aclu.org

*Attorneys for Plaintiffs in 4:19-cv-892-HSG*

XAVIER BECERRA
Attorney General of California
ROBERT W. BYRNE
SALLY MAGNANI
MICHAEL L. NEWMAN
Senior Assistant Attorneys General
MICHAEL P. CAYABAN
CHRISTINE CHUANG
EDWARD H. OCHOA
Supervising Deputy Attorneys General
HEATHER C. LESLIE
JANELLE M. SMITH
JAMES F. ZAHRADKA II

*/s/ Lee I. Sherman*
LEE I. SHERMAN
Deputy Attorneys General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6404
Fax: (213) 897-7605
E-mail: Lee.Sherman@doj.ca.gov

*Attorneys for Plaintiff State of California*

*4:19-cv-872-HSG*

---

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Stipulation and Proposed Order
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Stipulation and Proposed Order

4

## DECLARATION

I declare, under penalty of perjury, that the factual assertions contained in this stipulation are true and correct to the best of my knowledge.

           /s/ *Andrew I. Warden*
           ANDREW I. WARDEN (IN Bar No. 23840-49)