JAMES M. BURNHAM
Deputy Assistant Attorney General
JOHN R. GRIFFITHS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
RACHAEL WESTMORELAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | No. 4:19-cv-00892-HSG<br><br>**NOTICE OF APPEAL**<br><br>**PRELIMINARY INJUNCTION APPEAL** |

1       PLEASE TAKE NOTICE that Defendants Donald J. Trump, President of the United States,

2 Patrick M. Shanahan, Acting Secretary of Defense, Kevin K. McAleenan, Acting Secretary of

3 Homeland Security, and Steven T. Mnuchin, Secretary of the Treasury, hereby appeal to the United

4 States Court of Appeals for the Ninth Circuit from the Court's Order Granting In Part and Denying

5 In Part Plaintiffs' Motion for a Preliminary Injunction (ECF No. 144), which was issued on May

6 24, 2019.

7

8 DATE: May 29, 2019                          Respectfully submitted,

9                                    JAMES M. BURNHAM

10                                    Deputy Assistant Attorney General

11                                    JOHN G. GRIFFITHS
                                   Director, Federal Programs Branch

12                                    ANTHONY J. COPPOLINO

13                                    Deputy Director, Federal Programs Branch

14                                    /s/ *Andrew I. Warden*
                                   ANDREW I. WARDEN

15                                    Senior Trial Counsel (IN Bar No. 23840-49)

16                                    RACHAEL L. WESTMORELAND

17                                    KATHRYN C. DAVIS
                                   MICHAEL J. GERARDI

18                                    LESLIE COOPER VIGEN

19                                    Trial Attorneys
                                   U.S. Department of Justice

20                                    Civil Division, Federal Programs Branch
                                   1100 L Street, NW

21                                    Washington, D.C. 20530

22                                    Tel.:     (202) 616-5084
                                   Fax:     (202) 616-8470

23

24

25

26

27

28