# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

SIERRA CLUB, *et al.*,

        Plaintiffs,

   v.

DONALD J. TRUMP, *et al.*,

        Defendants.

No. 4:19-cv-00892-HSG

[PROPOSED] ORDER

    The Court, having considered the Motion for Federal Defendants to Appear at the Case Management Conference Telephonically, hereby **GRANTS** the motion. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

    **IT IS SO ORDERED**, this ___30th day of ____May_, 2019.

Dated: ___5/30/2019___

          Hon. Haywood S. Gilliam, Jr.
          United States District Judge