| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JUN 5 2019 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

SIERRA CLUB; SOUTHERN BORDER COMMUNITIES COALITION,

        Plaintiffs-Appellees,

 v.

DONALD J. TRUMP, in his official capacity; et al.,

        Defendants-Appellants.

No.   19-16102

D.C. No. 4:19-cv-00892-HSG
Northern District of California, Oakland

ORDER

Before: CLIFTON, N.R. SMITH, and FRIEDLAND, Circuit Judges.

      The court has received appellants' emergency motion for a stay pending appeal. The court will hold oral argument on the motion on the afternoon of Thursday, June 20, 2019, in San Francisco, California, at a specific time to be set by further order.

      No later than 5:00 p.m. Pacific Time on June 6, 2019, the parties to this appeal shall propose a schedule for the filing of the opposition to the emergency stay motion, the reply in support of the emergency stay motion, and any amicus filings addressing the stay motion. In proposing the schedule, the parties shall confer with counsel for the plaintiffs in case No. 4:19-cv-00872-HSG pending in the United States District Court for the Northern District of California (the "State Plaintiffs").

AC/MOATT

In the interest of avoiding duplicative proceedings, also no later than 5:00 p.m. Pacific Time on June 6, 2019, the State Plaintiffs shall inform this court in writing: (1) what effect this appeal/motion may have on their case; and (2) whether they intend to participate in this appeal, and, if so, in what capacity.

The Clerk shall serve a copy of this order on Lee Isaac Sherman and James F. Zahradka, II, counsel for the State Plaintiffs.