JAMES M. BURNHAM
Deputy Assistant Attorney General
JOHN R. GRIFFITHS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
RACHAEL WESTMORELAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br><br>**NOTICE OF FILING OF ADMINISTRATIVE RECORD FOR EL PASO, YUMA, EL CENTRO, AND TUCSON BORDER BARRIER PROJECTS** |
| SIERRA CLUB, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | |

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Administrative Record for § 284 Projects
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Administrative Record for § 284 Projects

Defendants hereby submit the Administrative Record and Certification of the Administrative Record supporting the Department of Defense's authorization of the following border barrier projects: El Paso Sector Project 1, Yuma Sector Project 1, El Centro Sector Project 1, and Tucson Sectors Projects 1-3. Exhibit 1 is the record for the El Paso and Yuma projects. Exhibit 2 is the record for the modification of the fence height for the El Paso and Yuma projects. Exhibit 3 is the record for the El Centro and Tucson projects. Exhibit 4 is the Certification of the Administrative Record.

DATE: June 7, 2019                          Respectfully submitted,

JAMES M. BURNHAM
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel

KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
RACHAEL WESTMORELAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Administrative Record for § 284 Projects
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Administrative Record for § 284 Projects