UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, et al.,<br><br>        Defendants. | Case No. 19-cv-00872-HSG<br><br>**SCHEDULING ORDER** |
| SIERRA CLUB, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, et al.,<br><br>       Defendants. | Case No. 19-cv-00892-HSG |

On May 31, 2019, the parties submitted proposed schedules for briefing motions and cross-motions for summary judgment. *See* Case No. 19-cv-00872-HSG, Dkt. No. 169. Having considered the parties' proposals, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Plaintiffs' Motions for Partial Summary Judgment/Permanent Injunction Concerning Sections 284 and 8005 | June 12, 2019 |
| Defendants' Oppositions | June 19, 2019 |
| Plaintiffs' Replies | June 24, 2019 |
| Plaintiffs' Motions for Summary Judgment on all other issues | July 11, 2019 |

| Defendants' Oppositions to Plaintiffs' Motions for Summary Judgment and Cross-Motions for Summary Judgment | July 25, 2019 |
|---|---|
| Plaintiffs' Oppositions to Defendants' Cross-Motions for Summary Judgment and Replies in Support of Plaintiffs' Motions for Summary Judgment | August 8, 2019 |
| Defendants' Replies in Support of Cross-Motions for Summary Judgment | August 15, 2019 |
| Hearing on Plaintiffs' Motions for Summary Judgment and Defendants' Cross-Motions for Summary Judgment | August 29, 2019 at 2:00 p.m. |

Plaintiffs' motions for partial summary judgment/permanent injunction on the Section 284 and 8005 issues will be deemed submitted upon the completion of briefing. The Court will notify the parties if a hearing is necessary.

As discussed at the June 5, 2019 case management conference, given (1) the expedited briefing schedule for Plaintiffs' motions for partial summary judgment, which will address all matters presented in the pending motions for preliminary injunction, and (2) Defendants' representation that no border barrier construction in dispute in the pending motions for preliminary injunction will commence before July 1, 2019, the Court holds the pending motions in abeyance. *See* Case No. 19-cv-00872-HSG, Dkt. No. 167; Case No. 19-cv-00892-HSG, Dkt. No. 150. No further briefing is necessary on those motions.

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 6/7/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge