DROR LADIN*
NOOR ZAFAR*
JONATHAN HAFETZ*
HINA SHAMSI*
OMAR C. JADWAT*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
dladin@aclu.org
nzafar@aclu.org
jhafetz@aclu.org
hshamsi@aclu.org
ojadwat@aclu.org
*Admitted pro hac vice

CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
cwang@aclu.org

*Attorneys for Plaintiffs* (Additional counsel listed on following page)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; PATRICK M. SHANAHAN, Acting Secretary of Defense, in his official capacity; KEVIN K. MCALEENAN, Acting Secretary of Homeland Security, in his official capacity; and STEVEN MNUCHIN, Secretary of the Treasury, in his official capacity,<br><br>*Defendants*. | Case No.: 4:19-cv-00892-HSG<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:<br>Judge: Honorable Haywood S. Gilliam, Jr.<br>Dept: Oakland<br>Date Filed: June 12, 2019<br>Trial Date: Not set |

Additional counsel for Plaintiffs:

SANJAY NARAYAN (SBN 183227)**
GLORIA D. SMITH (SBN 200824)**
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org
**Counsel for Plaintiff SIERRA CLUB

MOLLIE M. LEE (SBN 251404)
CHRISTINE P. SUN (SBN 218701)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437
mlee@aclunc.org
csun@aclunc.org

DAVID DONATTI*
ANDRE I. SEGURA (SBN 247681)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
 OF TEXAS
P.O. Box 8306
Houston, TX 77288
Tel: (713) 325-7011
Fax: (713) 942-8966
ddonatti@aclutx.org
asegura@aclutx.org
*Admitted pro hac vice

## **REQUEST FOR JUDICIAL NOTICE**

Plaintiff Sierra Club and Plaintiff Southern Border Communities Coalition (together, "Plaintiffs") hereby respectfully request, pursuant to Federal Rule of Evidence 201, that the Court take judicial notice of the following materials in support of Plaintiffs' Motion for Partial Summary Judgment.

1.   Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of the transcript of a speech President Trump delivered when he announced his candidacy for president on June 16, 2015.

2.   Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt of the Office of Management and Budget's "Budget of the U.S. Government for Fiscal Year 2018: A New Foundation for American Greatness" (2017), available on the official White House website at https://www.whitehouse.gov/wp-content/uploads/2017/11/budget.pdf.

3.   Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt of The WALL Act of 2018, S. 3713, 115th Cong. (2018). No action was taken on the bill after referral to the Senate Committee on Finance. As of April 4, 2019, the complete text of the bill is posted on the United States Congress's official website, at https://www.congress.gov/115/bills/s3713/BILLS-115s3713is.pdf; and the history of the bill is posted on Congress's official website, at https://www.congress.gov/bill/115th-congress/senate-bill/3713/all-actions

4.   Attached hereto as **Exhibit 4** is a true and correct copy of the 50 Votes for the Wall Act, H.R. 7073, 115th Cong. (2018). No action was taken on the bill after referral to the House Subcommittee on Border and Maritime Security. As of April 4, 2019, the complete text of the bill is posted on the United States Congress's official website, at https://www.congress.gov/115/bills/hr7073/BILLS-115hr7073ih.pdf; and the history of the bill is posted on Congress's official website, at https://www.congress.gov/bill/115th-congress/house-bill/7073/all-actions.

5.   Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of the Build the Wall, Enforce the Law Act of 2018, H.R. 7059, 115th Cong. (2018). No action was taken on the bill after referral to the House Subcommittee on Trade. As of April 4, 2019, the complete text of the bill is posted on the United States Congress's official website, at https://www.congress.gov/115/

bills/hr7059/BILLS-115hr7059ih.pdf; and the history of the bill is posted on Congress's official website, at https://www.congress.gov/bill/115th-congress/house-bill/7059/all-actions.

6.    Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt of the Fund and Complete the Border Wall Act, H.R. 6657, 115th Cong. (2018). No action was taken on the bill after referral to the House Subcommittee on Immigration and Border Security. As of April 4, 2019, the complete text of the bill is posted on the United States Congress's official website, at https://www.congress.gov/115/bills/hr6657/BILLS-115hr6657ih.pdf; and the history of the bill is posted on Congress's official website, at https://www.congress.gov/bill/115th-congress/house-bill/6657/all-actions.

7.    Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt of the American Border Act, H.R. 6415, 115th Cong. (2018). No action was taken on the bill after referral to the House Subcommittee on Immigration and Border Security. As of April 4, 2019, the complete text of the bill is posted on the United States Congress's official website, at https://www.congress.gov/115/bills/hr6415/BILLS115hr6415ih.pdf; and the history of the bill is posted on Congress's official website, at https://www.congress.gov/bill/115th-congress/house-bill/6415/all-action.

8.    Attached hereto as **Exhibit 8** is a true and correct copy of an excerpt of the Border Security and Immigration Reform Act of 2018, H.R. 6136, 115th Cong. (2018). On June 27, 2018, this bill failed in the House of Representatives by a recorded vote of 121 – 301. As of April 4, 2019, the complete text of the bill is posted on the United States Congress's official website, at https://www.congress.gov/115/bills/hr6136/BILLS-115hr6136ih.pdf; and the history of the bill is posted on Congress's official website, at https://www.congress.gov/bill/115th-congress/house-bill/6136/all-actions.

9.    Attached hereto as **Exhibit 9** is a true and correct copy of an excerpt of the Securing America's Future Act of 2018, H.R. 4760, 115th Cong. (2018). On June 21, 2018, this bill failed in the House of Representatives by a recorded vote of 193 – 231. As of April 4, 2019, the complete text of the bill is posted on the United States Congress's official website, at https://www.congress.gov/115/bills/hr4760/BILLS115hr4760ih.pdf; and the history of the bill is

posted on Congress's official website, at https://www.congress.gov/bill/115th-congress/house-bill/4760/all-actions.

10. Attached hereto as **Exhibit 10** is a true and correct copy of an excerpt from the Fiscal Year 2019 White House Budget Request, dated February 2018, available on the official White House website at https://www.whitehouse.gov/wp-content/uploads/2018/02/budget-fy2019.pdf.

11. Attached hereto as **Exhibit 11** is a true and correct of a declaration signed by Paul Arcangeli, Staff Director of the House Armed Services Committee, and filed as ECF No. 44-1 in *House v. Mnuchin, et al*., Case No. 19-cv-969 (D.D.C. May 15, 2019).

12. Attached hereto as **Exhibit 12** is a true and correct copy of an excerpted transcript of a May 23, 2019 hearing in *House v. Mnuchin*, Case No. 19-cv-969 (D.D.C.).

13. Attached hereto as **Exhibit 13** is a true and correct copy of a Letter from Acting Director of the Office of Budget and Management Russell T. Vought to the Honorable Richard Shelby, Chairman of the Senate Committee on Appropriations, dated January 6, 2019, and available on the White House official website at https://www.whitehouse.gov/wp-content/uploads/2019/01/Final-Shelby-1-6-19.pdf.

14. Attached hereto as **Exhibit 14** is a true and correct copy of a tweet from President Donald J. Trump, dated February 9, 2019, 2:02 PM, available on President Trump's official Twitter account, @realDonaldTrump, https://twitter.com/realDonaldTrump/status/1094355899194454017.

15. Video recording of a February 10, 2019 interview of Mick Mulvaney, Acting White House Chief of Staff, on Fox News, available at https://www.youtube.com/watch?v=l_Z0xx_zS0M.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a transcript of "Remarks by President Trump in Cabinet Meeting," dated February 12, 2019, and available on the White House official website at https://www.whitehouse.gov/briefings-statements/remarks-president-trump-cabinet-meeting-13/.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the "Presidential Proclamation on Declaring a National Emergency Concerning the Southern Border of the United States," dated February 15, 2019, and available on the White House official website at

https://www.whitehouse.gov/presidential-actions/presidential-proclamation-declaring-national-emergency-concerning-southern-border-united-states/.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the "Fact Sheet" entitled "President Donald J. Trump's Border Security Victory," dated February 15, 2019, and available on the White House official website at https://www.whitehouse.gov/briefings-statements/president-donald-j-trumps-border-security-victory/.

19. Video recording of testimony by Kirstjen Nielsen, Secretary of Homeland Security, before the House Homeland Security Committee, on March 6, 2019, available at https://www.c-span.org/video/?458250-1/immigration-border-security.

20. Attached hereto as **Exhibit 18** is a true and correct copy of an excerpt from the transcript of testimony by Acting Defense Secretary Patrick Shanahan and Joint Chiefs of Staff Chair General Joseph Dunford, before the Senate Armed Services Committee, dated March 14, 2019, available on the Senate Armed Services Committee's official website, https://www.armed-services.senate.gov/imo/media/doc/19-25-03-14-19.pdf.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the transcript of a March 26, 2019 hearing of the House Armed Services Committee on "Fiscal 2020 Defense Authorization." The transcript was filed as ECF No. 89-12 by Defendants in *State of California v. Trump*, Case No. 4:19-cv-872-HSG (N.D. Cal. April 25, 2019).

22. Attached hereto as **Exhibit 20** is a true and correct copy of a March 26, 2019 letter from House Armed Services Committee Chairman Adam Smith to Department of Defense Under Secretary David L. Norquist. As of June 12, 2019, this letter is available on the House Armed Service Committee's official website at https://armedservices.house.gov/_cache/files/5/7/57ea01fb-9872-4a49-b878-9b844ca0b030/B5C69226DA76BB0F77AC9E06052FA8AC.fy-19-01-ra.pdf.

23. Attached hereto as **Exhibit 21** is a true and correct copy of a March 26, 2019 letter from Peter J. Visclosky, Chairman of the House Appropriations Committee's Defense Subcommittee, to Department of Defense Under Secretary David L. Norquist. As of June 12, 2019, this letter is available on the House Appropriations Committee's official website at

https://appropriations.house.gov/sites/democrats.appropriations.house.gov/files/Visclosky%20Letter%20Denying%20Reprogramming.pdf.

24. Attached hereto as **Exhibit 22** is a true and correct copy of "International Border Vehicle Barrier," a government bulletin posted on May 13, 2018, to the National Park Service's official website at https://www.nps.gov/orpi/planyourvisit/barrier.htm.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the Drug Enforcement Authority's "2018 National Drug Assessment," dated October 2018 and available at https://www.dea.gov/sites/default/files/2018-11/DIR-032-18%202018%20NDTA%20final%20low%20resolution.pdf.

26. Attached hereto as **Exhibit 24** is a true and correct copy of an excerpt from the Fiscal Year 2020 White House Budget Request, dated March 11, 2019, available on the official White House website at https://www.whitehouse.gov/wp-content/uploads/2019/03/budget-fy2020.pdf.

27. Attached hereto as **Exhibit 25** is a true and correct copy of an excerpt from the Department of Defense Fiscal Year 2020 budget request, dated March 12, 2019, available on the official Department of Defense website at https://comptroller.defense.gov/Portals/45/Documents/defbudget/fy2020/fy2020_Budget_Request_Overview_Book.pdf.

28. Attached hereto as **Exhibit 26** is a true and correct copy of the "Presidential Proclamation on Declaring a National Emergency Concerning the Southern Border of the United States," dated February 15, 2019, and available on the White House official website at https://www.whitehouse.gov/briefings-statements/remarks-president-trump-national-security-humanitarian-crisis-southern-border/.

\* \* \*

All of the above materials are judicially noticeable because the statements they contain "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (a court may take judicial notice of "matters of public record" not subject to reasonable dispute). The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

**Exhibits 1, 13-15, 18-21, 26, and the video recording referenced in ¶ 19** are judicially noticeable because government memoranda, bulletins, reports, letters, and statements of public record are appropriate for judicial notice. *See Brown v. Valoff*, 422 F.3d 926, 933 n.9 (9th Cir. 2005) (judicially noticing an administrative bulletin); *Mack v. S. Bay Beer Distribs., Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986) (court may take judicial notice of records and reports of state administrative bodies), *overruled on other grounds by Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104, 111 (1991); *Interstate Nat. Gas. Co. v. S. Cal. Gas. Co.*, 209 F.2d 380, 385 (9th Cir. 1953) (judicially noticing government agency records and reports); *Cnty. of Santa Clara v. Trump*, 250 F. Supp. 3d 497, 520 nn.5, 8, 11 (N.D. Cal. 2017) (taking judicial notice of government memoranda and letters). Furthermore, the President's tweets, which the White House has confirmed are "'considered official statements by the President of the United States,'" are judicially noticeable. *See Hawaii v. Trump*, 859 F.3d 741, 773 n.14 (9th Cir. 2017) (taking judicial notice of President Trump's tweets concerning the "travel ban" executive order), *cert. granted sub nom. Trump v. Int'l Refugee Assistance Project*, 137 S. Ct. 2080 (2017), and *vacated on other grounds*, 138 S. Ct. 377 (2017).

**Exhibits 11 and 12** are judicially noticeable because they are court records from a proceeding that addresses issues relevant to this litigation. *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (holding that a court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue").

**Exhibits 2, 10, 16, 17, 22-25** are judicially noticeable because they are posted to official government websites. *See Daniels–Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (judicially noticing information contained on a government website); *Paralyzed Veterans of America v. McPherson*, No. C 06–4670 SBA, 2008 WL 4183981, at *5 (N.D. Cal. Sept. 9, 2008) (finding that courts commonly take judicial notice of information and documents on government websites, citing cases from various jurisdictions).

**Exhibits 3-9** are judicially noticeable because they are either bills considered by Congress or transcripts of congressional testimony. In general, "[l]egislative history is properly a subject of

judicial notice." *Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012). This is also true of testimony given at congressional hearings. *See Adarand Constructors, Inc. v. Slater*, 228 F.3d 1147, 1168 n.12 (10th Cir. 2000) (taking "judicial notice of the content of hearings and testimony before [] congressional committees and subcommittees").

Dated:  June 12, 2019                                    Respectfully submitted,

                                                        /s/ *Noor Zafar*_____

                                                        Dror Ladin*
                                                        Noor Zafar*
                                                        Hina Shamsi*
                                                        Omar C. Jadwat*
                                                        American Civil Liberties Union Foundation
                                                        125 Broad Street, 18th Floor
                                                        New York, NY 10004
                                                        Tel: (212) 549-2660
                                                        Fax: (212) 549-2564
                                                        nzafar@aclu.org
                                                        dladin@aclu.org
                                                        hshamsi@aclu.org
                                                        ojadwat@aclu.org

                                                        Cecillia D. Wang (SBN 187782)
                                                        American Civil Liberties Union Foundation
                                                        39 Drumm Street
                                                        San Francisco, CA 94111
                                                        Tel: (415) 343-0770
                                                        Fax: (415) 395-0950
                                                        cwang@aclu.org

                                                        Sanjay  Narayan (SBN 183227)**
                                                        Gloria D. Smith (SBN 200824)**
                                                        Sierra Club Environmental Law Program
                                                        2101 Webster Street, Suite 1300
                                                        Oakland, CA 94612
                                                        Tel: (415) 977-5772
                                                        sanjay.narayan@sierraclub.org
                                                        gloria.smith@sierraclub.org

                                                        Mollie M. Lee (SBN 251404)
                                                        Christine P. Sun (SBN 218701)
                                                        American Civil Liberties Union Foundation of
                                                            Northern California, Inc.
                                                        39 Drumm Street
                                                        San Francisco, CA 94111
                                                        Tel: (415) 621-2493
                                                        Fax: (415) 255-8437
                                                        mlee@aclunc.org
                                                        csun@aclunc.org

David Donatti*
Andre I. Segura (SBN 247681)_
American Civil Liberties Union Foundation
    of Texas
P.O. Box 8306
Houston, TX 77288
Tel: (713) 325-7011
Fax: (713) 942-8966
ddonatti@aclutx.org
asegura@aclutx.org

Counsel for Plaintiffs

*Admitted pro hac vice
**Counsel for Plaintiff Sierra Club

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO: 4:19-cv-00892-HSG

# Exhibit 1

# TIME

# Here's Donald Trump's Presidential Announcement Speech

BY TIME STAFF JUNE 16, 2015

Wow. Whoa. That is some group of people. Thousands.

So nice, thank you very much. That's really nice. Thank you. It's great to be at Trump Tower. It's great to be in a wonderful city, New York. And it's an honor to have everybody here. This is beyond anybody's expectations. There's been no crowd like this.

And, I can tell, some of the candidates, they went in. They didn't know the air-conditioner didn't work. They sweated like dogs.

They didn't know the room was too big, because they didn't have anybody there. How are they going to beat ISIS? I don't think it's gonna happen.

Our country is in serious trouble. We don't have victories anymore. We used to have victories, but we don't have them. When was the last time anybody saw us beating, let's say, China in a trade deal? They kill us. I beat China all the time. All the time.

When did we beat Japan at anything? They send their cars over by the millions, and what do we do? When was the last time you saw a Chevrolet in Tokyo? It doesn't exist, folks. They beat us all the time.

When do we beat Mexico at the border? They're laughing at us, at our stupidity. And now they are beating us economically. They are not our friend, believe me. But they're killing us economically.

The U.S. has become a dumping ground for everybody else's problems.

I'm not doing that to brag, because you know what? I don't have to brag. I don't have to, believe it or not.

I'm doing that to say that that's the kind of thinking our country needs. We need that thinking. We have the opposite thinking.

We have losers. We have losers. We have people that don't have it. We have people that are morally corrupt. We have people that are selling this country down the drain.

So I put together this statement, and the only reason I'm telling you about it today is because we really do have to get going, because if we have another three or four years— you know, we're at $8 trillion now. We're soon going to be at $20 trillion.

According to the economists— who I'm not big believers in, but, nevertheless, this is what they're saying— that $24 trillion— we're very close— that's the point of no return. $24 trillion. We will be there soon. That's when we become Greece. That's when we become a country that's unsalvageable. And we're gonna be there very soon. We're gonna be there very soon.

So, just to sum up, I would do various things very quickly. I would repeal and replace the big lie, Obamacare.

I would build a great wall, and nobody builds walls better than me, believe me, and I'll build them very inexpensively, I will build a great, great wall on our southern border. And I will have Mexico pay for that wall.

Mark my words.

Nobody would be tougher on ISIS than Donald Trump. Nobody.

I will find — within our military, I will find the General Patton or I will find General MacArthur, I will find the right guy. I will find the guy that's going to

save it by making the United States, by making us rich again, by taking back all of the money that's being lost.

Renegotiate our foreign trade deals.

Reduce our $18 trillion in debt, because, believe me, we're in a bubble. We have artificially low interest rates. We have a stock market that, frankly, has been good to me, but I still hate to see what's happening. We have a stock market that is so bloated.

Be careful of a bubble because what you've seen in the past might be small potatoes compared to what happens. So be very, very careful.

And strengthen our military and take care of our vets. So, so important.

Sadly, the American dream is dead.

But if I get elected president I will bring it back bigger and better and stronger than ever before, and we will make America great again.

Thank you. Thank you very much.

*Read next:* *How Donald Trump Stole Jeb Bush's Moment*

*Listen to the most important stories of the day.*

**Contact us** at editors@time.com.

_____

IDEAS    *TIME Ideas hosts the world's leading voices, providing commentary on events in news, society, and culture. We welcome outside contributions. Opinions expressed do not necessarily reflect the views of TIME editors.*

Exhibit 2

# BUDGET OF THE U. S. GOVERNMENT

# A New Foundation For American Greatness

## Fiscal Year 2018



# Office of Management and Budget

**Increase Border Security and Investments in Public Safety.** The President's Budget includes $44.1 billion for the Department of Homeland Security (DHS) and $27.7 billion for the Department of Justice (DOJ) for law enforcement, public safety and immigration enforcement programs and activities.

***Increase Border Security Infrastructure and Technology.*** The President's Budget secures the borders of the United States by investing $2.6 billion in high-priority tactical infrastructure and border security technology, including funding to plan, design, and construct a physical wall along the southern border as directed by the President's January 25, 2017 EO. This investment would strengthen border security, helping stem the flow of people, drugs, and other illicit material illegally crossing the border.

***Increase DHS Personnel.*** The Budget also advances the President's plan to strengthen border security and immigration enforcement with more than $300 million to recruit, hire, and train 500 new Border Patrol Agents and 1,000 new Immigration and Customs Enforcement law enforcement personnel in 2018, plus associated support staff. These new personnel would improve the integrity of the immigration system by adding capacity to interdict those aliens attempting to cross the border illegally, as well as to identify and remove those already in the United States who entered illegally.

***Enforce the Nation's Laws.*** The Budget enhances enforcement of immigration laws by proposing an additional $1.5 billion above the 2017 annualized CR level for expanded detention, transportation, and removal of illegal immigrants. These funds would ensure that DHS has sufficient detention capacity to hold prioritized aliens, including violent criminals and other dangerous individuals, as they are processed for removal.

***Invest in Law Enforcement.*** The Budget provides critical resources for DOJ to confront terrorism, reduce violent crime, tackle the Nation's opioid epidemic, and combat illegal immigration. Additional spending is provided for DOJ to enhance public safety and law enforcement including $214 million above current levels for immigration enforcement—allowing DOJ to hire 75 additional immigration judge teams, bringing the total number of funded immigration judge teams to 449. In addition, $84 million more is provided for increases in the Federal detainee population. Increases of $188 million are included to address violent and gun-related crime in communities across the Nation and to target transnational criminal organizations and drug traffickers. As part of this increase, $103 million is added to maintain and expand capacity to fight against opioids and other illicit drugs. Further, DOJ will take steps to mitigate the risk that sanctuary jurisdictions pose to public safety.

***Invest in Cybersecurity.*** The internet has transformed and modernized our society and enabled astonishing business growth. It has fostered education, fueled innovation, and strengthened our military. That transformation—and the opportunities it has created—has been exploited by our enemies and adversaries. Bad actors must not be allowed to use the internet to perpetrate crimes and threaten our security. These crimes affect our largest companies, impact millions of people at a time, damage our small businesses, and affect our national security. The Budget supports the President's focus on cybersecurity to ensure strong programs and technology to defend the Federal networks that serve the American people, and continues efforts to share information, standards, and best practices with critical infrastructure and American businesses to keep them secure. The Budget also includes an increase in law enforcement and cybersecurity personnel across DHS, DOD, and the Federal Bureau of Investigation to execute these efforts and counter cybercrime. In addition, the Budget includes an increase in resources for the National Cybersecurity and



Executive Office of the President

# Exhibit 3

115TH CONGRESS
2D SESSION
# S. 3713

To appropriate $25,000,000,000 for the construction of a border wall between the United States and Mexico, and for other purposes.

─────────────

## IN THE SENATE OF THE UNITED STATES

DECEMBER 5, 2018

Mr. INHOFE (for himself, Mr. ROUNDS, Mr. KENNEDY, and Mr. CRUZ) introduced the following bill; which was read twice and referred to the Committee on Finance

─────────────

# A BILL

To appropriate $25,000,000,000 for the construction of a border wall between the United States and Mexico, and for other purposes.

1    *Be it enacted by the Senate and House of Representa-*

2    *tives of the United States of America in Congress assembled,*

3    **SECTION 1. SHORT TITLE.**

4    This Act may be cited as the ''WALL Act of 2018''.

5    **SEC. 2. MANDATORY SPENDING FOR BORDER WALL.**

6    (a) IN GENERAL.—There is appropriated

7    $25,000,000,000 for the purpose of constructing a phys-

8    ical barrier along the southern border of the United

9    States.

# Exhibit 4

I

115TH CONGRESS
2D SESSION
# H. R. 7073

To provide for reconciliation pursuant to title II of the concurrent resolution
on the budget for fiscal year 2019.

---

## IN THE HOUSE OF REPRESENTATIVES

OCTOBER 19, 2018

Mr. BYRNE (for himself, Mr. CRAMER, Mr. ROGERS of Alabama, Mr. BROOKS
of Alabama, Mr. BURGESS, Mr. FRANCIS ROONEY of Florida, Mr. BABIN,
Mr. BANKS of Indiana, Mr. GOSAR, Mr. GAETZ, Mr. NORMAN, Mr.
BIGGS, Mr. POSEY, Mr. MOONEY of West Virginia, Mr. DESJARLAIS, and
Mr. SMITH of Texas) introduced the following bill; which was referred to
the Committee on Homeland Security

---

# A BILL

To provide for reconciliation pursuant to title II of the
concurrent resolution on the budget for fiscal year 2019.

1　　*Be it enacted by the Senate and House of Representa-*

2　*tives of the United States of America in Congress assembled,*

3　**SECTION 1. SHORT TITLE.**

4　　This Act may be cited as the ''50 Votes for the Wall

5　Act''.

6　**SEC. 2. BORDER WALL AND SECURITY TRUST FUND.**

7　　(a) ESTABLISHMENT OF FUND.—There is estab-

8　lished a fund, to be known as the ''Border Wall and Secu-

2

1 rity Trust Fund'', consisting of such amounts as may be

2 appropriated pursuant to subsection (b) to construct a

3 wall (including physical barriers and associated detection

4 technology, roads, and lighting) along the international

5 border between the United States and Mexico by January

6 19, 2021.

7 (b) APPROPRIATION OF AMOUNTS.—There is hereby

8 appropriated to the Border Wall and Security Trust Fund

9 established under subsection (a), out of any money in the

10 Treasury not otherwise appropriated, such sums as the

11 Secretary of Homeland Security may request of the Sec-

12 retary of Treasury on or after October 1, 2018, up to a

13 total of $25,000,000,000, to remain available until ex-

14 pended to carry out the purpose described in subsection

15 (a).

16 (c) SUNSET.—The authority provided by this Act

17 shall terminate on September 30, 2028, and the unobli-

18 gated balance of any amounts in the Border Wall and Se-

19 curity Trust Fund on such date shall be returned to the

20 general fund of the Treasury.

○

Exhibit 5

I

115TH CONGRESS
2D SESSION

# H. R. 7059

To fund construction of the southern border wall and to ensure compliance with Federal immigration law.

————————————

## IN THE HOUSE OF REPRESENTATIVES

OCTOBER 12, 2018

Mr. McCarthy introduced the following bill; which was referred to the Committee on the Judiciary, and in addition to the Committees on Homeland Security, Ways and Means, Armed Services, and the Budget, for a period to be subsequently determined by the Speaker, in each case for consideration of such provisions as fall within the jurisdiction of the committee concerned

————————————

# A BILL

To fund construction of the southern border wall and to ensure compliance with Federal immigration law.

1    *Be it enacted by the Senate and House of Representa-*

2    *tives of the United States of America in Congress assembled,*

3    **SECTION 1. SHORT TITLE.**

4        This Act may be cited as the ''Build the Wall, En-

5    force the Law Act of 2018''.

6    **SEC. 2. FINDINGS.**

7        Congress finds the following:

212(a)(2)(J) or section 237(a)(2)(G) shall be eligible for any immigration benefit under this subparagraph;".

(i) PAROLE.—An alien described in section 212(a)(2)(J) of the Immigration and Nationality Act, as added by subsection (b), shall not be eligible for parole under section 212(d)(5)(A) of such Act unless—

(1) the alien is assisting or has assisted the United States Government in a law enforcement matter, including a criminal investigation; and

(2) the alien's presence in the United States is required by the Government with respect to such assistance.

(j) EFFECTIVE DATE.—The amendments made by this section shall take effect on the date of the enactment of this Act and shall apply to acts that occur before, on, or after the date of the enactment of this Act.

## SEC. 9. BORDER SECURITY FUNDING.

(a) FUNDING.—In addition to amounts otherwise made available by this Act or any other provision of law, there is hereby appropriated to the "U.S. Customs and Border Protection—Procurement, Construction, and Improvements" account, out of any amounts in the Treasury not otherwise appropriated, $23,400,000,000, to be available as described in subsections (b) and (c), of which—

42

1        (1) $16,625,000,000 shall be for a border wall

2    system along the southern border of the United

3    States, including physical barriers and associated de-

4    tection technology, roads, and lighting; and

5        (2) $6,775,000,000 shall be for infrastructure,

6    assets, operations, and technology to enhance border

7    security along the southern border of the United

8    States, including—

9            (A) border security technology, including

10           surveillance technology, at and between ports of

11           entry;

12           (B) new roads and improvements to exist-

13           ing roads;

14           (C) U.S. Border Patrol facilities and ports

15           of entry;

16           (D) aircraft, aircraft-based sensors and as-

17           sociated technology, vessels, spare parts, and

18           equipment to maintain such assets;

19           (E) a biometric entry and exit system; and

20           (F) family residential centers.

21   (b) AVAILABILITY OF BORDER WALL SYSTEM

22   FUNDS.—

23       (1) IN GENERAL.—Of the amount appropriated

24       in subsection (a)(1)—

46

1  House of Representatives regarding activities under and
2  progress made in carrying out this section.

3      (g) RULES OF CONSTRUCTION.—Nothing in this sec-
4  tion may be construed to limit the availability of funds
5  made available by any other provision of law for carrying
6  out the requirements of this Act or the amendments made
7  by this Act. Any reference in this section to an appropria-
8  tion account shall be construed to include any successor
9  accounts.

10     (h)  DISCRETIONARY  AMOUNTS.—Notwithstanding
11  any  other  provision  of  law,  the  amounts  appropriated
12  under subsection (a) are discretionary appropriations (as
13  that term is defined in section 250(c)(7) of the Balanced
14  Budget and Emergency Deficit Control Act of 1985 (2
15  U.S.C. 900(c)(7)).

**16  SEC. 10. EXCLUSION FROM PAYGO SCORECARDS.**

17     The budgetary effects of this Act shall not be entered
18  on either PAYGO scorecard maintained pursuant to sec-
19  tion 4(d) of the Statutory Pay-As-You-Go Act of 2010.

○

# Exhibit 6

I

115TH CONGRESS
2D SESSION

# H. R. 6657

To establish a separate account in the Treasury to hold deposits to be used to secure the southern border of the United States, and for other purposes.

———————————

## IN THE HOUSE OF REPRESENTATIVES

AUGUST 7, 2018

Mr. BIGGS (for himself, Mr. GOSAR, Mr. BROOKS of Alabama, Mr. GAETZ, Mr. DESJARLAIS, and Mr. NORMAN) introduced the following bill; which was referred to the Committee on Homeland Security, and in addition to the Committees on Ways and Means, the Judiciary, Foreign Affairs, Financial Services, Education and the Workforce, and Appropriations, for a period to be subsequently determined by the Speaker, in each case for consideration of such provisions as fall within the jurisdiction of the committee concerned

———————————

# A BILL

To establish a separate account in the Treasury to hold deposits to be used to secure the southern border of the United States, and for other purposes.

1    *Be it enacted by the Senate and House of Representa-*

2  *tives of the United States of America in Congress assembled,*

3  **SECTION 1. SHORT TITLE.**

4    This Act may be cited as the ''Fund and Complete

5  the Border Wall Act''.

2

1 SEC. 2. BORDER WALL TRUST FUND.

2 (a) ESTABLISHMENT OF FUND.—At the end of sub-

3 chapter III of chapter 33 of title 31, United States Code,

4 insert the following:

5 "§ 3344. Secure the Southern Border Fund.

6 "(a) IN GENERAL.—Not later than 60 days after the

7 date of enactment of this section, the Secretary of the

8 Treasury shall establish an account in the Treasury of the

9 United States, to be known as the 'Secure the Southern

10 Border Fund', into which funds shall be deposited in ac-

11 cordance with the Fund and Complete the Border Wall

12 Act and the amendments made by that Act.

13 "(b) APPROPRIATION.—Funds deposited in the Se-

14 cure the Southern Border Fund shall be available until

15 expended. Such funds are authorized to be appropriated,

16 and are appropriated, to the Secretary of Homeland Secu-

17 rity only—

18 "(1) to plan, design, construct, or maintain a

19 barrier along the international border between the

20 United States and Mexico; and

21 "(2) to purchase and maintain necessary vehi-

22 cles and equipment for U.S. Border Patrol agents.

23 "(c) LIMITATION.—Not more than 5 percent of the

24 funds deposited in the Secure the Southern Border Fund

25 may be used for the purpose described in subsection

26 (b)(2).".

1  essing U.S. Customs and Border Protection Form I–94

2  shall be allocated as follows:

3         (1) $6 shall be deposited in the Land Border

4      Inspection Fee Account and used in accordance with

5      such section 286(q).

6         (2) To the extent provided in advance in appro-

7      priations Acts, $10 shall be used for salaries for

8      U.S. Border Patrol agents.

9         (3) $9 shall be deposited in the Secure the

10      Southern Border Fund established by the amend-

11      ment made by section 2 of this Act.

**SEC. 6. CONSTRUCTION OF BORDER WALL.**

13      (a) IMPROVEMENT OF BARRIERS AT BORDER.—Sec-

14  tion 102 of the Illegal Immigration Reform and Immi-

15  grant Responsibility Act of 1996 (Division C of Public

16  Law 104–208; 8 U.S.C. 1103 note) is amended—

17         (1) by amending subsection (a) to read as fol-

18      lows:

19      "(a) IN GENERAL.—Not later than December 31,

20  2019, the Secretary of Homeland Security shall take such

21  actions as may be necessary (including the removal of ob-

22  stacles to detection of illegal entrants) to design, test, con-

23  struct, and install physical barriers, roads, and technology

24  along the international land border between the United

1 States and Mexico to prevent illegal crossings in all
2 areas.'';

3       (2) in subsection (b)—

4          (A) in paragraph (1)—

5            (i) in the paragraph heading, by strik-

6          ing ''ADDITIONAL FENCING'' and inserting

7          ''FENCING'';

8            (ii) by striking subparagraph (A) and

9          inserting the following:

10       ''(A) PHYSICAL BARRIERS.—In carrying

11     out subsection (a), the Secretary of Homeland

12 Security shall construct physical barriers, in-

13 cluding secondary barriers in locations where

14 there is already a fence, along the international

15 land border between the United States and

16 Mexico that will prevent illegal entry and will

17 assist in gaining operational control of the bor-

18 der (as defined in section 2(b) of the Secure

19 Fence Act of 2006 (8 U.S.C. 1701 note; Public

20 Law 109–367)).'';

21            (iii) by striking subparagraph (B) and

22          redesignating subparagraphs (C) and (D)

23          as subparagraphs (B) and (C), respec-

24          tively;

14

1 the remainder of this Act, or an amendment made by this

2 Act, or the application of such provision to other persons

3 or circumstances, shall not be affected.

○

# Exhibit 7

I

115TH CONGRESS
2D SESSION
# H. R. 6415

To provide for border security, and for other purposes.

————————————

## IN THE HOUSE OF REPRESENTATIVES

JULY 18, 2018

Mr. FERGUSON introduced the following bill; which was referred to the Committee on Homeland Security, and in addition to the Committees on the Judiciary, Transportation and Infrastructure, Oversight and Government Reform, Foreign Affairs, Agriculture, Armed Services, Natural Resources, the Budget, and Ways and Means, for a period to be subsequently determined by the Speaker, in each case for consideration of such provisions as fall within the jurisdiction of the committee concerned

————————————

# A BILL

To provide for border security, and for other purposes.

1   *Be it enacted by the Senate and House of Representa-*

2   *tives of the United States of America in Congress assembled,*

3   **SECTION 1. SHORT TITLE; TABLE OF CONTENTS.**

4       (a) SHORT TITLE.—This Act may be cited as the

5   "American Border Act".

6       (b) TABLE OF CONTENTS.—The table of contents for

7   this Act is as follows:

Sec. 1. Short title; table of contents.

TITLE I—BORDER SECURITY

Sec. 1101. Definitions.

1 or imprisonment for not more than 15 years, or

2 both.

3  ''(3) If the injury or depredation was described

4 under paragraph (2) and, in the commission of the

5 offense, the offender used or carried a firearm or, in

6 furtherance of any such offense, possessed a firearm,

7 by a fine under this title or imprisonment for not

8 more than 20 years, or both.''.

# TITLE IV—BORDER SECURITY FUNDING

**SEC. 4101. BORDER SECURITY FUNDING.**

12 (a) FUNDING.—In addition to amounts otherwise

13 made available by this Act or any other provision of law,

14 there is hereby appropriated to the ''U.S. Customs and

15 Border Protection—Procurement, Construction, and Im-

16 provements'' account, out of any amounts in the Treasury

17 not otherwise appropriated, $23,400,000,000, to be avail-

18 able as described in subsections (b) and (c), of which—

19  (1) $16,625,000,000 shall be for a border wall

20 system along the southern border of the United

21 States, including physical barriers and associated de-

22 tection technology, roads, and lighting; and

23  (2) $6,775,000,000 shall be for infrastructure,

24 assets, operations, and technology to enhance border

130

1    (g) RULES OF CONSTRUCTION.—Nothing in this sec-
2 tion may be construed to limit the availability of funds
3 made available by any other provision of law for carrying
4 out the requirements of this Act or the amendments made
5 by this Act. Any reference in this section to an appropria-
6 tion account shall be construed to include any successor
7 accounts.

8    (h) DISCRETIONARY AMOUNTS.—Notwithstanding
9 any other provision of law, the amounts appropriated
10 under subsection (a) are discretionary appropriations (as
11 that term is defined in section 250(c)(7) of the Balanced
12 Budget and Emergency Deficit Control Act of 1985 (2
13 U.S.C. 900(c)(7))).

**SEC. 4102. EXCLUSION FROM PAYGO SCORECARDS.**

15    The budgetary effects of this Act shall not be entered
16 on either PAYGO scorecard maintained pursuant to sec-
17 tion 4(d) of the Statutory Pay-As-You-Go Act of 2010.

○

# Exhibit 8

I

115TH CONGRESS
2D SESSION
# H. R. 6136

To amend the immigration laws and provide for border security, and for
other purposes.

———————————————

## IN THE HOUSE OF REPRESENTATIVES

JUNE 19, 2018

Mr. GOODLATTE (for himself, Mr. CURBELO of Florida, Mr. MCCAUL, and
Mr. DENHAM) introduced the following bill; which was referred to the
Committee on the Judiciary, and in addition to the Committees on Home-
land Security, Agriculture, Natural Resources, Transportation and Infra-
structure, Ways and Means, Energy and Commerce, Armed Services,
Foreign Affairs, the Budget, and Oversight and Government Reform, for
a period to be subsequently determined by the Speaker, in each case for
consideration of such provisions as fall within the jurisdiction of the com-
mittee concerned

———————————————

# A BILL

To amend the immigration laws and provide for border
security, and for other purposes.

1    *Be it enacted by the Senate and House of Representa-*

2 *tives of the United States of America in Congress assembled,*

3 **SECTION 1. SHORT TITLE; TABLE OF CONTENTS.**

4    (a) SHORT TITLE.—This Act may be cited as the

5 "Border Security and Immigration Reform Act of 2018".

6    (b) TABLE OF CONTENTS.—The table of contents for

7 this Act is as follows:

152

1     "(3) If the injury or depredation was described

2     under paragraph (2) and, in the commission of the

3     offense, the offender used or carried a firearm or, in

4     furtherance of any such offense, possessed a firearm,

5     by a fine under this title or imprisonment for not

6     more than 20 years, or both.".

# TITLE V—BORDER SECURITY FUNDING

**SEC. 5101. BORDER SECURITY FUNDING.**

10     (a) FUNDING.—In addition to amounts otherwise

11     made available by this Act or any other provision of law,

12     there is hereby appropriated to the "U.S. Customs and

13     Border Protection—Procurement, Construction, and Im-

14     provements" account, out of any amounts in the Treasury

15     not otherwise appropriated, $23,400,000,000, to be avail-

16     able as described in subsections (b) and (c), of which—

17          (1) $16,625,000,000 shall be for a border wall

18          system along the southern border of the United

19          States, including physical barriers and associated de-

20          tection technology, roads, and lighting; and

21          (2) $6,775,000,000 shall be for infrastructure,

22          assets, operations, and technology to enhance border

23          security along the southern border of the United

24          States, including—

# Exhibit 9

I

115TH CONGRESS
2D SESSION

# H. R. 4760

To amend the immigration laws and the homeland security laws, and for
other purposes.

————————

## IN THE HOUSE OF REPRESENTATIVES

JANUARY 10, 2018

Mr. GOODLATTE (for himself, Mr. MCCAUL, Mr. LABRADOR, Ms. MCSALLY, Mr. SENSENBRENNER, and Mr. CARTER of Texas) introduced the following bill; which was referred to the Committee on the Judiciary, and in addition to the Committees on Education and the Workforce, Homeland Security, Foreign Affairs, Ways and Means, Armed Services, Oversight and Government Reform, Agriculture, Transportation and Infrastructure, and Natural Resources, for a period to be subsequently determined by the Speaker, in each case for consideration of such provisions as fall within the jurisdiction of the committee concerned

————————

# A BILL

To amend the immigration laws and the homeland security laws, and for other purposes.

1    *Be it enacted by the Senate and House of Representa-*

2    *tives of the United States of America in Congress assembled,*

3    **SECTION 1. SHORT TITLE; TABLE OF CONTENTS.**

4    (a) SHORT TITLE.—This Act may be cited as the

5    ''Securing America's Future Act of 2018''.

6    (b) TABLE OF CONTENTS.—The table of contents for

7    this Act is as follows:

1　　　　(11) UNMANNED AERIAL VEHICLE.—The term
2　　"unmanned aerial vehicle" has the meaning given
3　　the term "unmanned aircraft" in section 331 of the
4　　FAA Modernization and Reform Act of 2012 (Public
5　　Law 112–95; 49 U.S.C. 40101 note).

# Subtitle A—Infrastructure and Equipment

**SEC. 1111. STRENGTHENING THE REQUIREMENTS FOR BAR-**
　　　　　**RIERS ALONG THE SOUTHERN BORDER.**

10　　Section 102 of the Illegal Immigration Reform and
11　Immigrant Responsibility Act of 1996 (Division C of Pub-
12　lic Law 104–208; 8 U.S.C. 1103 note) is amended—

13　　　　(1) by amending subsection (a) to read as fol-
14　　lows:

15　　"(a) IN GENERAL.—The Secretary of Homeland Se-
16　curity shall take such actions as may be necessary (includ-
17　ing the removal of obstacles to detection of illegal en-
18　trants) to design, test, construct, install, deploy, and oper-
19　ate physical barriers, tactical infrastructure, and tech-
20　nology in the vicinity of the United States border to
21　achieve situational awareness and operational control of
22　the border and deter, impede, and detect illegal activity
23　in high traffic areas.";

24　　　　(2) in subsection (b)—

255

1        (A) in the subsection heading, by striking

2        "FENCING AND ROAD IMPROVEMENTS" and in-

3        serting "PHYSICAL BARRIERS";

4            (B) in paragraph (1)—

5                (i) in subparagraph (A)—

6                    (I) by striking "subsection (a)"

7                    and inserting "this section";

8                    (II) by striking "roads, lighting,

9                    cameras, and sensors" and inserting

10                   "tactical infrastructure, and tech-

11                   nology"; and

12                   (III) by striking "gain" inserting

13                   "achieve situational awareness and";

14                   and

15               (ii) by amending subparagraph (B) to

16           read as follows:

17           "(B) PHYSICAL BARRIERS AND TACTICAL

18       INFRASTRUCTURE.—

19               "(i) IN GENERAL.—Not later than

20           September 30, 2022, the Secretary of

21           Homeland Security, in carrying out this

22           section, shall deploy along the United

23           States border the most practical and effec-

24           tive physical barriers and tactical infra-

25           structure available for achieving situational

# Exhibit 10

FISCAL YEAR 2019

## EFFICIENT, EFFECTIVE, ACCOUNTABLE

# AN
# AMERICAN
# BUDGET

## BUDGET OF THE U.S. GOVERNMENT

OFFICE OF MANAGEMENT AND BUDGET  |  OMB.GOV

### PROTECTING AMERICANS WHILE ENHANCING LEGAL IMMIGRATION

Since taking office, the President has made clear that he would restore order and integrity to the U.S. immigration system. There are three primary efforts underlying this goal: strengthening border security; ensuring enforcement of immigration laws; and reforming the legal immigration system, while recognizing that legal immigration is an important driver of a thriving economy. The Budget requests more than $28.2 billion for the agencies that have primary responsibility for carrying out immigration programs at DHS and the Department of Justice (DOJ). This includes funding for U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), and U.S. Citizenship and Immigration Services within DHS, and the Executive Office for Immigration Review (EOIR) within DOJ.

Within the Administration's proposal for $18 billion to fund the border wall, the Budget invests $1.6 billion to support CBP efforts to gain operational control of the Southwest border. Until the porous borders are closed to the criminals, terrorists, and gang members that exploit it, America remains at risk. Furthermore, since most of the illegal drugs that enter the United States come through the Southwest border, a border wall is critical to combating the scourge of drug addiction that leads to thousands of unnecessary deaths. The border wall would stop smugglers in their tracks and help make America safe.

The Budget also requests $211 million for 750 additional Border Patrol agents in 2019, continuing the President's commitment to increase the ranks of the Border Patrol by 5,000 new agents. Funding would be used to recruit, hire, and train new agents, and for staff to support the men and women on the front line of America's border defenses. These new personnel would supplement investments in the border wall by guarding the border and apprehending and swiftly removing illegal aliens at the border.

The Budget furthers investment in CBP technology and targeting systems such as the National Targeting Center (NTC) and the Biometric Entry-Exit System. The Budget requests a total of $253 million for NTC, an increase of $79 million, for its overall mission, including the background vetting of individuals seeking to enter the United States before they arrive. These programs would enable the Government to better identify terrorists and other criminals and prevent their entry into the United States. Completion of the long-required Biometric Entry-Exit System would increase law enforcement's ability to identify and remove those who overstay their visas. Future investments in enhanced vetting and targeting programs would further the Administration's goal of shifting such costs to visa and immigration applicants while continuing to facilitate legitimate travel to the United States.

The Budget makes major investments in immigration law enforcement in the interior of the Nation, focusing on efforts to identify, arrest, prosecute, and remove illegal aliens. Within ICE, the Budget proposes $571 million to hire and support 2,000 new officers and agents, which directly supports the President's order for ICE to arrest all illegal aliens it encounters. Since the President's inauguration, ICE arrests have increased by 42 percent and the Agency has increased requests to local law enforcement to transfer custody of illegal aliens to ICE by 81 percent during the same time period in the previous fiscal year.

As ICE increases its arrests and deportations of illegal aliens, it also requires additional detention and removal capacity. The Budget requests more than $2.5 billion for these critical law enforcement functions, funding an average daily detention capacity of 47,000 illegal aliens in facilities across the United States. To ensure immigration cases are heard expeditiously, the Budget also requests an increase of $40 million for 75 new immigration judge teams at EOIR and nearly $40 million for 338 new prosecuting attorneys at ICE. These investments are critical to the prompt resolution of newly-brought immigration charges and to reduce the 650,000 backlog of cases currently pending in the immigration courts.

ISBN 978-0-16-094480-2



Exhibit 11

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES HOUSE OF
REPRESENTATIVES,

*Plaintiff,*

v.

STEVEN T. MNUCHIN, in his official
capacity as Secretary of the United States
Department of the Treasury, *et al.*,

*Defendants.*

Case No. 1:19-cv-00969

**DECLARATION OF PAUL ARCANGELI**

I, Paul Arcangeli, pursuant to the provisions of 28 U.S.C. § 1746 declare and say:

1.      I am the Staff Director of the House Armed Services Committee.  I have worked
for the Committee in various roles since 2004.  In 2010, I was appointed Staff Director.  From
2011 to 2018, I served as Minority Staff Director.  I began serving again as Staff Director in
January 2019.

2.      On April 25, 2019, the Department of Defense (DoD) submitted in writing to the
Committee responses to various Committee requests for information.  One of the Committee's
questions was: "What is covered under GCC operational support? Are these 284 activities? Other
authorities? Why is there such a significant jump from FY18 actuals to FY19 and FY20 for
EUCOM, INDOPACOM and AFRICOM? Are FY18 actuals reflective of a shift to 333?"  In
response, DoD wrote:

> A1.  For most commands, the CD Project titled "GCC operational Support" refers
> to that portion of Geographic Combatant Commands' programs that support
> activities executed under §284(b) and §284(c).   The exception is U.S.

SOUTHCOM, that also funds costs associated with §124 detection and monitoring operations within this Project. Regarding the increases between FY18 actuals and the FY19/20 levels for EUCOM, INDOPACOM and AFRICOM: Yes, some of this was due to shifting some efforts to §333 and the associated growing pains of working with the new Chapter 15 and 16 authorities. However, the primary factor that led to curtailed support in FY18 was a combination of a continuing resolution, followed by DoD Comptroller withholding over 84% ($947 million) of CD appropriated funds for distribution until the 4th Quarter for possible use in supporting Southwest Border construction last fiscal year. The funding was ultimately released beginning in July, but the uncertainty generated caused planning, Congressional notification, and execution deadlines to be missed.

3.      DoD's statement that the "DoD Comptroller with[held] over 84% ($947 million) of [counter-drug] appropriated [FY 2018] funds for distribution until the 4th Quarter for possible use in supporting Southwest Border construction last fiscal year" suggests that DoD was considering using its counter-drug authority under 10 U.S.C. § 284 for southern border construction in early 2018.

4.      I declare under penalty of perjury that the foregoing is true and correct. Executed on May 15, 2019, in Washington, D.C.

Paul Arcangeli

Exhibit 12

1

2                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
3

4   UNITED STATES HOUSE OF        )
    REPRESENTATIVES,              )
5                                 )   Civil No. 19-969
            Plaintiff             )
6                                 )
        v.                        )
7                                 )   Washington, D.C.
    STEVEN T. MNUCHIN, et al.,    )
8                                 )
            Defendants.           )   Thursday, May 23, 2019
9   _____  )

10

11        TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING
          BEFORE THE HONORABLE TREVOR N. McFADDEN
12                UNITED STATES DISTRICT JUDGE

13

14                    <u>APPEARANCES</u>:

15   For the Plaintiff:         Douglas N. Letter, Esq.
                                Todd B. Tatelman, Esq.
16                              Megan Barbero, Esq.
                                Kristin A. Shapiro, Esq.
17                              Brooks M. Hanner, Esq.
                                Sally Clouse, Esq.
18                              U.S. HOUSE OF REPRESENTATIVES
                                Office of General Counsel
19                              219 Cannon House Office Building
                                Washington, DC 20515
20

21   For the Defendant:         James Mahoney Burnham, Esq.
                                U.S. DEPARTMENT OF JUSTICE
22                              Civil Division
                                950 Pennsylvania Avenue, NW
23                              Washington, DC 20530

24                                  -and-

25                              (Appearances continued on next
                                page)

2

1                                    Michael J. Gerardi, Esq.
                                     Leslie Cooper Vigen, Esq.
2                                    U.S. DEPARTMENT OF JUSTICE
                                     Civil Division, Federal Programs
3                                    Branch
                                     1100 L Street NW
4                                    Washington, DC 20005

5                                        -and-

6                                    Kathryn Celia Davis, Esq.
                                     Andrew I. Warden, Esq.
7                                    U.S. DEPARTMENT OF JUSTICE
                                     Civil Division, Federal Programs
8                                    Branch
                                     1100 L Street, NW
9                                    Washington, DC 20530

10

11            Court Reporter:
              PATRICIA A. KANESHIRO-MILLER, RMR, CRR
12            U.S. Courthouse, Room 4700A
              333 Constitution Avenue, NW
13            Washington, DC 20001
              (202) 354-3243

14

15

16

17

18

19

20

21

22

23

24

25

1    So there is nothing to suggest that it was foreseen in that

2    DoD budgeting process that they were going to get the

3    specific 284 requests that they got.

4         Now, Mr. Letter has filed something suggesting that

5    DoD was thinking about the possibility of 284 projects in the

6    summer of '18.  Again, level of abstraction versus

7    specificity.  It is true that it was foreseeable in general

8    that someone at some time might ask DoD to use its

9    284 authority to engage in border barrier construction.  Why?

10   Because DoD has used that authority to build border barriers

11   for 25 years.  That's different from saying the actual

12   projects at issue were foreseen.  So the way 284 works, DoD

13   cannot use its 284 authority unless and until "such support

14   is requested."  That's at 284(a)(1).  So the authority

15   doesn't even come into existence until it gets a request from

16   the civilian law enforcement agency for assistance.

17        THE COURT:  Does that mean that every request from

18   another agency is going to be unforeseen --

19        MR. BURNHAM:  I think it means a lot of them are

20   going to be, and let me explain why.

21        So the 8005 transfer provision is for the entire DoD

22   budget.  Most uses of that transfer authority are going to be

23   internal DoD projects.  You know, the military base in

24   Germany needs a new generator or something, so we're going to

25   move some money over for that.  On internal projects, DoD's

117

1                    CERTIFICATE OF OFFICIAL COURT REPORTER

2

3           I, Patricia A. Kaneshiro-Miller, certify that the

4   foregoing is a correct transcript from the record of

5   proceedings in the above-entitled matter.

6

7

8   /s/ Patricia A. Kaneshiro-Miller          May 28, 2019
    -----------------------------------    ---------------------
9   PATRICIA A. KANESHIRO-MILLER                    DATE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 13



EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

January 6, 2019

The Honorable Richard Shelby
Chairman
Committee on Appropriations
United States Senate
Washington, DC 20510

Dear Mr. Chairman:

The President continues to stress the need to pass legislation that will both reopen the Federal Government and address the security and humanitarian crisis at our Nation's Southwest border. The Administration has previously transmitted budget proposals that would support his ongoing commitment to dramatically reduce the entry of illegal immigrants, criminals, and drugs; keep out terrorists, public safety threats, and those otherwise inadmissible under U.S. law; and ensure that those who do enter without legal permission can be promptly and safely returned home.

Appropriations bills for fiscal year (FY) 2019 that have already been considered by the current and previous Congresses are inadequate to fully address these critical issues. Any agreement for the current year should satisfy the following priorities:

- *Border Wall, Customs and Border Protection (CBP)*: The President requests $5.7 billion for construction of a steel barrier for the Southwest border. Central to any strategy to achieve operational control along the southern border is physical infrastructure to provide requisite impedance and denial. In short, a physical barrier—wall—creates an enduring capability that helps field personnel stop, slow down and/or contain illegal entries. In concert with the U.S. Army Corps of Engineers, CBP has increased its capacity to execute these funds. The Administration's full request would fund construction of a total of approximately 234 miles of new physical barrier and fully fund the top 10 priorities in CBP's Border Security Improvement Plan. **This would require an increase of $4.1 billion over the FY 2019 funding level in the Senate version of the bill.**

- *Immigration Judge Teams – Executive Office for Immigration Review (EOIR)*: The President requests at least $563 million for 75 additional Immigration Judges and support staff to reduce the backlog of pending immigration cases. The Administration appreciates that the Senate's FY 2019 bill provides this level of funding, and looks forward to working with the Congress on further increases in this area to facilitate an expansion of in-country processing of asylum claims.

- *Law Enforcement Personnel, Border Patrol Agent Hiring, CBP:* The President requests $211 million to hire 750 additional Border Patrol Agents in support of his promise to keep our borders safe and secure. While the Senate's FY 2019 bill supports some Border

Patrol Agent hiring, fulfilling this request **requires an increase of $100 million over the FY 2019 funding level in the Senate version of the bill.**

- *Law Enforcement Personnel, Immigration and Customs Enforcement (ICE):* The President requests $571 million for 2,000 additional law enforcement personnel, as well as support staff, who enforce our U.S. immigration laws and help address gang violence, smuggling and trafficking, and the spread of drugs in our communities. **This would require an increase of $571 million over the FY 2019 funding level in the Senate version of the bill.**

- *Detention Beds, ICE:* The President requests $4.2 billion to support 52,000 detention beds. Given that in recent months, the number of people attempting to cross the border illegally has risen to 2,000 per day, providing additional resources for detention and transportation is essential. **This would require an increase of $798 million over the FY 2019 funding level in the Senate version of the bill.**

- *Humanitarian Needs:* **The President requests an additional $800 million to address urgent humanitarian needs.** This includes additional funding for enhanced medical support, transportation, consumable supplies appropriate for the population, and additional temporary facilities for processing and short-term custody of this vulnerable population, which are necessary to ensure the well-being of those taken into custody.

- *Counter-narcotics/weapons Technology:* Beyond these specific budgetary requests, the Administration looks forward to working with Congress to provide resources in other areas to address the unprecedented challenges we face along the Southwest border. Specifically, $675 million would provide Non-Intrusive Inspection (NII) technology at inbound lanes at U.S. Southwest Border Land Ports of Entry (LPOE) would allow CBP to deter and detect more contraband, including narcotics, weapons, and other materials that pose nuclear and radiological threats. **This would require an increase of $631 million over the FY 2019 funding level in the Senate version of the bill.**

In addition, to address the humanitarian crisis of unaccompanied alien children (UACs), Democrats have proposed in-country asylum processing for Central American Minors. This would require a statutory change, along with reallocation of State Department funds to establish in-country processing capacities at Northern Triangle consulates and embassies. Furthermore, for the new procedure to achieve the desired humanitarian result, a further corresponding statutory change would be required to ensure that those who circumvent the process and come to the United States without authorization can be promptly returned home. Without the latter change, in-country processing will not reduce the unauthorized flow or successfully mitigate the humanitarian crisis."

These upfront investments in physical barriers and technology, as well as legislation to close loopholes in our immigration system, will reduce illegal immigration, the flow of illicit drugs entering our country and reduce the long term costs for border and immigration enforcement activities.

The Administration looks forward to advancing these critical priorities as part of legislation to reopen the Government.

Sincerely,

Russell T. Vought
Acting Director

3

Identical Letter Sent to:

      The Honorable Richard Shelby
      The Honorable Patrick Leahy
      The Honorable Nita Lowey
      The Honorable Kay Granger

# Exhibit 14



**Donald J. Trump** ✔ @realDonaldTrump — Follow

The Democrats just don't seem to want Border Security. They are fighting Border Agents recommendations. If you believe news reports, they are not offering much for the Wall. They look to be making this a campaign issue. The Wall will get built one way or the other!

2:02 PM - 9 Feb 2019

**26,099** Retweets **112,983** Likes

💬 20K     ⟲ 26K          113K



**Ryan Hill** ✔ @RyanHillMI · Feb 9

Replying to @realDonaldTrump

Nah... The wall is never going to happen!

**Donald J. Trump** ✔ @realDonaldTrump
The Democrats just don't seem to want Border Security. They are fighting Border Agents recommendations. If you believe news reports, they are not offering much for the Wall. They look to be making this a campaign issue. The Wall will get built one way or the other!

💬 50     ⟲ 16          379

**Ryan Hill** ✔ @RyanHillMI · Feb 9

BTW.... Still waiting on Mexico's check?

Did it get lost in the mail?

# Exhibit 15

6/12/2019
Remarks by President Trump in Cabinet Meeting | The White House
Case 4:19-cv-00892-HSG Document 108-2 Filed 06/12/19 Page 66 of 142



**REMARKS**

# Remarks by President Trump in Cabinet Meeting

Issued on: **February 12, 2019**



Cabinet Room

11:54 A.M. EST

THE PRESIDENT: Hello, everybody. Thank you. Hi, Steve. So, maybe we can begin. I'll ask Secretary Wilkie to say grace, please.

SECRETARY WILKIE: (Gives a prayer.)

THE PRESIDENT: Thank you very much, Secretary. Beautiful.

Thank you all for being here. Before we begin, we're thinking about certain things that we're just starting to look at. David Bernhardt is, as you know, going through the process — becoming Secretary of Interior, from Acting. He's done a fantastic job. And I think it will continue, and we look forward to that.

We're thinking about doing, on the 4th of July or thereabouts, a parade. A "Salute to America" parade. It will be a — really, a gathering, as opposed to a parade, I'd guess you'd have to say. Perhaps at the Lincoln Memorial. We're looking at sites. But we're thinking about doing something, which would become, perhaps, a tradition. "Salute to America" on July 4th or July 4th weekend. Somewhere around that area.

And, David, you're taking charge of that and you'll see how it works out with schedules and everything else. And I think it could be a very exciting day. And the fireworks is there anyway, so we just saved on fireworks. We get free fireworks because it's already being done. (Laughter.) So, that's very good.

So, good morning and welcome to our Cabinet meeting. As I said in my State of the Union Address, I'm eager to work with both parties to deliver for all Americans. That's what we have to start doing. There's tremendous and quite unusual attitude on the other side. There's a lot of anger. And they're slipping extremely far left. And we don't want that to happen to our country. So we're working very hard with the other side, and hopefully positive things can take place.

Since the election, we've created 5.3 million jobs, including more than 300,000 last month alone. Blue-collar jobs have grown at their fastest pace in more than 30 years. And we've added half a million manufacturing jobs. That number is going to very soon be 600,009 because of certain things that are happening. And economic growth has nearly doubled since I took office.

We have a big team over in China right now, and they're working very hard, dealing with the Chinese. We want very much to make a deal. We'll see what happens. But the tariffs are bringing a tremendous amount of money to our Treasury. And as you read, of the 21 points — and actually, the number would be 25 now, on the areas that are taxed at 25. China is paying for 21, and we're paying for 4. So that's pretty good.

But we're bringing billions and billions of dollars into our Treasury right now. We'll see what happens, but they very much want to make a deal. Their economy has been hurt by the tariffs. And our economy is thriving like, really, never before. I mean, we're doing incredibly well.

We have a lot of companies going to be announcing. They've already announced, in some cases — and in many cases, they have announced — they're moving back into the country. They want to be a part of the United States. It's like a miracle in the United States, what's happening. But we have a lot of companies that have left. In many cases, they left our country and they're moving back. And that means a lot of jobs.

Speaking of jobs, we have to have more people coming into our country because our real number is about 3.6, 3.7. It took a little blip up during the shutdown and went up to 4. And 4 — any country would take a 4. But we're about 3.7; probably going lower. We need people. So we want to have

people come into our country, but we want to have them come in through a merit system, and we want to have them come in legally. And that's going to be happening. We're doing very well in that regard.

But we have tremendous numbers of companies. And you've been reporting on them. A lot of car companies are coming back to the United States.

We want to keep the job boom going strong, and we must protect our economy. And we have to protect it from any attempts to impose socialism. Socialism does not work too well. And we don't want that as part of our country and as part of our heritage. We just can't have it. Everything would come to an end — and rapidly. And then, all of a sudden, you'd see things happening and you'd say, "What's going on? Whatever happened?"

But we're at a high point today, and we're going to go a lot higher. We have a long way to go, frankly, as far as I'm concerned — especially where we make the good trade deals and make the good military deals.

As an example, as you know, South Korea — we defend them and lose a tremendous amount of money. Billions of dollars a year defending them. They agreed, at my request. And working with Secretary Pompeo and John Bolton, they agreed to pay, yesterday, $500 million more toward their defense. Five-hundred million, with a couple of phone calls. I said, "Why didn't you do this before?" They said, "Nobody asked." So — it's got to go up. It's got to go up.

Right now, it costs us $5 billion a year to defend. As an example, South Korea — we have a great relationship, and with President Moon. And we're doing great things. And North Korea is coming along. South Korea is just an example. But South Korea is costing us $5 billion a year. And they pay — they were paying about $500 million for $5 billion worth of protection. And we have to do better than that. So they've agreed to pay $500 million more. And over the years, it will start going up, and they will be terrific. And they've been very good.

We've had a really strong — we made a new trade deal with South Korea. And the same thing will go with Japan. And the same thing will go with Saudi Arabia and many others. I mean, we protect Saudi Arabia. They've got nothing but cash. And we protect them with great subsidy. We give Saudi Arabia subsidy. Should be the other way around, as far as I'm concerned, right?

So a lot of things are happening. And all of this endures to the strength of our country and to our economy. And so we're looking forward to seeing that.

The Mexico deal — as you know, Mexico/Canada trade deal, the USMCA is a tremendous deal. But one of the things — because NAFTA was one of the worst deals in the history of this country ever signed. It cleaned out our jobs and our company. It was just a terrible, terrible thing that we signed NAFTA.

So this is the NAFTA replacement. It has nothing to do with NAFTA. And one of the things that make it very hard — it's very hard for a company, financially, to leave our country, under the USMCA. Very, very prohibitive to leave. And that was the thing I wanted more than any other element. I said, "I don't want these companies going and leaving, and going to Mexico and Canada." They've got their own companies. I don't want to do that. We lost tremendous — we lost 25 percent of our automobile industry to Mexico. We lost 30 percent to a combination of both Canada and Mexico.

So that's wielding its way through, and I guess it's hitting Congress very shortly, and we'll see how that does. But that's a great deal. And it's a very labor-friendly deal. It's a deal that the workers of our country will love.

One in three women, as you know, are sexually assaulted on the long journey north. We want to stop that. We want to stop those journeys. The way you do that is with barrier security, a wall. And we're making a lot of progress. In fact, I noticed yesterday, when I got to El Paso, they had signs, "Finish the Wall," instead of "Build the Wall." Because we're doing a lot of wall right now. Just started a big portion of the wall in the Rio Grande Valley, which is now the biggest area for people coming in. We've sealed up a lot of the areas where people come in.

But they're looking for the soft spots, and they come up in a caravan and they look for the areas without any barrier. And that's why they like to come in. And we grab them, and it's a very tough situation.

We could save billions and billions of dollars in cost and hundreds of billions of dollars in drugs and what they're doing to us with drugs. And so much of it comes through. And don't believe people when they say it all comes through the portals; it doesn't — the ports of entry. It comes through — the big loads come through the border, where you don't have wall, where they can drive a truck, a big truck, loaded up with drugs or loaded up with this thing called a "human cargo." Human cargo.

These are traffickers. These are the worst people on Earth. And they don't come through the ports of entry with people in the back of a car tied up. Could never do that. They come through areas where there's no barrier.

So we'll see what happens. I got reports last night, when I was going out to speak. We had, by the way, a massive crowd. And my competitor had very few people, but the press didn't report it that way. The press reported it like two speeches. We had a competitor that decided to challenge me with the crowds. And he failed very badly. From what I hear, he had less than a thousand people. And we had a packed arena, and we had probably 25,000 people outside of the arena. It was an incredible night in Texas, I can tell you that. It was really amazing.

But as I'm going on stage to speak, they're telling me about the committee came out with a deal. And, you know, they went over it very briefly. Then I went over it briefly last night, but it was 3 o'clock in the morning. And I can't say I'm happy. I can't say I'm thrilled. But the wall is getting built, regardless. It doesn't matter. Because we're doing other things beyond what we're talking about here. So we'll see what happens.

We're having a meeting on it later. It's really obstruction. The Democrats want everybody to be able to come into our country. We have many criminals. When you look at the numbers of criminals that are nabbed — I mean, I'm looking at numbers that are incredible. This card was just given to me by Secretary Nielsen. And — assaults: 99,000 assaults. Larceny: 40,000. Burglary: 25,000. Fraudulent activities: 25,000. Damage and stolen property: 17,000. Sex offenses: 13,552. Sexual assaults: 10,468. That's sexual assaults on people that live in our country by people that are coming illegally across our borders. In many cases, people that have come before I became — before I became President.

What happens is we are working very hard. We're getting rid of tremendous numbers of MS-13. And the Democrats don't like us to get rid of MS-13. Now, you figure that one out. These are violent people, and they don't like us to get rid of MS-13.

So, robberies: 11,177. Kidnappings: 4,112. Murders: 3,914. Okay? So these are people that ICE is dealing with, and nobody can deal with them more effectively. There's probably no group in this country that does so much and gets, really, so little respect or love as ICE. It's really a terrible thing. They're doing an incredible job.

One other thing I might want to say is that anti-Semitism has no place in the United States Congress. And Congressman Omar is terrible, what she said. And I think she should either resign from Congress or she should certainly resign from the House Foreign Affairs Committee. What she said is so deep-seated in her heart that her lame apology — and that's what it was; it was lame, and she didn't mean a word of it — was just not appropriate. I think she should resign from Congress, frankly. But at a minimum, she shouldn't be on committees, and certainly that committee.

And with that, we're going to have a meeting. Our Cabinet is doing really well. I'll tell you, we're doing great. Our country is doing great. The stock market is up tremendously today. Of course, I haven't seen it in 15 minutes, so, you know, anything is — Larry Kudlow, anything is subject to change, right? But so far, so good. And we're hitting new records with growth. We're hitting new records with the economy. We've hit many new records on unemployment.

More people working today in the United States than at any time in the history of our country. We're getting very close to 160 million people. And we've never had anything like that, which tells you that we have to have people come into our country — great people, from the areas that we're talking about. But we want them to be productive, and they — we want people that are going to love our country and help our country.

So I want to thank our Cabinet. The Cabinet is doing a fantastic job. Really, unsung job. Because members of this Cabinet, there are those people that say this is one of the best Cabinets this country has ever had. I happen to agree. I happen to agree. We have great, great people in our Cabinet. And I want to thank you all very much for doing a fantastic job. Thank you very much.

And, Matt, I guess, maybe at some point there will be a vote, and —

ACTING ATTORNEY GENERAL WHITAKER: Thursday, we hear. Thursday we are.

THE PRESIDENT: — maybe at some point you won't be doing what you're doing. Come here. I think you've done — you've taken a tremendous amount of abuse. You handled yourself incredibly last Friday. But on behalf of all of us, I want to thank you very much. Matt Whitaker. (Applause.)

It's heartfelt, too — believe me.

Okay, thank you all very much.

Q Sir, will you sign Congress's border deal?

THE PRESIDENT: I have to study it. I'm not happy about it. It's not doing the trick. But I'm adding things to it. And when you add whatever I have to add, it's all going to happen where we're going to build a beautiful, big, strong wall that's not going to let criminals and traffickers and drug dealers and drugs into our country. It's very simple. It's very simple.

We're building a wall. And now I'm saying we're finishing the wall. We just started a big, big section on the Rio Grande. You probably saw it. Some of you were there when they started. You went there; you didn't believe it. You went there, and you see trucks all over the place. You said, "Hey, he's not kidding." I don't kid. I never kid about construction. I love construction. (Laughter.) And I know how to do it for the right price. And we're getting a beautiful-looking structure that's also less expensive to build and works much better. That's a good combination of events, because it was crazy what they were putting up.

In fact, I happen to think that the walls that they were building were so unattractive and so ugly that walls got bad names. Okay? If that means anything. But they were so ugly, with rusted steel and big ugly plates on top that were all tin-canned. It's called tin-canned, where they're wavy, because the heat makes them expand and contract, and they're tin-canned.

I said, "Why didn't you paint the steel?" "Well, sir, we save money by not painting." And I said, "Yeah, but it's going to rust. You have to paint." I've never seen — I've ordered a lot of steel — I've never seen, in my whole life, steel come to me that was unpainted. This can only happen at the border. It wasn't me; it was our past geniuses.

So, I can tell you that, am I happy at first glance? I just got to see it. The answer is no, I'm not. I'm not happy. But am I happy with where we're going? I'm thrilled because we're supplementing things and moving things around. And we're doing things that are fantastic and taking from far less — really, from far less important areas. And the bottom line is we're building a lot of wall. Right now, we're building a lot of wall.

And you think it's easy? We're building in the face of tremendous obstruction and tremendous opposition from a small group of people. And one thing that happened that was, I think, very revealing — we had the biggest and best border agents and experts come up and see the

committee. And they said, more than anything else, "You need a barrier. You need a wall." And the recommendation was unacceptable to the committee. So that tells you more than anything else.

Q Mr. President, are ruling out the possibility of a government shutdown?

Q Do you really want to go through another shutdown?

THE PRESIDENT: I don't think you're going to see a shutdown. I wouldn't want to go to it, no. If you did have it, it's the Democrats' fault. And I accepted the first one, and I'm proud of what we've accomplished because people learned during that shutdown all about the problems coming in from the southern border. I accept — I've always accepted it.

But this one I would never accept if it happens, but I don't think it's going to happen. But this would be totally on the Democrats. Okay?

Q Mr. President, are you saying that you may amend and send back the proposed compromise, or that you may grudgingly accept it and then move forward with the executive action?

THE PRESIDENT: It's always nice to negotiate a little bit, right? So, you know, whatever you get. But I would hope that there won't be a shutdown. I am extremely unhappy with what the Democrats have given us. It's sad. It's sad. They're doing the country no favor. They are hurting our country very badly. But we certainly don't want to see a shutdown. But you'll be hearing fairly soon. The bottom line is — on the wall — we're building the wall. And we're using other methods, other than this and in addition to this. We have a lot of things going. We have a lot of money in this country, and we're using some of that money — a small percentage of that money — to build the wall, which we desperately need.

Q Mr. President, do you plan to meet with President Xi at the end of March?

THE PRESIDENT: Not at this moment. We have our people over there now. I just got a report. Things are going well with China. China wants to make a deal very badly. I want it to be a real deal, not just a deal that makes — you know, cosmetically looks good for a year. We have a chance to really make a deal — a real deal with China. We've never been in this position before. We've always been the lame duck. And we're not the lame duck anymore. And we've gone up tremendously in value as a country, in economic value. Tremendously.

Larry, we've gone up what — $11 trillion, $14 trillion? And China has gone down close to $20 trillion since we've started this whole —

MR. KUDLOW: Worst performing stock market in the world.

THE PRESIDENT: Say it?

MR. KUDLOW: China — worst performing stock market in the world.

THE PRESIDENT: Has anybody ever heard of Larry Kudlow? (Laughter.) That voice. I hear that voice, and you think money. Right, Larry? (Laughter.)

MR. KUDLOW: Thank you, sir.

THE PRESIDENT: So, I didn't even know that. That's — China, he said, has the worst performing stock market right now in the world. And we don't want that. We want China to do — but — and that's because of us. And we're — have to be one of the best performing stock markets, but we are the best performing country and we have a lot of potential for further growth.

So we're doing very well over in China. Our people are there. You know the people very well. And I think we're going to have some good answers. I think — either way, I'm happy. I'm happy either way. I could live receiving billions and billions of dollars a month from China. China never gave us 10 cents. It was always the opposite way. Now they're paying billions of dollars a month for the privilege of coming into the United States and, honestly, taking advantage of our country. So we'll see how it works out.

But at some point, I expect to meet with President Xi — who I have a lot of respect for and like a lot — and make the parts of the deal that the group is unable to make. That's the way deals happen.

Q Will the March 1st deadline slide, do you think?

THE PRESIDENT: Well, thus far, I've said — as you know, the tariffs tick up for us. In other words, we take in much more money because the tariff — and there's nothing they can do that's comparable, so it's not like tit for tat. The tariffs kick in; they go up.

Right now, they're paying — they're paying 25 percent on $50 billion. Okay? And they are paying 10 percent on $200 billion. So we have $250 billion. We have $267 billion that we were very nice about and we're not taxing. On the $200 billion, we're paying the 10 percent. The 10 percent on $200 billion goes up to 25 percent on March 1st. And so far, I've said don't do that.

Now, if we're close to a deal where we think we can make a real deal, and it's going to get done, I could see myself letting that slide for a little while. But generally speaking, I'm not inclined to do that. Okay?

Q If Congress sends you a deal that you disagree with, would you consider declaring a national emergency to build the wall?

THE PRESIDENT: I consider everything. I'm considering everything. You know, we already have national emergencies out there. You know, President Obama, President Clinton, President Bush — they've declared many national — this is not unique. They've declared many national emergencies. Many, many. And you have some out there that we can use in addition to one that we can declare if we want to do it.

Thank you very much everybody. Thank you. Thank you.

Q Sir, were you aware that AMI was investigating Jeff Bezos?

THE PRESIDENT: No. No, I wasn't.

END

12:17 P.M. EST

Exhibit 16



**PROCLAMATIONS**

# Presidential Proclamation on Declaring a National Emergency Concerning the Southern Border of the United States

**NATIONAL SECURITY & DEFENSE**

Issued on: **February 15, 2019**

★ ★ ★

The current situation at the southern border presents a border security and humanitarian crisis that threatens core national security interests and constitutes a national emergency. The southern border is a major entry point for criminals, gang members, and illicit narcotics. The problem of large-scale unlawful migration through the southern border is long-standing, and despite the executive branch's exercise of existing statutory authorities, the situation has worsened in certain respects in recent years. In particular, recent years have seen sharp increases in the number of family units entering and seeking entry to the United States and an inability to provide detention space for many of these aliens while their removal proceedings are pending. If not detained, such aliens are often released into the country and are often difficult to remove from the United States because they fail to appear for hearings, do not comply with orders of removal, or are otherwise difficult to locate. In response to the directive in my April 4, 2018, memorandum and subsequent requests for support by the Secretary of Homeland Security, the Department of Defense has provided support and resources to the Department of Homeland Security at the southern border. Because of the gravity of the current emergency situation, it is necessary for the Armed Forces to provide additional support to address the crisis.

NOW, THEREFORE, I, DONALD J. TRUMP, by the authority vested in me by the Constitution and the laws of the United States of America, including sections 201 and 301 of the National Emergencies Act (50 U.S.C. 1601 *et seq.*), hereby declare that a national emergency exists at the southern border

6/12/2019 Presidential Proclamation on Declaring a National Emergency Concerning the Southern Border of the United States | The White House

Case 4:19-cv-00892-HSG   Document 163-2   Filed 06/12/19   Page 78 of 142

of the United States, and that section 12302 of title 10, United States Code, is invoked and made available, according to its terms, to the Secretaries of the military departments concerned, subject to the direction of the Secretary of Defense in the case of the Secretaries of the Army, Navy, and Air Force.  To provide additional authority to the Department of Defense to support the Federal Government's response to the emergency at the southern border, I hereby declare that this emergency requires use of the Armed Forces and, in accordance with section 301 of the National Emergencies Act (50 U.S.C. 1631), that the construction authority provided in section 2808 of title 10, United States Code, is invoked and made available, according to its terms, to the Secretary of Defense and, at the discretion of the Secretary of Defense, to the Secretaries of the military departments.  I hereby direct as follows:

Section 1.  The Secretary of Defense, or the Secretary of each relevant military department, as appropriate and consistent with applicable law, shall order as many units or members of the Ready Reserve to active duty as the Secretary concerned, in the Secretary's discretion, determines to be appropriate to assist and support the activities of the Secretary of Homeland Security at the southern border.

Sec. 2.  The Secretary of Defense, the Secretary of the Interior, the Secretary of Homeland Security, and, subject to the discretion of the Secretary of Defense, the Secretaries of the military departments, shall take all appropriate actions, consistent with applicable law, to use or support the use of the authorities herein invoked, including, if necessary, the transfer and acceptance of jurisdiction over border lands.

Sec. 3.  This proclamation is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

IN WITNESS WHEREOF, I have hereunto set my hand this fifteenth day of February, in the year of our Lord two thousand nineteen, and of the Independence of the United States of America the two hundred and forty-third.

DONALD J. TRUMP

# Exhibit 17



**FACT SHEETS**

# President Donald J. Trump's Border Security Victory

— **NATIONAL SECURITY & DEFENSE**

Issued on: **February 15, 2019**

★ ★ ★



## I will never waver from my sacred duty to defend this Nation and its people. We will get the job done.

*President Donald J. Trump*

**SECURING OUR BORDER: President Donald J. Trump is following through on his promise to secure the border with legislation and Executive action.**

- President Trump was elected partly on his promise to secure the Southern Border with a barrier and, since his first day in office, he has been following through on that promise.

- As the President has said, sections of the border wall are already being built, and legislation and Executive actions are building on that progress.

- Executive action being taken by the President makes available additional funding to secure our border that is essential to our national security.

**LEGISLATIVE WINS: President Trump secured a number of significant legislative victories in the Homeland Security appropriations bill that further his effort to secure the Southern Border and protect our country.**

- The funding bill contains robust resources and additional provisions to secure the border and strengthen immigration enforcement.

- The bill provides $1.375 billion for approximately 55 miles of border barrier in highly dangerous and drug smuggling areas in the Rio Grande Valley, where it is desperately needed.

  - More than 40 percent of all border apprehensions occurred in the Rio Grande Valley sector in fiscal year (FY) 2018.

  - The Rio Grande Valley was the border sector with the most known deaths of illegal border crossers in FY 2018.

- $415 million will go toward addressing the humanitarian crisis at the border by providing medical care, transportation, processing centers, and consumables.

- President Trump successfully rejected efforts by some to undercut Immigration and Customs Enforcement's (ICE) ability to uphold our laws and detain illegal aliens, including criminals.

  - ICE funding supports nearly 5,000 additional beds to detain illegal aliens and keep criminals off our streets.

- Customs and Border Protection will receive funding for 600 additional officers.

- This bill will help keep deadly drugs out of our communities by increasing drug detection at ports of entry, including opioid detection staffing, labs, and equipment.

**A PROMISE TO ACT: President Trump is taking Executive action to ensure we stop the national security and humanitarian crisis at our Southern Border.**

- President Trump is using his legal authority to take Executive action to secure additional resources, just as he promised. In part, he is declaring a national emergency that makes available additional troops and funding for military construction.

- Including funding in Homeland Security appropriations, the Administration has so far identified up to $8.1 billion that will be available to build the border wall once a national emergency is declared and additional funds have been reprogrammed, including:

  - About $601 million from the Treasury Forfeiture Fund

- Up to $2.5 billion under the Department of Defense funds transferred for Support for Counterdrug Activities (Title 10 United States Code, section 284)

- Up to $3.6 billion reallocated from Department of Defense military construction projects under the President's declaration of a national emergency (Title 10 United States Code, section 2808)

- These funding sources will be used sequentially and as needed.

- The Department of Homeland Security, Department of Defense, and the Army Corps of Engineers are working to create a prioritized list of segments and a work plan for the remainder of FY 2019 and beyond.

  - New projects could include: new levee wall, new and replacement primary pedestrian barrier, new vehicle-to-pedestrian barrier, and new secondary barrier.

**NATIONAL EMERGENCY ON OUR BORDER: The President is using his clear authority to declare a national emergency as allowed under the National Emergencies Act.**

- Since 1976, presidents have declared nearly 60 national emergencies.

  - Most of the previously declared national emergencies have been continually renewed and are still in effect, after being continually renewed.

- Multiple Governors have declared states of emergency along the border in the past.

  - Former Arizona Governor Janet Napolitano, who became President Obama's DHS Secretary, declared a state of emergency along the border in 2005.

  - Former New Mexico Governor Bill Richardson also declared a state of emergency at the border in 2005.

- Former President George W. Bush and former President Obama both directed the use of the military to assist DHS in securing and managing the Southern Border.

- Former President Bush declared a national emergency in 2001, which invoked reprogramming authority granted by Title 10 United States Code, section 2808, and both he and former President Obama used that authority a total of 18 times to fund projects between 2001 and 2014.

**ADDRESSING THE CRISIS AT HAND: President Trump is taking the necessary steps to address the crisis at our Southern Border and stop crime and drugs from flooding into our Nation.**

- Cartels, traffickers, and gangs, like the vile MS-13 gang, have taken advantage of our weak borders for their own gain.

- Immigration officers have made 266,000 arrests of criminal aliens in the last two fiscal years.

  - This includes aliens charged or convicted of approximately 100,000 assaults, 30,000 sex crimes, and 4,000 killings.

- Tons of deadly drugs have flooded across the border and into our communities, taking countless American lives.

  - Methamphetamine, heroin, cocaine, and fentanyl all flow across our Southern Border and destroy our communities.

  - More than 70,000 Americans died of drug overdoses in 2017 alone.

- Human traffickers exploit our borders to traffic young girls and women into our country and sell them into prostitution and slavery.

- Massive caravans of migrants view our unsecure border as a way to gain illegal entry into our country and take advantage of our nonsensical immigration loopholes.

Exhibit 18

Stenographic Transcript
Before the


COMMITTEE ON
ARMED SERVICES


# UNITED STATES SENATE


HEARING TO RECEIVE TESTIMONY ON THE
DEPARTMENT OF DEFENSE BUDGET POSTURE IN REVIEW OF
THE DEFENSE AUTHORIZATION REQUEST FOR FISCAL YEAR
2020 AND THE FUTURE YEARS DEFENSE PROGRAM

Thursday, March 14, 2019

Washington, D.C.


ALDERSON COURT REPORTING
1111 14TH STREET NW
SUITE 1050
WASHINGTON, D.C. 20005
(202) 289-2260
www.aldersonreporting.com

1           HEARING TO RECEIVE TESTIMONY ON THE

2     DEPARTMENT OF DEFENSE BUDGET POSTURE IN REVIEW OF THE

3     DEFENSE AUTHORIZATION REQUEST FOR FISCAL YEAR 2020 AND THE

4              FUTURE YEARS DEFENSE PROGRAM

5

6                 Thursday, March 14, 2019

7

8                      U.S. Senate

9                      Committee on Armed Services

10                     Washington, D.C.

11

12        The committee met, pursuant to notice, at 9:31 a.m. in

13    Room SD-G50, Dirksen Senate Office Building, Hon. James M.

14    Inhofe, chairman of the committee, presiding.

15        Committee Members Present:  Senators Inhofe

16    [presiding], Wicker, Fischer, Cotton, Rounds, Ernst,

17    Sullivan, Perdue, Cramer, McSally, Scott, Blackburn, Hawley,

18    Reed, Shaheen, Gillibrand, Blumenthal, Hirono, Kaine, King,

19    Heinrich, Warren, Peters, Manchin, Duckworth, and Jones.

20

21

22

23

24

25

1        Senator Hirono:  I'll get to the question.

2        Mr. Shanahan:  All right.

3        Senator Hirono:  -- as well as the impact of removing

4    that testing capacity from PMRF.  So, briefly, could you

5    tell us how operationalizing the Aegis Ashore site in Kauai

6    would add to our ability to defend Hawaii from missile

7    threats, especially as the major missile threat to Hawaii

8    would be an ICBM, and the Aegis Ashore is not set up to

9    counter ICBMs?

10        Mr. Shanahan:  My understanding of the request in the

11    MDR is that it's a study to assess taking the test assets

12    and operationalizing them.  And, as you well point out, the

13    ground-based midcourse defense system that is resident in

14    Alaska defends Hawaii.  I believe that the study will look

15    at what are other threats that may be posed to Hawaii, and

16    how there might be a layered defense.  But, as you pointed

17    out, the test range there is vital capability and capacity

18    for developing our missile defense systems.

19        Senator Hirono:  So, I want to make sure that my

20    concerns are in the record.  For Secretary Shanahan and

21    General Dunford, 2 weeks ago before this committee, General

22    O'Shaughnessy, the North -- Northern Command Commander,

23    testified that the current situation at our southern border

24    is, to quote him, "not a military threat."  Do you agree,

25    Secretary Shanahan, that the situation on the southern

1    border is not a military threat?

2        Mr. Shanahan:  Senator, you're referring to General

3    O'Shaughnessy's testimony?

4        Senator Hirono:  Yes.

5        Mr. Shanahan:  Yeah.  What I recall from his testimony

6    is, he said that it is not a military threat.  He said

7    border security is national security.

8        Senator Hirono:  I understand that.  But, he said

9    specifically that the -- it's not a military threat.  I'm

10   asking you whether you agree with him that --

11       Mr. Shanahan:  I --

12       Senator Hirono:  -- it's not a military threat.

13       Mr. Shanahan:  I agree with him.

14       Senator Hirono:  General Dunford?

15       General Dunford:  I agree.  It's a security challenge,

16   not a military threat.

17       Senator Hirono:  So, you testified, Secretary -- Mr.

18   Secretary, that there are 6,000 troops currently deployed at

19   our southern border.  Can you tell us how long they're going

20   to be there?

21       Mr. Shanahan:  The -- I'd say 30 or 40 percent of them

22   will be departing in the next month or so when they complete

23   some of their work.  And I believe we'll probably draw down

24   to between 3- and 4,000.

25       Senator Hirono:  Is this something that the President

1    is indicating to you, or can he say that, "I want you all to

2    remain at the border"?

3        Mr. Shanahan:  No, this was part of the tasking from

4    the Department of Homeland Security.  And, based on their

5    request to us --

6        Senator Hirono:  From the President.

7        Mr. Shanahan:  From the Department.

8        Senator Hirono:  Yes.

9        Let me get on to a matter that is of great concern to

10   some -- to a lot of us, actually.  Secretary Shanahan, in

11   your response to Senator Inhofe's question about refueling

12   the Truman, you stated that growing the workforce in the

13   shipyard is a priority, and the move to not refuel the

14   Truman would save 3.4 billion over 5 years.  And how does

15   canceling 3 years of shipyard work grow the workforce there?

16       Mr. Shanahan:  Yeah.  The workforce -- when we look at

17   what is in the shipyard, so the combination of submarines,

18   new carriers, and then maintenance, all that is done in the

19   same shipyards, and that workforce moves from project to

20   project.  So, when we look at the total employment, the

21   actual total employment goes up over the period of time in

22   which we're building the two carriers.

23       Senator Hirono:  Frankly, as I talk with some of the

24   people from the shipyards, I'm not so sure that that is the

25   case.  And it'll cost about 3.4 billion to refuel the

# Exhibit 19

CQ Congressional Transcripts
Mar. 26, 2019

Mar. 26, 2019 Revised Final

# House Armed Services Committee Holds Hearing
## on
## Fiscal 2020 Defense Authorization

SMITH:

A couple of process issues to start. The secretary has said that he can be here until three which calls into question just how big of a masochist, he is but we do appreciate the--the ability to--to be here that long. We are going to take a break at 12:15, from 12:15 until 12:30 and then we will resume. We don't have to go until 3 o'clock but we are going to try to give members as much time as possible understanding the importance of this hearing.

With that call the hearing to order. I want to thank the Honorable Patrick Shanahan, Acting Secretary of Defense; General Joseph Dunford, Chairman of the Joint Chiefs of Staff and the Honorable David Norquist who is performing the duties of the Deputy Secretary of Defense. First note I believe this will be the last, probably the last time that General Dunford testifies before our committee. He has held--held many roles within the military and I just want to say on a personal note it has been a great pleasure working with you. You have served your country incredibly well, do an outstanding job and we've always had a very open dialogue. We all know that there are tensions between the Pentagon in Congress but you have done an outstanding job of truly you know letting us know you care what we think, you want to work with us, you want to make this process work. I really appreciate your leadership.

And Mr. Shanahan, Mr. Norquist, this is both your first hearings in your current acting roles. As I discussed with the Secretary yesterday there's getting to be sort of a Bud Selig joke here for those of you who follow baseball. He was made the baseball Chairman and then he was the

And it is, you know, a bit of sort of arcane policy even I didn't fully understand. But by and large, the Pentagon is not allowed to simply move money from one account to another without coming back through the full legislative process. But given the amount of money that the at the Pentagon and given how much things change, we have given, through the congressional process, the ability to reprogram I think it was $4 billion last year.

But one of the sort of gentlemen's agreements about that was if you reprogram money, you will not do it without first getting the approval of all for relevant committees, Defense approps in the House and Senate, and armed services in the House and the Senate. For the first time since we've done that, on the reprogramming request help fund the wall, basically you're--you're shifting money from the MILPERS account into the, I forget what the drug--drug safety account, whatever it is, drug enforcement account so that you can then take it out of the account and put it to the wall. And you are not asking for our permission. Now, you understand that the result of that, likely, is that the Appropriations Committee in particular would no longer give--

SMITH:

-- the Pentagon reprogramming authority. I think that's unfortunate because they need it. And I guess my--my question is what was the discussion like about in deciding to break that rule and what is your view of the implications for it going forward, in terms of the relationship between the Pentagon and Congress in general, and specifically how much is it going to hamper you to not have reprogramming authority after this year?

SHANAHAN:

Chairman, what was the second part of that? There was the disclosures the discussion--

SMITH:

13

--How is it--how is it going to hamper the relationship--

SHANAHAN:

--That was the--

SMITH:

--The--I'm sorry, how was it going to hamper your ability to do your job if you don't have any reprogramming authority going forward?

SHANAHAN:

Right, yeah. Well, the discussion, I think you and I have also been party to--to this discussion is that by unilaterally reprogramming, it was going to affect our ability long-term to be able to do discretionary reprogramming that we had traditionally done in coordination. It was a very difficult discussion and we understand the significant downsides of the losing what amounts to a privilege.

The conversation took place prior to the declaration of a national emergency. It was part of the consulting that went on. We said here are the risks longer-term to the department, and those risks--risks were weighed. And then given a legal order from the commander-in-chief, we are executing on that order. And as--as we discussed, the first reprogramming was $1 billion. And I wanted to do it before we had this committee hearing because we've been talking about this for some time and I've been deliberately working to be transparent in this process, fully knowing that there is downsize, which will hamper us.

SMITH:

And ultimately you ask for it--you asked for $1 billion yesterday and it's still the plan to ask for $2.4 billion out of the drug enforcement account?

SHANAHAN:

We have--we haven't made the assessment of what--so consider these increments or tranches, however you want to praise them. Potentially, we could draw $2.5 billion when we look at the-- the total general transfer authority. We think beyond that would be too painful to--being able to continue to maintain readiness and operations. But we don't know what that next increment of-- of funding would look like.

SMITH:

Right. And one final question on this piece. You're getting the money because I believe it's the Army, or was it the Army and the Marine Corps--

SHANAHAN:

--Yeah--

SMITH:

--That did not meet their end strength goals for--

SHANAHAN:

--Let me ask David Norquist.

SMITH:

Okay, sure.

# Exhibit 20

ADAM SMITH, WASHINGTON, CHAIRMAN
SUSAN A. DAVIS, CALIFORNIA
JAMES R. LANGEVIN, RHODE ISLAND
RICK LARSEN, WASHINGTON
JIM COOPER, TENNESSEE
JOE COURTNEY, CONNECTICUT
JOHN GARAMENDI, CALIFORNIA
JACKIE SPEIER, CALIFORNIA
TULSI GABBARD, HAWAII
DONALD NORCROSS, NEW JERSEY
RUBEN GALLEGO, ARIZONA
SETH MOULTON, MASSACHUSETTS
SALUD O. CARBAJAL, CALIFORNIA
ANTHONY G. BROWN, MARYLAND, VICE CHAIR
RO KHANNA, CALIFORNIA
WILLIAM R. KEATING, MASSACHUSETTS
FILEMON VELA, TEXAS
ANDY KIM, NEW JERSEY
KENDRA S. HORN, OKLAHOMA
GILBERT RAY CISNEROS, JR., CALIFORNIA
CHRISSY HOULAHAN, PENNSYLVANIA
JASON CROW, COLORADO
XOCHITL TORRES SMALL, NEW MEXICO
ELISSA SLOTKIN, MICHIGAN
MIKIE SHERRILL, NEW JERSEY
KATIE HILL, CALIFORNIA
VERONICA ESCOBAR, TEXAS
DEBRA A. HAALAND, NEW MEXICO
JARED GOLDEN, MAINE
LORI TRAHAN, MASSACHUSETTS
ELAINE G. LURIA, VIRGINIA

WILLIAM M. "MAC" THORNBERRY, TEXAS,
    RANKING MEMBER
JOE WILSON, SOUTH CAROLINA
ROB BISHOP, UTAH
MICHAEL R. TURNER, OHIO
MIKE ROGERS, ALABAMA
K. MICHAEL CONAWAY, TEXAS
DOUG LAMBORN, COLORADO
ROBERT J. WITTMAN, VIRGINIA
VICKY HARTZLER, MISSOURI
AUSTIN SCOTT, GEORGIA
MO BROOKS, ALABAMA
PAUL COOK, CALIFORNIA
BRADLEY BYRNE, ALABAMA
SAM GRAVES, MISSOURI
ELISE M. STEFANIK, NEW YORK
SCOTT DesJARLAIS, TENNESSEE
RALPH LEE ABRAHAM, LOUISIANA
TRENT KELLY, MISSISSIPPI
MIKE GALLAGHER, WISCONSIN
MATT GAETZ, FLORIDA
DON BACON, NEBRASKA
JIM BANKS, INDIANA
LIZ CHENEY, WYOMING
PAUL MITCHELL, MICHIGAN
JACK BERGMAN, MICHIGAN
MICHAEL WALTZ, FLORIDA

PAUL ARCANGELI, STAFF DIRECTOR

# COMMITTEE ON ARMED SERVICES

## U.S. House of Representatives

### Washington, DC 20515—6035

ONE HUNDRED SIXTEENTH CONGRESS

March 26, 2019

The Honorable David L. Norquist
Under Secretary of Defense, Comptroller
    and Chief Financial Officer
U.S. Department of Defense
Washington, D.C. 20301

Dear Mr. Norquist:

The House Committee on Armed Services has completed its review of the proposed reprogramming request FY 19-01 RA. This reprogramming action would transfer approximately $1.0 billion among fiscal year 2019 appropriations.

The committee denies this request. The committee does not approve the proposed use of Department of Defense funds to construct additional physical barriers and roads or install lighting in the vicinity of the United States border.

Sincerely,

Adam Smith
Chairman

AS:msh

Exhibit 21

NITA M. LOWEY, NEW YORK, CHAIRWOMAN

MARCY KAPTUR, OHIO
PETER J. VISCLOSKY, INDIANA
JOSÉ E. SERRANO, NEW YORK
ROSA L. DeLAURO, CONNECTICUT
DAVID E. PRICE, NORTH CAROLINA
LUCILLE ROYBAL-ALLARD, CALIFORNIA
SANFORD D. BISHOP, JR., GEORGIA
BARBARA LEE, CALIFORNIA
BETTY McCOLLUM, MINNESOTA
TIM RYAN, OHIO
C. A. DUTCH RUPPERSBERGER, MARYLAND
DEBBIE WASSERMAN SCHULTZ, FLORIDA
HENRY CUELLAR, TEXAS
CHELLIE PINGREE, MAINE
MIKE QUIGLEY, ILLINOIS
DEREK KILMER, WASHINGTON
MATT CARTWRIGHT, PENNSYLVANIA
GRACE MENG, NEW YORK
MARK POCAN, WISCONSIN
KATHERINE M. CLARK, MASSACHUSETTS
PETE AGUILAR, CALIFORNIA
LOIS FRANKEL, FLORIDA
CHERI BUSTOS, ILLINOIS
BONNIE WATSON COLEMAN, NEW JERSEY
BRENDA L. LAWRENCE, MICHIGAN
NORMA J. TORRES, CALIFORNIA
CHARLIE CRIST, FLORIDA
ANN KIRKPATRICK, ARIZONA
ED CASE, HAWAII

KAY GRANGER, TEXAS
HAROLD ROGERS, KENTUCKY
ROBERT B. ADERHOLT, ALABAMA
MICHAEL K. SIMPSON, IDAHO
JOHN R. CARTER, TEXAS
KEN CALVERT, CALIFORNIA
TOM COLE, OKLAHOMA
MARIO DIAZ-BALART, FLORIDA
TOM GRAVES, GEORGIA
STEVE WOMACK, ARKANSAS
JEFF FORTENBERRY, NEBRASKA
CHUCK FLEISCHMANN, TENNESSEE
JAIME HERRERA BEUTLER, WASHINGTON
DAVID P. JOYCE, OHIO
ANDY HARRIS, MARYLAND
MARTHA ROBY, ALABAMA
MARK E. AMODEI, NEVADA
CHRIS STEWART, UTAH
STEVEN M. PALAZZO, MISSISSIPPI
DAN NEWHOUSE, WASHINGTON
JOHN R. MOOLENAAR, MICHIGAN
JOHN H. RUTHERFORD, FLORIDA
WILL HURD, TEXAS
_____
SHALANDA YOUNG
CLERK AND STAFF DIRECTOR
(202) 225-2771

# Congress of the United States
## House of Representatives
## Committee on Appropriations
## Washington, DC 20515-6015

March 26, 2019

The Honorable David L. Norquist
Under Secretary of Defense, Comptroller
Department of Defense
Washington, DC 20301

Dear Mr. Secretary:

The Committee has received and reviewed the requested reprogramming action, FY 19-01RA, submitted to the Committee on March 25, 2019, which proposes the transfer of $1 billion from fiscal year 2019 Military Personnel, Army and Army Reserve accounts to the Drug Interdiction and Counter Drug Activities account for the purposes of erecting a wall on the U.S. southern border.

The Committee denies the request.

The Defense Appropriations Act of 2019 was enacted on September 28, 2018, and inherent in the enactment is the specific allocation of appropriations and the execution of funds as called for under the Constitution between the Congress and the Executive Branch. Article 1 states, "No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law". The reprogramming transmitted by the Department denies the Congress and the Committee on Appropriations those stated Constitutional prerogatives; these funds were neither requested nor appropriated for the activities described in the reprogramming. With this unilateral action, the historic and unprecedented comity that has existed between the Committee and the Department has been breached.

Sincerely,

Peter J. Visclosky
Chairman
Defense Subcommittee

Exhibit 22

**National Park Service**(/)

INFO ALERTS MAPS CALENDAR RESERVE
1

NPS.gov (/) / Park Home (/orpi/index.htm) / Learn About the Park (/orpi/learn/index.htm)
/ History & Culture (/orpi/learn/historyculture/index.htm) / Places (/orpi/learn/historyculture/places.htm) / International Vehicle Barrier

# International Border Vehicle Barrier



*This steel fence is designed to stop car and truck traffic that drove from Mexico through the wilderness of Organ Pipe Cactus National Monument to enter into the United States illegally.*

For the longest time, the only indication of an international border was stone obelisks placed every few miles across the border. Eventually a barbed-wire fence appeared to keep livestock and vehicles from entering the desert wilderness of Organ Pipe Cactus. In the mid-1900s, the land surrounding Organ Pipe Cactus became prime corridors for illegal trade due to its rugged terrain, yet close proximity to major metropolitian areas. To avoid detection, many individuals began illegally driving through the barbed-wire fence.

The damage caused by this illegal use was astounding. Eventually more than 200 miles of illegal roads traversed Organ Pipe Cactus.

In 2004, the monument undertook the work of constructing a vehicle barrier along the south boundary at the Mexico border. It stretches 30 miles of our southern boundary.

The barrier was designed to stop vehicles from driving around the US customs offices in Lukeville on Highway 85, or up through the desert wilderness instead of using Highway 85.

In 2006, the NPS finished building thesteel fence. Although the three-year construction project was costly, the natural and cultural resources it has protected are priceless. It also provides positive value to visitor safety, officer safety, and our national security.



*The damage left behind by vehicles traveling through the sensitive desert wilderness is lasting and detrimental to native plant and animal species.*

*Sue Rutman, NPS Photo*

The vehicle barrier has stopped nearly all off-road vehicle traffic through Organ Pipe Cactus National Monument. The barrier has not been breached, and monitoring has revealed a dramatic decline in illegal off-road vehicle activity. Visitor safety has increased, as the potential for high-speed chases along park roads has virtually vanished. The barrier design allows water, and animals, including the highly endangered **Sonoran Pronghorn (/orpi/learn/nature/pronghorn.htm)**, to safely roam their natural ranges uninterrupted.

In 2015, the National Park Service, in partnership with the Department of Homeland Security and neighboring public lands, embarked on a sucessful **Wilderness Restoration project (/orpi/learn/nature/interagency-restoration.htm)** to restore the disturbed lands to their natural state.

Last updated: May 13, 2018

**CONTACT THE PARK**

**Mailing Address:**
10 Organ Pipe Drive
Ajo, AZ 85321

**Phone:**
(520) 387-6849 x7302





**(//www.nps.gov)**
National Park Service
U.S. Department of the Interior

Exhibit 23

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
UNCLASSIFIED



# U.S. Department of Justice
# Drug Enforcement Administration



# 2018
# NATIONAL
# DRUG THREAT
# ASSESSMENT

October 2018
DEA-DCT-DIR-032-18

UNCLASSIFIED
UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED

HEROIN



Figure 25. Heroin-Related Deaths by U.S. Census Region, 1999 - 2016 Age Adjusted Rates.

Source: DEA



Figure 26. Customs and Border Protection Heroin Seizures by Southwest Border Corridor in CY 2017, with Percent Change from CY 2016.

Source:  U.S. Customs and Border Protection

heroin were seized in the San Diego corridor, a 59 percent increase over the total seized in 2016 (see Figure 26). A small percentage of all heroin seized by CBP along the land border was between Ports of Entry (POEs). The CBP San Diego sector reported the greatest amount of heroin seized of all non-POE land border seizures, followed by the Tucson sector.

Mexican TCOs control the movement of heroin that enters the United States across the SWB, until it reaches its destination in cities all over the United States. The majority of the flow is through POVs entering the United States at legal ports of entry, followed by tractor-trailers, where the heroin is co-mingled with legal goods (see Figure 27). Body carriers represent a smaller percentage of heroin movement

23 synthetic opioids. Notable synthetic opioids controlled by China include, but are not limited to, carfentanil, furanyl fentanyl, valeryl fentanyl, and acryl fentanyl. In October 2017, ANPP and NPP were included in Table I of the Convention against Drugs and Psychotropic Substances of 1988, which placed them under international control. These new restrictions will likely make synthesizing fentanyl more difficult in the near term for DTOs currently reliant on receiving already synthesized NPP. However, DTOs with trained chemists will likely be able to either synthesize NPP or else switch to another method of fentanyl synthesis. DTOs have consistently demonstrated the ability to adapt to precursor chemical restrictions, such as with methamphetamine, all while maintaining a consistent supply of product to the United States.

## FENTANYL PRODUCTION LABORATORY SEIZED IN MEXICO FOR THE FIRST TIME SINCE 2016

In November 2017, a Mexican Army patrol deployed to a remote part of Sinaloa state discovered what was later confirmed as a fentanyl production laboratory, the first such discovery in Mexico since 2006. Mexican authorities seized 809 grams of NPP; 1,442 grams of ANPP; 80 liters and 789 grams of noscapine; and 66 grams of fentanyl at the site, in addition to laboratory equipment. The discovery suggests lab operators were using the Siegfried method to synthesize fentanyl at this location, supporting previous United States Government (USG) assessments that Mexico was likely a source, alongside China, for illicitly-produced fentanyl in the United States. Neither NPP nor ANPP have any legitimate uses outside of being precursors used to synthesize fentanyl, according to DEA laboratory information.

## TRANSPORTATION AND DISTRIBUTION

Fentanyl is transported into the United States in parcel packages directly from China or from China through Canada, and is also smuggled across the SWB from Mexico. Large volumes of fentanyl are seized at the SWB, although these seizures are typically low in purity, less than ten percent on average. Conversely, the smaller volumes seized after arriving in the mail directly from China can have purities over 90 percent.

Because of the differences in both seizure size and average purity, it is currently not possible to determine which source, Mexico or China, is the greater direct threat as a supplier of fentanyl to the United States. While seizures likely originating in Mexico represent the largest total gross weight of fentanyl seized in the United States, the overall low purity of this fentanyl means a relatively small portion of a given fentanyl seizure is actually fentanyl. Fentanyl sourced from China arrives in significantly smaller quantities than fentanyl sourced from Mexico, but due to its exceptionally high purity, it both poses a greater risk to the purchaser/user and can be adulterated many more times. DEA reporting also indicates Mexican traffickers order fentanyl from China, adulterate it, and smuggle it into the United States themselves, meaning an unknown amount of seized Mexican parcels containing fentanyl are ultimately of Chinese origin. In addition, Mexican traffickers' primary source of supply for fentanyl precursor chemicals is also China.

## MEXICO-SOURCED FENTANYL

Fentanyl trafficked by Mexican TCOs is typically in multi-kilogram quantities and is combined with adulterants in clandestine facilities in Mexico prior to it moving into the SWB region. Mexican TCOs most commonly smuggle the multi-kilogram loads of fentanyl concealed in POVs before trafficking the drugs through SWB POEs. According to CBP and DEA reporting, although fentanyl is often seized as a part of poly drug loads (generally cocaine, heroin, and methamphetamine), fentanyl mixtures with other illicit drugs are very uncommon at the wholesale level. This

FENTANYL AND OTHER SYNTHETIC OPIOIDS

UNCLASSIFIED

COCAINE



Figure 60. U.S. Customs and Border Protection Nationwide and Southwest Border Cocaine Seizures, CY 2010 – CY 2017.

Source:  U.S. Customs and Border Protection

between CY 2016 and CY 2017. This marks the third straight year seizures and incidents in the San Diego corridor have increased. The weight of total seizures in the Big Bend corridor increased 144 percent and in the Laredo corridor 111 percent, the two largest increases. Furthermore, California saw the most seizures by weight with 53.2 percent—7,021 kilograms—while 39 percent—5,145 kilograms—occurred in Texas.

Cocaine trafficking organizations use a wide variety of methods to transport cocaine into and throughout the United States. POVs remain the primary method used to smuggle cocaine across the SWB. Traffickers hide cocaine amongst legitimate cargo of commercial trucks or within secret compartments built within passenger vehicles. Traffickers are also increasingly targeting seaports along the East Coast of the United States as law enforcement efforts have increased along the SWB.

- In January 2018, Border Patrol Agents at the Falfurrias, Texas USBP Checkpoint seized 15 bundles of cocaine, weighing 20.09 kilograms, hidden in the toilet of a commercial passenger bus. The bundles were hidden underneath lead lining sheets, wrapped in clear cellophane and black tape (see Figure 62).

- In December 2017, the McAllen District Office (DO) supported by Houston HIDTA and CBP inspected a suspicious freight shipment in Pharr, Texas. The shipment was destined for Atlanta, Georgia and contained numerous commercial bags of noodles. After a K-9 free air sniff search of the five pallets resulted in an alert for the presence of narcotics, x-ray examination found one pallet contained approximately 50 brick shaped packages. The packages had a combined weight of approximately 58.5 kilograms of suspected cocaine and were comingled inside the bags of noodles (see Figure 63).

- In November 2017, CBP officers from the Area Port of Philadelphia seized 321.64 kilograms hidden in false walls within several bedroom and kitchen cabinets shipped from Puerto Rico (see Figure 64). The false compartments concealed 256 bricks

UNCLASSIFIED

UNCLASSIFIED



UNCLASSIFIED

Exhibit 24

# A BUDGET FOR A

# Better America

## PROMISES KEPT. TAXPAYERS FIRST.

**FISCAL YEAR 2020**
**BUDGET OF THE U.S. GOVERNMENT**

---

### Game-changing Progress on HIV Drugs

With advances in research and development, biomedical tools are now available to end the HIV epidemic in America. HIV antiretroviral therapy has progressed substantially from the drugs available in the 1990s. What were formerly multi-pill, high-toxicity regimens have progressed to more potent, one pill per day regimens with few side effects. In addition, there is now a groundbreaking single pill, pre-exposure prophylaxis (PrEP), which is proven to prevent HIV transmission. There are more than 1.2 million Americans at high risk for HIV for whom PrEP is indicated, yet only about 10 percent are currently on preventive therapy.

---

**Reforms and Improves the U.S. Public Health Service Commissioned Corps (Corps).** The Budget proposes to transform the Corps into a leaner and more efficient organization that would be better prepared to respond to public health emergencies and provide vital health services. The Budget significantly reduces the number of Corps officers working in non-mission critical positions and increases the number of officers working in mission critical positions. The Budget creates a Ready Reserve Corps similar to those used by other uniformed services to provide additional surge capacity during public health emergencies. The Budget also makes changes to the funding structure of the Corps' retirement pay and survivor's benefits to align with how the Government pays for almost all civilian and military retirement costs.

**Prioritizes Critical Health Research.** The Budget provides $33 billion to improve public health by advancing knowledge of living systems to tackle major health challenges and improve diagnosis, prevention, and treatment of diseases and disorders. With this investment, NIH would continue to address the opioid epidemic, make progress on developing a universal flu vaccine, and support the next generation of researchers. NIH has provided upfront funding for certain projects in recent years and would continue this approach in 2019 and 2020 to facilitate efficient management of NIH resources across multiple years. The Budget also supports cutting-edge intramural research by addressing the backlog of repair and improvement across NIH facilities. In addition, the Budget includes a new, dedicated effort to support research and develop new treatments for childhood cancer. Cancer is the leading cause of death from disease among children and adolescents in the United States. The basic biology of childhood cancers is not fully understood and differs from that of adult cancers. The Budget includes increased funding and an innovative initiative to enable the Nation's best researchers and doctors to learn from every child with cancer, providing the opportunity to comprehend finally the unique causes and the best cures for childhood cancer.

**Strengthens Health Services for American Indians and Alaska Natives.** The Budget expands access to direct health services for American Indians and Alaska Natives by funding the staffing and operations of new facilities and extending services to newly recognized Tribes. In addition, the Budget boosts recruitment and retention efforts for qualified health professionals by funding competitive employment packages for positions with high vacancies and building new staff quarters at remote sites. The Budget also begins a multiyear effort to modernize the Indian Health Service's electronic health record (EHR) system to promote interoperability between Federal health systems, as the Department of Veterans Affairs transitions to a new EHR system.

**Enhances Emergency Preparedness and Health Security.** Infectious disease outbreaks whether naturally occurring, such as an influenza pandemic, deliberate, or accidental, remain a serious threat to the U.S. homeland. HHS undertakes a variety of activities to prevent, mitigate, and respond to outbreaks and other public health threats. The Budget continues support for a variety of preparedness and response programs across HHS.

Timothy F. Soltis
Amanda R.K. Sousane
Rebecca L. Spavins
Raquel A. Spencer
Valeria Spinner
Sarah Whittle Spooner
Travis C. Stalcup
Scott R. Stambaugh
Nora Stein
Lamar R. Stewart
Ryan Stoffers
Gary R. Stofko
Terry W. Stratton
Thomas J. Suarez
Alec J. Sugarman
Kevin J. Sullivan
Jessica L. Sun
Yasaman S. Sutton
Christina Swoope
Katherine M. Sydor

**T**

Jamie R. Taber
John Tambornino
Naomi S. Taransky
Jay Teitelbaum
Emma K. Tessier
Matthew A. Tetteh
Rich Theroux

Amanda L. Thomas
Payton A. Thomas
Will Thomas
Philip Tizzani
Thomas Tobasko
Gia Tonic
Gil M. Tran
Alyssa Trinidad
Kim Marie V.
   Tuminaro
Austin Turner

**U**

Nicholas J. Ufier
Shraddha A.
   Upadhyaya
Darrell J. Upshaw
Taylor J. Urbanski
Euler V. Uy

**V**

Matthew J. Vaeth
Cynthia Vallina
Sarita Vanka
Areletha L. Venson
Alexandra Ventura
Russ Vought

**W**

Dana Wade
James A. Wade
Brett Waite
Nicole Waldeck
Heather V. Walsh
Kan Wang
Tim Wang
Peter Warren
Gary Waxman
Bess M. Weaver
Jacqueline K. Webb
Margaret Weichert
Jeffrey A. Weinberg
David Weisshaar
Philip R. Wenger
Max W. West
Steve Wetzel
Arnette C. White
Ashley M. White
Catherine E. White
Curtis C. White
Kim S. White
Sherron R. White
Chad S. Whiteman
Brian Widuch
Mary Ellen Wiggins
Rayna Wilkins

Debra (Debbie) L.
   Williams
Michael B. Williams
Rebecca Williams
Ken D. Willis
Jamie S. Wilson
Paul A. Winters
Minzy Won
Raymond J.M. Wong
Jacob Wood
Rachel P. Wood
Sophia M. Wright
Bert Wyman

**Y**

Jason Yaworske
Melany N. Yeung
Sin Yeung
David Y. Yi
Katey Yoast
Rita Young
Robert A. Yu

**Z**

Eliana M. Zavala
Jen Q. Zhu
Erica H. Zielewski

Exhibit 25

# OFFICE OF THE UNDER SECRETARY OF DEFENSE (COMPTROLLER)/CHIEF FINANCIAL OFFICER
## MARCH 2019



# Defense Budget Overview

## UNITED STATES DEPARTMENT OF DEFENSE
## FISCAL YEAR 2020 BUDGET REQUEST



# Preface

The Overview Book has been published as part of the President's Annual Defense Budget for the past few years.  From FY 1969 to FY 2005, OSD published the "Annual Defense Report" (ADR) to meet 10 USC section 113 requirements.  Subsequently, the Overview began to fill this role.

The Overview is one part of an extensive set of materials that constitute the presentation and justification of the President's Budget for FY 2020.  This document and all other publications for this and previous DoD budgets are available from the public web site of the Under Secretary of Defense (Comptroller):  http://comptroller.defense.gov.

The Press Release and Budget Briefing, often referred to as the "Budget Rollout," and the Program Acquisition Costs by Weapons System book, which includes summary details on major DoD acquisition programs (i.e., aircraft, ground forces programs, shipbuilding, space systems, etc.) are especially relevant.

The website for Performance Improvement tables and charts is http://dcmo.defense.gov/Publications/AnnualPerformancePlanandPerformanceReport.aspx.

Other background information can be accessed at www.defense.gov.

The estimated cost of this report or study for the Department of Defense is approximately $27,000 for the 2019 Fiscal Year.  This includes $13,000 in expenses and $14,000 in DoD labor.  Generated on 2019Mar05 RefID: E-DE33FD3

**Overview – FY 2020 Defense Budget**

## EMERGENCY REQUIREMENTS

***Emergency Requirements ($9.2 billion):***  The FY 2020 budget request includes $9.2 billion of emergency funding for unspecified military construction to build border barriers, backfill funding reallocated in FY 2019 to build border barriers and rebuild facilities damaged by Hurricanes Florence and Michael.  This funding and the required transfer authority would be provided through a general provision.



# Exhibit 26

Remarks by President Trump on the National Security and Humanitarian Crisis on our Southern Border | The White House



# Remarks by President Trump on the National Security and Humanitarian Crisis on our Southern Border

**IMMIGRATION**

Issued on: **February 15, 2019**

★ ★ ★

Rose Garden

10:39 A.M. EST

THE PRESIDENT:  Thank you very much, everybody.  Before we begin, I'd like to just say that we have a large team of very talented people in China.  We've had a negotiation going on for about two days.  It's going extremely well.  Who knows what that means, because it only matters if we get it done.  But we're very much working very closely with China and President Xi, who I respect a lot.  Very good relationship that we have.  And we're a lot closer than we ever were in this country with having a real trade deal.

We're covering everything — all of the points that people have been talking about for years that said couldn't be done, whether it was theft or anything.  Anything.  The unfairness.  We've been losing, on average, $375 billion a year with China.  A lot of people think it's $506 billion.  Some people think it's much more than that.  We're going to be leveling the playing field.

The tariffs are hurting China very badly.  They don't want them.  And frankly, if we can make the deal, it'd be my honor to remove them.  But otherwise, we're having many billions of dollars pouring into our Treasury.  We've never had that before with China.  It's been very much of a one-way street.

So, that's happening. And the relationship with China is very good, but I think they finally respect our country. They haven't respected us for a long time. Not for a long time.

The UK and the U.S., as you probably have been seeing and hearing, we're agreeing to go forward and preserve our trade agreement. You know all of the situation with respect to Brexit, and the complexity and the problems. But we have a very good trading relationship with the UK, and that's just been strengthened further.

So with the UK, we're continuing our trade, and we are going to actually be increasing it very substantially as time goes by. We expect that the UK will be very, very substantially increased as it relates to trade with the United States. The relationship there, also, is very good.

We have a lot of great announcements having to do with Syria and our success with the eradication of the caliphate. And that will be announced over the next 24 hours. And many other things. A lot of positive things are going on.

We're working on a summit. And you know all about the summit. It will be in Vietnam — Hanoi. And we will — we'll be meeting in Hanoi. We'll be meeting in Hanoi. I think a lot of you will be going, I suspect. And I hope we have the same good luck as we had in the first summit. A lot was done in the first summit. No more rockets going up. No more missiles going up. No more testing of nuclear. Get back our remains, the remains of our great heroes from the Korean War. And we got back our hostages.

But we hope we're going to be very much equally as successful. I'm in no rush for speed. We just don't want testing. The sanctions, as you know, remain. Everything is remaining. China has been helping us, and Russia has been helping us. And South Korea, I think you can say, has been — we've been working very closely with South Korea, with Japan.

But China, Russia, on the border, have really been at least partially living up to what they're supposed to be doing. And that's okay — as per the United Nations.

So we will have a meeting on the 27th and 28th of February, and I think that will be a very successful one. I look forward to seeing Chairman Kim. We have also established a very good relationship, which has never happened between him or his family and the United States. They

6/13/2019                Remarks by President Trump on the National Security and Humanitarian Crisis on our Southern Border | The White House

Case 4:19-cv-00892-HSG   Document 168-2   Filed 06/12/19   Page 121 of 142

have really taken advantage of the United States.  Billions of dollars has been paid to them.  And we won't let that happen.

But we think that North Korea and Chairman Kim have a tremendous potential as an economic force, economic power.  Their location between South Korea and then Russia and China — right smack in the middle — is phenomenal.

And we think that they have a great chance for tremendous economic prosperity in the future.  So I look forward to seeing Chairman Kim in Vietnam.

Today, I'm announcing several critical actions that my administration has taken to confront a problem that we have right here at home.  We fight wars that are 6,000 miles away; wars that we should have never been in, in many cases.  But we don't control our own border.

So we're going to confront the national security crisis on our southern border.  And we're going to do it one way or the other — we have to do it — not because it was a campaign promise, which it is. It was one of many, by the way; not my only one.  We're rebuilding the military, our economy is thriving like never before.

You look at other economies — they're doing terribly, and we're doing phenomenally.  The market is up tremendously today, not that that's anything, but, you know — because I'll go back in and they'll say, "Oh, the market just went down."  But the market is getting close to the new highs that we created.  We have all the records.  We have every record.  But we're getting close to that point again where we'll create new records.

So our country is doing very well, economically.  And we've done a lot.  But one of the things I said I have to do and I want to do is border security, because we have tremendous amounts of drugs flowing into our country, much of it coming from the southern border.  When you look and when you listen to politicians — in particular, certain Democrats — they say it all comes through the port of entry.  It's wrong.  It's wrong.  It's just a lie.  It's all a lie.

They say walls don't work.  Walls work 100 percent.  Whether it's El Paso — I really was smiling, because the other night I was in El Paso — we had a tremendous crowd, and — tremendous crowd. And I asked the people — many of whom were from El Paso, but they came from all over Texas.  And

Case 4:19-cv-00892-HSG　Document 68-2　Filed 06/12/19　Page 122 of 142

I asked them.  I said, "Let me ask you, as a crowd: When the wall went up, was it better?"  You were there, some of you.  It was not only better; it was like 100 percent better.  You know what they did.

But that's only one example.  There are so many examples.  In El Paso, they have close to 2,000 murders right on the other side of the wall.  And they had 23 murders.  It's a lot of murders, but it's not close to 2,000 murders right on the other side of the wall, in Mexico.

So everyone knows that walls work.  And there are better examples than El Paso, frankly.  You just take a look.  Almost everywhere.  Take a look at Israel.  They're building another wall.  Their wall is 99.9 percent effective, they told me — 99.9 percent.  That's what it would be with us, too.

The only weakness is they go to a wall and then they go around the wall.  They go around the wall and in.  Okay?  That's what it is.  It's very simple.  And a big majority of the big drugs — the big drug loads — don't go through ports of entry.  They can't go through ports of entry.  You can't take big loads because you have people — we have some very capable people; the Border Patrol, law enforcement — looking.

You can't take human traffic — women and girls — you can't take them through ports of entry.  You can't have them tied up in the backseat of a car or a truck or a van.  They open the door.  They look.  They can't see three women with tape on their mouth or three women whose hands are tied.

They go through areas where you have no wall.  Everybody knows that.  Nancy knows it.  Chuck knows it.  They all know it.  It's all a big lie.  It's a big con game.

You don't have to be very smart to know: You put up a barrier, the people come in, and that's it.  They can't do anything unless they walk left or right, and they find an area where there's no barrier, and they come into the United States.  Welcome.

We've detained more people.  Our border agents are doing such incredible work.  Our military has been incredible.  We put up barbed wire on top of certain old walls that were there.  We fixed the wall and we loaded it up with barbed wire.  It's very successful.

But our military has been fantastic, and I want to thank them.  And it's very necessary.  We've broken up two caravans that are on their way.  They just are breaking.  They're in the process of breaking up.  We have another one that we haven't been able to break up yet.

We've been actually working with Mexico much better than ever before. I want to thank the President. I want to thank Mexico. They have their own problems. They have the largest number of murders that they've ever had in their history — almost 40,000 murders. Forty thousand. And they got to straighten that out, and I think they will.

But I just want to thank the President, because he's been helping us with these monstrous caravans that have been coming up. We had one that it was up to over 15,000 people. It's largely broken up. Others have gotten through. And, in Tijuana, you have a lot of people staying there. If we didn't have the wall up, and if we didn't have the wall secured and strengthened, they would have walked right through; they'd be welcomed to the United States.

One of the things we'd save tremendous — just a tremendous amount on would be sending the military. If we had a wall, we don't need the military because we'd have a wall.

So I'm going to be signing a national emergency. And it's been signed many times before. It's been signed by other Presidents from 1977 or so. It gave the Presidents the power.

There's rarely been a problem. They sign it; nobody cares. I guess they weren't very exciting. But nobody cares. They sign it for far less important things, in some cases, in many cases. We're talking about an invasion of our country with drugs, with human traffickers, with all types of criminals and gangs.

We have some of the greatest people I know. They've been with me from the beginning of my campaign — almost from the first week. The Angel Moms. Unfortunately, we have new Angel Moms. One incredible woman just showed me her daughter who — we're talking about killed, in the year of '18. I said, "I haven't seen you before." She said, "No, I'm new." I said, "That's too bad." It's too bad. It's so sad.

Stand up, just for a second. Show how beautiful your girl was. Thank you.

I have such respect for these people. Angel Moms, Angel Dads, Angel Families. I have great respect for these people. These are great people. These are great people. They're fighting for their children that have been killed by people that were illegally in this country.

And the press doesn't cover them; they don't want to, incredibly.  And they're not treated the way they should be.  They're fighting for other people because they don't want what happened to their children or husband or anybody.

We have one young lady whose husband — please, stand up.  Your husband was just killed in Maryland.  Incredible man.  Just killed.  Beautiful children — won't be seeing their father again.

These are brave people.  These are people that — they don't have to be here.  They don't have to be doing this.  They're doing it for other people.  So I just want to thank all of you for being here, okay?  I really do.  I want to thank you.  Incredible people.

Last year, 70,000 Americans were killed, at least — I think the number is ridiculously low — by drugs, including meth and heroin and cocaine, fentanyl.  And one of the things that I did with President Xi in China, when I met him in Argentina at a summit — before I even started talking about the trade — it was a trade meeting.  It went very well, but before I talked about trade, I talked about something more important.

I said, "Listen, we have tremendous amounts of fentanyl coming into our country.  It kills tens of thousands of people — I think far more than anybody registers.  And I'd love you to declare it a lethal drug and put it on your criminal list."  And their criminal list is much tougher than our criminal list.  Their criminal list — a drug dealer gets a thing called the death penalty.  Our criminal list, a drug dealer gets a thing called, "How about a fine?"

And when I asked President Xi, I said, "Do you have a drug problem?"  "No, no, no."  I said, "You have 1.4 billion people.  What do you mean you have no drug problem?"  "No, we don't have a drug problem."  I said, "Why?" "Death penalty.  We give death penalty to people that sell drugs."  End of problem.

What do we do?  We set up blue ribbon committees.  Lovely men and women — they sit around a table, they have lunch, they eat, they dine, and they waste a lot of time.  So if we want to get smart, we can get smart.  You can end the drug problem.  You can end it a lot faster than you think.

But President Xi has agreed to put fentanyl on his list of deadly, deadly drugs.  And it's a criminal penalty.  And the penalty is death.  So that's, frankly, one of the things I'm most excited about in our trade deal, if you want to know the truth.  I think maybe there's no more important point.

6/13/2019 Remarks by President Trump on the National Security and Humanitarian Crisis on Our Southern Border | The White House

Case 4:19-cv-00892-HSG Document 168-2 Filed 06/12/19 Page 125 of 142

We're going to make billions of dollars with this trade deal. It's going to be great for our country and great for China, I hope. Their market is down close to 40 percent. Our market is way up. We've picked up, since my election, trillions of dollars of worth. Trillions. Many trillions. And China has lost trillions of dollars. But I want it to be good for China and I want it to be good for the United States. So we'll see what happens.

China is coming here next week, by the way. They're coming home, the traders. And then China is coming here next week. And then I'll be meeting with President Xi at some point after that to maybe — for some remaining deals. We'll make them directly, one-on-one, ourselves.

So, we're going to be signing today, and registering, national emergency. And it's a great thing to do because we have an invasion of drugs, invasion of gangs, invasion of people, and it's unacceptable.

And by signing the national emergency — something signed many times by other Presidents — many, many times. President Obama — in fact, we may be using one of the national emergencies that he signed, having to do with cartels. Criminal cartels. It's a very good emergency that he signed. And we're going to use parts of it in our dealings on cartels. So that would be a second national emergency. But, in that case, it's already in place.

And what we want — really want to do — is simple. It's not like it's complicated. It's very simple: We want to stop drugs from coming into our country. We want to stop criminals and gangs from coming into our country. Nobody has done the job that we've ever done. I mean, nobody has done the job that we've done on the border.

And in a way, what I did by creating such a great economy — and if the opposing party got in, this economy would be down the tubes. You know, I hear a lot of people say, "Oh, well. But maybe the previous administration…" Let me tell you, the previous administration, it was heading south, and it was going fast. We would have been down the tubes. The regulations were strangling our country. Unnecessary regulations.

By creating such a strong economy — you just look at your televisions or see what's going on today; it's through the roof. What happens is more people want to come, so we have far more people trying to get into our country today than probably we've ever had before. And we've done an incredible job in stopping them, but it's a massive number of people.

6/13/2019                    Remarks by President Trump on the National Security and Humanitarian Crisis on our Southern Border | The White House

Case 4:19-cv-00892-HSG   Document 68-2   Filed 06/12/19   Page 126 of 142

If we had the wall, it would be very easy.  We would make up for the cost of the wall just in the cost of the fact that I would be able to have fewer people.  We wouldn't need all of this incredible talent, some of whom are sitting in the first row.  You wouldn't need all of this incredible talent.  We would get — we would get thousands of law enforcement people, including Border Patrol.  You put them in different areas, you have them doing different things.  Law enforcement and Border Patrol.

And I want to thank law enforcement, and I want to thank Border Patrol, and I want to thank ICE.  ICE is abused by the press and by the Democrats.  And, by the way, we're going to be taking care of ICE.  You know, we talk about the new bill.  We're going to be taking care of ICE.  They wanted to get rid of ICE.  And the bill is just the opposite of that.  A lot of good things happened.

So, that's the story.  We want to have a safe country.  I ran on a very simple slogan: "Make America Great Again."  If you're going to have drugs pouring across the border, if you're going to have human traffickers pouring across the border in areas where we have no protection, in areas where we don't have a barrier, then very hard to make America great again.

But we've done a fantastic job, but we haven't been given the equipment.  We haven't been given the walls.  And in the bill, by the way, they didn't even fight us on most of the stuff.  Ports of entry.  We have so much money, we don't know what to do with it.  I don't know what to do with all the money they're giving us.  It's crazy.

The only place they don't want to give as much money — $1,375,000,000.  Sounds like a lot, but it's not so much, although we're putting it to much better use than it used to be.  A lot of the past administrations, they had — it was easy to get, and they didn't build or they didn't do what they could have done.  It would have been great.  It would have been great to have done it earlier, but I was a little new to the job, a little new to the profession.

And we had a little disappointment for the first year and a half.  People that should have stepped up did not step up.  They didn't step up, and they should have.  Would have been easy.  Not that easy, but it would have been a lot easier.  But some people didn't step up.  But we're stepping up now.

So we have a chance of getting close to $8 billion.  Whether it's $8 billion or $2 billion or $1.5 billion, it's going to build a lot of wall.  We're getting it done.  We're right now in construction with wall in some of the most important areas.  And we have renovated a tremendous amount of wall, making it just as good as new.  That's where a lot of the money has been spent — on renovation.  In fact, we

were restricted to renovating, which is okay. But we're going to run out of areas that we can renovate pretty soon. So — and we need new wall.

So I want to thank everybody for being here. I want to thank, in particular, the Angel Moms and Dads for being here. Thank you very much. We have great respect for you. The real country, our real country — the people that really love our country, they love you. So I just want you to know that. I know how hard you fight and I know how hard a fight you're having.

I also want to thank all of the law enforcement for the job you do. Believe me, our country loves you and they respect you greatly. And we're giving you a lot of surplus. We're giving you surplus military equipment, which a lot of people didn't like giving, previous to this administration. But hundreds of millions of dollars of surplus equipment. And as we get it, as you know, we send it down. And you have much better protection. But I really appreciate you being here.

So the order is signed. And I'll sign the final papers as soon as I get into the Oval Office. And we will have a national emergency, and then we will then be sued, and they will sue us in the Ninth Circuit, even though it shouldn't be there. And we will possibly get a bad ruling, and then we'll get another bad ruling. And then we'll end up in the Supreme Court, and hopefully we'll get a fair shake. And we'll win in the Supreme Court, just like the ban. They sued us in the Ninth Circuit, and we lost, and then we lost in the appellate division, and then we went to the Supreme Court, and we won.

And it was very interesting, because yesterday they were talking about the ban. Because we have a ban. It's very helpful. Madam Secretary, is that right? Without the ban, we'd have a bigger problem. We have a ban on certain areas, certain countries, depending on what's going on in the world. And we won.

But somebody said, "President Trump lost on the ban." Well, he was right; I lost at the lower court. He — he didn't say that we ultimately won at the United States Supreme Court. They didn't want to say that. They didn't want to go that far. They were saying how I lost. The person sitting right up here — "Donald Trump lost on the ban." Yeah, I did. And then I lost a second time; you should have said that, too. And then it went to the Supreme Court and I won. Didn't want to take it that far. But we won on the ban and we won on other things, too.

The probably easiest one to win is on declaring a national emergency, because we're declaring it for virtual invasion purposes: drugs, traffickers, and gangs. And one of the things, just to finish: We

6/13/2019     Remarks by President Trump on the National Security and Humanitarian Crisis on our Southern Border | The White House

Case 4:19-cv-00892-HSG   Document 168-2   Filed 06/12/19   Page 128 of 142

have removed thousands of MS-13 gang monsters.  Thousands.  They're out of this country.  We take them out by the thousands.  And they are monsters.

Okay.  Do you have any questions?  Yeah.  John, go ahead.

Q   Mr. President — (inaudible).

AIDE:  Yes, we do.  There you go.

Q   You were prepared.  Mr. President, a lot of the money —

THE PRESIDENT:  Were you saying I was prepared?

Q   With the microphone and prepared for questions.

THE PRESIDENT:  Oh, I thought you meant I was prepared.  I couldn't believe you said that.

Q   (Laughs.)  No, no, no.  (Laughter.)

THE PRESIDENT:  People don't like saying that.

Q   You were prepared for questions.

THE PRESIDENT:  I am prepared.  I'm always prepared.

Q   A lot of the money that goes to count toward your $8 billion is money that's being reprogrammed in the DOD budget.  How can you guarantee to military families and to our men and women of the military that none of the money that would be reprogrammed to a wall will take away from other technology, other renovations, construction that is desperately needed in our military?

THE PRESIDENT:  Yeah.  So, John, we had certain funds that are being used at the discretion of generals, at the discretion of the military.  Some of them haven't been allocated yet, and some of the generals think that this is more important.  I was speaking to a couple of them.  They think this

6/13/2019     Remarks by President Trump on the National Security and Humanitarian Crisis on our Southern Border | The White House

Case 4:19-cv-00892-HSG   Document 68-2   Filed 06/12/19   Page 129 of 142

is far more important than what they were going to use it for. I said, "What were you going to use it for?" And I won't go into details, but it didn't sound too important to me.

Plus, if you think, I've gotten $700 billion for the military in year one, and then last year, $716 billion. And we're rebuilding our military, but we have a lot. And under the previous administration, our military was depleted — badly depleted. And they weren't spending — I mean, they had a much less — they had a much smaller amount of money.

So when I got $700 billion, and then $716 billion — and this year, it's going to be pretty big too, because there's few things more important than our military. You know, I'm a big deficit believer and all of that, but before we really start focusing on certain things, we have to build up our military. It was very badly depleted. And we're buying all new jetfighters, all new missiles, all new defensive equipment. We have — we'll soon have a military like we've never had before.

But when you think about the kind of numbers you're talking about — so you have $700 billion, $716 billion — when I need $2 billion, $3 billion of out that for a wall — which is a very important instrument, very important for the military because of the drugs that pour in. And as you know, we have specific rules and regulations where they have drugs, and what you can do in order to stop drugs. And that's part of it, too.

We're taking a lot of money from that realm also. But when you have that kind of money going into the military, this is a very, very small amount that we're asking for.

Yeah, go ahead. Go ahead. ABC. Not NBC. I like ABC a little bit more — not much. Come on, ABC. Not much. Pretty close.

Q  Mr. President, what do you say to those, including some of your Republican allies, who say that you are violating the Constitution with this move and setting a bad precedent that will be abused by possibly Democratic Presidents in the future? Marco Rubio has made this point.

THE PRESIDENT: Well, not too many people. Yeah. Not too many people have said that. But the courts will determine that.

Look, I expect to be sued. I shouldn't be sued. Very rarely do you get sued when you do national emergency. And then other people say, "Oh, if you use it for this, now what are we using it for?" We

6/13/2019 Remarks by President Trump on the National Security and Humanitarian Crisis on our Southern Border | The White House

Case 4:19-cv-00892-HSG Document 168-2 Filed 06/12/19 Page 130 of 142

got to get rid of drugs and gangs and people.  It's an invasion.  We have an invasion of drugs and criminals coming into our country that we stop, but it's very hard to stop.  With a wall, it would be very easy.

So I think that we will be very successful in court.  I think it's clear.  And the people that say we create precedent — well, what do you have?  Fifty-six?  There are a lot of times — well, that's creating precedent.  And many of those are far less important than having a border.  If you don't have a border, you don't have a country.

You know, we fight — before I got here — we fight all over the world to create borders for countries, but we don't create a border for our own country.

So I think what will happen is, sadly, we'll be sued, and sadly, it'll go through a process.  And, happily, we'll win — I think.

Go ahead.  Let's go.  Let's hear it, NBC.  Come on.

Q   Thank you, Mr. President.  I just want to say, in the past, when President Obama tried to use executive action as it related to immigration, you said, "The whole concept of executive order, it's not the way the country is supposed to be run."  You said, "You're supposed to go through Congress and make a deal."  Will you concede that you were unable to make the deal that you had promised in the past, and that the deal you're ending up with now from Congress is less than what you could have had before a 35-day shutdown?

THE PRESIDENT:  No.  Look, I went through Congress.  I made a deal.  I got almost $1.4 billion when I wasn't supposed to get one dollar — not one dollar.  "He's not going to get one dollar."  Well, I got $1.4 billion.  But I'm not happy with it.  I also got billions and billions of dollars for other things — port of entries, lots of different things.  The purchase of drug equipment.  More than we were even requesting.

In fact, the primary fight was on the wall.  Everything else, we have so much, as I said, I don't know what to do with it we have so much money.  But on the wall, they skimped.

So I did — I was successful, in that sense, but I want to do it faster.  I could do the wall over a longer period of time.  I didn't need to do this.  But I'd rather do it much faster.  And I don't have to do it for

the election. I've already done a lot of wall, for the election — 2020. And the only reason we're up here talking about this is because of the election, because they want to try and win an election, which it looks like they're not going to be able to do. And this is one of the ways they think they can possibly win, is by obstruction and a lot of other nonsense.

And I think that I just want to get it done faster, that's all.

Okay. Yes, ma'am, go ahead.

Q   Thank you, Mr. President.

THE PRESIDENT: Thank you.

Q   Roberta Rampton from Reuters. I wanted to ask about China. Do you feel that enough progress has been made in the talks to head off the increase in tariffs scheduled for March 1?

THE PRESIDENT: Well, you know, you're talking to the wrong person, because I happen to like tariffs, okay? I mean, we're taking in billions and billions of dollars in tariffs from China. And our steel industry now, as an example, we tax dumped steel — much of it comes from China — at 25 percent. Our steel industry is so vibrant now again, they're building plants all over the United States. It's a beautiful thing. And from a defensive standpoint, and from any standpoint, you need steel.

You know, you can do without certain industries. Our country cannot do without steel.

So, I love tariffs, but I also love them to negotiate. And right now, China is paying us billions of dollars a year in tariffs. And I haven't even started.

Now, here's the thing: If we make a deal, they won't have to pay. You know, it'll be a whole different story. They won't be paying that, but we'll have a fair deal. There won't be intellectual property theft. There won't be so many other things that have gone on. And no other President has done this. No other — you know, we didn't have a deal with China. You had the WTO, one of the worst trade deals ever made — probably even worse than NAFTA, if that's believable, which, you know, hard to believe, because I think NAFTA was just a disaster. It was a total disaster for our country.

Case 4:19-cv-05602-HSG Document 168-2 Filed 06/12/19 Page 132 of 142

And now we made the USMCA, which is going to be a terrific — a great deal. And, by the way, the USMCA, from Mexico — that's United States, Mexico, Canada — that's where the money is coming from, not directly but indirectly, for the wall. And nobody wants to talk about that. Because we're saving billions and billions of dollars a year, if Congress approves that deal.

Now, they might now want to approve a deal just because they'll say — one of the things I'm thinking of doing — this has never been done before: No matter how good a deal I make with China, if they sell me Beijing for one dollar, if they give me 50 percent of their land and every ship that they've built over the last two years — which is a lot — and they give them to me free, the Democrats will say, "What a lousy deal; that's a terrible deal."

Like, ZTE, I got a billion — more than a billion-dollar penalty in a short period of time. And the Democrats said, "Oh, should've gotten more." When I made that deal, I said, "This is incredible." I just got — I got over a billion-dollar penalty, plus they had to change their board of directors. They had to change their top management. But they had to pay over a billion dollars. I said, "What a deal." It took like a week. And the Democrats didn't even know there was a problem with ZTE.

I'm the one that find them. I'm the one that settled it. Over a billion dollars. And President Xi called me and he said it would be important to him if they could get a deal. And we made a deal — paid — like, in a short period of time.

The Democrats went out and said, "Oh, they should've done better." So what I'm thinking of doing is getting Chuck Schumer, getting Nancy Pelosi, having them bring two or three of their brilliant representatives. And we'll all go down together, and what we'll do is we'll negotiate. I'll put them in the room and let them speak up. Because any deal I make with China, if it's the great — it's going to be better than any deal that anybody ever dreamt possible, or I'm not going to have a deal. It's a very simple.

But any deal I make with China, Schumer is going to stand up and say, "Oh, it should've been better. It should've been better." And you know what? That's not acceptable to me. So I'm thinking about doing something very different. I don't think it's ever been — I just don't want to be second-guessed. But that's not even second-guess; that's called politics. Sadly, I'd probably do the same thing to them, okay?

6/13/2019     Remarks by President Trump on the National Security and Humanitarian Crisis on our Southern Border | The White House

Case 4:19-cv-00892-HSG   Document 168-2   Filed 06/12/19   Page 133 of 142

But any deal I make toward the end, I'm going to bring Schumer — at least offer him — and Pelosi. I'm going to say, "Please join me on the deal."

And, by the way, I just see our new Attorney General is sitting in the front row. Please stand up, Bill. (Applause.) Such an easy job he's got. He's got the easiest job in government. Thank you and congratulations. That was a great vote yesterday. Thank you very much.

Q   Mr. President —

THE PRESIDENT: Yes, go ahead. Go ahead.

Q   In your remarks, sir, you said that you were too new to politics, earlier in your administration, when you would've preferred that this be done. Is that an admission of how you might be changing on the job? And —

THE PRESIDENT: Well, I'm learning. I mean, I am learning. Don't forget, it's not like I've done this for — a senator came into my office and said, "Sir, I've been running for office for 30 years. I've won seven out of seven. I did lose a couple when I was younger." I said, "Well, I've won one out of one. But, you know, I never did politics before. Now I do politics." I will tell you, I'm very disappointed at certain people, a particular one, for not having pushed this faster.

Q   Are you referring to Speaker Ryan, sir?

THE PRESIDENT: But I've learned — who?

Q   Speaker Ryan.

THE PRESIDENT: Let's not talk about it.

Q   Okay.

THE PRESIDENT: What difference does it make? But they should have pushed it faster. They should have pushed it harder. And they didn't. They didn't.

6/13/2019 Remarks by President Trump on the National Security and Humanitarian Crisis on our Southern Border | The White House

Case 4:19-cv-00892-HSG Document 168-2 Filed 06/12/19 Page 134 of 142

If they would have, it would have been a little bit better. In the meantime, I've built a lot of wall. I have a lot of money, and I've built a lot of wall. But it would've been nice to have gotten done. And I would like to see major immigration reform, and maybe that's something we can all work on, Bill, where we all get together and do major immigration reform — not just for a wall, for a barrier; for port of entry, for other things.

We have a real problem. We have catch-and-release. You catch a criminal and you have to release them. We have so many other things. You have chain migration, where a bad person comes in, brings 22 or 23 or 35 of his family members — because he has his mother, his grandmother, his sister, his cousin, his uncle — they're all in.

You know what happened on the West Side Highway. That young wise guy drove over and killed eight people and horribly injured — nobody talks about that — horribly — like, loss of legs and arms — going 60 miles an hour, he made a right turn into a park on the West Side Highway, along the Hudson River in New York. He had many people brought in because he was in the United States. It's called chain migration.

And then you have the lottery. It's a horror show, because when countries put people into the lottery, they're not putting you in; they're putting some very bad people in the lottery. It's common sense. If I ran a country, and if I have a lottery system of people going to the United States, I'm not going to put in my stars; I'm going to put in people I don't want. The lottery system is a disaster. I'm stuck with it.

Q    Mr. President, could you tell us —

THE PRESIDENT:  It should have — wait.  It should have never happened.  Okay.

Q    Mr. President, could you tell us to what degree some of the outside conservative voices helped to shape your views on this national emergency?

THE PRESIDENT:  I would talk about it.  Look, Sean Hannity has been a terrific, terrific supporter of what I do.  Not of me.  If I changed my views, he wouldn't be with me.

Rush Limbaugh — I think he's a great guy.  Here's a guy who can speak for three hours without a phone call.  Try doing that sometime.  For three hours, he speaks.  He's got one of the biggest

audiences in the history of the world.  I mean, this guy is unbelievable.  Try speaking for three hours without taking calls.  Taking calls is easy.  "Okay, I'll answer this one.  I'll answer that one."  He goes for three hours, and he's got an audience that's fantastic.

Q   Should they be —

THE PRESIDENT:  Wait —

Q   Should they be deciding policy, sir?

THE PRESIDENT:   They don't decide policy.  In fact, if I went opposite — I mean, they have somebody — Ann Coulter.  I don't know her.  I hardly know her.  I haven't spoken to her in way over a year.  But the press loves saying "Ann Coulter."  Probably, if I did speak to her, she'd be very nice.  I just don't have the time to speak to her.  I would speak to her; I have nothing against her.

In fact, I like her for one reason: When they asked her, like right at the beginning, who was going to win the election, she said, "Donald Trump."  And the two people that asked her that question smiled.  They said, "You're kidding, aren't you?"  "Nope.  Donald Trump."

So I like her, but she's off the reservation.  But anybody that knows her understands that.  But I haven't spoken to her.  I don't follow her.  I don't talk to her.  But the press loves to bring up the name "Ann Coulter."  And you know what?  I think she's fine.  I think she's good.  But I just don't speak to her.

Laura has been great.  Laura Ingraham.  Tucker Carlson has been great.  I actually have a couple people on CNN that have been very good.  I have some on MSNBC.  The other day, they did a great report of me.  I said, "Where the hell did that come from?"  I think it was the only one in over a year.

So the crazy thing is, I just had, as you know, Rasmussen — 52 percent in the polls.  It's my highest poll number.  And people get what we're doing.  They get it.  They really get it.  And I'm honored by it.

Yes.  Jim Acosta.

Q   Thank you, Mr. President.  I wonder if you could comment on this disconnect that we seem to have in this country, where you are presenting information about what's happening at the border — calling it an "invasion," talking about women with duct tape over their mouths, and so on — and yet there's a lot of reporting out there, there's a lot of crime data out there, there's a lot of Department of Homeland Security data out there that shows border crossings at a near-record low —

THE PRESIDENT:  That's because of us.  But it's still —

Q   — that shows undocumented immigrants committing crime at lower levels —

THE PRESIDENT:  Excuse me.  It's still massive numbers of crossings.

Q   — that shows undocumented criminals — or undocumented immigrants committing crime at lower levels than native-born Americans.  What do you say —

THE PRESIDENT:  You don't really believe that stat, do you?  Do you really believe that stat?

Q   What do you — well, let me ask you this —

THE PRESIDENT:  Take a look at our federal prisons.

Q   I believe in facts and statistics and data, but —

THE PRESIDENT:  Okay?  Any more?  Quick, let's go.

Q   Let me just ask you this: What do you say to your critics who say that you are creating a national emergency, that you're concocting a national emergency here in order to get your wall because you couldn't get it through other ways?

THE PRESIDENT:  I ask the Angel Moms: What do you think?  Do you think I'm creating something?

Ask these incredible women, who lost their daughters and their sons.  Okay?

PARTICIPANT:  This is real.

Case 4:19-cv-00892-HSG   Document 163-2   Filed 06/12/19   Page 137 of 142

THE PRESIDENT:  Because your question is a very political question because you have an agenda. You're CNN.  You're fake news.  You have an agenda.  The numbers that you gave are wrong.

Take a look at our federal prison population.  See how many of them, percentage-wise, are illegal aliens.  Just see.  Go ahead and see.  It's a fake question.

Yes.  Go ahead.

Q   Can I ask a follow-up?

Q   Thank you, Mr. President.  Just to follow up on that, unifying crime reporting statistics — numbers from your own Border Patrol, numbers from this government — show that the amount of illegal immigrants are down, there is not violence on the border, and that most —

THE PRESIDENT:  There's not violence on the border?

Q   There's not as much violence as —

THE PRESIDENT:  Oh, really?

Q   Let me — wait a minute.  Wait a minute.  Wait —

THE PRESIDENT:  You had 26 people killed —

Q   Let me finish the question, please.  Let me finish the question, please.

THE PRESIDENT:  Two weeks ago, 26 people were killed in a gunfight on the border —

Q   I understand what you're — I understand what you're saying.

THE PRESIDENT:  — a mile away from where I went.

Q   I was there.  I understand.  That's not the question.  The question is —

THE PRESIDENT:  Do we forget about that?

Q   No, I'm not forgetting about it.  I'm asking you to clarify where you get your numbers, because most of the DEA crime reporting statistics that we see show that drugs are coming across at the ports of entry, that illegal immigration is down, and the violence is down.

THE PRESIDENT:  Okay.

Q   So what do you base your facts on?

THE PRESIDENT:  Okay, let me — come on, let's go.  Sort of — sort of —

Q   And, secondly —

THE PRESIDENT:  No, no.  You get one.  You get one.  Ready?

Q   Well, the second question is —

THE PRESIDENT:  Just sit down.  Wait.  Sit down.  Sit down.

Q   Could you please answer it?

THE PRESIDENT:  Sit down.  You get one question.

I get my numbers from a lot of sources — like Homeland Security, primarily.  And the numbers that I have from Homeland Security are a disaster.  And you know what else is a disaster?  The numbers that come out of Homeland Security, Kirstjen, for the cost that we spend and the money that we lose because of illegal immigration: Billions and billions of dollars a month.  Billions and billions of dollars.  And it's unnecessary.

Q   So your own government stats are wrong, are you saying?

THE PRESIDENT:  No, no.  I use many stats.  I use many stats.

Q   Could you share those stats with us?

Case 4:19-cv-00892-HSG Document 168-2 Filed 06/12/19 Page 139 of 142

THE PRESIDENT: Let me tell you, you have stats that are far worse than the ones that I use. But I use many stats, but I also use Homeland Security.

All right, next question.

Q  And do you — wait a minute. Just a quick follow-up.

THE PRESIDENT: Go ahead. No. Go. Please.

Q  Thank you, Mr. President. I just want to bring you back to China for a second. The White House put out a statement today talking about the March 1st deadline. The other day, though, you gave the possibility that maybe this could slide. Are you eyeing a possible extension — 30 days, maybe 60 days? What is the status there? Or is March 1st the deadline?

THE PRESIDENT: Yeah. Very good question. So it's a very big deal. I guess you could say it's like — must be the biggest deal ever made, if you think. Trade with China, how big does that get? Although if you look, the USCMA is right up there. But it's very complicated. There are many, many points that we're bringing up that nobody ever brought up or thought to bring up, but they're very important, because we were on the wrong side of every one of them.

There is a possibility that I will extend the date. And if I do that, if I see that we're close to a deal or the deal is going in the right direction, I would do that at the same tariffs that we're charging now. I would not increase the tariffs.

Q  Let me also ask you about the debt, sir, because it's gone from a shade under $20 trillion from when you took office. Now it's a shade over $22 trillion and heading in the wrong direction. What are your plans to reverse it?

THE PRESIDENT: Well, it's all about growth. But before I —

Q  (Inaudible.)

THE PRESIDENT: — really focus on that — and you have to remember, President Obama put on more debt on this country than every President in the history of our country combined. So when I took over, we had one man that put on more debt than every other President combined. Combine

6/13/2019
Remarks by President Trump on the National Security and Humanitarian Crisis on our Southern Border | The White House
Case 4:19-cv-00892-HSG   Document 168-2   Filed 06/12/19   Page 140 of 142

them all.  So you can't be talking about that.  But I talk about it because I consider it very important.

But first, I have to straighten out the military.  The military was depleted.  And if we don't have a strong military — that hopefully we won't have to use because it's strong — if we don't have a strong military, you don't have to worry about debt; you have bigger problems.  So I have to straighten out the military.  That's why I did the $700- and $716 billion.  But growth will straighten it out.

You saw last month, the trade deficit went way down.  Everybody said, "What happened?"  Well, what's happening is growth.  But before I can focus too much on that, a very big expense is military.  And we have no choice but to straighten out our military.

Q   Is growth the only answer, sir, or is (inaudible)?

THE PRESIDENT:  Yes, ma'am, go ahead.

Q   Thank you, Mr. President.  On North Korea — back on the last summit, you guys came out with a pretty general agreement.

THE PRESIDENT:  Yes.

Q   I was wondering what you thought has, you know, been accomplished since the last summit.  And then —

THE PRESIDENT:  A lot.

Q   — are we going to be seeing anything concrete —

THE PRESIDENT:  A lot has been accomplished.  Okay.

Q   — on denuclearization.

THE PRESIDENT:  Yeah.  A lot has been accomplished.  We're dealing with them, we're talking to them.

Case 4:19-cv-00892-HSG　Document 68-2　Filed 06/12/19　Page 141 of 142

When I came into office, I met right there, in the Oval Office, with President Obama. And I sat in those beautiful chairs and we talked. It was supposed to be 15 minutes. As you know, it ended up being many times longer than that.

And I said, "What's the biggest problem?" He said, "By far, North Korea." And I don't want to speak for him, but I believe he would have gone to war with North Korea. I think he was ready to go to war. In fact, he told me he was so close to starting a big war with North Korea. And where are we now? No missiles. No rockets. No nuclear testing. We've learned a lot.

But much more importantly than all of it — much more important — much, much more important that that is we have a great relationship. I have a very good relationship with Kim Jong Un. And I've done a job. In fact, I think I can say this: Prime Minister Abe of Japan gave me the most beautiful copy of a letter that he sent to the people who give out a thing called the Nobel Prize. He said, "I have nominated you…" or "Respectfully, on behalf of Japan, I am asking them to give you the Nobel Peace Prize." I said, "Thank you." Many other people feel that way too. I'll probably never get it, but that's okay.

They gave it to Obama. He didn't even know what he got it for. He was there for about 15 seconds and he got the Nobel Prize. He said, "Oh, what did I get it for?" With me, I probably will never get it.

But if you look at Idlib Province in Syria, I stopped the slaughter of perhaps 3 million people. Nobody talk about that. They don't talk about that. Russia and Iran and Syria were going to go in and perhaps destroy 3 million people in order to get 45,000 terrorists. And I heard about it from a woman who had her parents and her brothers living there, and she said, "Please, please." And I thought — I said, "No, it can't happen. What are you talking about?" "No, they're going to get…" And I come home, and I read a certain paper where the story was there that they were actually forming to go into — to really — to really do big destruction. And I put out a statement that "you better not do it."

And in all fairness to Russia and Iran and Syria, they didn't attack. Or they're doing it surgically, at least. Saved a lot of people. We do a lot of good work. This administration does a tremendous job, and we don't get credit for it. But I think the people understand what we do.

So Prime Minister Abe gave me — I mean, it's the most beautiful five letter — five-page letter. Nobel Prize. He sent it to them. You know why? Because he had rocket ships and he had missiles flying

6/13/2019 Remarks by President Trump on the National Security and Humanitarian Crisis on our Southern Border | The White House

Case 4:19-cv-00892-HSG Document 163-2 Filed 06/12/19 Page 142 of 142

over Japan. And they had alarms going off; you know that. Now, all of a sudden, they feel good; they feel safe. I did that.

And it was a very tough dialogue at the beginning. Fire and fury. Total annihilation. "My button is bigger than yours" and "my button works." Remember that? You don't remember that. And people said, "Trump is crazy." And you know what it ended up being? A very good relationship. I like him a lot and he likes me a lot. Nobody else would have done that.

The Obama administration couldn't have done it. Number one, they probably wouldn't have done it. And number two, they didn't have the capability to do it.

So I just want to thank everybody. I want to wish our Attorney General great luck and speed, and enjoy your life. (Laughter.) Bill, good luck. A tremendous reputation. I know you'll do a great job. Thank you very much. And thank you, everybody. Thank you very much. Thank you.

END          11:29 A.M. EST