UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | No. 4:19-cv-00892-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION** |

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment, and for good cause shown, IT IS HEREBY ORDERED as follows:

<u>Permanent Injunction</u>

The Court has found that Plaintiffs have shown that Defendants' actions exceed their authority and violate NEPA, that irreparable harm will result from those actions, and that the balance of hardships and public interest favor Plaintiffs and counsel in favor of an injunction.

Accordingly, IT IS HEREBY ORDERED that Defendants Patrick M. Shanahan, in his official capacity as Acting Secretary of Defense, Kevin K. McAleenan, in his official capacity as Acting Secretary of Homeland Security, Steven T. Mnuchin, in his official capacity as Secretary of the Department of the Treasury, and all persons acting under their direction, are permanently enjoined from transferring Fiscal Year 2019 appropriated funds to the Section 284 account, using those funds to build a border wall, and proceeding with construction prior to complying with NEPA; and in particular enjoined from using Section 284 to construct the wall segments in the areas Defendants have identified as Yuma Sector Project 1, El Paso Sector Project 1, El Centro Project 1 and Tucson Sector Projects 1, 2 and 3. **IT IS SO ORDERED.**

DATED: _____, 2019        _____
                          HAYWOOD S. GILLIAM, JR.
                          United States District Judge