| | |
|---|---|
| SUZANNE R. SCHAEFFER (*pro hac vice* pending) <br> suzanne.schaeffer@dentons.com <br> SAMUEL F. DAUGHETY (*pro hac vice* pending) <br> samuel.daughety@dentons.com <br> DENTONS US LLP <br> 1900 K Street, NW <br> Washington, District of Columbia 20006 <br> Telephone: (202) 496-7500 <br> Facsimile: (202) 408-6399 | JOSHUA O. REES (*pro hac vice* pending) <br> joshua.rees@tonation-nsn.gov <br> Acting Attorney General <br> TOHONO O'ODHAM NATION <br> P.O. Box 830 <br> Sells, Arizona 85634 <br> Telephone: (520) 383-3410 <br> Facsimile: (520) 383-2689 |

MATTHEW G. ADAMS (SBN 229021)
matthew.adams@dentons.com
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Fl.
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198

Attorneys for *Amicus Curiae*
Tohono O'odham Nation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 4:19-cv-00892-HSG <br><br> **[PROPOSED] ORDER GRANTING CONSENT MOTION OF TOHONO O'ODHAM NATION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**[PROPOSED] ORDER**

Upon consideration of the motion of the Tohono O'odham Nation ("Nation") for leave to file a brief as *amicus curiae* in support of Plaintiffs' motion for partial summary judgment, it is hereby **ORDERED** that the motion is **GRANTED**. Counsel is directed to file the Nation's *amicus curiae* brief on the docket in these matters.

Dated: 6/18/2019

By: *Haywood S. Gilliam Jr.* (signature)
Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE

DENTONS US LLP
1900 K STREET, NW,
WASHINGTON, DISTRICT OF COLUMBIA 20006
(202) 496-7500