# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Sierra Club et al

Plaintiff(s),

v.

Trump et al

Defendant(s).

Case No: 4:19-cv-892-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Suzanne R. Schaeffer, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Amicus Curiae Tohono O'odham Nation in the above-entitled action. My local co-counsel in this case is Matthew G. Adams, CA Bar 229021, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Dentons US LLP, 1900 K St NW, Washington, DC, 20006 | Dentons US LLP, One Market Plaza, Spear Tower, 24th Fl. San Francisco, CA 94109 |
| MY TELEPHONE # OF RECORD: (202) 408-7097 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 882-0351 |
| MY EMAIL ADDRESS OF RECORD: suzanne.schaeffer@dentons.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: matthew.adams@dentons.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 429735 (DC).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/05/2019

/s/ Suzanne R. Schaeffer
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Suzanne R. Schaeffer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/19/2019

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Suzanne R Schaeffer*

was duly qualified and admitted on **September 13, 1991** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on May 31, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.