JAMES M. BURNHAM
Deputy Assistant Attorney General
JOHN R. GRIFFITHS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
RACHAEL WESTMORELAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br><br>**JOINT STATUS REPORT REGARDING DEFENDANTS' CONSTRUCTION PLANS** |
| SIERRA CLUB, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | |

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Joint Status Report
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Joint Status Report

1    The parties hereby notify the Court, on June 27, 2019, Defendants represented to
Plaintiffs that if an injunction is not in place by July 1, they will immediately proceed with the El
Centro and Tucson border barrier projects as early as the morning of July 1.  This is consistent
with Defendants' previous representation to the Court that construction would not begin before
July 1.  Accordingly, the parties have been in discussions regarding potential motions Plaintiffs
may file seeking a temporary restraining order to enjoin the funding and construction of the El
Centro and Tucson border barrier projects until the Court rules on the pending cross-motions for
summary judgment.

The parties do not want to burden the Court unnecessarily with an emergency motion
over the weekend.  If, however, the Court intends to issue its decision on or after July 1, the
parties jointly and respectfully request the Court indicate its anticipated timeline for a decision so
that the parties can confer on whether motions for emergency relief are necessary.

| | | |
|---|---|---|
| 1 | DATE: June 28, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | | JAMES M. BURNHAM<br>Deputy Assistant Attorney General |
| 4 | | |
| 5 | | JOHN R. GRIFFITHS<br>Director, Federal Programs Branch |
| 6 | | |
| 7 | | ANTHONY J. COPPOLINO<br>Deputy Director, Federal Programs Branch |
| 8 | | /s/ *Andrew I. Warden* |
| 9 | | ANDREW I. WARDEN (IN #23840-49)<br>Senior Trial Counsel |
| 10 | | |
| 11 | | KATHRYN C. DAVIS<br>MICHAEL J. GERARDI |
| 12 | | LESLIE COOPER VIGEN<br>RACHAEL WESTMORELAND |
| 13 | | Trial Attorneys |
| 14 | | U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| 15 | | 1100 L Street, NW<br>Washington, D.C. 20530 |
| 16 | | Tel.:   (202) 616-5084<br>Fax:   (202) 616-8470 |
| 17 | | *Attorneys for Defendants* |

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Joint Status Report
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Joint Stats Report

2

| | |
|---|---|
| 1 | |
| 2 | /s/ *Dror Ladin* |
| | Dror Ladin |
| 3 | Noor Zafar |
| | Jonathan Hafetz |
| 4 | Hina Shamsi |
| 5 | Omar C. Jadwat |
| | American Civil Liberties Union Foundation |
| 6 | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| 7 | Tel.: (212) 549-2660 |
| 8 | Fax: (212) 549-2564 |
| | dladin@aclu.org |
| 9 | nzafar@aclu.org |
| | jhafetz@aclu.org |
| 10 | hshamsi@aclu.org |
| 11 | ojadwat@aclu.org |
| 12 | *Attorneys for Plaintiffs in 4:19-cv-892-HSG* |
| 13 | XAVIER BECERRA |
| | Attorney General of California |
| 14 | ROBERT W. BYRNE |
| 15 | SALLY MAGNANI |
| | MICHAEL L. NEWMAN |
| 16 | Senior Assistant Attorneys General |
| | MICHAEL P. CAYABAN |
| 17 | CHRISTINE CHUANG |
| 18 | EDWARD H. OCHOA |
| | Supervising Deputy Attorneys General |
| 19 | HEATHER C. LESLIE |
| | JANELLE M. SMITH |
| 20 | JAMES F. ZAHRADKA II |
| 21 | |
| 22 | /s/ *Lee I. Sherman* |
| | LEE I. SHERMAN |
| 23 | Deputy Attorneys General |
| | 300 S. Spring St., Suite 1702 |
| 24 | Los Angeles, CA 90013 |
| 25 | Telephone: (213) 269-6404 |
| | Fax: (213) 897-7605 |
| 26 | E-mail: Lee.Sherman@doj.ca.gov |
| 27 | *Attorneys for Plaintiff State of California  4:19-cv-872-HSG* |
| 28 | |

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Joint Status Report
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Joint Stats Report

3