UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-00892-HSG<br><br>**JUDGMENT** |

On June 28, 2019, the Court granted in part and denied in part Plaintiffs' motion for partial summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS partial judgment in favor of Plaintiffs and against Defendants on the grounds stated in the Court's order. *See* Dkt. No. 185. As discussed in that order, the Court certifies this judgment for immediate appeal pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: 6/28/2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge