JAMES M. BURNHAM
Deputy Assistant Attorney General
JOHN R. GRIFFITHS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
RACHAEL WESTMORELAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | No. 4:19-cv-00892-HSG<br><br>**NOTICE OF APPEAL**<br><br>**PERMANENT INJUNCTION APPEAL** |

PLEASE TAKE NOTICE that Defendants Donald J. Trump, President of the United States, Mark T. Esper, Acting Secretary of Defense, Kevin K. McAleenan, Acting Secretary of Homeland Security, and Steven T. Mnuchin, Secretary of the Treasury, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order Granting In Part and Denying In Part Plaintiffs' Motion for Partial Summary Judgment, Denying Defendant's Motion For Partial Summary Judgment, Certifying Judgment For Appeal and Directing Entry of Final Judgment under Rule 54(b), and Denying Request to Stay (ECF No. 185), and the associated Judgment (ECF No. 186).

DATE:  June 29, 2019

Respectfully submitted,

JAMES M. BURNHAM
Deputy Assistant Attorney General

JOHN G. GRIFFITHS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)

RACHAEL L. WESTMORELAND
KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470