**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 3 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SIERRA CLUB; SOUTHERN BORDER COMMUNITIES COALITION,  Plaintiffs-Appellees,  v.  DONALD J. TRUMP, in his official capacity as President of the United States; et al.,  Defendants-Appellants. | No.   19-16102            19-16300  D.C. No. 4:19-cv-00892-HSG Northern District of California, Oakland  ORDER |

| | |
|---|---|
| STATE OF CALIFORNIA; et al.,  Plaintiffs-Appellees,  v.  DONALD J. TRUMP, in his official capacity as President of the United States of America; et al.,  Defendants-Appellants. | No.   19-16299  D.C. No. 4:19-cv-00872-HSG Northern District of California, Oakland  ORDER |

Before:  CLIFTON, N.R. SMITH, and FRIEDLAND, Circuit Judges.

The motion to consolidate appeal Nos. 19-16102 and 19-16300 is granted.

We defer resolution of the request to consolidate appeal No. 19-16299, which will be addressed by separate order.

Briefing is stayed in these appeals pending further order.

AC/MOATT