FILED

JUL 15 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SIERRA CLUB; SOUTHERN BORDER COMMUNITIES COALITION,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>        Defendants-Appellants. | Nos. 19-16102<br>      19-16300<br><br>D.C. No. 4:19-cv-00892-HSG<br>Northern District of California, Oakland |
| STATE OF CALIFORNIA; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; et al.,<br><br>        Defendants-Appellants. | Nos. 19-16299<br>      19-16336<br><br>D.C. No. 4:19-cv-00872-HSG<br>Northern District of California, Oakland<br><br>ORDER |

Before: CLIFTON, N.R. SMITH, and FRIEDLAND, Circuit Judges.

We grant Defendants' Unopposed Motion to Consolidate Appeals and Establish Briefing Schedule. Appeal Nos. 19-16102, 19-16300, 19-16299, and 19-16336 are consolidated.

AC/MOATT

In accordance with Defendants' proposed briefing schedule: Defendants' opening brief is due July 31, 2019. Sierra Club Case plaintiffs' response brief, and States Case plaintiffs' response brief and opening brief on cross-appeal, are due August 30, 2019. Defendants' reply brief and response brief to States Case plaintiffs' cross-appeal is due September 20, 2019. States Case plaintiffs' reply brief on cross-appeal is due October 11, 2019.

We request that the parties promptly inform this Court of any developments affecting this appeal. In particular, if there are developments that may moot any or all of the issues, this Court should be notified immediately.