**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　Defendants. | No. 4:19-cv-00892-HSG<br><br>[~~PROPOSED~~] **ORDER STAYING SUMMARY JUDGMENT BRIEFING SCHEDULE ON CLAIMS RELATED TO 10 U.S.C. § 2808 AND THE TREASURY FORFEITURE FUND** |

Upon consideration of the parties' stipulation submitted on July 8, 2019, and for good cause shown, the Court hereby orders:

(1) The summary judgment briefing schedule set forth in the Court's Scheduling Order (ECF No. 164) is stayed for the claims based on 10 U.S.C. § 2808 and 31 U.S.C. § 9705 (Treasury Forfeiture Fund);

(2) The parties shall submit a proposed schedule for briefing the section 2808 and Treasury Forfeiture Fund claims within 10 days of respective decisions by the Acting Secretary of Defense and the U.S. Customs and Border Protection;

(3) The motion hearing set for August 29, 2019 at 2:00 p.m. in this case is cancelled.

**IT IS SO ORDERED**

DATED: July 17, 2019

　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge