UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>DONALD J. TRUMP, et al.,<br>　　　　Defendants. | Case No. 19-cv-00872-HSG<br>**SCHEDULING ORDER**<br>Re: Dkt. No. 209 |
| SIERRA CLUB, et al.,<br>　　　　Plaintiffs,<br>　　v.<br><br>DONALD J. TRUMP, et al.,<br>　　　　Defendants. | Case No. 19-cv-00892-HSG<br>Re: Dkt. No. 203 |

On September 3, 2019, Defendants in the above-captioned cases filed a notice of the decision by the Secretary of Defense to authorize eleven border barrier projects pursuant to 10 U.S.C. § 2808. *See* Dkt. No. 206 in No. 4:19-cv-00872; Dkt. No. 201 in No. 4:19-cv-00892. The parties subsequently submitted a joint status report and proposed briefing schedule related to the § 2808 claims. *See* Dkt. No. 209 in No. 4:19-cv-00872; Dkt. No. 203 in No. 4:19-cv-00892.

//
//
//
//
//

Having considered the parties' proposals, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Lodge Administrative Record | September 16, 2019 |
| Plaintiffs' Motions for Summary Judgment (35 pages) | October 11, 2019 |
| Defendants' Cross-Motions for Summary Judgment and Oppositions to Plaintiffs' Motion (35 pages) | October 25, 2019 |
| Plaintiffs' Replies and Oppositions to Defendants' Motions (25 pages) | November 1, 2019 |
| Defendants' Replies (25 pages) | November 8, 2019 |
| Hearing | November 20, 2019, at 10:00 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated:  9/16/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge