JAMES M. BURNHAM
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
RACHAEL WESTMORELAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br><br>**NOTICE OF FILING OF ADMINISTRATIVE RECORD FOR BORDER BARRIER PROJECTS UNDERTAKEN PURSUANT TO 10 U.S.C. § 2808** |
| SIERRA CLUB, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　Defendants. | |

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Administrative Record for § 2808
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Administrative Record for § 2808

Defendants hereby submit the Administrative Record and Certification of the Administrative Record supporting the supporting the Secretary of Defense's decision to authorize eleven border barrier projects pursuant to 10 U.S.C. § 2808.

DATE: September 16, 2019    Respectfully submitted,

JAMES M. BURNHAM
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel

KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
RACHAEL WESTMORELAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Administrative Record for § 2808
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Administrative Record for § 2808

1