AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| SIERRA CLUB, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  4:19-cv-00892-HSG |
| DONALD J. TRUMP, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Tohono O'odham Nation.

Date:  10/17/2019

/s/ Jessica L. Duggan
*Attorney's signature*

Jessica L. Duggan (SBN 271703)
*Printed name and bar number*

Dentons US LLP
One Market Plaza, Spear Tower, 24th Fl.
San Francisco, California 94105

*Address*

jessica.duggan@dentons.com
*E-mail address*

(415) 267-4000
*Telephone number*

(415) 267-4198
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2019, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will provide notification of such filing to all counsel of record.

DATED: October 17, 2019

                                      */s/* Jessica L. Duggan
                                      Jessica L. Duggan
                                      DENTONS US LLP
                                      One Market Plaza,
                                      Spear Tower, 24th Fl.
                                      San Francisco, California 94105
                                      Telephone: (415) 267-4000
                                      jessica.duggan@dentons.com