MICHAELE N. TURNAGE YOUNG*
DANIEL HARAWA
NAACP LEGAL DEFENSE AND
　EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
MTURNAGEYOUNG@NAACPLDF.ORG
*Counsel of record, CA Bar No. 247796

SHERRILYN A. IFILL
　*PRESIDENT & DIRECTOR-COUNSEL*
JANAI S. NELSON
SAMUEL SPITAL
NAACP LEGAL DEFENSE AND
　EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
Fax: (212) 226-7592

*Counsel for Amicus Curiae NAACP Legal Defense and Educational Fund, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>　　　　　　　　*Plaintiffs,*<br><br>　v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; PATRICK M. SHANAHAN, Acting Secretary of Defense, in his official capacity; KIRSTJEN M. NIELSEN, Secretary of Homeland Security, in her official capacity; and STEVEN MNUCHIN, Secretary of the Treasury, in his official capacity,<br><br>　　　　　　　　*Defendants.* | Case No.: 4:19-cv-00892-HSG<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1. The NAACP Legal Defense and Educational Fund, Inc. ("LDF") moves for leave to file the attached amicus brief in support of the *Sierra Club* Plaintiffs' motion for partial summary judgment. This case raises issues of national importance concerning the rule of law in our constitutional democracy. LDF respectfully submits that its long history of relying on the rule of law to challenge discrimination and advance civil rights gives it a unique perspective that will assist the Court in considering these issues. The Government and Plaintiffs have consented to this filing.

For the foregoing reasons, LDF respectfully requests that this Court grant its motion for leave to file an amicus brief.

Dated: October 18, 2019

Respectfully Submitted,

s/ Michaele N. Turnage Young

Michaele Turnage Young
  *Counsel of record*
Daniel S. Harawa
  *Of counsel*
NAACP Legal Defense and
  Educational Fund, Inc.
700 14th St. NW, Suite 600
Washington, DC 20005
Tel: (202) 682-1300
mturnageyoung@naacpldf.org

Sherrilyn A. Ifill
  *President & Director-Counsel*
Janai S. Nelson
Samuel Spital
NAACP Legal Defense and
  Educational Fund, Inc.
40 Rector St. 5th Floor
New York, NY 10006
Tel: (212) 965-2200

2
UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF
CASE NO. 4:19-CV-00892-HSG