SUZANNE R. SCHAEFFER (*pro hac vice*)
suzanne.schaeffer@dentons.com
SAMUEL F. DAUGHETY (*pro hac vice*)
samuel.daughety@dentons.com
DENTONS US LLP
1900 K Street, NW
Washington, District of Columbia  20006
Telephone:   (202) 496-7500
Facsimile:    (202) 408-6399

JOSHUA O. REES (*pro hac vice* pending)
joshua.rees@tonation-nsn.gov
Acting Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, Arizona 85634
Telephone:   (520) 383-3410
Facsimile:    (520) 383-2689

JESSICA L. DUGGAN (SBN 271703)
jessica.duggan@dentons.com
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Fl.
San Francisco, California  94105
Telephone:   (415) 267-4000
Facsimile:    (415) 267-4198

Attorneys for *Amicus Curiae*
Tohono O'odham Nation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No.  4:19-cv-00892-HSG<br><br>**CONSENT MOTION OF TOHONO O'ODHAM NATION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Tohono O'odham Nation (the "Nation") hereby moves this Court for leave to file a brief as *amicus curiae* in the above-captioned case in support of the Motion of Plaintiffs Sierra Club and Southern Border Communities Coalition for Partial Summary Judgment, Dkt. No. 210. Plaintiffs and Defendants consent to the Nation's request for leave. A copy of the Nation's proposed *amicus curiae* brief is attached hereto as Exhibit 1, and a proposed order granting the Nation's Motion is attached as Exhibit 2.

**IDENTITY AND INTEREST OF *AMICUS CURIAE***

The Tohono O'odham Nation ("Nation") is a federally recognized Indian tribe with more than 34,000 members. The O'odham have lived in what is now Arizona and northern Mexico since time immemorial. The Nation's Reservation, located in southern Arizona, is one of the largest in the country, comprising nearly 2.8 million acres. The Nation's Reservation also shares more than sixty miles of border with the Republic of Mexico. The Nation has significant and well-documented connections to the lands that are the subject of the contemplated border wall construction at issue in this case, and the plants, animals and cultural resources within them.

The Nation's location on the Mexican border exposes its Reservation and members to major impacts from border crossing traffic, including border-related burglaries and thefts, litter, land desecration, damage to sacred cultural resources, destruction of protected species, migrant rescues, migrant deaths, drug trafficking, and human smuggling. While the Nation works closely with U.S. Customs and Border Patrol and U.S. Immigration and Customs Enforcement on border security, it receives extremely limited federal funding to address these impacts, and therefore is forced to spend millions of dollars annually from its own treasury on border security and enforcement and associated costs.

The proposed *amicus curiae* brief articulates the substantial harm that the Yuma Sector Project 3 construction will cause to the Nation. Yuma Sector Project 3 contemplates the construction of over thirty miles of border wall, through approximately half of Cabeza Prieta National Wildlife Refuge, to connect with the construction of border wall in Tucson Sector Projects 1 and 2, which involves construction across both Cabeza Prieta and Organ Pipe Cactus National Monument, ending less than two miles from the western boundary of the Nation's Reservation. This new border wall will cause irreparable harm to natural and cultural resources of significant importance to the Nation, both in these sensitive areas and on the Nation's Reservation. The construction of border walls in these areas will also substantially increase migrant traffic on the Nation's Reservation lands, and exacerbate the impacts that the Nation experiences from this traffic and the cost to the Nation to address it.

This brief therefore will also assist the Court in addressing the public interest factor as part of considering Plaintiffs' requested injunctive relief. This factor properly focuses on the impact of the challenged conduct on non-parties like the Nation. *See California v. Azar*, No. 19-CV-01184, 2019 WL 1877392, at *13 (N.D. Cal. Apr. 26, 2019) ("Plaintiffs are not the only ones that will suffer hardship absent an injunction … In considering the public interest, we may consider the hardship to all individuals covered by the [challenged law], not limited to parties...."). Courts in this District have found *amicus* briefs particularly useful in addressing the public interest factor. *See Azar* at *13; *see also Ramos v. Nielsen*, 336 F. Supp. 3d 1075, 1085-86 (N.D. Cal. 2018) (noting that "[t]he amicus briefs underscore that the harms to [Plaintiffs] will also harm the public interest").

**CONCLUSION**

For the forgoing reasons, the Nation respectfully requests that the Court grant this motion for leave and accept for filing the accompanying *amicus curiae* brief.

| | |
|---|---|
| Dated: October 18, 2019 | DENTONS US LLP |
| | |
| Suzanne R. Schaeffer (*pro hac vice*)<br>suzanne.schaeffer@dentons.com<br>Samuel F. Daughety (*pro hac vice*)<br>samuel.daughety@dentons.com<br>DENTONS US LLP<br>1900 K Street, NW<br>Washington, District of Columbia  20006<br>Telephone:      (202) 496-7500<br>Facsimile:       (202) 408-6399<br><br>Joshua O. Rees (*pro hac vice* pending)<br>joshua.rees@tonation-nsn.gov<br>Acting Attorney General<br>TOHONO O'ODHAM NATION<br>P.O. Box 830<br>Sells, Arizona 85634<br>Telephone:      (520) 383-3410<br>Facsimile:       (520) 383-2689 | By:   /s/<br>JESSICA L. DUGGAN (SBN 271703)<br>jessica.duggan@dentons.com<br>Dentons US LLP<br>One Market Plaza, Spear Tower, 24th Fl.<br>San Francisco, California  94105<br>Telephone: (415) 267-4000<br>Facsimile:  (415) 267-4198<br><br><br><br>Attorneys for *Amicus Curiae*<br>Tohono O'odham Nation |

DENTONS US LLP
1900 K STREET, NW,
WASHINGTON, DISTRICT OF COLUMBIA 20006
(202) 496-7500

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 18, 2019, I caused the foregoing document to be filed via the U.S. District Court for the Northern District of California's CM/ECF system, which I understand caused service on all registered parties.

  DATED: October 18, 2019

               */s/* Jessica L. Duggan
               Jessica L. Duggan
               DENTONS US LLP
               One Market Plaza,
               Spear Tower, 24th Fl.
               San Francisco, California 94105
               Telephone: (415) 267-4000
               jessica.duggan@dentons.com