SUZANNE R. SCHAEFFER (*pro hac vice*)
suzanne.schaeffer@dentons.com
SAMUEL F. DAUGHETY (*pro hac vice*)
samuel.daughety@dentons.com
DENTONS US LLP
1900 K Street, NW
Washington, District of Columbia  20006
Telephone:   (202) 496-7500
Facsimile:    (202) 408-6399

JOSHUA O. REES (*pro hac vice* pending)
joshua.rees@tonation-nsn.gov
Acting Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, Arizona 85634
Telephone:   (520) 383-3410
Facsimile:    (520) 383-2689

JESSICA L. DUGGAN (SBN 271703)
jessica.duggan@dentons.com
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Fl.
San Francisco, California  94105
Telephone:   (415) 267-4000
Facsimile:    (415) 267-4198

Attorneys for *Amicus Curiae*
Tohono O'odham Nation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No.  4:19-cv-00892-HSG<br><br>**[PROPOSED] ORDER GRANTING CONSENT MOTION OF TOHONO O'ODHAM NATION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**[PROPOSED] ORDER**

Upon consideration of the motion of the Tohono O'odham Nation ("Nation") for leave to file a brief as *amicus curiae* in support of the Motion of Plaintiffs Sierra Club and Southern Border Communities Coalition for Partial Summary Judgment, it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk is directed to file the Nation's *amicus curiae* brief on the docket in these matters.

Dated: _____

By: _____
Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE

DENTONS US LLP
1900 K STREET, NW,
WASHINGTON, DISTRICT OF COLUMBIA 20006
(202) 496-7500