# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*, <br><br> *Defendants.* | Case no. 4:19-cv-00892-HSG <br><br> S.J. Hearing Date: November 20, 2019 <br><br> Time: 10:00 AM <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE MEMORANDUM OF BRENNAN CENTER FOR JUSTICE AND CATO INSTITUTE AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Before the Court is a motion to file a brief *amicus curiae* by the Brennan Center for Justice at NYU School of Law and The Cato Institute, in support of Plaintiffs' Motion for Partial Summary Judgment.

Having considered the pleadings and good cause appearing, it is hereby **ORDERED** that the motion for leave to file an *amicus curiae* brief is **GRANTED**. It is further **ORDERED** that that counsel is directed to file the amicus curiae brief on the docket in this matter

**IT IS SO ORDERED.**

DATED: __10/18/2019__

Hon. Hayward S. Gilliam, Jr.
United States District Judge