Kathleen R. Hartnett (SBN 314267)
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:     (415) 293-6800
Facsimile:      (415) 293-6899
Email:            khartnett@bsfllp.com

Harold Hongju Koh *(pro hac vice admitted)*
PETER GRUBER RULE OF LAW CLINIC
Yale Law School
127 Wall Street, P.O. Box 208215
New Haven, CT 06520
Telephone:     (203) 432-4932
Email:            harold.koh@ylsclinics.org

Phillip Spector (*pro hac vice admitted*)
MESSING & SPECTOR LLP
1200 Steuart Street, #2112
Baltimore, MD 21230
Telephone:     (212) 277-8173
Email:            ps@messingspector.com

*Attorneys for Amici Curiae*
*Former U.S. Government Officials*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>Defendants. | Case No. 4:19-cv-00892-HSG<br><br>**CONSENT MOTION OF FORMER U.S. GOVERNMENT OFFICIALS FOR LEAVE TO FILE MEMORANDUM AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:                     Hon. Haywood S. Gilliam, Jr.<br>S.J. Hearing Date:  November 20, 2019<br>Time:                      10:00 a.m.<br>Courtroom:            2, 4th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Former U.S. Government Officials respectfully move for leave to file the attached brief as *amici curiae* in the above-captioned matter, in support of Plaintiffs' Motion for Summary Judgment. *Amici* are listed in the Appendix to the attached brief. Counsel for Plaintiffs and Defendants have consented to *Amici*'s proposed filing.

### STATEMENT OF INTEREST AND ARGUMENT

*Amici curiae* are sixty former officials in the U.S. government who have worked on national security and homeland security issues from the White House as well as agencies across the Executive Branch. They have served in senior leadership roles in administrations of both major political parties, and collectively they have devoted a great many decades to protecting the security interests of the United States. They have held the highest security clearances, and participated in the highest levels of policy deliberations on a broad range of issues. These include: immigration, border security, counterterrorism, military operations, and our nation's relationship with other countries, including those south of the U.S. border.

*Amici* respectfully submit this brief because, in their professional opinion, there is no factual basis for the declaration of a national emergency for the purpose of circumventing the appropriations process and reprogramming billions of dollars in funding to construct a wall at the southern border, as directed by the Presidential Proclamation of February 15, 2019. The Court granted *Amici* permission to, and *Amici* did file, a brief in support of Plaintiffs' Motion for a Preliminary Injunction. *See* Consent Motion for Leave to File Amicus Brief (ECF No. 94). *Amici* now seek leave to file a brief in support of Plaintiffs' Motion for Partial Summary Judgment for the same reasons. *Amici* submit that their brief will be helpful to the Court, given *Amici*'s unique and directly relevant perspective of having lived and worked through national emergencies across Presidential administrations over a period of decades. The points in this brief are an updated version of those in a declaration that most of the *amici* joined and that was submitted into the Congressional Record on February 25, 2019.

## CONCLUSION

For the foregoing reasons, the Consent Motion should be granted, and *Amici*'s attached memorandum should be filed with the Court.

Dated: October 18, 2019                     Respectfully Submitted,

By:   */s/ Kathleen R. Hartnett*
Kathleen R. Hartnett (SBN 314267)
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile:  (415) 293-6899
Email: khartnett@bsfllp.com

Harold Hongju Koh *(pro hac vice admitted)*
PETER GRUBER RULE OF LAW CLINIC
Yale Law School
127 Wall Street, P.O. Box 208215
New Haven, CT 06520
Telephone: (203) 432-4932
Email: harold.koh@ylsclinics.org

Phillip Spector *(pro hac vice admitted)*
MESSING & SPECTOR LLP
1200 Steuart Street, #2112
Baltimore, MD 21230
Telephone: (212) 277-8173
Email: ps@messingspector.com

*Attorneys for Amici Curiae Former U.S. Government Officials*