# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et. al.*,<br><br>　　　　　　Defendants. | Case No.: 4:19-cv-00892-HSG<br><br>[PROPOSED] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE BRIEF OF FORMER MEMBERS OF CONGRESS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |

Upon consideration of the Consent Motion for Leave to File Brief of Former Members of Congress as *Amici Curiae* in Support of Plaintiffs' Motion for Partial Summary Judgment, it is hereby ORDERED that the motion is GRANTED. Counsel is directed to file the brief attached to *amici*'s motion on the docket in this matter.

Dated:　　10/21/2019　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　HON. HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge