**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>*Defendants.* | Case No.: 4:19-cv-00892-HSG<br><br>[~~PROPOSED~~] **ORDER GRANTING UNOPPOSED MOTION OF NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Upon consideration of the unopposed motion of the NAACP Legal Defense & Educational Fund, Inc. ("LDF") for leave to file a brief as amicus curiae in support of Plaintiffs' motion for partial summary judgment, it is hereby ORDERED that the motion is GRANTED. Counsel is directed to file the LDF's amicus curiae brief on the docket in this matter.

Dated: 10/21/2019

*/s/ Haywood S. Gilliam, Jr.*
Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE

---

1
~~PROPOSED~~ ORDER GRANTING UNOPPOSED MOTION OF THE NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. FOR LEAVE TO FILE AMICUS BRIEF
CASE NO. 4:19-CV-00892-HSG