| | |
|---|---|
| SUZANNE R. SCHAEFFER (*pro hac vice*) | JOSHUA O. REES (*pro hac vice* pending) |
| suzanne.schaeffer@dentons.com | joshua.rees@tonation-nsn.gov |
| SAMUEL F. DAUGHETY (*pro hac vice*) | Acting Attorney General |
| samuel.daughety@dentons.com | TOHONO O'ODHAM NATION |
| DENTONS US LLP | P.O. Box 830 |
| 1900 K Street, NW | Sells, Arizona 85634 |
| Washington, District of Columbia 20006 | Telephone: (520) 383-3410 |
| Telephone: (202) 496-7500 | Facsimile: (520) 383-2689 |
| Facsimile: (202) 408-6399 | |

JESSICA L. DUGGAN (SBN 271703)
jessica.duggan@dentons.com
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Fl.
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198

Attorneys for *Amicus Curiae*
Tohono O'odham Nation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION, | Case No. 4:19-cv-00892-HSG |
| Plaintiffs, | **ORDER GRANTING CONSENT MOTION OF TOHONO O'ODHAM NATION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

**ORDER**

Upon consideration of the motion of the Tohono O'odham Nation ("Nation") for leave to file a brief as *amicus curiae* in support of the Motion of Plaintiffs Sierra Club and Southern Border Communities Coalition for Partial Summary Judgment, it is hereby **ORDERED** that the motion is **GRANTED**. Counsel is directed to file the Nation's *amicus curiae* brief on the docket in these matters.

Dated: 10/21/2019

By: /s/ Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE

DENTONS US LLP
1900 K STREET, NW,
WASHINGTON, DISTRICT OF COLUMBIA 20006
(202) 496-7500