# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>*Defendants*. | Case No. 4:19-cv-00892-HSG<br><br>**ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE BRIEF OF THE UNITED STATES HOUSE OF REPRESENTATIVES AS AMICUS CURIAE** |

Upon consideration of the motion of the United States House of Representatives for Leave to File Brief of the United States House of Representatives as Amicus Curiae in the above-captioned matter, it is hereby ORDERED that the motion is GRANTED. Cousnel is directed to file the House's amicus curiae brief on the docket in this matter.

Dated: 10/21/2019

Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE

---

ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE BRIEF OF THE U.S. HOUSE
OF REPRESENTATIVES AS AMICUS CURIAE (4:19-cv-00892-HSG)