UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>Defendants. | Case No. 4:19-cv-00892-HSG<br><br>**ORDER GRANTING CONSENT MOTION OF FORMER U.S. GOVERNMENT OFFICIALS FOR LEAVE TO FILE MEMORANDUM AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Upon consideration of the motion of Former U.S. Government Officials for leave to file as *amici curiae* in support of plaintiffs' motion for partial summary judgment, it is hereby ORDERED that the motion is GRANTED. Counsel is directed to file the Former U.S. Government Officials' *amicus curiae* brief on the docket in this matter.

Dated: 10/21/2019

_____
Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE