MARK R. CONRAD (CA Bar No. 255667)
WILLIAM J. COOPER (CA Bar No. 304524)
COURTNEY C. AASEN (CA Bar No. 307404)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: wcooper@conradmetlitzky.com
Email: caasen@conradmetlitzky.com

LINDSAY L. RODMAN (*pro hac vice* forthcoming)
**IRAQ AND AFGHANISTAN VETERANS OF AMERICA**
85 Broad Street
New York, NY 10004
212-982-9699
lindsay@iava.org

*Attorneys for Iraq and Afghanistan Veterans of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; MARK T. ESPER, Secretary of Defense, in his official capacity; and STEVEN MNUCHIN, Secretary of the Treasury in his official capacity,<br><br>    *Defendants*. | CASE NO. 4:19-cv-00892-HSG<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

1  TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  　　　　PLEASE TAKE NOTICE THAT Mark. R. Conrad, of the law firm Conrad & Metlitzky LLP,

3  hereby enters his appearance as counsel for *amicus curiae* Iraq and Afghanistan Veterans of America in

4  the above-captioned action.

6  DATED: October 21, 2019　　　　　　　　　　Respectfully submitted,

7  　　　　　　　　　　　　　　　　　　　　　*/s/ Mark R. Conrad*
8  　　　　　　　　　　　　　　　　　　　　　MARK R. CONRAD
　　　　　　　　　　　　　　　　　　　　　　Local Counsel for *Amicus Curiae* IAVA