1  MARK R. CONRAD (CA Bar No. 255667)
   WILLIAM J. COOPER (CA Bar No. 304524)
2  COURTNEY C. AASEN (CA Bar No. 307404)
   **CONRAD & METLITZKY LLP**
3  Four Embarcadero Center, Suite 1400
   San Francisco, CA 94111
4  Tel:   (415) 343-7100
   Fax:   (415) 343-7101
5  Email: mconrad@conradmetlitzky.com
   Email: wcooper@conradmetlitzky.com
6  Email: caasen@conradmetlitzky.com

7  LINDSAY L. RODMAN (*pro hac vice* forthcoming)
   **IRAQ AND AFGHANISTAN VETERANS OF AMERICA**
8  85 Broad Street
   New York, NY 10004
9  212-982-9699
   lindsay@iava.org

   *Attorneys for Iraq and Afghanistan Veterans of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; MARK T. ESPER, Secretary of Defense, in his official capacity; and STEVEN MNUCHIN, Secretary of the Treasury in his official capacity,<br><br>    *Defendants*. | CASE NO. 4:19-cv-00892-HSG<br><br>[PROPOSED] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE BRIEF OF IRAQ AND AFGHANISTAN VETERANS OF AMERICA AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Summary Judgment Hearing: Nov. 20, 2019<br>Time: 10:00 a.m. |

1  Upon consideration of the Consent Motion of Iraq and Afghanistan Veterans of America for
2  Leave To File *Amicus Curiae* Brief in Support of Plaintiffs' Motion for Partial Summary Judgment, and
3  good cause appearing, it is hereby ORDERED that the motion is GRANTED.  The clerk is directed to
4  file the brief attached to *amicus* Iraq and Afghanistan Veterans of America's motion on the docket in
5  this matter.

7  DATED: _____      _____
                                        HON. HAYWOOD S. GILLIAM, JR.
8                                       United States District Judge