MARK R. CONRAD (CA Bar No. 255667)
WILLIAM J. COOPER (CA Bar No. 304524)
COURTNEY C. AASEN (CA Bar No. 307404)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 343-7100
Fax: (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: wcooper@conradmetlitzky.com
Email: caasen@conradmetlitzky.com

LINDSAY L. RODMAN (*pro hac vice* forthcoming)
**IRAQ AND AFGHANISTAN VETERANS OF AMERICA**
85 Broad Street
New York, NY 10004
212-982-9699
lindsay@iava.org

*Attorneys for Iraq and Afghanistan Veterans of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; MARK T. ESPER, Secretary of Defense, in his official capacity; and STEVEN MNUCHIN, Secretary of the Treasury in his official capacity,<br><br>*Defendants*. | CASE NO. 4:19-cv-00892-HSG<br><br>ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE BRIEF OF IRAQ AND AFGHANISTAN VETERANS OF AMERICA AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Summary Judgment Hearing: Nov. 20, 2019<br>Time: 10:00 a.m. |

Upon consideration of the Consent Motion of Iraq and Afghanistan Veterans of America for Leave To File *Amicus Curiae* Brief in Support of Plaintiffs' Motion for Partial Summary Judgment, and good cause appearing, it is hereby ORDERED that the motion is GRANTED. Counsel is directed to file the brief attached to *amicus* Iraq and Afghanistan Veterans of America's motion on the docket in this matter.

DATED: 10/22/2019

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge