Megan Barbero, *Associate General Counsel* (MA Bar No. 668854)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)
megan.barbero@mail.house.gov

*Counsel for Amicus Curiae the United States House of Representatives*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>        *Defendants*. | Case No. 4:19-cv-00892-HSG<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

  I, Megan Barbero, hereby enter my appearance as counsel of record in the above-captioned case for amicus curiae the United States House of Representatives.  Please send all future notices in this matter to me.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | MEGAN BARBERO |
| 3 | *Associate General Counsel* |
| 4 | OFFICE OF GENERAL COUNSEL* |
|   | U.S. HOUSE OF REPRESENTATIVES |
| 5 | 219 Cannon House Office Building |
|   | Washington, D.C. 20515 |
| 6 | (202) 225-9700 (telephone) |
|   | (202) 226-1360 (facsimile) |
| 7 | megan.barbero@mail.house.gov |
| 8 | *Counsel for Amicus Curiae the United States House of Representatives* |

October 25, 2019

---

\* Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, I caused the foregoing document to be filed via the U.S. District Court for the Northern District of California's CM/ECF system, which I understand caused service on all registered parties.

                                   */s/ Megan Barbero*
                                    Megan Barbero