**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>*Defendants*. | Case No. 4:19-cv-00892-HSG<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE U.S. HOUSE OF REPRESENTATIVES FOR LEAVE TO PRESENT ARGUMENT IN THE PARTIAL SUMMARY JUDGMENT HEARING** |

Upon consideration of the motion of the United States House of Representatives for leave to present argument in the partial summary judgment hearing scheduled for November 20, 2019, it is hereby ORDERED that the motion is GRANTED.

Dated: _____                                      _____
                                                                              Judge Haywood S. Gilliam, Jr.
                                                                              UNITED STATES DISTRICT COURT JUDGE