# Exhibit A

# STATE OF CONNECTICUT
# JUDICIAL BRANCH

www.jud.ct.gov



## STATEWIDE GRIEVANCE COMMITTEE

Second Floor - Suite Two
287 Main Street, East Hartford, CT 06118-1885

*Michael P. Bowler*
*Statewide Bar Counsel*

I, Christopher G. Blanchard, First Assistant Bar Counsel, do hereby certify, based upon information received from the Clerk's Office of the Superior Court for the Judicial District of Hartford, and from the records received from the local grievance committees and grievance panels, and from the records of the Statewide Grievance Committee that

## *LINDSAY L. RODMAN*

*of*

## *KENT, CT*

is a member in good standing of the Connecticut Bar, and has been admitted to same since November 05, 2007, that no disciplinary action has been taken against Attorney Rodman by the Court or by the Statewide Grievance Committee, and that no complaints have been filed against said attorney.

*Christopher G. Blanchard, First Assistant Bar Counsel*
*October 25, 2019*

JDBARCERTCB1, REV. 4/08