**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>*Defendants*. | Case No. 4:19-cv-00892-HSG<br><br>**ORDER GRANTING MOTION OF THE U.S. HOUSE OF REPRESENTATIVES FOR LEAVE TO PRESENT ARGUMENT IN THE PARTIAL SUMMARY JUDGMENT HEARING** |

Upon consideration of the motion of the United States House of Representatives for leave to present argument in the partial summary judgment hearing scheduled for November 20, 2019, it is hereby ORDERED that the motion is GRANTED.

Dated: 10/31/2019

Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE