Lawrence J. Joseph (SBN 154908)
Law Office of Lawrence J. Joseph
1250 Connecticut Ave, NW, Suite 700-1A
Washington, DC 20036
Tel: 202-355-9452
Fax: 202-318-2254
Email: ljoseph@larryjoseph.com

Counsel for Movant U.S. Rep. Andy Barr

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SIERRA CLUB, et al., | Case No. 4:19-cv-00892-HSG | |
| *Plaintiffs*, | **ORDER** | |
| v. | Judge: | Hon. Haywood S. Gilliam, Jr. |
| DONALD J. TRUMP, President of the United States, in his official capacity, et al., | S.J. Hearing Date: | November 20, 2019 |
| | Time: | 10:00 a.m. |
| | Courtroom: | 2, 4th Floor |
| *Defendants*. | | |

On considering U.S. Rep. Andy Barr's unopposed motion for leave to file its *amicus curiae* brief, the parties' positions on filing the brief, and the entire record herein, it is hereby

**ORDERED** that the motion is GRANTED; and it is

**FURTHER ORDERED** that the Counsel is ordered to file the *amicus curiae* brief that accompanied the motion on the docket; and it is

**SO ORDERED.**

DATED: 11/5/2019

_____
**U.S. DISTRICT JUDGE**