| | |
|---|---|
| SUZANNE R. SCHAEFFER (*pro hac vice* pending) suzanne.schaeffer@dentons.com | JOSHUA O. REES (*pro hac vice* pending) joshua.rees@tonation-nsn.gov Acting Attorney General |
| SAMUEL F. DAUGHETY (*pro hac vice* pending) samuel.daughety@dentons.com | TOHONO O'ODHAM NATION P.O. Box 830 Sells, Arizona 85634 |
| DENTONS US LLP 1900 K Street, NW Washington, District of Columbia 20006 Telephone: (202) 496-7500 Facsimile: (202) 408-6399 | Telephone: (520) 383-3410 Facsimile: (520) 383-2689 |

MATTHEW G. ADAMS (SBN 229021)
matthew.adams@dentons.com
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Fl.
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198

Attorneys for *Amicus Curiae*
Tohono O'odham Nation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 4:19-cv-00892-HSG <br><br> **ORDER GRANTING CONSENT MOTION OF TOHONO O'ODHAM NATION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR SUPPLEMENTAL PRELIMINARY INJUNCTION** |

# ORDER

Upon consideration of the motion of the Tohono O'odham Nation for leave to file a brief as amicus curiae in support of the Motion for Supplemental Preliminary Injunction filed by Plaintiffs Sierra Club and Southern Border Communities Coalition, it is hereby ordered that the motion is **GRANTED**, and the amicus curiae brief is deemed submitted at Dkt. No. 159-1.

Dated: 1/6/2020

By: _/s/ Haywood S. Gilliam, Jr._
Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE

DENTONS US LLP
1900 K STREET, NW,
WASHINGTON, DISTRICT OF COLUMBIA 20006
(202) 496-7500