**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | No. 4:19-cv-00892-HSG <br><br> **ORDER GRANTING ENLARGEMENT OF TIME TO FILE PROPOSED SCHEDULE FOR BRIEFING THE TREASURY FORFEITURE FUND CLAIMS** |

Upon consideration of the parties' stipulation submitted on January 21, 2020, and for good cause shown, the Court hereby orders:

Parties will submit a proposed schedule for briefing the Treasury Forfeiture Fund claims on or before February 4, 2020.

**IT IS SO ORDERED.**

DATED: January 21, 2020

HAYWOOD S. GILLIAM, JR.
United States District Judge