SUZANNE R. SCHAEFFER (*pro hac vice*)
suzanne.schaeffer@dentons.com
SAMUEL F. DAUGHETY (*pro hac vice*)
samuel.daughety@dentons.com
DENTONS US LLP
1900 K Street, NW
Washington, District of Columbia  20006
Telephone:     (202) 496-7500
Facsimile:      (202) 408-6399

JOSHUA O. REES (*pro hac vice*)
joshua.rees@tonation-nsn.gov
Acting Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, Arizona 85634
Telephone:     (520) 383-3410
Facsimile:      (520) 383-2689

JESSICA L. DUGGAN (SBN 271703)
jessica.duggan@dentons.com
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Fl.
San Francisco, California  94105
Telephone:     (415) 267-4000
Facsimile:      (415) 267-4198

Attorneys for *Amicus Curiae*
Tohono O'odham Nation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 4:19-cv-00892-HSG<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR *AMICI CURIAE* TOHONO O'ODHAM NATION** |

*Amicus curiae* the Tohono O'odham Nation (the "Nation") seeks leave for Matthew G. Adams to withdraw as counsel for the Nation in the above-captioned case, per Local R. 11-5(a) and Cal. R.Pro. Conduct 3-700(A)(1). As the Court finds that satisfactory reasoning for withdrawal has been submitted, and that such withdrawal will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED THAT Mr. Adams be granted leave to withdraw as counsel for *amicus curiae* the Nation. The clerk shall terminate Mr. Adams as counsel in these proceedings.

DATED: 1/24/2020

By: *[signature]*

Hon. Haywood S. Gilliam, Jr.
United States District Judge

DENTONS US LLP
1900 K STREET, NW,
WASHINGTON, DISTRICT OF COLUMBIA 20006
(202) 496-7500

ORDER GRANTING MOTION TO WITHDRAW COUNSEL FOR *AMICI CURIAE* TOHONO O'ODHAM NATION