**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

SIERRA CLUB, *et al.*,

              Plaintiffs,

    v.

DONALD J. TRUMP, *et al.*,

              Defendants.

No. 4:19-cv-00892-HSG

**ORDER**

The Court hereby GRANTS Defendants' Motion for James M. Burnham to withdraw as attorney for Defendants in the above-captioned matter.

**IT IS SO ORDERED.**

Dated: 2/4/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge

*Sierra Club, et al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG