DAVID MORRELL
Deputy Assistant Attorney General
ALEXANDER HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
RACHAEL WESTMORELAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.: (202) 616-5084
Fax: (202) 616-8470

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO-OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; MARK T. ESPER, Secretary of Defense, in his official capacity; CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity; and STEVEN MNUCHIN, Secretary of the Treasury, in his official capacity,<br><br>*Defendants*. | Case No.: 4:19-cv-00892-HSG<br><br>**JOINT STIPULATED REQUEST FOR ENLARGEMENT OF TIME TO FILE PROPOSED SCHEDULE FOR BRIEFING THE TREASURY FORFEITURE FUND CLAIMS** |

Pursuant to Local Rule 6-2 and 7-12, Plaintiffs and Defendants in the above-captioned case stipulate and agree as follows:

1. Pursuant to the Court's order of January 21, 2012, the parties are required to submit a proposed schedule for briefing the 31 U.S.C. § 9705 (Treasury Forfeiture Fund) claims on or before February 4, 2020. *See* ECF No. 268. Counsel for the parties have been actively conferring in good faith, but seek two additional business days until February 6, 2020, to complete their discussions.

2. Approving the requested enlargement of time will not impact any other deadlines in this case.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the Court's approval, that the parties will submit a proposed schedule for briefing the Treasury Forfeiture Fund claims on or before February 6, 2020.

A proposed order is attached.

| | | |
|---|---|---|
| 1 | Dated: February 4, 2020 | Respectfully submitted, |
| 2 | | _/s/_____ |
| 3 | Mollie M. Lee (SBN 251404)<br>American Civil Liberties Union Foundation | Dror Ladin*<br>Noor Zafar* |
| 4 |    of Northern California, Inc.<br>39 Drumm Street | Jonathan Hafetz*<br>Hina Shamsi* |
| 5 | San Francisco, CA 94111<br>Tel.: (415) 621-2493 | Omar C. Jadwat*<br>American Civil Liberties Union Foundation |
| 6 | Fax: (415) 255-8437<br>mlee@aclunc.org | 125 Broad Street, 18th Floor<br>New York, NY 10004 |
| 7 | | Tel.: (212) 549-2500 |
| 8 | David Donatti*<br>Andre I. Segura (SBN 247681) | Fax: (212) 549-2564<br>dladin@aclu.org |
| 9 | American Civil Liberties Union Foundation<br>   of Texas | nzafar@aclu.org<br>jhafetz@aclu.org |
| 10 | P.O. Box 8306<br>Houston, TX 77288 | hshamsi@aclu.org<br>ojadwat@aclu.org |
| 11 | Tel.: (713) 325-7011 | |
| 12 | Fax: (713) 942-8966<br>ddonatti@aclutx.org | Cecillia D. Wang (SBN 187782)<br>American Civil Liberties Union Foundation |
| 13 | asegura@aclutx.org | 39 Drumm Street<br>San Francisco, CA 94111 |
| 14 | | Tel.: (415) 343-0770<br>Fax: (415) 395-0950 |
| 15 | _Counsel for Plaintiffs_ | cwang@aclu.org |
| 16 | *_Admitted_ pro hac vice | Sanjay Narayan (SBN 183227)** |
| 17 | **_Counsel for Plaintiff_ Sierra Club | Gloria D. Smith (SBN 200824)**<br>Sierra Club Environmental Law Program |
| 18 | | 2101 Webster Street, Suite 1300<br>Oakland, CA 94612 |
| 19 | | Tel.: (415) 977-5772<br>sanjay.narayan@sierraclub.org |
| 20 | | gloria.smith@sierraclub.org |

DAVID MORRELL
Deputy Assistant Attorney General

ALEXANDER HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)

RACHAEL L. WESTMORELAND
KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:  (202) 616-5084
Fax:  (202) 616-8470
E-Mail: Andrew.Warden@usdoj.gov

*Counsel for Defendants*

## **DECLARATION**

I declare, under penalty of perjury, that the factual assertions contained in this stipulation are true and correct to the best of my knowledge.

/s/
Andrew I. Warden

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

SIERRA CLUB, *et al.*,

    Plaintiffs,

  v.

DONALD J. TRUMP, *et al.*,

    Defendants.

No. 4:19-cv-00892-HSG

**[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME TO FILE PROPOSED SCHEDULE FOR BRIEFING THE TREASURY FORFEITURE FUND CLAIMS**

Upon consideration of the parties' stipulation submitted on February 4, 2020, and for good cause shown, the Court hereby orders:

Parties will submit a proposed schedule for briefing the Treasury Forfeiture Fund claims on or before February 6, 2020.

**IT IS SO ORDERED.**

DATED: February ___, 2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge