# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

SIERRA CLUB, *et al.*,

            Plaintiffs,

    v.

DONALD J. TRUMP, *et al.*,

            Defendants.

No. 4:19-cv-00892-HSG

**ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFFS' CLAIMS RELATING TO TREASURY FORFEITURE FUND**

Upon consideration of the parties' stipulation submitted on February 5, 2020, and for good cause shown, the Court hereby orders that Plaintiffs' claims as they pertain to Defendants' use of $601 million from the Treasury Forfeiture Fund under 31 U.S.C. § 9705 to fund the construction of a wall on the United States-Mexico border are dismissed without prejudice.

**IT IS SO ORDERED.**

    DATED:  2/6/2020

                          HAYWOOD S. GILLIAM, JR.
                          United States District Judge