FILED

MAY 1 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SIERRA CLUB; SOUTHERN BORDER COMMUNITIES COALITION,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>        Defendants-Appellants. | No.   19-17501<br><br>D.C. No. 4:19-cv-00892-HSG<br>Northern District of California, Oakland<br><br>ORDER |

Before: THOMAS, Chief Judge, and WARDLAW and COLLINS, Circuit Judges.

The States of California, Colorado, Hawai'i, Maryland, New Mexico, New York, Oregon, and Wisconsin, and the Commonwealth of Virginia have moved the Court for leave to file an amicus curiae brief supporting Plaintiffs-Appellees' emergency motion for relief from the district court's grant of a stay of injunction pending appeal. The motion for leave to file an amicus curiae brief (Dkt. 21) is GRANTED, and the Clerk of Court is directed to file the amicus curiae brief submitted with the motion.