# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

<div style="float:right">
Scott S. Harris
Clerk of the Court
(202) 479-3011
</div>

October 19, 2020

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Donald J. Trump, President of the United States, et al.
v. Sierra Club, et al.
No. 20-138
(Your No. 19-16102, 19-16300; 19-16299, 19-16336)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk