FILED

OCT 26 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SIERRA CLUB; SOUTHERN BORDER COMMUNITIES COALITION, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br> Defendants-Appellants. | No.   19-17501 <br><br> D.C. No. 4:19-cv-00892-HSG <br> Northern District of California, Oakland <br><br><br> ORDER |
| STATE OF CALIFORNIA; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America; et al., <br><br> Defendants-Appellants. | No.   19-17502 <br><br> D.C. No. 4:19-cv-00872-HSG <br> Northern District of California, Oakland |

| | |
|---|---|
| STATE OF CALIFORNIA; et al., <br><br> Plaintiffs-Appellants, <br><br> and <br><br> STATE OF CONNECTICUT; et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America; et al., <br><br> Defendants-Appellees. | No.   20-15044 <br><br> D.C. No. 4:19-cv-00872-HSG <br> Northern District of California, <br> Oakland |

Before: THOMAS, Chief Judge, and WARDLAW and COLLINS, Circuit Judges.

Appellees' emergency motion for clarification (Dkt. No. 112) is denied, without prejudice.  Appellants' cross-motion for a stay of the mandate (Dkt. No. 113) is granted and the issuance of the mandate is stayed until November 18, 2020.

2