# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 17, 2020

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  Donald J. Trump, President of the United States, et al.
v. Sierra Club, et al.
No. 20-685
(Your No. 19-17501, 19-17502, 20-15044)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 17, 2020 and placed on the docket November 17, 2020 as No. 20-685.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst