1   BRIAN M. BOYNTON
    Acting Assistant Attorney General
2   ALEXANDER K. HAAS
    Director, Federal Programs Branch
3   ANTHONY J. COPPOLINO
    Deputy Director, Federal Programs Branch
4   ANDREW I. WARDEN (IN #23840-49)
    Senior Trial Counsel
5   U.S. Department of Justice
    Civil Division, Federal Programs Branch
6   1100 L Street, NW
    Washington, D.C. 20530
7   Tel.:   (202) 616-5084
    Fax:    (202) 616-8470
8   *Attorneys for Defendants*
9

10              **UNITED STATES DISTRICT COURT**
11          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                      **OAKLAND DIVISION**
12

13  STATE OF CALIFORNIA, *et al.*,

14                  Plaintiffs,

15          v.                              No. 4:19-cv-00872-HSG
                                            No. 4:19-cv-00892-HSG
16  JOSEPH R. BIDEN, JR., *et al.*,         No. 4:20-cv-01494-HSG
                                            No. 4:20-cv-01563-HSG
17                  Defendants.[1]

18                                          **JOINT STATUS REPORT**
    SIERRA CLUB, *et al.*,
19
                    Plaintiffs,
20
            v.
21
    JOSEPH R. BIDEN, JR., *et al.*,
22
                    Defendants.
23

24
    _____
25

26      [1] President Biden is automatically substituted as a Defendant pursuant to Rule 25(d) of
27  the Federal Rules of Civil Procedure.  Other official-capacity parties have also been substituted
    for their predecessors, and several further substitutions are likely to occur in the near future as
28  current acting officials are succeeded by appointees.

In accordance with the Court's Order of January 21, 2021, Plaintiffs and Defendants submit the following joint status report addressing the impact on the above-captioned cases of President Biden's recent Proclamation pausing border wall construction.

On January 20, 2021, President Biden issued a Proclamation declaring that "[i]t shall be the policy of [his] Administration that no more American taxpayer dollars be diverted to construct a border wall."  *See* Proclamation No. 10142, 86 Fed. Reg. 7225, 7225 (Jan. 27, 2021).  The Proclamation states that the declaration of a national emergency at the southern border in Proclamation 9844 of February 15, 2019 (84 Fed. Reg. 4949), and continued on February 13, 2020 (85 Fed. Reg. 8715), and January 15, 2021 (86 Fed. Reg. 6557), "is terminated and that the authorities invoked in that proclamation will no longer be used to construct a wall at the southern border."  Proclamation No. 10142.

In furtherance of that policy, the President directed the Secretary of Defense and the Secretary of Homeland Security to "pause work on each construction project on the southern border wall, to the extent permitted by law, as soon as possible but in no case later than seven days from the date of [the] proclamation."  *Id.* § 1(a)(i).  The President also directed the Secretaries to "pause immediately the obligation of funds related to construction of the southern border wall, to the extent permitted by law."  *Id.* § 1(a)(ii).  The Secretaries may make an exception to the pause in construction "for urgent measures needed to avert immediate physical dangers or where an exception is required to ensure that funds appropriated by the Congress fulfill their intended purpose."  *Id.* § 1(b).

In accordance with the Proclamation, the Deputy Secretary of Defense issued a memorandum on January 23, 2021, directing appropriate Department of Defense components to pause work on all border wall projects undertaken pursuant 10 U.S.C. § 284 and 10 U.S.C. § 2808, "to the extent permitted by law, as soon as possible, but in no case later than 1700 EST, Wednesday January 27, 2021."  *See* Memorandum for the Chairman of the Joint Chiefs of Staff *et al.*, Re: Proclamation of January 20, 2021 (attached as Exhibit 1).  Consistent with the Presidential Proclamation, the Deputy Secretary's memorandum authorizes an exception to the pause "for urgent measures needed to avert immediate physical dangers."  *Id.*  The Deputy

*California v. Biden*, 4:19-cv-00872-HSG; 4:20-cv-01563-HSG – Joint Status Report
*Sierra Club v. Biden*, 4:19-cv-00892-HSG; 4:20-cv-01494-HSG – Joint Status Report
2

1  Secretary also ordered the United States Army Corps of Engineers to "cease exercising the
2  authority provided by [sections 284 and 2808] to award contracts or options on existing contracts,
3  incur new obligations that advance project performance, or incur new expenses unrelated to
4  existing contractual obligations." *Id.*

5      During the pause in construction and obligations of funds, the President directed an
6  "assessment of the legality of the funding and contracting methods used to construct the wall"
7  and of "the administrative and contractual consequences of ceasing each wall construction
8  project." *Id.* § 1(a)(i).  The President also ordered agencies to "compile detailed information on
9  all southern border wall construction projects, the completion status of each wall construction
10 project, and the funds used for wall construction since February 15, 2019." *Id.* § 1(a)(iii).

11     Finally, the President directed the Secretary of Defense and the Secretary of Homeland
12 Security, in consultation with the Attorney General and other officials, to develop a plan within
13 60 days "for the redirection of funds concerning the southern border wall, as appropriate and
14 consistent with applicable law." *Id.* § 2.  The plan must "include consideration of terminating or
15 repurposing contracts with private contractors engaged in wall construction, while providing for
16 the expenditure of any funds that the Congress expressly appropriated for wall construction,
17 consistent with their appropriated purpose." *Id.*  "After the plan is developed, the Secretary of
18 Defense and the Secretary of Homeland Security shall take all appropriate steps to resume,
19 modify, or terminate projects and to otherwise implement the plan." *Id.*

20     In light of the ongoing review process called for by the Proclamation, the parties request
21 that the Court stay further action in these cases until the review is complete.  The President has
22 directed the Executive Branch to undertake an assessment of "the legality of the funding and
23 contracting methods used to construct the wall," and also to develop a plan within 60 days for
24 "the redirection of funds concerning the southern border wall, as appropriate and consistent with
25 applicable law."  Proclamation No. 10142 § 2.  It would therefore be appropriate for the Court to
26 hold further proceedings in these cases in abeyance to allow for the completion of the process that
27 the President has directed.

28     The Supreme Court adopted this approach in the ongoing appeals in the 2019 cases

addressing the § 284 construction projects.  On February 3, 2021, the Supreme Court granted Defendants' motion to hold the § 284 cases in abeyance in light of the Proclamation and removed the cases from the February argument calendar.  *See Biden v. Sierra Club*, No. 20-138 (Order List), at www.supremecourt.gov/orders/courtorders/020321zr_6jfl.pdf.[2]

The parties propose to file a joint status report on April 15, 2021, updating the Court on any material developments in these cases.

DATE:  February 16, 2021                                    Respectfully submitted,

                                                           BRIAN M. BOYNTON
                                                           Acting Assistant Attorney General

                                                           ALEXANDER K. HAAS
                                                           Director, Federal Programs Branch

                                                           ANTHONY J. COPPOLINO
                                                           Deputy Director, Federal Programs Branch

                                                           /s/ *Andrew I. Warden*
                                                           ANDREW I. WARDEN
                                                           Senior Trial Counsel (IN Bar No. 23840-49)
                                                           RACHAEL L. WESTMORELAND
                                                           MICHAEL J. GERARDI
                                                           LESLIE COOPER VIGEN
                                                           Trial Attorneys
                                                           U.S. Department of Justice
                                                           Civil Division, Federal Programs Branch
                                                           1100 L Street, NW
                                                           Washington, D.C. 20530
                                                           Tel.:    (202) 616-5084
                                                           Fax:    (202) 616-8470
                                                           E-Mail:  Andrew.Warden@usdoj.gov

                                                           *Counsel for Defendants*

---

[2] In the § 2808 cases before the Supreme Court, Defendants filed a petition for a writ of *certiorari* on November 17, 2020, and Plaintiffs' response is currently due May 19, 2021. *See Biden v. Sierra Club*, No. 20-685.

| | |
|---|---|
| /s/ *Dror Ladin* | XAVIER BECERRA |
| Dror Ladin | Attorney General of California |
| Noor Zafar | ROBERT W. BYRNE |
| Hina Shamsi | MICHAEL L. NEWMAN |
| Omar C. Jadwat | EDWARD H. OCHOA |
| American Civil Liberties Union Foundation | Senior Assistant Attorneys General |
| 125 Broad Street, 18th Floor | MICHAEL P. CAYABAN |
| New York, NY 10004 | CHRISTINE CHUANG |
| Tel.: (212) 549-2660 | Supervising Deputy Attorneys General |
| Fax: (212) 549-2564 | BRIAN J. BILFORD |
| dladin@aclu.org | SPARSH S. KHANDESHI |
| nzafar@aclu.org | LEE I. SHERMAN |
| hshamsi@aclu.org | JANELLE M. SMITH |
| ojadwat@aclu.org | Deputy Attorneys General |

*Attorneys for Plaintiffs in*
*4:19-cv-00892-HSG and*
*4:20-cv-01494-HSG*

/s/ *James F. Zahradka II*
JAMES F. ZAHRADKA II
Supervising Deputy Attorney General
1515 Clay Street, Suite 2000
Oakland, CA 94612
Tel.: (510) 879-1247
E-mail: James.Zahradka@doj.ca.gov

*Attorneys for Plaintiff State of*
*California in 4:19-cv-00872-HSG and*
*4:20-cv-01563-HSG*