DROR LADIN*
NOOR ZAFAR*
JONATHAN HAFETZ*
HINA SHAMSI*
OMAR C. JADWAT*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
dladin@aclu.org
nzafar@aclu.org
jhafetz@aclu.org
hshamsi@aclu.org
ojadwat@aclu.org
**Admitted* pro hac vice

CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
cwang@aclu.org

*Attorneys for Plaintiffs* (Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO-OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., President of the United States, in his official capacity, *et al.*<br><br>*Defendants*. | Case No.: 4:19-cv-00892-HSG<br>Case No.: 4:20-cv-01494-HSG<br><br>**PLAINTIFFS' NOTICE RE RESPONSE TO DEFENDANTS' MOTION FOR VACATUR IN THE SUPREME COURT** |

Additional counsel for Plaintiffs:

SANJAY NARAYAN (SBN 183227)**
GLORIA D. SMITH (SBN 200824)**
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org
**Counsel for Plaintiff SIERRA CLUB

DAVID DONATTI*
ANDRE I. SEGURA (SBN 247681)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF TEXAS
P.O. Box 8306
Houston, TX 77288
Tel: (713) 325-7011
Fax: (713) 942-8966
ddonatti@aclutx.org
asegura@aclutx.org
**Admitted* pro hac vice

VASUDHA TALLA (SBN 316219)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437
vtalla@aclunc.org

As noted in the parties' Joint Status Report filed on June 16, 2021, Plaintiffs Sierra Club and Southern Border Communities Coalition filed a response to the Defendants' motion in the Supreme Court seeking vacatur of the Ninth Circuit's decision affirming this Court's preliminary injunction. Attached as Exhibit A is a true and correct copy of Plaintiffs' letter brief to the Supreme Court, opposing the government's motion.

Dated:  June 22, 2021

Respectfully submitted,

/s/ *Cecillia D. Wang*

Vasudha Talla
American Civil Liberties Union Foundation of
    Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437
vtalla@aclunc.org

David Donatti*
Andre I. Segura (SBN 247681)
American Civil Liberties Union Foundation
    of Texas
P.O. Box 8306
Houston, TX 77288
Tel: (713) 325-7011
Fax: (713) 942-8966
ddonatti@aclutx.org
asegura@aclutx.org

Counsel for Plaintiffs

*Admitted* pro hac vice
**Counsel for Plaintiff* Sierra Club

Dror Ladin*
Noor Zafar*
Hina Shamsi*
Omar C. Jadwat*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
Fax: (212) 549-2564
dladin@aclu.org
nzafar@aclu.org
hshamsi@aclu.org
ojadwat@aclu.org

Cecillia D. Wang (SBN 187782)
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
Fax: (415) 395-0950
cwang@aclu.org

Sanjay  Narayan (SBN 183227)**
Gloria D. Smith (SBN 200824)**
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org

PLAINTIFFS' NOTICE RE RESPONSE TO DEFENDANTS' MOTION FOR VACATUR
CASE NOS: 4:19-cv-00892-HSG, 4:20-cv-01494-HSG

# CERTIFICATE OF SERVICE

I am employed in the City of New York, State of New York, in the office of a member of the bar of this Court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004.

On June 22, 2021, I served copies of the following documents:

**PLAINTIFFS' NOTICE RE RESPONSE TO DEFENDANTS' MOTION FOR VACATUR IN THE SUPREME COURT**

Via **CM/ECF** to all parties who have entered appearances in this case as of today, June 22, 2021, at 7 p.m.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this certificate was executed on March 18, 2019, at New York, New York.

/s/Makenzie E. Nohr