# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 4:19-CV-00892-HSG <br><br> **ORDER** |

The Court hereby **GRANTS** the motion of David W. Evans on behalf of amicus curiae Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein to withdraw as attorney for said amicus curiae in this matter.

Dated: 7/19/2021

Hon. Haywood S. Gilliam, Jr.
United States District Judge