# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 3, 2021

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      **Re:**  **Joseph R. Biden, Jr., President of U. S., et al.**
            **v. Sierra Club, et al.,**
            **No. 20-138 (Your Dkt. Nos. 19-16102 & 19-16300); and**

            **Joseph R. Biden, Jr., President of U. S., et al.**
            **v. California, et al.**
            **(Your Dkt. Nos. 19-16299 & 19-16336)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled cases.

                                                              Sincerely,

                                                               SCOTT S. HARRIS, Clerk

                                                       By  *[signature]*

                                                              Hervé Bocage
                                                              Judgments/Mandates Clerk

Enc.
cc:     All counsel of record

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 3, 2021

Mrs. Elizabeth B. Prelogar, Esq.
Acting Solicitor General
U. S. Department of Justice
950 Pennsylvania Ave., N. W.
Washington, D. C. 20530-0001

> **Joseph R. Biden, Jr., President of U. S., et al.**
> **v. Sierra Club, et al.,**
> **No. 20-138 (Dkt. Nos. 19-16102 & 19-16300); and**
>
> **Joseph R. Biden, Jr., President of U. S., et al.**
> **v. California, et al.**
> **(Dkt. Nos. 19-16299 & 19-16336)**

Dear Mrs. Prelogar:

    Attached please find a certified copy of the judgment of this Court in the above-entitled cases.

Sincerely,

SCOTT S. HARRIS, Clerk

By *[signature]*
Herve' Bocage
Judgments/Mandates Clerk

cc:  Clerk, USCA 9th Cir.
      (Your docket Nos. 19-16102 & 19-16300)

# Supreme Court of the United States

No. 20-138

**JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, ET AL.,**

Petitioners

v.

**SIERRA CLUB, ET AL.;**

*and*

**JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, ET AL.,**

Petitioners

v.

**CALIFORNIA, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit with instructions to direct the District Court to vacate its judgments. The District Court should consider what further proceedings are necessary and appropriate in light of the changed circumstances in this case.

July 2, 2021



A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States