# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL SETTLEMENT CONFERENCE MINUTE ORDER

| **Date:** December 17, 2021 | **Time:** 30 minutes | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 19-cv-00872-HSG (DMR)<br>19-cv-00892-HSG (DMR)<br>20-cv-01494-HSG (DMR)<br>20-cv-01563-HSG (DMR) | **Case Name:** State of California v. Biden<br>Sierra Club et al v. Biden et al<br>Sierra Club et al v. Biden et al<br>State of California et al v. Biden et al | |

**For Plaintiff:** Dror Ladin; James Richardson; Michael Cayaban; and Janelle Smith

**For Defendant:** Andrew Warden; Kaitlyn Charette; and Christopher Shaw

**Deputy Clerk:** Nikki D. Riley                                   Not Reported

### PROCEEDINGS: Telephonic Pre-Settlement Conference-HELD

**RESULTS:** Separate settlement status calls held. Defendants intend to contact the Plaintiff groups for further clarification of their 12/10/21 demand letters. Defendants will provide a detailed written response by 2/4/22, with a copy to Judge Ryu at DMRsettlement@cand.uscourts.gov. After reviewing Defendants' response, Judge Ryu will communicate next steps (likely a counsel-only one hour settlement status session by Zoom).

cc:     Chambers