BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. <br><br> SIERRA CLUB, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | No. 4:19-cv-00872-HSG <br> No. 4:19-cv-00892-HSG <br> No. 4:20-cv-01494-HSG <br> No. 4:20-cv-01563-HSG <br><br> **JOINT STATUS REPORT** |

In accordance with the Court's Order of March 15, 2022, Plaintiffs and Defendants submit the following joint status report addressing proceedings in the above-captioned cases.

The parties remain in active settlement discussions and request that the Court continue the

stay of these cases for 90 days.  On March 15, 2022, Magistrate Judge Ryu conducted a video status conference that set a schedule for upcoming proceedings in the settlement process.  The parties have since exchanged information related to Plaintiffs' environmental settlement demands.  Defendants are due to provide Plaintiffs with additional information on June 17, 2022, and Judge Ryu has scheduled a mediation session with the parties via videoconference on July 26, 2022.

The parties continue believe that their settlement discussions in these complex matters are progressing forward in good faith.  The parties agree that the interests of party and judicial economy would be furthered by allowing the parties to continue these ongoing discussions with the goal of reaching a mutually-agreeable resolution without the need for further litigation.  The parties propose to file another joint status report on September 13, 2022.

DATE:  June 13, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
MICHAEL J. GERARDI
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov

*Counsel for Defendants*

| | |
|---|---|
| /s/ Dror Ladin<br>DROR LADIN*<br>NOOR ZAFAR*<br>HINA SHAMSI*<br>OMAR C. JADWAT*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY  10004<br>Tel: (212) 549-2660<br>dladin@aclu.org<br>hshamsi@aclu.org<br>ojadwat@aclu.org<br>nzafar@aclu.org<br><br>CECILLIA D. WANG (SBN 187782)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>39 Drumm Street<br>San Francisco, CA  94111<br>Tel: (415) 343-0770<br>cwang@aclu.org<br><br>SANJAY NARAYAN (SBN 183227)**<br>GLORIA D. SMITH (SBN 200824)**<br>SIERRA CLUB ENVIRONMENTAL LAW PROGRAM<br>2101 Webster Street, Suite 1300<br>Oakland, CA 94612<br>Tel: (415) 977-5772<br>sanjay.narayan@sierraclub.org<br>gloria.smith@sierraclub.org<br><br>*Attorneys for Plaintiffs in<br>4:19-cv-00892-HSG and<br>4:20-cv-01494-HSG*<br><br>*Admitted pro hac vice<br>**Attorneys for Plaintiff Sierra Club only* | ROB BONTA<br>Attorney General of California<br>ROBERT W. BYRNE<br>MICHAEL L. NEWMAN<br>EDWARD H. OCHOA<br>Senior Assistant Attorneys General<br>MICHAEL P. CAYABAN<br>JAMES F. ZAHRADKA II<br>Supervising Deputy Attorneys General<br>JANELLE M. SMITH<br><br>/s/ James E. Richardson<br>JAMES E. RICHARDSON<br>Deputy Attorney General<br>1515 Clay St., Suite 2000<br>Oakland, CA 94612<br>Tel.: (510) 879-0285<br>E-mail: James.Richardson@doj.ca.gov<br><br>*Attorneys for Plaintiff State of California in 4:19-cv-00872-HSG and 4:20-cv-01563-HSG* |