DROR LADIN*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
dladin@aclu.org
**Admitted* pro hac vice

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> *Defendants.* | Case No.: 4:19-cv-00892 <br> 4:20-cv-01494 <br><br> **[PROPOSED] ORDER** |

  The Court hereby **GRANTS** the motion of Dror Ladin on behalf of Plaintiffs Sierra Club and Southern Border Communities Coalition to withdraw as attorney for said Plaintiffs in this matter.

DATED: _____        _____

                       Hon. Haywood S. Gilliam, Jr.
                       United States District Judge