DROR LADIN*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
dladin@aclu.org
*Admitted pro hac vice

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, et al., | Case No.: 4:19-cv-00892 |
| Plaintiffs, | 4:20-cv-01494 |
| v. | |
| JOSEPH R. BIDEN, JR., et al., | **ORDER** |
| Defendants. | |

The Court hereby **GRANTS** the motion of Dror Ladin on behalf of Plaintiffs Sierra Club and Southern Border Communities Coalition to withdraw as attorney for said Plaintiffs in this matter.

DATED:  7/11/2022

Hon. Haywood S. Gilliam, Jr.
United States District Judge