BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>        Defendants.<br><br>SIERRA CLUB, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>        Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br>No. 4:20-cv-01494-HSG<br>No. 4:20-cv-01563-HSG<br><br>**JOINT STATUS REPORT** |

In accordance with the Court's Order of September 14, 2022, Plaintiffs and Defendants submit the following joint status report addressing proceedings in the above-captioned cases.

The parties remain in active settlement discussions and request that the Court continue the

1  stay of these cases for 45 days. Since the filing of the parties' most recent status in September
2  2022, the parties have continued to exchange information focused on environmental remediation
3  issues. Magistrate Judge Ryu has scheduled a mediation session to discuss these issues on
4  November 17, 2022.
5    The parties continue believe that their settlement discussions in these complex matters are
6  progressing forward in good faith. The parties agree that the interests of party and judicial
7  economy would be furthered by allowing the parties to continue these ongoing discussions with
8  the goal of reaching a mutually-agreeable resolution without the need for further litigation. The
9  parties propose to file another joint status report on December 12, 2022.

DATE: October 28, 2022        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
MICHAEL J. GERARDI
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
E-Mail: Andrew.Warden@usdoj.gov

*Counsel for Defendants*

| | |
|---|---|
| /s/ Cecillia D. Wang | ROB BONTA |
| NOOR ZAFAR* | Attorney General of California |
| HINA SHAMSI* | ROBERT W. BYRNE |
| OMAR C. JADWAT* | MICHAEL L. NEWMAN |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | EDWARD H. OCHOA |
| | Senior Assistant Attorneys General |
| 125 Broad Street, 18th Floor | MICHAEL P. CAYABAN |
| New York, NY 10004 | JAMES F. ZAHRADKA II |
| Tel: (212) 549-2660 | Supervising Deputy Attorneys General |
| hshamsi@aclu.org | JANELLE M. SMITH |
| ojadwat@aclu.org | |
| nzafar@aclu.org | /s/ James E. Richardson |
| | JAMES E. RICHARDSON |
| CECILLIA D. WANG (SBN 187782) | Deputy Attorney General |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | 1515 Clay St., Suite 2000 |
| | Oakland, CA 94612 |
| 39 Drumm Street | Tel.: (510) 879-0285 |
| San Francisco, CA 94111 | E-mail: James.Richardson@doj.ca.gov |
| Tel: (415) 343-0770 | |
| cwang@aclu.org | *Attorneys for Plaintiff State of California in 4:19-cv-00872-HSG and 4:20-cv-01563-HSG* |
| SANJAY NARAYAN (SBN 183227)** | |
| GLORIA D. SMITH (SBN 200824)** | |
| SIERRA CLUB ENVIRONMENTAL LAW PROGRAM | |
| 2101 Webster Street, Suite 1300 | |
| Oakland, CA 94612 | |
| Tel: (415) 977-5772 | |
| sanjay.narayan@sierraclub.org | |
| gloria.smith@sierraclub.org | |

*Attorneys for Plaintiffs in 4:19-cv-00892-HSG and 4:20-cv-01494-HSG*

*Admitted pro hac vice
**Attorneys for Plaintiff Sierra Club only