BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:     (202) 616-5084
Fax:     (202) 616-8470
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | No. 4:19-cv-00872-HSG <br> No. 4:19-cv-00892-HSG <br> No. 4:20-cv-01494-HSG <br> No. 4:20-cv-01563-HSG <br><br> **JOINT STATUS REPORT** |
| SIERRA CLUB, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | |

In accordance with the joint status report filed on December 12, 2022, Plaintiffs and Defendants submit the following joint status report addressing proceedings in the above-captioned cases.

The parties remain in active settlement discussions and request that the Court continue the stay of these cases for 45 days.  The parties participated in a productive settlement conference led by Magistrate Judge Ryu on November 17, 2022.  Since then, the parties have exchanged additional information about environmental remediation issues and continued their settlement discussions informally.   The parties are currently focused on preparing and exchanging drafts of a settlement agreement in advance of the next settlement conference led by Judge Ryu on February 13, 2023.

The parties continue to believe that their settlement discussions in these complex matters are progressing forward in good faith.  The parties agree that the interests of party and judicial economy would be furthered by allowing the parties to continue these ongoing discussions with the goal of reaching a mutually-agreeable resolution without the need for further litigation.  The parties propose to file another joint status report on March 13, 2023.

DATE:  January 26, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
MICHAEL J. GERARDI
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov
*Counsel for Defendants*

/s/ Cecillia D. Wang
NOOR ZAFAR*
HINA SHAMSI*
OMAR C. JADWAT*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY  10004
Tel: (212) 549-2660
hshamsi@aclu.org
ojadwat@aclu.org
nzafar@aclu.org

CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA  94111
Tel: (415) 343-0770
cwang@aclu.org

SANJAY NARAYAN (SBN 183227)**
GLORIA D. SMITH (SBN 200824)**
SIERRA CLUB ENVIRONMENTAL
LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org

*Attorneys for Plaintiffs in*
*4:19-cv-00892-HSG and*
*4:20-cv-01494-HSG*

*Admitted pro hac vice
**Attorneys for Plaintiff Sierra Club only

ROB BONTA
Attorney General of California
ROBERT W. BYRNE
MICHAEL L. NEWMAN
EDWARD H. OCHOA
Senior Assistant Attorneys General
MICHAEL P. CAYABAN
JAMES F. ZAHRADKA II
Supervising Deputy Attorneys General
JANELLE M. SMITH

/s/ James E. Richardson
JAMES E. RICHARDSON
Deputy Attorney General
1515 Clay St., Suite 2000
Oakland, CA 94612
Tel.: (510) 879-0285
E-mail: James.Richardson@doj.ca.gov

*Attorneys for Plaintiff State of*
*California in 4:19-cv-00872-HSG and*
*4:20-cv-01563-HSG*