BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | No. 4:19-cv-00872-HSG <br> No. 4:19-cv-00892-HSG <br> No. 4:20-cv-01494-HSG <br> No. 4:20-cv-01563-HSG <br><br> **JOINT STATUS REPORT** |
| SIERRA CLUB, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | |

In accordance with the Court's Order dated January 30, 2022, Plaintiffs and Defendants submit the following joint status report addressing proceedings in the above-captioned cases.

The parties remain in active settlement discussions and request that the Court continue the

stay of these cases for 45 days.  The parties participated in a productive settlement conference led by Magistrate Judge Ryu on February 13, 2023, that focused on various provisions of the parties' draft settlement agreement.  Since then, the parties have exchanged updated drafts and are working cooperatively toward reaching a final agreement.  The parties have agreed to confer over the next two weeks about the latest edits to the draft agreement and intend to submit a status report to Judge Ryu on March 24, 2023.

The parties continue to believe that their settlement discussions in these complex matters are progressing forward in good faith.  The parties agree that the interests of party and judicial economy would be furthered by allowing the parties to continue these ongoing discussions with the goal of reaching a mutually-agreeable resolution without the need for further litigation.  The parties propose to file another joint status report on April 27, 2023.

DATE:  March 13, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
MICHAEL J. GERARDI
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov
*Counsel for Defendants*

| | |
|---|---|
| /s/ Cecillia D. Wang<br>NOOR ZAFAR*<br>HINA SHAMSI*<br>OMAR C. JADWAT*<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: (212) 549-2660<br>hshamsi@aclu.org<br>ojadwat@aclu.org<br>nzafar@aclu.org<br><br>CECILLIA D. WANG (SBN 187782)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>39 Drumm Street<br>San Francisco, CA 94111<br>Tel: (415) 343-0770<br>cwang@aclu.org<br><br>SANJAY NARAYAN (SBN 183227)**<br>GLORIA D. SMITH (SBN 200824)**<br>SIERRA CLUB ENVIRONMENTAL<br>LAW PROGRAM<br>2101 Webster Street, Suite 1300<br>Oakland, CA 94612<br>Tel: (415) 977-5772<br>sanjay.narayan@sierraclub.org<br>gloria.smith@sierraclub.org<br><br>*Attorneys for Plaintiffs in*<br>*4:19-cv-00892-HSG and*<br>*4:20-cv-01494-HSG*<br><br>*Admitted pro hac vice*<br>***Attorneys for Plaintiff Sierra Club only* | ROB BONTA<br>Attorney General of California<br>ROBERT W. BYRNE<br>MICHAEL L. NEWMAN<br>EDWARD H. OCHOA<br>Senior Assistant Attorneys General<br>MICHAEL P. CAYABAN<br>JAMES F. ZAHRADKA II<br>Supervising Deputy Attorneys General<br>JANELLE M. SMITH<br><br>/s/ James E. Richardson<br>JAMES E. RICHARDSON<br>Deputy Attorney General<br>1515 Clay St., Suite 2000<br>Oakland, CA 94612<br>Tel.: (510) 879-0285<br>E-mail: James.Richardson@doj.ca.gov<br><br>*Attorneys for Plaintiff State of*<br>*California in 4:19-cv-00872-HSG and*<br>*4:20-cv-01563-HSG* |