BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. <br><br> SIERRA CLUB, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | No. 4:19-cv-00872-HSG <br> No. 4:19-cv-00892-HSG <br> No. 4:20-cv-01494-HSG <br> No. 4:20-cv-01563-HSG <br><br> **JOINT STATUS REPORT** |

In accordance with the Court's Order dated March 14, 2023, Plaintiffs and Defendants submit the following joint status report addressing proceedings in the above-captioned cases.

The parties are nearing the conclusion of their efforts to reach a negotiated resolution of

1   these cases.  The parties have recently conferred about several final issues and remain optimistic
2   that their good-faith discussions will lead to a settlement that resolves these matters.  Based on
3   the progress the parties have made recently in their discussions, the parties have begun the process
4   of obtaining the necessary client and government approvals for settlement of these cases.  The
5   parties have reported their progress to Magistrate Judge Ryu and she has directed the parties to
6   submit a status report to her on June 1, 2023.

7         Accordingly, the parties request that the Court continue the stay of these cases for an
8   additional 45 days to allow the parties to work toward a final settlement.  The parties propose to
9   file a joint status report on June 12, 2023.

DATE:  April 27, 2023    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
MICHAEL J. GERARDI
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov
*Counsel for Defendants*

| | | |
|---|---|---|
| 1 | | |
| 2 | /s/ Cecillia D. Wang | ROB BONTA |
| | NOOR ZAFAR* | Attorney General of California |
| 3 | HINA SHAMSI* | ROBERT W. BYRNE |
| | OMAR C. JADWAT* | MICHAEL L. NEWMAN |
| 4 | AMERICAN CIVIL LIBERTIES UNION | EDWARD H. OCHOA |
| | FOUNDATION | Senior Assistant Attorneys General |
| 5 | 125 Broad Street, 18th Floor | MICHAEL P. CAYABAN |
| | New York, NY  10004 | JAMES F. ZAHRADKA II |
| 6 | Tel: (212) 549-2660 | Supervising Deputy Attorneys General |
| 7 | hshamsi@aclu.org | JANELLE M. SMITH |
| | ojadwat@aclu.org | |
| 8 | nzafar@aclu.org | /s/ James E. Richardson |
| 9 | | JAMES E. RICHARDSON |
| | CECILLIA D. WANG (SBN 187782) | Deputy Attorney General |
| 10 | AMERICAN CIVIL LIBERTIES UNION | 1515 Clay St., Suite 2000 |
| | FOUNDATION | Oakland, CA 94612 |
| 11 | 39 Drumm Street | Tel.: (510) 879-0285 |
| 12 | San Francisco, CA  94111 | E-mail: James.Richardson@doj.ca.gov |
| | Tel: (415) 343-0770 | |
| 13 | cwang@aclu.org | *Attorneys for Plaintiff State of* |
| | | *California in 4:19-cv-00872-HSG and* |
| 14 | SANJAY NARAYAN (SBN 183227)** | *4:20-cv-01563-HSG* |
| 15 | GLORIA D. SMITH (SBN 200824)** | |
| | SIERRA CLUB ENVIRONMENTAL | |
| 16 | LAW PROGRAM | |
| | 2101 Webster Street, Suite 1300 | |
| 17 | Oakland, CA 94612 | |
| 18 | Tel: (415) 977-5772 | |
| | sanjay.narayan@sierraclub.org | |
| 19 | gloria.smith@sierraclub.org | |
| 20 | | |
| | *Attorneys for Plaintiffs in* | |
| 21 | *4:19-cv-00892-HSG and* | |
| | *4:20-cv-01494-HSG* | |
| 22 | | |
| 23 | *Admitted *pro hac vice* | |
| | **Attorneys for Plaintiff Sierra Club only* | |