Cecillia D. Wang (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
Fax: (415) 395-0950
*cwang@aclu.org*

Sanjay Narayan (SBN 183227)**
Gloria D. Smith (SBN 200824)**
SIERRA CLUB ENVIRONMENTAL LAW
PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5772
*sanjay.narayan@sierraclub.org*
*gloria.smith@sierraclub.org*

***Attorneys for Plaintiff Sierra Club only*
*Additional Counsel for Plaintiffs on next page*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | No. 4:19-CV-00892-HSG <br> No. 4:20-CV-01494-HSG <br><br> **UNOPPOSED MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

      The parties have executed a settlement agreement that resolves the above-captioned cases. *See* Exhibit A. In accordance with that agreement, Plaintiffs Sierra Club and Southern Border Communities Coalition move to dismiss these actions in their entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

      Defendants do not oppose this motion.

      Each party shall bear its own costs and attorneys' fees.

/ / /

/ / /

A proposed order is attached.

Respectfully submitted,

/s/ Cecillia D. Wang

CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
cwang@aclu.org

SANJAY NARAYAN (SBN 183227)**
GLORIA D. SMITH (SBN 200824)**
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org

ANKIT JAIN*
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
50 F Street N.W.
Washington, D.C. 20001
Telephone: (202) 495-3023
ankit.jain@sierraclub.org

DAVID DONATTI*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TEXAS
P.O. Box 8306
Houston, TX 77288
Telephone: (713) 942-8146
ddonatti@aclutx.org

MICHELLE (MINJU) Y. CHO (SBN 321939)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
mcho@aclunc.org

Attorneys for Plaintiffs

*Admitted *pro hac vice*
**Attorneys for Plaintiff Sierra Club only