1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

9

| | |
|---|---|
| SIERRA CLUB, *et al.*,<br>                    Plaintiffs,<br>*v.*<br>DONALD J. TRUMP, *et al.*,<br>                    Defendants. | No. 19-cv-892-HSG<br>No. 20-cv-1494-HSG<br>No. 19-cv-00872-HSG<br>No. 20-cv-01563-HSG<br><br>**ORDER AS MODIFIED**<br>**GRANTING PLAINTIFFS SIERRA**<br>**CLUB AND SOUTHERN BORDER**<br>**COALITION'S ADMINISTRATIVE**<br>**MOTION FOR ORDER SHORTENING**<br>**TIME AND SETTING SCHEDULE RE:**<br>**PLAINTIFFS' MOTION TO ENFORCE**<br>**SETTLEMENT AGREEMENT** |
| STATE OF CALIFORNIA, *et al.*,<br>                    Plaintiffs,<br>*v.*<br>JOSEPH R. BIDEN, *et al.*,<br>                    Defendants. | |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered Plaintiffs Sierra Club and Southern Border Communities Coalition's Administrative Motion to Shorten Time for briefing and hearing on their Motion to Enforce Settlement Agreement, the Court finds good cause to shorten time, **GRANTS** the Request, and **SETS** the following briefing schedule:

- Defendants' and Plaintiff States' Response Briefs:  Due September 15, 2025, at 9:00 a.m. PDT
- Plaintiffs' Reply:  Due September 16, 2025

The Court will hear argument on Plaintiffs' Motion to Enforce Settlement Agreement in person in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA, on September 18, 2025, at 2:00 p.m. PDT.

**IT IS SO ORDERED.**

Date:  September 5, 2025

The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE