1  ROB BONTA
   Attorney General of California
2  MICHAEL P. CAYABAN
   Supervising Deputy Attorney General
3  JAMES E. RICHARDSON
   Deputy Attorney General
4  JANELLE M. SMITH
   Supervising Deputy Attorney General
5  State Bar No. 231801
    455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA  94102-7004
    Telephone: (415) 510-3522
7   Fax: (415) 703-1107
    E-mail: Janelle.Smith@doj.ca.gov
8  *Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **SIERRA CLUB, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,**<br><br>Defendants. | 4:19-cv-892-HSG<br>4:20-cv-01494-HSG<br><br>Related Cases (4:19-cv-00872-HSG)<br>                (4:20-cv-01563-HSG)<br><br>**STATE OF CALIFORNIA'S RESPONSE TO SIERRA CLUB, ET AL.'S MOTION TO ENFORCE SETTLEMENT AND FOR EMERGENCY RELIEF**<br><br>Date: September 18, 2025<br>Time: 2:00 p.m.<br>Judge: The Hon. Haywood S. Gilliam, Jr. |

State of California takes no position on the Motion to Enforce Settlement and for Emergency Relief filed by Plaintiffs Sierra Club, et al., in cases numbered 4:19-cv-892-HSG, and 4:20-cv-01494-HSG (Motion to Enforce Settlement).

California is a party in the related actions (Cases numbered 4:19-cv-00872-HSG, and 4:20-cv-01563-HSG), and is a signatory to the settlement agreement that encompasses all four cases referenced above. Counsel for California will attend the hearing set for September 18 regarding

1

Sierra Club's Motion to Enforce Settlement. However, because no motions were filed in the *State of California et al* matters (cases numbered 4:19-cv-00872-HSG, and 4:20-cv-01563-HSG), counsel does not anticipate making a formal appearance unless requested to do so by the Court.

Dated: September 12, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
MICHAEL P. CAYABAN
Supervising Deputy Attorney General

/s/ *Janelle M. Smith*
JANELLE M. SMITH
Deputy Attorney General
*Attorneys for Plaintiff State of California*

SD2020100954
44795622.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Sierra Club, et al. v. Donald J. Trump, et al.** | No. | **4:19-cv-892-HSG** |
| Case Name: | **Sierra Club, et al. v. Donald J. Trump, et al.** | No. | **4:20-cv-01494-HSG** |

I hereby certify that on <u>September 12, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE OF CALIFORNIA'S RESPONSE TO SIERRA CLUB, ET AL.'S MOTION TO ENFORCE SETTLEMENT AND FOR EMERGENCY RELIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 12, 2025</u>, at San Francisco, California.

| Claudine Santos | */s/Claudine Santos* |
|---|---|
| Declarant | Signature |

SD2020100954
44796388.docx